## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN OPERATING COMPANY LLC, | Case No. 23-10255-KBO |
| Debtor. | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Michael G. Menkowitz, Esquire hereby appears as counsel for Bionpharma in the above-captioned chapter 7 case.

Pursuant to 11 U.S.C. § 1109(b) and Rule 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned requests that all notices given or required to be given in the above-captioned case (including, but not limited to, all papers filed and served in all adversary proceedings in such case, and all notices mailed only to the statutory committees or their authorized agents, as such may be duly appointed or designated, and to creditors and equity security holders who file with the Court and request that all notices be mailed to them), be given to and served upon the following:

Seth A. Niederman, Esquire
FOX ROTHSCHILD LLP
919 N. Market Street, Suite 300
Wilmington, DE 19899-2323
Telephone: 302-654-7444
Facsimile: 302-656-8920
Email: sniederman@foxrothschild.com

Michael G. Menkowitz, Esquire
FOX ROTHSCHILD LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103-3222
Telephone: 215-299-2000
Facsimile: 215-299-2150
Email: mmenkowitz@foxrothschild.com

143430257

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of an application, motion, petition, pleading, request, complaint, or demand, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in this case, with respect to (a) the debtor, (b) property of the debtor's estate, or proceeds thereof, in which the debtor may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by the undersigned.

Dated:   March 8, 2023

**FOX ROTHSCHILD LLP**

By:____*/s/ Seth A. Niederman*_____
     Seth A. Niederman, Esquire (No. 4588)
     919 N. Market Street, Suite 300
     Wilmington, DE  19899-2323
     (302) 654-7444/Fax (302) 656-8920
     sniederman@foxrothschild.com

          -and-

     Michael G. Menkowitz, Esquire
     2000 Market Street, Twentieth Floor
     Philadelphia, PA 19103-3222
     (215) 299-2864/Fax (215) 299-2150
     mmenkowitz@foxrothschild.com

143430257

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of March, 2023, I caused copies of the foregoing **Notice of Appearance and Request for Service of Papers** to be served *via* the Court's electronic filing system on those parties registered and authorized to receive such notice.

*/s/ Seth A. Niederman*
Seth A. Niederman (DE Bar No. 4588)
