## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| AKORN HOLDING COMPANY LLC,[1] | ) | Case No. 23-10253 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| AKORN INTERMEDIATE COMPANY LLC, | ) | Case No. 23-10254 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| AKORN OPERATING COMPANY LLC, | ) | Case No. 23-10255 (KBO) |
| | ) | |
| Debtor. | ) | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE THAT Andrew Warner, a Trial Attorney in the Civil Division of the United States Department of Justice, hereby appears on behalf of the United States of America in the above-entitled case and requests that copies of all pleadings, notices, and other filings in this case be served on him as follows:

> Andrew Warner
> U.S. Department of Justice
> Civil Division
> (202) 307-0958 (telephone)
> (202) 514-9163 (facsimile)
> andrew.warner@usdoj.gov (e-mail)

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, are Akorn Holding Company LLC (9190), Akorn Intermediate Company LLC (6123), and Akorn Operating Company LLC (6184). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

1

P.O. Box 875  
Ben Franklin Station  
Washington, DC 20044-0875  
(regular mail)

1100 L Street, NW  
Room 7104  
Washington, DC 20005  
(hand delivery/overnight mail)

Dated: March 10, 2023

Respectfully submitted,

BRIAN M. BOYNTON  
Principal Deputy Assistant Attorney General  
Civil Division

DAVID C. WEISS  
United States Attorney

<u>/s/ Andrew Warner</u>  
RUTH A. HARVEY  
RODNEY MORRIS  
ANDREW WARNER  
United States Department of Justice  
Civil Division  
1100 L Street, NW  
Washington, DC 20005  
Tel: (202) 307-0958  
Fax: (202) 514-9163  
E-mail: andrew.warner@usdoj.gov  
*Attorneys for the United States*