IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> AKORN HOLDING COMPANY LLC,[1] <br><br> Debtor. | Chapter 7 <br><br> Case No. 23-10253 (KBO) |
| In re: <br><br> AKORN INTERMEDIATE COMPANY LLC, <br><br> Debtor. | Chapter 7 <br><br> Case No. 23-10254 (KBO) |
| In re: <br><br> AKORN OPERATING COMPANY LLC, <br><br> Debtor. | Chapter 7 <br><br> Case No. 23-10255 (KBO) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Proskauer Rose LLP and Landis Rath & Cobb LLP hereby enter their appearance in the above-captioned cases as counsel for MidCap Funding IV Trust ("MidCap") pursuant to 11 U.S.C. § 1109(b) and rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and such counsel hereby request, pursuant to Bankruptcy Rules 2002 and 9007 and 11 U.S.C. §§ 342 and 1109(b), that further copies of all notices and pleadings given or filed in the above-captioned cases be given to and served upon the following at the addresses listed below:

---

[1] . The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, are Akorn Holding Company LLC (9190), Akorn Intermediate Company LLC (6123), and Akorn Operating Company LLC (6184). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031

{1382.001-W0070294.}

| | |
|---|---|
| **PROSKAUER ROSE LLP**<br>Charles A. Dale, Esq.<br>One International Place<br>Boston, Massachusetts 02110<br>Telephone:  (617) 526-9600<br>Facsimile:  (617) 526-9899<br>Email: cdale@proskauer.com<br><br>- and -<br><br>**PROSKAUER ROSE LLP**<br>Vincent Indelicato, Esq.<br>Eleven Times Square<br>New York, NY 10036-8299<br>Telephone:  (212) 969-3000<br>Facsimile:  (212) 969-2900<br>Email: vindelicato@proskauer.com | **LANDIS RATH & COBB LLP**<br>Adam G. Landis, Esq.<br>Matthew B. McGuire, Esq.<br>Nicolas E. Jenner, Esq.<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>Email: landis@lrclaw.com<br>         mcguire@lrclaw.com<br>         jenner@lrclaw.com |

**PLEASE TAKE FURTHER NOTICE** that pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in the above-referenced cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any subsequent appearance, pleading, claim, or suit is intended nor shall be deemed to waive MidCap's (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which it is or may be entitled under agreements, at law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments expressly are hereby reserved.

{1382.001-W0070294.}                                                  2

| | |
|---|---|
| Dated: March 17, 2023<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>/s/ *Nicolas E. Jenner*<br>Adam G. Landis (No. 3407)<br>Matthew B. McGuire (No. 4366)<br>Nicolas E. Jenner (No. 6554)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>Email: landis@lrclaw.com<br>        mcguire@lrclaw.com<br>        jenner@lrclaw.com<br><br>- and -<br><br>**PROSKAUER ROSE LLP**<br>Charles A. Dale, Esq.<br>One International Place<br>Boston, Massachusetts 02110<br>Telephone: (617) 526-9600<br>Facsimile: (617) 526-9899<br>Email: cdale@proskauer.com<br><br>- and -<br><br>**PROSKAUER ROSE LLP**<br>Vincent Indelicato, Esq.<br>Eleven Times Square<br>New York, NY 10036-8299<br>Telephone: (212) 969-3000<br>Facsimile: (212) 969-2900<br>Email: vindelicato@proskauer.com<br><br>*Counsel for MidCap Funding IV Trust* |