# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN OPERATING COMPANY LLC, *et al*[1] | Case No. 23-10255 (KBO) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE**, that the undersigned, appearing as counsel for Interior Specialty Construction, Inc. and Sullivan Contractors LLC (collectively, the "Creditors"), in the above captioned case.

Pursuant to 11 U.S.C. §§ 342 and 1109(b) and Fed. R. Bankr. P. Rules 2002 and 9010, the undersigned hereby demands that notice of all matters herein be served upon:

>  Scott L. Fleischer
>  Barclay Damon LLP
>  1270 Avenue of the Americas, Suite 501
>  New York, New York 10020
>  Telephone: (212) 784-5810
>  Facsimile: (212) 784-5799
>  Email: sfleischer@barclaydamon.com

**PLEASE TAKE FURTHER NOTICE** that demand is also hereby made for service of copies of all papers, notices, reports, pleadings, motions, applications, disclosure statements, plans, and answering or reply papers in this case and in all contested matters.

**PLEASE TAKE FURTHER NOTICE**, that the undersigned hereby demands that the name and address set forth above be added to any service list in this case.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23- 10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

This Notice of Appearance and Request for Service shall not be deemed or construed to be a waiver of rights of Creditors to (i) have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) have the District Court withdraw the reference in any matters subject to such withdrawal, or (iv) any other rights, claims, setoffs, or recoupments to which they may be entitled, which they expressly reserve.

Dated:   March 24, 2023
         New York, New York

**BARCLAY DAMON LLP**

By*:*   */s/Scott L. Fleischer*
Scott L. Fleischer, Esq.
Barclay Damon LLP
1270 Avenue of the Americas, Suite 501
New York, New York 10020
Telephone:  (212) 784-5810
Facsimile:  (212) 784-5799
Email:  sfleischer@barclaydamon.com

*Counsel for Interior Specialty Construction, Inc. and Sullivan Contractors LLC*

## **CERTIFICATE OF SERVICE**

      I certify that on March 24, 2023 I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the District of Delaware.

                                            */s/Scott L. Fleischer*
                                            Scott L. Fleischer