# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al* [1] | Case No. 23-10253 (KBO) |
| Debtors. | (Jointly Administered) |

## SCHEDULES OF ASSETS AND LIABILITIES FOR
## AKORN OPERATING COMPANY LLC (CASE NO. 23-10255)

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and   cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

# THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtor. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |

## THE CHAPTER 7 CASES SCHEDULES AND SOFAS GLOBAL NOTES

These Global Notes regarding the above-captioned debtors and debtors in possession (collectively, the "Debtors") Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "SOFAs") comprise an integral part of the Schedules and SOFAs and should be referred to and considered in connection with any review of them. In the event that the Schedules and/or SOFAs differ from the Global Notes, the Global Notes control.

1. The Debtors prepared these unaudited Schedules and SOFAs pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

2. While the Debtors have made every reasonable effort to ensure that the Schedules and SOFAs are accurate and complete based upon information that was available to them at the time of preparation, inadvertent errors or omissions may exist and the subsequent receipt of information and/or further review and analysis of the Debtors' books and records may result in changes to financial data and other information contained in the Schedules and SOFAs. Moreover, because the Schedules and SOFAs contain unaudited information, which is subject to further review and potential adjustment, there can be no assurance that the Schedules and SOFAs are complete or accurate.

3. In reviewing and signing the Schedules and SOFAs, John Sweeney, the duly authorized and designated representative of the Debtors (the "Designated Representative"), has necessarily relied upon the prior efforts, statements and representations of former employees, personnel, and professionals of the Debtors (the Debtors no longer have any employees). The Designated Representative has not (and could not have) personally verified the accuracy of each such statement and representation that collectively provide the information presented in the Schedules and SOFAs, including but not limited to, statements and representations concerning amounts owed to creditors and their addresses.

4. The Debtors and their past or present directors, officers, employees, attorneys, professionals and agents (including, but not limited to, the Designated Representative), do not guarantee or warrant the accuracy, completeness, or currentness of the data that is provided herein and shall not be liable

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, are Akorn Holding Company LLC (9190), Akorn Intermediate Company LLC (6123), and Akorn Operating Company LLC (6184). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein. The Debtors and their past or present officers, employees, attorneys, professionals and agents (including, but not limited to, the Designated Representative) expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided herein or to notify any third party should the information be updated, modified, revised or re-categorized. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. In no event shall the Debtors or their past or present officers, employees, attorneys, professionals and/or agents (including, but not limited to, the Designated Representative) be liable to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of any potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused arising from or related to any information provided herein or omitted herein. Disclosure of information in one or more Schedules, one or more SOFAs, or one or more exhibits or attachments to the Schedules or SOFAs, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, SOFAs, exhibits, or attachments.

5. The Debtors reserve their rights to amend the Schedules and SOFAs as may be necessary or appropriate in the Debtors' sole and absolute discretion, including, but not limited to, the right to assert offsets or defenses to (which rights are expressly preserved), or to dispute, any claim reflected on the Schedules as to amount, liability or classification, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated." These Global Notes will apply to all such amendments. Furthermore, nothing contained in the Schedules or SOFAs shall constitute a waiver of the Debtors' rights with respect to the chapter 7 cases and specifically with respect to any issues involving substantive consolidation, equitable subordination and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers, or an admission relating to the same. Any specific reservation or rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

6. Disclosure of information in one or more Schedules, one or more SOFAs, or one or more exhibits or attachments to the Schedules or SOFAs, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, SOFAs, exhibits, or attachments.

7. Any failure to designate a claim listed on the Debtors' Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent" or "unliquidated." Additionally, the dollar amounts of claims listed may be exclusive of contingent and additional unliquidated amounts. Further, the claims of individual creditors are listed as the amounts entered on the Debtors' books and records and may not reflect credits or allowances due from such creditors to the Debtors or setoffs applied by such creditors against amounts due by such creditors to the Debtors with respect to other transactions between them. The Debtors reserve all of their rights with respect to any such credits and allowances. Furthermore, listing a claim does not constitute an admission of liability by the Debtor against which the claim is listed or against any of the Debtors.

8.   Some of the Debtors' scheduled assets and liabilities are unknown and/or unliquidated.  In such cases, no amounts are listed or the amounts are listed as "undetermined," "unknown," or to similar effect.  Accordingly, for this and other reasons the Schedules may not fully reflect the aggregate amount of the Debtors' assets and liabilities.

9.   At times, the preparation of the Schedules and the SOFAs required the Debtors to make assumptions that may affect the reported amounts of assets and liabilities, the disclosures of contingent assets and liabilities, and/or other items. Actual results could differ from those estimates. Pursuant to Fed. R. Bankr. P. 1009, the Debtors may amend their Schedules and SOFAs as they deem necessary and appropriate to reflect material changes.  In addition, the Debtors, for the benefit of their estates, reserve the right to dispute or to assert offsets or defenses to any claim listed on the Schedules or SOFAs.

10.  Given the differences between the information requested in the Schedules and the financial information utilized under generally accepted accounting principles in the United States ("GAAP"), the aggregate asset values and claim amounts set forth in the Schedules may not necessarily reflect the amounts that would be set forth in a balance sheet prepared in accordance with GAAP.

11.  It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations of all of their assets.  For these reasons, the Debtors have indicated in the Schedules and SOFAs that the values of certain assets and liabilities are undetermined or unknown.  Unless otherwise indicated, the Debtors generally used net book values as of January 31, 2023.  Exceptions to this include Schedule A/B Question 3, Schedule D, and Schedule E/F, which are as of the February 23, 2023 (the "Petition Date"), and certain other assets. Certain other assets, such as investments in subsidiaries and other intangible assets, are listed as undetermined amounts, as the net book values may differ materially from fair market values. Amounts ultimately realized may vary from net book value (or whatever value was ascribed) and such variance may be material. Accordingly, the Debtors reserve all of their rights to amend or adjust the value of each asset set forth herein. In addition, the amounts shown for total liabilities exclude items identified as "unknown" or "undetermined," and, thus, ultimate liabilities may differ materially from those stated in the Schedules and SOFAs. Also, assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and SOFAs or are listed with a zero-dollar value, as such assets have no net book value. The omission of an asset from the Schedules and SOFAs does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights of the Debtors with respect to such asset.  Given, among other things, the current market valuation of certain assets and the valuation and nature of certain liabilities, nothing in the Schedules and SOFAs shall be, or shall be deemed to be, an admission that any Debtor was solvent or insolvent as of the Petition Date.

12.  Certain legal actions or administrative proceedings (collectively, the "Actions") reflected against a particular Debtor may relate to any of the other Debtors. The Debtors made reasonable efforts to accurately record the Actions in the Schedules and SOFAs of the Debtor that is the party to the Action. The inclusion of any Action in the Schedules and SOFAs does not constitute an admission by the Debtors of liability, the validity of any Action or the amount of any potential claim that may result from any claims with respect to any Action, or the amount and treatment of any potential claim resulting from any Action currently pending or that may arise in the future.

13. Certain of the Debtors' assets, liabilities, and prepetition payments may properly be disclosed in response to multiple parts of the Schedules and SOFAs. To the extent these disclosures would be duplicative, the Debtors may have determined to only list such assets, liabilities, and prepetition payments once.

14. The Debtors have not included in the Schedules and SOFAs the future obligations of any capital or operating leases. To the extent that there was an amount outstanding as of the Petition Date, the creditor has been included on Schedule F of the Schedules.

15. The Debtors have used reasonable efforts to locate and identify guarantees and other secondary liability claims (collectively, the "Guarantees") in each of their executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements. Where such Guarantees have been identified, they have been included in the relevant Schedule H for the Debtor or Debtors affected by such Guarantees. However, certain Guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements may have been inadvertently omitted. Thus, the Debtors reserve all of their rights to amend the Schedules to the extent that additional Guarantees are identified.

16. Exclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated, or otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated, or otherwise have not expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. The Debtors have made every effort to attribute intellectual property to the rightful Debtor owner, however, in some instances, intellectual property owned by one Debtor may, in fact, be owned by another. Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all intellectual property rights.

17. The inventories, property, and equipment listed in the Schedules and SOFAs are presented as of January 31, 2023 without consideration of any asserted mechanics', materialmen, or similar liens that may attach (or have attached) to such inventories, property, and equipment.

18. To prepare and file the Schedules as close to the Petition Date as possible, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities. The Debtors reserve all rights to amend the reported amounts of assets and liability to reflect changes in those estimates or assumptions.

19. In the circumstance where the Schedules and Statements require information regarding "insiders," the Debtors have included information with respect to the individuals who the Debtors believe may be included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods. The listing of a party as an insider for purposes of the Schedules and Statements is not intended to be, nor should it be, construed as an admission of any fact, right, claim, or defense and all such rights, claims, and defenses are hereby expressly reserved. Information regarding the individuals listed as insiders in the Schedules and Statements has been included for informational purposes only and such information may not be used for: (1) the

purposes of determining (a) control of the Debtors; (b) the extent to which any individual exercised management responsibilities or functions; (c) corporate decision-making authority over the Debtors; or (d) whether such individual could successfully argue that he or she is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability; or (2) any other purpose.

**Specific Disclosures Regarding the Schedules**

20. With respect to Schedule A/B Part 1, question 3 and 4, the account balances are as of the Petition Date.

21. With respect to Schedule A/B Part 2, question 7, the Debtors are required to make deposits from time to time with various vendors, landlords, and service providers in the ordinary course of business. The Debtors have exercised reasonable efforts to report the current value of any deposits. The Debtors may have inadvertently omitted deposits and conversely may have reported deposits that are no longer outstanding. The Debtors reserve their rights, but are not required, to amend the Schedules and SOFAs if deposits are incorrectly identified.

22. With respect to Schedule A/B Part 2, questions 6-8, certain payments disclosed may not be reimbursable to the Debtors due to potential counterclaims against the Debtors or other potential offsetting obligations

23. With respect to Schedule A/B Part 2, question 8, the Debtors are required to make prepayments from time to time with various vendors, landlords, and service providers as part of the ordinary course of business. The Debtors have exercised reasonable efforts to identify any prepayments. The Debtors may have inadvertently omitted certain prepayments and conversely may have reported prepayments for which services have already been provided. The Debtors reserve their rights, but are not required, to amend the Schedules and SOFAs if prepayments are incorrectly identified

24. With respect to Schedule A/B, Part 2, questions 6-7, the balances reported are as of January 31, 2023, and reflect a previous retainer for their bankruptcy counsel, Young Conaway Stargatt & Taylor, LLP ("Young Conaway"). This amount is listed purely for administrative reasons as a result of the reporting date. The retainer amounts paid by the Debtors to Young Conaway are on an earned upon receipt basis and, thus, do not constitute an interest of the Debtors in property. The total amount paid to Young Conaway is listed in response to SOFA question 11.

25. With respect to Schedule A/B Part 3, question 11a, the gross accounts receivable balance is as of January 31, 2023. For the Debtors, the value of the net accounts receivable balance may be lower due to credits and deductions permitted under the Debtors' customer programs including chargebacks, rebates, product returns, discounts and other programs pursuant to which customers may receive discounts or make deductions from future payments. These programs are consistent with the ordinary course in the Debtors' industry. These programs can be particularly voluminous, unduly burdensome and cost for the Debtors regularly document.

26. Ownership interests in subsidiaries and affiliates have been listed in Schedule A/B, Part 4 as undetermined. The Debtors make no representation as to the value of their ownership of each subsidiary as the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

27. With respect to Schedule A/B Part 4, question 14, the Debtors' have listed a *de minimis* amount of stock in Nicox SA. However, other than legacy financial statements, the Debtors do not currently possess records or knowledge regarding this stock.

28. With respect to Schedule A/B Part 7, office furniture, fixtures, and equipment; and collectibles, dollar amounts are presented net of accumulated depreciation and other adjustments. Because of the large number of furniture, fixtures, and equipment, as well as the difficulty of listing out every one of these assets, these items are listed as group line items. The Debtors may lease furniture, fixtures, and equipment from certain third party lessors. Any such leases are set forth in the Schedules and SOFAs. Nothing in the Schedules and SOFAs is or shall be construed as an admission as to the determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all of their rights with respect to same.

29. With respect to Schedule A/B Part 8, question 50, machinery, fixtures and equipment (excluding farm machinery and equipment), dollar amounts are presented net of accumulated depreciation and other adjustments. Because of the large number of machinery, fixtures and equipment, as well as the difficulty of listing out every one of these assets, these items are listed as group line items. The Debtors may lease machinery, fixtures and equipment from certain third party lessors. Any such leases are set forth in the Schedules and SOFAs. Nothing in the Schedules and SOFAs is or shall be construed as an admission as to the determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all of their rights with respect to same.

30. With respect to Schedule A/B Part 9, because of the large number of the Debtors' executory contracts and unexpired leases, as well as the size and scope of such documents, the Debtors have not attached such agreements to Schedule A/B. Instead, the Debtors have only listed such agreements on Schedule G.

31. With respect to Schedule A/B Part 10, the Debtors review goodwill and other intangible assets having indefinite lives for impairment annually or when events or changes in circumstances indicate the carrying value of these assets might exceed their current fair values. The Debtors report intellectual property assets as net book value based on the Debtors' books and records whenever applicable. For that reason, values are listed as unknown or undetermined where appropriate.

32. With respect to Schedule A/B Part 11, dollar amounts are presented net of impairments and other adjustments. With respect to "Contingent and Unliquidated Claims or Causes of Action of Every Nature, including Counterclaims of the Debtor and Rights to Setoff Claims," in the ordinary course of business, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-claims, cross-claims, setoffs, refunds with their customers and suppliers, or potential warranty claims against their suppliers. Additionally, certain of the Debtors may be party to pending litigation in which the Debtors have asserted, or may assert, claims as a plaintiff or counter-claims and/or cross-claims as a defendant. Because certain of these claims are unknown to the Debtors and not quantifiable as of the Petition Date, they may not be listed on Schedule A/B, Part 11. With respect to "Interests in Insurance Policies or Annuities," the Debtors maintain a variety of insurance policies including property, general liability, and workers' compensation policies and other employee related policies. The Debtors believe that there is little or no cash value to the vast majority of such insurance policies. Accordingly, such policies are not listed on Schedule A/B, Part

11. To the extent an insurance policy is determined to have value, it will be included in Schedule A/B.

33. With respect to Schedule D, except as otherwise agreed pursuant to a stipulation, or agreed order, or general order entered by the Bankruptcy Court that is or becomes final, the Debtors and their estates reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D of any Debtor. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim. The Debtors made reasonable, good faith efforts to include all liens on Schedule D, but may have inadvertently omitted to include an existing lien because of, among other things, the possibility that a lien may have been imposed after the Uniform Commercial Code searches were performed or a vendor may not have filed the requisite perfection documentation. Moreover, the Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights. Although there are multiple parties that hold a portion of the debt included in the Debtors' prepetition secured credit facility and other funded secured indebtedness, only the administrative agents have been listed for purposes of Schedule D. The amounts reflected outstanding under the Debtors' prepetition funded indebtedness reflect approximate amounts as of the Petition Date.

34. Debtor Akorn Operating Company LLC ("AOCL") and Debtor Akorn Intermediate Company LLC ("AICL") are parties to that certain Credit Agreement, dated as of October 1, 2020, by and among AOCL, AICL, the other Loan Parties (as defined therein) party thereto, the Lenders (as defined therein) party thereto, and MidCap Financial Trust (as Administrative Agent) (the "ABL Credit Agreement"), pursuant to which AOCL and AICL received a revolving line of credit in an initial aggregate amount of $160,000,000.  The ABL Facility is secured under a Pledge and Security Agreement (subject to the terms of the Intercreditor Agreement (as defined below) with the Term Loan lenders) by a first priority security interest in all accounts, all inventory, all deposit accounts, all cash and cash equivalents, all equipment located in the United States, all real property located in the United States and all improvements and fixtures thereon, and all books, records, and proceeds related to the foregoing (the "ABL Collateral") and a second priority security interest in all Term Loan Collateral (as defined below).

35. AOCL and AICL are parties to that certain Senior Secured Term Loan Agreement, dated as of October 1, 2020, by and among AOCL, AICL, the other Loan Parties (as defined therein) party thereto, the Lenders (as defined therein) party thereto, and Wilmington Savings Fund Society, FSB (as Administrative Agent) (the "TL Credit Agreement"), pursuant to which AOCL and AICL received a senior secured term loan facility in an initial aggregate amount of $370,000,000.  The Term Loan Facility is secured under a Pledge and Security Agreement (subject to the terms of an Intercreditor Agreement with the ABL Lender) by a first priority security interest in all Collateral (other than the ABL Collateral) and the proceeds thereof (the "Term Loan Collateral," and together with the ABL Collateral, the "Collateral") and a second priority security interest in all ABL Collateral.

36. The ABL Lender and Term Loan Lenders are parties to that certain Intercreditor Agreement, dated as of October 1, 2020, by and among MidCap Funding IV Trust (as successor-by-assignment to MidCap Financial Trust), as Administrative Agent for the ABL Secured Parties (as defined therein) (the "ABL Representative"), Wilmington Savings Fund Society, FSC, as Administrative Agent for the Term Loan Secured Parties (as defined therein) (the "Term Loan Representative"), and each of the Loan Parties party thereto (as defined therein) (the "Intercreditor Agreement"), pursuant to which the ABL Representative and the Term Loan Representative set forth, among other things, (a) their (and the ABL Secured Parties' and the Term Loan Secured Parties') relative lien priorities in the Collateral and enforcement rights and obligations related thereto, (b) the method by and the order in which proceeds of the Collateral shall be applied by the ABL Representative and Term Loan Representative, respectively, (c) the impact on the respective liens of the ABL Representative and Term Loan Representative arising from the sale or disposition of Collateral and (d) the relative rights and obligations of the ABL Representative and Term Loan Representative upon and during the occurrence of any Insolvency Proceeding of any Loan Party (as defined therein).

37. With respect to Schedule E/F, the listing of any claim on Schedule E/F does not constitute an admission by the Debtors that such claim or any portion thereof is entitled to priority treatment under section 507 of the Bankruptcy Code. The Debtors reserve all of their rights to dispute the amount and/or the priority status of any claim on any basis at any time. With respect to Schedule E/F Part 1, the Debtors have not conducted a legal analysis regarding the potential priority of certain potential claims, such as severance claims, as such an analysis would be prohibitively expensive and unduly burdensome. With respect to Schedule E/F Part 2, all creditors and amounts listed are derived from the Debtors' accounts payable as of the Petition Date. The Debtors are unable to state with certainty the dates that such debts were incurred, and accordingly, the Debtors have not listed the dates that such debts were incurred. The Debtors will, however, provide the chapter 7 trustee with the most recent aging report available.

38. With respect to Schedule E/F, the Debtors have used reasonable best efforts to list all general unsecured claims against the Debtors based upon the Debtors' existing books and records. Schedule E/F does not include certain deferred credits, deferred charges, deferred liabilities, accruals, or general reserves. Such amounts are general estimates of liabilities and do not represent specific claims as of the Petition Date; however, such amounts are reflected on the Debtors' books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific claims as of the Petition Date. Schedule E/F does not include certain reserves for potential unliquidated contingencies that historically were carried on the Debtors' books as of the Petition Date; such reserves were for potential liabilities only and do not represent actual liabilities as of the Petition Date. The claims listed in Schedule E/F arose or were incurred on various dates. In certain instances, the date on which a claim arose is an open issue of fact. Determining the date upon which each claim in Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each claim listed on Schedule E/F. Moreover, the Debtors may have purchased or received certain goods within 20 days of the Petition Date, but such transactions (if any) may not be currently contained in the Debtors' books and records.

39. Schedule E/F contains information regarding potential and pending litigation involving the Debtors. In certain instances, the Debtor that is the subject of the litigation is unclear or undetermined. To the extent that litigation involving a particular Debtor has been identified, however, such

information is contained in the Schedule for that Debtor. Schedule E/F reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of an executory contract or unexpired lease. In addition, Schedule E/F does not include rejection damage claims of the counterparties to the executory contracts and unexpired leases that have been or may be rejected, to the extent such damage claims exist. Except in certain limited circumstances, the Debtors have not scheduled contingent and unliquidated liabilities related to guaranty obligations on Schedule E/F. Such guaranties are, instead, listed on Schedule H. The claims of individual creditors for, among other things, goods, services, or taxes listed on the Debtors' books and records may not reflect credits or allowances due from such creditors. The Debtors reserve all of their rights in respect of such credits or allowances. The dollar amounts listed may be exclusive of contingent or unliquidated amounts. Unless the Debtors were required to pay ancillary costs, such as freight, miscellaneous fees and taxes, such costs are not included in the liabilities scheduled, as such amounts do not represent actual liabilities of the Debtor.

40. The businesses of the Debtors are complex and, while every effort has been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. The Debtors hereby reserve all of their rights to (i) dispute the validity, status or enforceability of any contracts, agreements or leases set forth in Schedule G and (ii) amend or supplement such Schedule as necessary. Although the Debtors made diligent efforts to attribute an executory contract to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so. Accordingly, the Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G. Furthermore, the Debtors reserve all of their rights, claims and causes of action with respect to the contracts and agreements listed on the Schedules, including the right to dispute or challenge the characterization or the structure of any transaction, document or instrument. The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or an unexpired lease. The Debtors do not make, and specifically disclaim, any representation or warranty as to the completeness or accuracy of the information set forth on Schedule G. The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contract, agreement, or lease set forth in Schedule G and to amend or supplement Schedule G as necessary. The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument or other document is listed thereon.

41. In some cases, the same supplier or provider appears multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider.

42. In the ordinary course of business, the Debtors may have issued numerous purchase orders for supplies, product, and related items which, to the extent that such purchase orders constitute executory contracts, are not listed individually on Schedule G. To the extent that goods were delivered under purchase orders prior to the Petition Date, vendors' claims with respect to such delivered goods are included on Schedule E/F.

43. As a general matter, certain of the Debtors' executory contracts and unexpired leases could be included in more than one category. In those instances, one category has been chosen to avoid duplication. Further, the designation of a category is not meant to be wholly inclusive or descriptive of the entirety of the rights or obligations represented by such contract.

44. Certain of the executory contracts and unexpired leases listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, right to lease additional space, statements of work, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as easements, rights of way, subordination, nondisturbance, and atonement agreements, supplemental agreements, amendments/letter agreements, title agreements, and confidentiality agreements. Such documents also are not set forth in Schedule G.

45. The Debtors hereby reserve all of their rights, claims, and causes of action with respect to the contracts and agreements listed on Schedule G, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument related to a creditor's claim, to dispute the validity, status, or enforceability of any contract, agreement, or lease set forth in Schedule G, and to amend or supplement Schedule G as necessary. Inclusion of any agreement on Schedule G does not constitute an admission that such agreement is an executory contract or unexpired lease and the Debtors reserve all rights in that regard, including, without limitation, that any agreement is not executory, has expired pursuant to its terms, or was terminated prepetition.

46. In addition, certain of the agreements listed on Schedule G may be in the nature of conditional sales agreements or secured financings. The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease.

47. In the ordinary course of business, the Debtors have entered into numerous contracts or agreements, both written and oral, regarding the provision of certain services on a month to month basis. To the extent such contracts or agreements constitute executory contracts, these contracts and agreements may not be listed individually on Schedule G.

48. Certain of the executory contracts may not have been memorialized and could be subject to dispute; executory agreements that are oral in nature have not been included in Schedule G.

49. In the ordinary course of business, the Debtors may have entered into confidentiality agreements which, to the extent that such confidentiality agreements constitute executory contracts, may not be listed individually on Schedule G.

50. Certain of the executory contracts and unexpired leases listed in Schedule G were assigned to, assumed by, or otherwise transferred to certain of the Debtors in connection with, among other things, acquisitions by the Debtors.

51. The Debtors generally have not included on Schedule G any insurance policies, the premiums for which have been prepaid. The Debtors submit that prepaid insurance policies are not executory contracts pursuant to section 365 of the Bankruptcy Code because no further payment or other material performance is required by the Debtors. Nonetheless, the Debtors recognize that in order to enjoy the benefits of continued coverage for certain claims under these policies, the Debtors may have to comply with certain non-monetary obligations, such as the provision of notice of claims and cooperation with insurers. In the event that the Bankruptcy Court were to ever determine that any such prepaid insurance policies are executory contracts, the Debtors reserve all of their rights to amend Schedule G to include such policies, as appropriate.

52. In addition, Schedule G does not include rejection damage claims of the counterparties to the executory contracts and unexpired leases that have been or may be rejected, to the extent such damage claims exist.

53. Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission. Certain of the agreements listed on Schedule G may have been entered into by or on behalf of more than one of the Debtors. Additionally, the specific Debtor obligor(s) to certain of the agreements could not be specifically ascertained in every circumstance. In such cases, the Debtors have made reasonable efforts to identify the correct Debtors' Schedule G on which to list the agreement and, where a contract party remained uncertain, such agreements may have been listed on a different Debtor's Schedule G.

54. With respect to Schedule H, in the ordinary course of their business, the Debtors pay certain expenses on behalf of their subsidiaries. The Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other agreements. Further, certain of the guarantees reflected on Schedule H may have expired or may no longer be enforceable. Thus, the Debtors reserve their rights to amend Schedule H to the extent that additional guarantees are identified or such guarantees are discovered to have expired or become unenforceable.

55. In the ordinary course of their business, the Debtors may be involved in pending or threatened litigation and claims arising out of certain ordinary course of business transactions. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counter-claims against other parties. Because such claims are contingent, disputed, and/or unliquidated, such claims have not been set forth individually on Schedule H. However, some such claims may be listed elsewhere in the Schedules and SOFAs.

**Specific Disclosures Regarding the SOFAs**

56. With respect to SOFA Part 2 questions 3-4, applicable cash disbursements made through the Petition Date were captured in the disclosure.

57. With respect to SOFA Part 2 questions 3-4, certain payment dates disclosed (particularly those listed with the last day of a particular month) are as of the date the disbursement was posted in the

Debtors' general ledger rather than specific disbursement date. The Debtors have bank statements available to assist in a full reconciliation between posting date and disbursement date.

58. With respect to SOFA Part 2 question 6, the Debtors incur certain setoffs and other similar rights during the ordinary course of business. Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, returns, warranties, and other disputes between the Debtors and their suppliers. These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately. Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are excluded from the Schedules. In addition, the Debtors engage in several customer programs, including chargebacks, coupon redemption, product returns, rebates, and discounts to customers in the ordinary course of business, and other programs pursuant to which customers may receive credits or make deductions from future payments. These routine programs are consistent with the ordinary course of business in the Debtors' industry. These programs can be particularly voluminous, unduly burdensome, and costly for the Debtors to regularly document. As such, these transactions were not considered setoffs for the purpose of responding to Question Six of the Statements, although the Debtors reserve all rights with respect thereto and make no admission or waiver thereby.

59. With respect to SOFA Part 6, question 11, although the Debtors have made reasonable efforts to distinguish between payments made for professional services related and unrelated to their restructuring efforts, some amounts listed in response to Question 11 may include payments for professional services unrelated to bankruptcy.

60. With respect to SOFA Part 12, questions 22-24, the Debtors historically have operated over a substantial period of time at various locations. At some locations, the Debtors may no longer have active operations and may no longer have relevant records, or the records may no longer be complete or reasonably accessible or reviewable. In some cases, statutory document retention periods have passed. Further, some individuals who once possessed responsive information may no longer be employed by the Debtors. For all these reasons, it may not be reasonably possible to identify and supply all of the requested information that is responsive to Questions 22-24. The Debtors have made commercially reasonable efforts to provide responsive information. The Debtors acknowledge the possibility that information related to proceedings, governmental notices and reported releases of hazardous materials responsive to Questions 22-24 may be discovered subsequent to the filing of the Schedules and Statements. The Debtors reserve the right to supplement or amend this response in the future if additional information becomes available. This response does not include sites or proceedings related to non-environmental laws, such as occupational safety and health laws or transportation laws. This response is also limited to identifying circumstances in which governmental agencies have alleged in writing that particular operations of the Debtors are in violation of environmental laws and proceedings that have resulted from alleged violations of environmental laws. This response also does not cover: (i) periodic information requests, investigations or inspections from governmental units concerning compliance with environmental laws; or (ii) routine reports and submissions concerning permitted discharges resulting from routine operations where such reports and submissions were made in compliance with regulatory requirements.

61. With respect to SOFA Part 13 question 26(c)-(d), the Debtors contacted various parties in connection with the Debtors' efforts to market their assets and raise new sources of capital, and the Debtors shared certain financial information to certain of those parties, who are not individually disclosed herein.

62. With respect to SOFA Part 13 question 30, Distributions by the Debtors to their directors and officers are listed in response to Question 4. Certain directors and executive officers of Debtor Akorn Operating Company LLC, were also directors and executive officers of certain of the other Debtors and non-Debtor affiliates. Such individuals were only compensated for services rendered on a consolidated basis, so to the extent payments to such individuals are not listed in the response to Question 4 on the Statements for such Debtor affiliates, they did not receive payment from the Debtors for their services as directors or executive officers of these entities. Certain of the Debtors' directors and executive officers received distributions net of tax withholdings in the year preceding the Petition Date. The amounts listed under Question 4 reflect the gross amounts paid to such directors and officers rather than the net amounts after deducting for tax withholdings.

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals        12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**

    Copy line 88 from *Schedule A/B* ................................................................................................

    $ _____ 0.00

    1b. **Total personal property:**

    Copy line 91A from *Schedule A/B* ...............................................................................................

    $ _____ 222,690,796.15

    1c. **Total of all property:**

    Copy line 92 from *Schedule A/B* .................................................................................................

    $ _____ 222,690,796.15

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ....................

    $ _____ 185,111,238.42

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**

    Copy the total claims from Part 1 from line 5a of *Schedule E/F* ...............................................

    $ _____ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**

    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* .................................

    + $ _____ 128,319,921.32

4. **Total liabilities**

    Lines 2 + 3a + 3b ...........................................................................................................

    $ _____ 313,431,159.74

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

    ☐ No. Go to Part 2.
    ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2. **Cash on hand**

    2.1 None                                                                                   $

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1 Bank of America, N.A. (Chicago) | Checking | 6603 | $ 1,582,423.50 |
| 3.2 Bank of America, N.A. (Chicago) | Checking | 0893 | $ 128,760.36 |
| 3.3 Bank of America, N.A. (Chicago) | Checking | 1061 | $ 50,000.00 |
| 3.4 Bank of America, N.A. (Chicago) | Checking | 7616 | $ 39,139.80 |
| 3.5 Bank of America | Checking | 8391 | $ 1,046,881.74 |

4. **Other cash equivalents** *(Identify all)*

    4.1 Escrow held, JPMorgan  #3559                                            $ 6,750,000.00

5. **Total of Part 1**

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

    | $ 9,597,205.40 |
    |---|

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1 | Cash collateral for Surety Bonds - Philadelphia Indemnity Ins Co. | $ 1,055,000.00 |
| 7.2 | Ipledge - Syneos | $ 541,260.53 |
| 7.3 | Retainer - Arent Fox | $ 50,207.18 |
| 7.4 | Retainer - Grant Thornton | $ 12,350.00 |
| 7.5 | Retainer - HRLM Consulting | $ 19,200.00 |
| 7.6 | Retainer - Kurtzman Carson | $ 25,000.00 |
| 7.7 | Retainer - M3 | $ 350,000.00 |
| 7.8 | Retainer - Sills | $ 20,000.00 |
| 7.9 | Security deposit - Cedarbrook | $ 256,367.52 |
| 7.10 | Security deposit - CV II Gurnee LLC | $ 73,955.50 |
| 7.11 | Security deposit - Veronica Development Associates, LLC | $ 37,332.32 |
| 7.12 | Security deposit - WSC-GSP B/L Office Park Owner VII, LLC | $ 11,126.90 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1 | FEDERAL INCOME TAXES - IRS | $ 445,973.00 |
| 8.2 | FEES - FOOD AND DRUG ADMINISTRATION (ADUFA) | $ 241,523.33 |
| 8.3 | FEES - FOOD AND DRUG ADMINISTRATION (AGDUFA) | $ 381,094.67 |
| 8.4 | FEES - FOOD AND DRUG ADMINISTRATION (GDUFA) | $ 1,080,370.67 |
| 8.5 | FEES - FOOD AND DRUG ADMINISTRATION (GDUFA) | $ 142,089.33 |
| 8.6 | FEES - FOOD AND DRUG ADMINISTRATION (GDUFA) | $ 152,089.33 |
| 8.7 | FEES - FOOD AND DRUG ADMINISTRATION (PDUFA) | $ 787,866.00 |
| 8.8 | FEES - MIKART INC (GDUFA Fees) | $ 33,333.33 |
| 8.9 | Insurance / 1st Excess D&O Premium - ARTHUR J GALLAGHER RMS INC | $ 173,333.33 |
| 8.10 | Insurance / 1st Excess Prepaid Runoff - ARTHUR J GALLAGHER RMS INC | $ 585,000.00 |
| 8.11 | Insurance / 1st Excess Side A Prepaid Runoff - ARTHUR J GALLAGHER RMS INC | $ 450,000.00 |
| 8.12 | Insurance / 2022-2023 Risk Management Fee - ARTHUR J GALLAGHER RMS INC | $ 125,000.00 |
| 8.13 | Insurance / 2nd Excess Side A Prepaid Runoff - ARTHUR J GALLAGHER RMS INC | $ 382,500.00 |
| 8.14 | Insurance / Automobile (Commercial Package) - THE HARTFORD | $ 10,812.00 |
| 8.15 | Insurance / Crime / Fiduciary Premium - ARTHUR J GALLAGHER RMS INC | $ 51,918.00 |

| | | |
|---|---|---|
| 8.16 Insurance / Employment Practices Liability - ARTHUR J GALLAGHER RMS INC | $ | 6,666.67 |
| 8.17 Insurance / Equipment Breakdown - ARTHUR J GALLAGHER RMS INC | $ | 15,326.67 |
| 8.18 Insurance / Excess Cyber Liability - ARTHUR J GALLAGHER RMS INC | $ | 16,687.45 |
| 8.19 Insurance / Excess Cyber Liability - ARTHUR J GALLAGHER RMS INC | $ | 14,694.55 |
| 8.20 Insurance / Excess Products Liability - $10M xs $25M - ARTHUR J GALLAGHER RMS INC | $ | 70,146.13 |
| 8.21 Insurance / Excess Products Liability - $10M xs $35M - ARTHUR J GALLAGHER RMS INC | $ | 53,470.67 |
| 8.22 Insurance / Excess Products Liability - $15M xs $10M - ARTHUR J GALLAGHER RMS INC | $ | 130,625.25 |
| 8.23 Insurance / Excess Products Liability - $5M xs $45M - ARTHUR J GALLAGHER RMS INC | $ | 28,698.83 |
| 8.24 Insurance / Excess Property - $25M p/o $50M xs $100M - ARTHUR J GALLAGHER RMS INC | $ | 18,039.67 |
| 8.25 Insurance / Excess Property - $25M p/o $50M xs $100M - ARTHUR J GALLAGHER RMS INC | $ | 22,202.67 |
| 8.26 Insurance / Excess Side A 5x15 - ARTHUR J GALLAGHER RMS INC | $ | 133,333.33 |
| 8.27 Insurance / Excess Side A 5x20 - ARTHUR J GALLAGHER RMS INC | $ | 113,333.33 |
| 8.28 Insurance / Excess Stock Throughput - $25M xs $75M - ARTHUR J GALLAGHER RMS INC | $ | 24,167.67 |
| 8.29 Insurance / General Liability (Commercial Package) - THE HARTFORD | $ | 11,105.67 |
| 8.30 Insurance / Lead Side A DIC Prepaid Runoff - ARTHUR J GALLAGHER RMS INC | $ | 522,000.00 |
| 8.31 Insurance / Lead Side A Premium - ARTHUR J GALLAGHER RMS INC | $ | 154,666.67 |
| 8.32 Insurance / Primary Cyber Premium - ARTHUR J GALLAGHER RMS INC | $ | 20,715.00 |
| 8.33 Insurance / Primary D&O Premium - ARTHUR J GALLAGHER RMS INC | $ | 216,666.67 |
| 8.34 Insurance / Primary D&O Prepaid Runoff - ARTHUR J GALLAGHER RMS INC | $ | 731,250.00 |
| 8.35 Insurance / Primary Products Liability - $10M - ARTHUR J GALLAGHER RMS INC | $ | 169,172.50 |
| 8.36 Insurance / Property - $100M - ARTHUR J GALLAGHER RMS INC | $ | 614,314.33 |
| 8.37 Insurance / Stock Throughput - $75M ($20M Transit) - ARTHUR J GALLAGHER RMS INC | $ | 118,333.33 |
| 8.38 Insurance / Umbrella - THE HARTFORD | $ | 8,954.67 |
| 8.39 Insurance / Workers' Compensation - THE HARTFORD | $ | 439,506.00 |
| 8.40 PREPAID RETENTION BONUSES - EXECUTIVES | $ | 952,380.95 |
| 8.41 SERVICE - AB SCIEX LLC | $ | 22,387.46 |
| 8.42 SERVICE - BLUE MOUNTAIN QUALITY RESOURCE | $ | 38,316.67 |
| 8.43 SERVICE - CAERUS US 1 INC | $ | 12,856.67 |
| 8.44 SERVICE - CHEMTREC | $ | 17,966.67 |
| 8.45 SERVICE - DILIGENT CORPORATION | $ | 2,297.30 |
| 8.46 SERVICE - DILIGENT CORPORATION | $ | 22,916.67 |
| 8.47 SERVICE - DMD AMERICA INC | $ | 17,333.33 |
| 8.48 SERVICE - DOMINO AMJET =ORDER | $ | 19,044.00 |
| 8.49 SERVICE - DOSARREST INTERNET SECURITY LT | $ | 9,600.00 |

| Name | | |
|------|---|---|
| 8.50 SERVICE - FEDEGARI TECHNOLOGIES INC | $ | 19,324.17 |
| 8.51 SERVICE - FEDEGARI TECHNOLOGIES INC | $ | 21,172.50 |
| 8.52 SERVICE - GARTNER INC | $ | 2,241.67 |
| 8.53 SERVICE - GP PHARMA SA (GDUFA Fees) | $ | 22,050.67 |
| 8.54 SERVICE - GUIDEPOINT SECURITY =ORDER | $ | 2,109.70 |
| 8.55 SERVICE - GUIDEPOINT SECURITY =ORDER | $ | 7,182.02 |
| 8.56 SERVICE - GUIDEPOINT SECURITY =ORDER | $ | 12,500.00 |
| 8.57 SERVICE - GUIDEPOINT SECURITY =ORDER | $ | 53,145.37 |
| 8.58 SERVICE - GUIDEPOINT SECURITY =ORDER | $ | 42,370.70 |
| 8.59 SERVICE - GUIDEPOINT SECURITY =ORDER | $ | 76,358.33 |
| 8.60 SERVICE - HELPSYSTEMS =ORDER | $ | 12,488.38 |
| 8.61 SERVICE - INDEED INC | $ | 6,000.00 |
| 8.62 SERVICE - INFINITE TALENT INC | $ | 13,605.90 |
| 8.63 SERVICE - INFORMATION & COMPUTING SERVIC | $ | 37,722.66 |
| 8.64 SERVICE - INTEGRICHAIN INC | $ | 25,000.00 |
| 8.65 SERVICE - INTRALINKS INC | $ | 90,316.80 |
| 8.66 SERVICE - INTRALINKS INC | $ | 26,733.71 |
| 8.67 SERVICE - LINKEDIN CORPORATION | $ | 49,175.00 |
| 8.68 SERVICE - MALVERN PANALYTICAL =ORDER | $ | 27,205.37 |
| 8.69 SERVICE - MALVERN PANALYTICAL =ORDER | $ | 8,943.46 |
| 8.70 SERVICE - MEDPRO SYSTEMS LLC | $ | 6,250.00 |
| 8.71 SERVICE - MICROAGE | $ | 3,039.77 |
| 8.72 SERVICE - MICROAGE | $ | 5,943.36 |
| 8.73 SERVICE - MICROAGE | $ | 156,969.92 |
| 8.74 SERVICE - MICROAGE | $ | 11,294.82 |
| 8.75 SERVICE - MICROAGE | $ | 17,348.56 |
| 8.76 SERVICE - MICROAGE | $ | 3,444.20 |
| 8.77 SERVICE - MICROAGE | $ | 7,891.86 |
| 8.78 SERVICE - MICROAGE | $ | 17,723.80 |
| 8.79 SERVICE - MICROAGE | $ | 46,891.28 |
| 8.80 SERVICE - MICROAGE | $ | 8,433.68 |
| 8.81 SERVICE - MICROAGE | $ | 5,514.23 |
| 8.82 SERVICE - MICROAGE | $ | 7,357.56 |
| 8.83 SERVICE - MICROAGE | $ | 8,483.38 |

| | | |
|---|---|---|
| 8.84 | SERVICE - MSSO NORTHROP GRUMMAN | $ 3,512.63 |
| 8.85 | SERVICE - NERAC INC | $ 37,147.50 |
| 8.86 | SERVICE - NTT =ORDER WAS DIMENSION DATA | $ 1,322.33 |
| 8.87 | SERVICE - OPTEL USA =ORDER | $ 4,506.25 |
| 8.88 | SERVICE - OPTEL USA =ORDER | $ 8,250.00 |
| 8.89 | SERVICE - ORACLE AMERICA INC | $ 2,018.02 |
| 8.90 | SERVICE - ORACLE AMERICA INC | $ 3,816.42 |
| 8.91 | SERVICE - ORACLE AMERICA INC | $ 5,454.43 |
| 8.92 | SERVICE - ORACLE AMERICA INC | $ 4,478.83 |
| 8.93 | SERVICE - ORACLE AMERICA INC | $ 7,006.95 |
| 8.94 | SERVICE - ORACLE AMERICA INC | $ 12,477.94 |
| 8.95 | SERVICE - ORTIV-Q3 RSRCH PVT LTD =R&D ON | $ 15,250.00 |
| 8.96 | SERVICE - PALL CORPORATION | $ 9,697.82 |
| 8.97 | SERVICE - QUANTUM =ORDER | $ 3,215.95 |
| 8.98 | SERVICE - REES SCIENTIFIC CORPORATION | $ 5,192.63 |
| 8.99 | SERVICE - SAFETYCALL INTERNATIONAL LLC | $ 1,583.08 |
| 8.100 | SERVICE - SALARY.COM LLC | $ 11,500.00 |
| 8.101 | SERVICE - SALESFORCE.COM INC | $ 7,176.00 |
| 8.102 | SERVICE - SCIENTEK SOFTWARE INC | $ 5,595.83 |
| 8.103 | SERVICE - SCIENTEK SOFTWARE INC | $ 5,133.33 |
| 8.104 | SERVICE - SCIENTEK SOFTWARE INC | $ 6,383.33 |
| 8.105 | SERVICE - SHIMADZU SCIENTIFIC =ORDER | $ 23,647.51 |
| 8.106 | SERVICE - SIEMENS INDUSTRY INC | $ 3,464.42 |
| 8.107 | SERVICE - SKAN US INC | $ 9,166.67 |
| 8.108 | SERVICE - SMARTERCOMMERCE (FORMER PREMIE | $ 39,900.00 |
| 8.109 | SERVICE - SNOWFLAKE INC =ORDER | $ 3,333.33 |
| 8.110 | SERVICE - SOLARWINDS | $ 35,272.14 |
| 8.111 | SERVICE - SOTAX | $ 25,126.68 |
| 8.112 | SERVICE - SSI SERVICES INC | $ 23,052.66 |
| 8.113 | SERVICE - STANDARD & POORS RATINGS SERVI | $ 62,250.00 |
| 8.114 | SERVICE - STEINER ELECTRIC CO | $ 1,327.10 |
| 8.115 | SERVICE - STERIGENICS OAKBROOK =ORDER (GDUFA) | $ 12,514.67 |
| 8.116 | SERVICE - SWISS CAP AG (GDUFA Fees) | $ 14,700.67 |
| 8.117 | SERVICE - THERMO ELECTRON NA =ORDER | $ 8,127.03 |

| | | | |
|---|---|---|---|
| 8.118 | SERVICE - THERMO ELECTRON NA =ORDER | $ | 3,291.63 |
| 8.119 | SERVICE - THERMO ELECTRON NA =ORDER | $ | 5,344.90 |
| 8.120 | SERVICE - THERMO ELECTRON NA =ORDER | $ | 40,500.02 |
| 8.121 | SERVICE - TRACE LINK INC | $ | 13,333.33 |
| 8.122 | SERVICE - TRANE COMPANY | $ | 47,964.00 |
| 8.123 | SERVICE - U S PHARMACOPEIAL =ORDER | $ | 1,000.00 |
| 8.124 | SERVICE - VEEVA SYSTEMS INC | $ | 11,066.67 |
| 8.125 | SERVICE - VEEVA SYSTEMS INC | $ | 7,840.00 |
| 8.126 | SERVICE - VEEVA SYSTEMS INC | $ | 385,336.00 |
| 8.127 | SERVICE - VERTEX INC | $ | 36,634.00 |
| 8.128 | SERVICE - VERTEX INC | $ | 9,937.58 |
| 8.129 | SERVICE - VISUAL LEASE LLC | $ | 1,109.17 |
| 8.130 | SERVICE - WONDERWARE NORTH | $ | 6,296.67 |
| 8.131 | SIGN-ON BONUSES - VARIOUS EMPLOYEES | $ | 46,208.25 |
| 8.132 | STATE INCOME TAXES - VARIOUS STATES | $ | 535,801.91 |
| 8.133 | TAXES - Town of Babylon | $ | 19,798.47 |
| 8.134 | TAXES - Town of Babylon | $ | 42,626.49 |
| 8.135 | TAXES - Town of Babylon | $ | 37,953.84 |
| 8.136 | TAXES - Town of Babylon | $ | 38,862.88 |
| 8.137 | TAXES - VILLAGE OF AMITYVILLE | $ | 9,835.80 |
| 8.138 | TAXES - VILLAGE OF AMITYVILLE | $ | 19,816.62 |
| 8.139 | TAXES - VILLAGE OF AMITYVILLE | $ | 19,877.15 |
| 8.140 | TAXES - VILLAGE OF AMITYVILLE | $ | 19,071.99 |
| 8.141 | FEES - FOOD AND DRUG ADMINISTRATION (GDUFA) | $ | 142,089.33 |
| 8.142 | FEES - FOOD AND DRUG ADMINISTRATION (GDUFA) | $ | 142,089.33 |
| 8.143 | FEES - FOOD AND DRUG ADMINISTRATION (GDUFA) | $ | 142,089.33 |
| 8.144 | FEES - MIKART INC (GDUFA Fees) | $ | 33,333.33 |

9. **Total of Part 2.**
   Add lines 7 through 8. Copy the total to line 81.

| | |
|---|---|
| $ | 15,367,824.06 |

**Part 3:** Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

| | | Description | face amount | | doubtful or uncollectible accounts | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 11a. | 90 days old or less: | Alcohol tax estimates | $ 39,510.00 | - $ | 0.00 | =.....➔ | $ | 39,510.00 |
| 11a. | 90 days old or less: | Alcohol tax refunds due | $ 41,151.31 | - $ | 0.00 | =.....➔ | $ | 41,151.31 |
| 11a. | 90 days old or less: | ANB & Accuristix Sales & COGS | $ 108,918.90 | - $ | 0.00 | =.....➔ | $ | 108,918.90 |
| 11a. | 90 days old or less: | Gross AR 90 days or less | $ 157,716,181.25 | - $ | 51,970.27 | =.....➔ | $ | 157,664,210.98 |
| 11a. | 90 days old or less: | Collection acct balance transfer | $ 2,357,002.42 | - $ | 0.00 | =.....➔ | $ | 2,357,002.42 |
| 11a. | 90 days old or less: | January cash sweep | $ 885,315.51 | - $ | 0.00 | =.....➔ | $ | 885,315.51 |
| 11a. | 90 days old or less: | Royalty receivable | $ 58,964.62 | - $ | 0.00 | =.....➔ | $ | 58,964.62 |
| 11a. | 90 days old or less: | Thea receivable | $ 2,103,247.38 | - $ | 0.00 | =.....➔ | $ | 2,103,247.38 |
| 11b. | Over 90 days old: | Gross AR over 90 days | $ 6,349,597.25 | - $ | 736,736.81 | =.....➔ | $ | 5,612,860.44 |

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$ 168,871,181.56

## Part 4:  Investments

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| | | | |
|---|---|---|---|
| 14.1 | Nicox SA - 4,217 shares | $ | Undetermined |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                        % of ownership:

| | | | | |
|---|---|---|---|---|
| 15.1 | Akorn Canada | 100% | $ | Undetermined |
| 15.2 | Akorn SARL | 100% | $ | Undetermined |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| | | | |
|---|---|---|---|
| 16.1 | None | | $ |

17. **Total of Part 4.**

Add lines 14 through 16. Copy the total to line 83.

| | |
|---|---|
| $ | 0.00 |

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** | | | | |
| 19.1 Raw materials - Amityville | 12/2022 | $ 14,529,194.76 | | $ Undetermined |
| 19.2 Raw materials - Decatur | 12/2022 | $ 10,744,420.30 | | $ Undetermined |
| 19.3 Components - Amityville | 12/2022 | $ 12,000,969.05 | | $ Undetermined |
| 19.4 Components - Decatur | 12/2022 | $ 14,866,945.17 | | $ Undetermined |
| **20.** **Work in progress** | | | | |
| 20.1 Amityville | 12/2022 | $ 911,527.00 | | $ Undetermined |
| 20.2 Decatur | 12/2022 | $ 2,791,307.35 | | $ Undetermined |
| **21.** **Finished goods, including goods held for resale** | | | | |
| 21.1 Finished Goods - Decatur / Gurnee / Amityville | 12/2022 | $ 61,332,470.62 | | $ Undetermined |
| **22.** **Other inventory or supplies** | | | | |
| 22.1 Prepaid Inventory - Amityville | 12/2022 | $ 5,123.75 | | $ Undetermined |
| 22.2 Prepaid Spare Parts - Decatur | 12/2022 | $ 1,456,599.98 | | $ Undetermined |

23. **Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

$ 0.00

24. **Is any of the property listed in Part 5 perishable?**

☐ No
☑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes. Description_____ Book value $ _____ Valuation method _____ Current value $ _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
- ☒ No. Go to Part 7.
- ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $ | | $ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | $ | | $ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $ | | $ |
| 33. **Total of Part 6.** Add lines 28 through 32. Copy the total to line 85. | | | $ 0.00 |

34. **Is the debtor a member of an agricultural cooperative?**
- ☐ No
- ☐ Yes. Is any of the debtor's property stored at the cooperative?
  - ☐ No
  - ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
- ☐ No
- ☐ Yes. Description_____ Book value $ _____ Valuation method _____ Current value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
- ☐ No
- ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1 Furniture and Fixtures - Amityville | $ 142,447.37 | | $ Undetermined |
| 39.2 Furniture and Fixtures - Cranbury | $ 0.00 | | $ Undetermined |
| 39.3 Furniture and Fixtures - Decatur | $ 701,811.76 | | $ Undetermined |
| 39.4 Furniture and Fixtures - Gurnee | $ 197,922.22 | | $ Undetermined |
| **40. Office fixtures** | | | |
| 40.1 See Note Below | $ | | $ |
| *Note: Balances inlcuded in A/B 39* | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 Office Equipment, Computer Software, Computer EDP Systems - Amityville | $ 191,328.38 | | $ Undetermined |
| 41.2 Office Equipment, Computer Software, Computer EDP Systems - Cranberry | $ 0.00 | | $ Undetermined |
| 41.3 Office Equipment, Computer Software, Computer EDP Systems - Decatur | $ 377,621.62 | | $ Undetermined |
| 41.4 Office Equipment, Computer Software, Computer EDP Systems - Gurnee | $ 5,769,259.16 | | $ Undetermined |
| 41.5 Office Equipment, Computer Software, Computer EDP Systems - VH | $ 40,613.39 | | $ Undetermined |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings,prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 None | $ | | $ |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$ 0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---------|-------------------------------------|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1  2007 Ford L350 Van Vin: 1FBNE31L97DB15396 | $ 0.00 | | $ Undetermined |
| 47.2  2008 International Vin: 3HTMMAAL48N698896 | $ 0.00 | | $ Undetermined |
| 47.3  2012 International 4300 Box Vin:<br>3HAMMAAL7CL540694 | $ 2,488.89 | | $ Undetermined |
| 47.4  2016 International Truck Vin:<br>1HTMMMMM1GH207599 | $ 1,444.44 | | $ Undetermined |
| 47.5  2017 Hino 268-A Vin: 5PVNJ8JT9H4S57463 | $ 7,511.11 | | $ Undetermined |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1  None | $ | | $ |
| **49. Aircraft and accessories** | | | |
| 49.1  None | $ | | $ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1  Machinery & Equipment - Amityville | $ 20,697,619.42 | | $ Undetermined |
| 50.2  Machinery & Equipment - Cranbury | $ 0.00 | | $ Undetermined |
| 50.3  Machinery & Equipment - Decatur | $ 25,273,577.11 | | $ Undetermined |
| 50.4  Machinery & Equipment - Gurnee | $ 2,703,347.52 | | $ Undetermined |
| 50.5  Machinery & Equipment - VH | $ 1,002,077.77 | | $ Undetermined |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property  Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest  (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Distribution - 5605 Centerpoint Ct., Gurnee, IL | Lease - Right of Use | $ 7,135,098.54 | | $ Undetermined |
| 55.2 Land - 10 Edison St., Amityville, NY | Owned Land | $ 400,000.00 | | $ Undetermined |
| 55.3 Land - 1222 W. Grand Avenue, Decatur, IL | Owned Land | $ 270,000.00 | | $ Undetermined |
| 55.4 Land - 13 Edison St., Amityville, NY | Owned Land | $ 760,000.00 | | $ Undetermined |
| 55.5 Land - 219 Dixon Ave., Amityville, NY | Owned Land | $ 90,000.00 | | $ Undetermined |
| 55.6 Land - 225 Dixon Ave., Amityville, NY | Owned Land | $ 235,000.00 | | $ Undetermined |
| 55.7 Land - 26 Edison St., Amityville, NY | Owned Land | $ 285,000.00 | | $ Undetermined |
| 55.8 Land - 369 Bayview Ave., Amityville, NY | Owned Land | $ 550,000.00 | | $ Undetermined |
| 55.9 R&D - 5 Cedarbrook Dr., Cranbury, NJ | Lease - Right of Use | $ 0.00 | | $ Undetermined |
| 55.10 R&D - 50 Lakeview Pkwy Ste 109A, Vernon Hills, IL | Lease - Right of Use | $ 101,314.81 | | $ Undetermined |
| 55.11 R&D - 50 Lakeview Pkwy Ste 109B, Vernon Hills, IL | Lease - Right of Use | $ 41,073.62 | | $ Undetermined |
| 55.12 R&D - 50 Lakeview Pkwy Ste 110-111, Vernon Hills, IL | Lease - Right of Use | $ 739,266.55 | | $ Undetermined |
| 55.13 R&D - 50 Lakeview Pkwy Ste 115, Vernon Hills, IL | Lease - Right of Use | $ 138,612.43 | | $ Undetermined |
| 55.14 Remote office - 2201 Waukegan Rd Suite 140, Bannockburn, IL | Lease - Right of Use | $ 77,157.17 | | $ Undetermined |
| 55.15 Various - Leasehold Improvements | Leasehold Improvements | $ 6,461,757.11 | | $ Undetermined |
| 55.16 Various - Owned Building Improvements | Owned Building Improvements | $ 75,039,504.55 | | $ Undetermined |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**`

☐ No

☑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 10:** | **Intangibles and intellectual property** |

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 Patent - Methods of Sterilizing Drugs Patent Number: 10426834 | $ 0.00 | | $ Undetermined |
| 60.2 Patent - Ready to Use Ephedrine Formulation and its Uses Thereof Patent Number: N/A | $ 0.00 | | $ Undetermined |
| 60.3 Patent - Stable Pentobarbital Formulation Patent Number: 9517269 | $ 0.00 | | $ Undetermined |
| 60.4 Trademark - AK-BETAX[13] Registration Number: [N/A] | $ 0.00 | | $ Undetermined |
| 60.5 Trademark - AK-BRIMON[14] Registration Number: [N/A] | $ 0.00 | | $ Undetermined |
| 60.6 Trademark - AK-CMC[15] Registration Number: [N/A] | $ 0.00 | | $ Undetermined |
| 60.7 Trademark - AK-CROMO[16] Registration Number: [N/A] | $ 0.00 | | $ Undetermined |
| 60.8 Trademark - AK-DRAZINE[17] Registration Number: [N/A] | $ 0.00 | | $ Undetermined |
| 60.9 Trademark - AK-FLUOR Registration Number: 1464246 | $ 0.00 | | $ Undetermined |
| 60.10 Trademark - AKGENTA[25] Registration Number: [N/A] | $ 0.00 | | $ Undetermined |
| 60.11 Trademark - AK-KETOR[18] Registration Number: [N/A] | $ 0.00 | | $ Undetermined |
| 60.12 Trademark - AK-LATAN[19] Registration Number: [N/A] | $ 0.00 | | $ Undetermined |
| 60.13 Trademark - AK-MELLO[20] Registration Number: [N/A] | $ 0.00 | | $ Undetermined |
| 60.14 Trademark - AK-NAPHALIN[21] Registration Number: [N/A] | $ 0.00 | | $ Undetermined |
| 60.15 Trademark - AK-NEO-P[22] Registration Number: [N/A] | $ 0.00 | | $ Undetermined |
| 60.16 Trademark - AKORN (IR) Registration Number: 1063094 | $ 0.00 | | $ Undetermined |
| 60.17 Trademark - AKORN (IR) Registration Number: 1336041 | $ 0.00 | | $ Undetermined |
| 60.18 Trademark - AKORN (IR) Registration Number: 1336041 | $ 0.00 | | $ Undetermined |
| 60.19 Trademark - AKORN (IR) Registration Number: 1336041 | $ 0.00 | | $ Undetermined |
| 60.20 Trademark - AKORN (IR) Registration Number: 1336041 | $ 0.00 | | $ Undetermined |
| 60.21 Trademark - AKORN (IR) Registration Number: 1336041 | $ 0.00 | | $ Undetermined |
| 60.22 Trademark - AKORN (IR) Registration Number: 1336041 | $ 0.00 | | $ Undetermined |

| | | | |
|---|---|---|---|
| 60.23 | Trademark - AKORN (IR) Registration Number: 1336041 | $ 0.00 | $ Undetermined |
| 60.24 | Trademark - AKORN (IR) Registration Number: 1336041 | $ 0.00 | $ Undetermined |
| 60.25 | Trademark - AKORN (IR) Registration Number: 1336041 | $ 0.00 | $ Undetermined |
| 60.26 | Trademark - AKORN (IR) Registration Number: 1336041 | $ 0.00 | $ Undetermined |
| 60.27 | Trademark - AKORN (IR) Registration Number: 1336041 | $ 0.00 | $ Undetermined |
| 60.28 | Trademark - AKORN (IR) Registration Number: 1336041 | $ 0.00 | $ Undetermined |
| 60.29 | Trademark - AKORN (IR) Registration Number: 1336041 | $ 0.00 | $ Undetermined |
| 60.30 | Trademark - AKORN (IR) Registration Number: 1336041 | $ 0.00 | $ Undetermined |
| 60.31 | Trademark - AKORN (IR) Registration Number: 1336041 | $ 0.00 | $ Undetermined |
| 60.32 | Trademark - AKORN (IR) Registration Number: 1833553 | $ 0.00 | $ Undetermined |
| 60.33 | Trademark - AKORN (IR) Registration Number: 292976 (IR No. 1336041) | $ 0.00 | $ Undetermined |
| 60.34 | Trademark - AKORN (IR) Registration Number: 40201705310P | $ 0.00 | $ Undetermined |
| 60.35 | Trademark - AKORN Registration Number: [N/A] | $ 0.00 | $ Undetermined |
| 60.36 | Trademark - AKORN Registration Number: [N/A] | $ 0.00 | $ Undetermined |
| 60.37 | Trademark - AKORN Registration Number: 1336041 | $ 0.00 | $ Undetermined |
| 60.38 | Trademark - AKORN Registration Number: 1437028411[36] | $ 0.00 | $ Undetermined |
| 60.39 | Trademark - AKORN Registration Number: 149710[9] | $ 0.00 | $ Undetermined |
| 60.40 | Trademark - AKORN Registration Number: 152944 [11] | $ 0.00 | $ Undetermined |
| 60.41 | Trademark - AKORN Registration Number: 16398 | $ 0.00 | $ Undetermined |
| 60.42 | Trademark - AKORN Registration Number: 176515 | $ 0.00 | $ Undetermined |
| 60.43 | Trademark - AKORN Registration Number: 1856945 | $ 0.00 | $ Undetermined |
| 60.44 | Trademark - AKORN Registration Number: 191104966 | $ 0.00 | $ Undetermined |
| 60.45 | Trademark - AKORN Registration Number: 2016067189 | $ 0.00 | $ Undetermined |
| 60.46 | Trademark - AKORN Registration Number: 202646[2] | $ 0.00 | $ Undetermined |
| 60.47 | Trademark - AKORN Registration Number: 211594 [37] | $ 0.00 | $ Undetermined |
| 60.48 | Trademark - AKORN Registration Number: 21362 | $ 0.00 | $ Undetermined |
| 60.49 | Trademark - AKORN Registration Number: 229620 | $ 0.00 | $ Undetermined |
| 60.50 | Trademark - AKORN Registration Number: 253351-01 | $ 0.00 | $ Undetermined |
| 60.51 | Trademark - AKORN Registration Number: 261898 | $ 0.00 | $ Undetermined |

| | | | |
|---|---|---|---|
| 60.52 Trademark - AKORN Registration Number: 261950[7] | $ 0.00 | $ | Undetermined |
| 60.53 Trademark - AKORN Registration Number: 303911643 | $ 0.00 | $ | Undetermined |
| 60.54 Trademark - AKORN Registration Number: 3774019 | $ 0.00 | $ | Undetermined |
| 60.55 Trademark - AKORN Registration Number: 441.15 | $ 0.00 | $ | Undetermined |
| 60.56 Trademark - AKORN Registration Number: 5076962 | $ 0.00 | $ | Undetermined |
| 60.57 Trademark - AKORN Registration Number: 77345 | $ 0.00 | $ | Undetermined |
| 60.58 Trademark - AKORN Registration Number: 94117[10] | $ 0.00 | $ | Undetermined |
| 60.59 Trademark - AKORN Registration Number: 99676 | $ 0.00 | $ | Undetermined |
| 60.60 Trademark - AKORN Registration Number: BW/M/2016/00839[3] | $ 0.00 | $ | Undetermined |
| 60.61 Trademark - AKORN Registration Number: FTM/7428/2019[8] | $ 0.00 | $ | Undetermined |
| 60.62 Trademark - AKORN Registration Number: IDM000685284 | $ 0.00 | $ | Undetermined |
| 60.63 Trademark - AKORN Registration Number: TMA 987817 | $ 0.00 | $ | Undetermined |
| 60.64 Trademark - AKORN ROLAC[27] Registration Number: [N/A] | $ 0.00 | $ | Undetermined |
| 60.65 Trademark - AKORN[12] Registration Number: 201665274 | $ 0.00 | $ | Undetermined |
| 60.66 Trademark - AKORN[26] Registration Number: [N/A] | $ 0.00 | $ | Undetermined |
| 60.67 Trademark - AKORN[38] Registration Number: UK00801336041 | $ 0.00 | $ | Undetermined |
| 60.68 Trademark - AKORNAPH[28] Registration Number: [N/A] | $ 0.00 | $ | Undetermined |
| 60.69 Trademark - AKORNBET[29] Registration Number: [N/A] | $ 0.00 | $ | Undetermined |
| 60.70 Trademark - AKORNCROM[30] Registration Number: [N/A] | $ 0.00 | $ | Undetermined |
| 60.71 Trademark - AKORNFENAC[31] Registration Number: [N/A] | $ 0.00 | $ | Undetermined |
| 60.72 Trademark - AKORNTEARS[32] Registration Number: [N/A] | $ 0.00 | $ | Undetermined |
| 60.73 Trademark - AKORNTIFEN[33] Registration Number: [N/A] | $ 0.00 | $ | Undetermined |
| 60.74 Trademark - AKORNTIMOL[34] Registration Number: [N/A] | $ 0.00 | $ | Undetermined |
| 60.75 Trademark - AKORNTRIX[35] Registration Number: [N/A] | $ 0.00 | $ | Undetermined |
| 60.76 Trademark - AK-TEARS[23] Registration Number: [N/A] | $ 0.00 | $ | Undetermined |
| 60.77 Trademark - AK-TIFEN[24] Registration Number: [N/A] | $ 0.00 | $ | Undetermined |
| 60.78 Trademark - AKWA TEARS Registration Number: N/A | $ 0.00 | $ | Undetermined |
| 60.79 Trademark - AMICAR Registration Number: 729648 | $ 0.00 | $ | Undetermined |
| 60.80 Trademark - ANASED Registration Number: 1589685 | $ 0.00 | $ | Undetermined |

| Name | | | |
|---|---|---|---|
| 60.81 | Trademark - ANASED Registration Number: TMA 526130 | $ 0.00 | $ Undetermined |
| 60.82 | Trademark - BUTORPHIC Registration Number: 3648627 | $ 0.00 | $ Undetermined |
| 60.83 | Trademark - CAPASTAT Registration Number: 808363 | $ 0.00 | $ Undetermined |
| 60.84 | Trademark - CAPASTAT Registration Number: TMA147966 | $ 0.00 | $ Undetermined |
| 60.85 | Trademark - CHOICE DM Registration Number: TMA535139 | $ 0.00 | $ Undetermined |
| 60.86 | Trademark - DETOMISED Registration Number: N/A | $ 0.00 | $ Undetermined |
| 60.87 | Trademark - DIOCAINE[4] Registration Number: TMA434697 | $ 0.00 | $ Undetermined |
| 60.88 | Trademark - DIOPTIC[6] Registration Number: TMA434702 | $ 0.00 | $ Undetermined |
| 60.89 | Trademark - EYE RX DIRECT and Design Registration Number: 5296978 | $ 0.00 | $ Undetermined |
| 60.90 | Trademark - FLURESS (Stylized) Registration Number: 789323 | $ 0.00 | $ Undetermined |
| 60.91 | Trademark - GENTAK Registration Number: 1464244 | $ 0.00 | $ Undetermined |
| 60.92 | Trademark - IC-GREEN Registration Number: 2189196 | $ 0.00 | $ Undetermined |
| 60.93 | Trademark - IC-GREEN Registration Number: 39729824 | $ 0.00 | $ Undetermined |
| 60.94 | Trademark - IC-GREEN Registration Number: 447511 | $ 0.00 | $ Undetermined |
| 60.95 | Trademark - IC-GREEN Registration Number: 794028 | $ 0.00 | $ Undetermined |
| 60.96 | Trademark - IC-GREEN Registration Number: 97684025 | $ 0.00 | $ Undetermined |
| 60.97 | Trademark - IC-GREEN Registration Number: TMA 531645 | $ 0.00 | $ Undetermined |
| 60.98 | Trademark - IC-GREEN Registration Number: VR199703234 | $ 0.00 | $ Undetermined |
| 60.99 | Trademark - INAPSINE Registration Number: 783911 | $ 0.00 | $ Undetermined |
| 60.100 | Trademark - INSPIRE DESIGN Registration Number: 2578526 | $ 0.00 | $ Undetermined |
| 60.101 | Trademark - INSPIRE[39] Registration Number: 2578523 | $ 0.00 | $ Undetermined |
| 60.102 | Trademark - MYORISAN Registration Number: 4199023 | $ 0.00 | $ Undetermined |
| 60.103 | Trademark - MYORISAN Registration Number: TMA 1031869 | $ 0.00 | $ Undetermined |
| 60.104 | Trademark - NEMBUTAL Registration Number: 285003 | $ 0.00 | $ Undetermined |
| 60.105 | Trademark - NEMBUTAL Registration Number: UCA17215 | $ 0.00 | $ Undetermined |
| 60.106 | Trademark - PAREMYD Registration Number: 2775998 | $ 0.00 | $ Undetermined |
| 60.107 | Trademark - PROPOSED Registration Number: N/A | $ 0.00 | $ Undetermined |

| | | |
|---|---|---|
| 60.108 | Trademark - TEARS RENEWED Registration Number: N/A | $ 0.00 | $ Undetermined |
| 60.109 | Trademark - TOLAZINE Registration Number: 2905937 | $ 0.00 | $ Undetermined |
| 60.110 | Trademark - VERSAPHARM INCORPORATED X and Design Registration Number: 2685550 | $ 0.00 | $ Undetermined |
| 60.111 | Trademark - VETAKET Registration Number: 1803032 | $ 0.00 | $ Undetermined |
| 60.112 | Trademark - YOBINE Registration Number: 1587410 | $ 0.00 | $ Undetermined |

**61. Internet domain names and websites**

| | | | |
|---|---|---|---|
| 61.1 | aboutcetrorelix.com | $ 0.00 | $ Undetermined |
| 61.2 | akfluor.com | $ 0.00 | $ Undetermined |
| 61.3 | akorn.asia | $ 0.00 | $ Undetermined |
| 61.4 | akorn.biz | $ 0.00 | $ Undetermined |
| 61.5 | akorn.ch | $ 0.00 | $ Undetermined |
| 61.6 | akorn.com | $ 0.00 | $ Undetermined |
| 61.7 | akorn.direct | $ 0.00 | $ Undetermined |
| 61.8 | akorn.global | $ 0.00 | $ Undetermined |
| 61.9 | akorn.in | $ 0.00 | $ Undetermined |
| 61.10 | akorn.info | $ 0.00 | $ Undetermined |
| 61.11 | akorn.me | $ 0.00 | $ Undetermined |
| 61.12 | akorn.mobi | $ 0.00 | $ Undetermined |
| 61.13 | akorn.news | $ 0.00 | $ Undetermined |
| 61.14 | akorn.online | $ 0.00 | $ Undetermined |
| 61.15 | akorn.site | $ 0.00 | $ Undetermined |
| 61.16 | akorn.website | $ 0.00 | $ Undetermined |
| 61.17 | akornacute.com | $ 0.00 | $ Undetermined |
| 61.18 | akornacute.info | $ 0.00 | $ Undetermined |
| 61.19 | akornacute.net | $ 0.00 | $ Undetermined |
| 61.20 | akornanimal.com | $ 0.00 | $ Undetermined |
| 61.21 | akornanimal.net | $ 0.00 | $ Undetermined |
| 61.22 | akornanimalhealth.com | $ 0.00 | $ Undetermined |
| 61.23 | akornbusiness.com | $ 0.00 | $ Undetermined |
| 61.24 | akornbusiness.net | $ 0.00 | $ Undetermined |
| 61.25 | akorncetrorelix.com | $ 0.00 | $ Undetermined |
| 61.26 | akorncmo.com | $ 0.00 | $ Undetermined |
| 61.27 | akorncmo.net | $ 0.00 | $ Undetermined |

| | | | |
|---|---|---|---|
| 61.28 akorncompany.com | $ | 0.00 | $ Undetermined |
| 61.29 akorncompany.net | $ | 0.00 | $ Undetermined |
| 61.30 akornconsumerhealth.com | $ | 0.00 | $ Undetermined |
| 61.31 akornconsumerhealthproducts.com | $ | 0.00 | $ Undetermined |
| 61.32 akorncontract.com | $ | 0.00 | $ Undetermined |
| 61.33 akorncontract.net | $ | 0.00 | $ Undetermined |
| 61.34 akorndirect.com | $ | 0.00 | $ Undetermined |
| 61.35 akorndrugs.asia | $ | 0.00 | $ Undetermined |
| 61.36 akorndrugs.ch | $ | 0.00 | $ Undetermined |
| 61.37 akorndrugs.com | $ | 0.00 | $ Undetermined |
| 61.38 akorndrugs.global | $ | 0.00 | $ Undetermined |
| 61.39 akorndrugs.in | $ | 0.00 | $ Undetermined |
| 61.40 akorndrugs.info | $ | 0.00 | $ Undetermined |
| 61.41 akorndrugs.net | $ | 0.00 | $ Undetermined |
| 61.42 akorndrugs.news | $ | 0.00 | $ Undetermined |
| 61.43 akorndrugs.us | $ | 0.00 | $ Undetermined |
| 61.44 akorneyecare.com | $ | 0.00 | $ Undetermined |
| 61.45 akorneyedirect.com | $ | 0.00 | $ Undetermined |
| 61.46 akorneyerxdirect.com | $ | 0.00 | $ Undetermined |
| 61.47 akornfertility.com | $ | 0.00 | $ Undetermined |
| 61.48 akorngenerics.com | $ | 0.00 | $ Undetermined |
| 61.49 akorngenerics.net | $ | 0.00 | $ Undetermined |
| 61.50 akornglobal.com | $ | 0.00 | $ Undetermined |
| 61.51 akornglobal.net | $ | 0.00 | $ Undetermined |
| 61.52 akornglucoma.com | $ | 0.00 | $ Undetermined |
| 61.53 akornglucoma.net | $ | 0.00 | $ Undetermined |
| 61.54 akorninc.asia | $ | 0.00 | $ Undetermined |
| 61.55 akorninc.biz | $ | 0.00 | $ Undetermined |
| 61.56 akorninc.ch | $ | 0.00 | $ Undetermined |
| 61.57 akorninc.global | $ | 0.00 | $ Undetermined |
| 61.58 akorninc.in | $ | 0.00 | $ Undetermined |
| 61.59 akorninc.info | $ | 0.00 | $ Undetermined |
| 61.60 akorninc.me | $ | 0.00 | $ Undetermined |
| 61.61 akorninc.mobi | $ | 0.00 | $ Undetermined |

| | | | | |
|---|---|---|---|---|
| 61.62 akorninc.net | $ | 0.00 | $ | Undetermined |
| 61.63 akorninc.news | $ | 0.00 | $ | Undetermined |
| 61.64 akorninc.online | $ | 0.00 | $ | Undetermined |
| 61.65 akorninc.org | $ | 0.00 | $ | Undetermined |
| 61.66 akorninc.site | $ | 0.00 | $ | Undetermined |
| 61.67 akorninc.us | $ | 0.00 | $ | Undetermined |
| 61.68 akorninc.website | $ | 0.00 | $ | Undetermined |
| 61.69 akornindia.asia | $ | 0.00 | $ | Undetermined |
| 61.70 akornindia.biz | $ | 0.00 | $ | Undetermined |
| 61.71 akornindia.ch | $ | 0.00 | $ | Undetermined |
| 61.72 akornindia.co.in | $ | 0.00 | $ | Undetermined |
| 61.73 akornindia.com | $ | 0.00 | $ | Undetermined |
| 61.74 akornindia.global | $ | 0.00 | $ | Undetermined |
| 61.75 akornindia.info | $ | 0.00 | $ | Undetermined |
| 61.76 akornindia.me | $ | 0.00 | $ | Undetermined |
| 61.77 akornindia.mobi | $ | 0.00 | $ | Undetermined |
| 61.78 akornindia.net | $ | 0.00 | $ | Undetermined |
| 61.79 akornindia.news | $ | 0.00 | $ | Undetermined |
| 61.80 akornindia.online | $ | 0.00 | $ | Undetermined |
| 61.81 akornindia.org | $ | 0.00 | $ | Undetermined |
| 61.82 akornindia.site | $ | 0.00 | $ | Undetermined |
| 61.83 akornindia.us | $ | 0.00 | $ | Undetermined |
| 61.84 akornindia.website | $ | 0.00 | $ | Undetermined |
| 61.85 akornindia.xyz | $ | 0.00 | $ | Undetermined |
| 61.86 akorninsider.com | $ | 0.00 | $ | Undetermined |
| 61.87 akorninternational.com | $ | 0.00 | $ | Undetermined |
| 61.88 akorninternational.net | $ | 0.00 | $ | Undetermined |
| 61.89 akornmanufacturer.com | $ | 0.00 | $ | Undetermined |
| 61.90 akornmanufacturer.global | $ | 0.00 | $ | Undetermined |
| 61.91 akornmanufacturer.in | $ | 0.00 | $ | Undetermined |
| 61.92 akornmanufacturer.net | $ | 0.00 | $ | Undetermined |
| 61.93 akornmanufacturer.us | $ | 0.00 | $ | Undetermined |
| 61.94 akornnasdaq.com | $ | 0.00 | $ | Undetermined |
| 61.95 akornnasdaq.net | $ | 0.00 | $ | Undetermined |

| | | | | |
|---|---|---|---|---|
| 61.96 | akornophthalmic.com | $ 0.00 | $ | Undetermined |
| 61.97 | akornophthalmic.net | $ 0.00 | $ | Undetermined |
| 61.98 | akornpharma.asia | $ 0.00 | $ | Undetermined |
| 61.99 | akornpharma.biz | $ 0.00 | $ | Undetermined |
| 61.100 | akornpharma.ch | $ 0.00 | $ | Undetermined |
| 61.101 | akornpharma.com | $ 0.00 | $ | Undetermined |
| 61.102 | akornpharma.global | $ 0.00 | $ | Undetermined |
| 61.103 | akornpharma.in | $ 0.00 | $ | Undetermined |
| 61.104 | akornpharma.info | $ 0.00 | $ | Undetermined |
| 61.105 | akornpharma.me | $ 0.00 | $ | Undetermined |
| 61.106 | akornpharma.mobi | $ 0.00 | $ | Undetermined |
| 61.107 | akornpharma.net | $ 0.00 | $ | Undetermined |
| 61.108 | akornpharma.news | $ 0.00 | $ | Undetermined |
| 61.109 | akornpharma.online | $ 0.00 | $ | Undetermined |
| 61.110 | akornpharma.org | $ 0.00 | $ | Undetermined |
| 61.111 | akornpharma.site | $ 0.00 | $ | Undetermined |
| 61.112 | akornpharma.us | $ 0.00 | $ | Undetermined |
| 61.113 | akornpharma.website | $ 0.00 | $ | Undetermined |
| 61.114 | akornpharmaceutical.asia | $ 0.00 | $ | Undetermined |
| 61.115 | akornpharmaceutical.biz | $ 0.00 | $ | Undetermined |
| 61.116 | akornpharmaceutical.ch | $ 0.00 | $ | Undetermined |
| 61.117 | akornpharmaceutical.com | $ 0.00 | $ | Undetermined |
| 61.118 | akornpharmaceutical.global | $ 0.00 | $ | Undetermined |
| 61.119 | akornpharmaceutical.in | $ 0.00 | $ | Undetermined |
| 61.120 | akornpharmaceutical.info | $ 0.00 | $ | Undetermined |
| 61.121 | akornpharmaceutical.me | $ 0.00 | $ | Undetermined |
| 61.122 | akornpharmaceutical.mobi | $ 0.00 | $ | Undetermined |
| 61.123 | akornpharmaceutical.net | $ 0.00 | $ | Undetermined |
| 61.124 | akornpharmaceutical.news | $ 0.00 | $ | Undetermined |
| 61.125 | akornpharmaceutical.online | $ 0.00 | $ | Undetermined |
| 61.126 | akornpharmaceutical.org | $ 0.00 | $ | Undetermined |
| 61.127 | akornpharmaceutical.site | $ 0.00 | $ | Undetermined |
| 61.128 | akornpharmaceutical.us | $ 0.00 | $ | Undetermined |
| 61.129 | akornpharmaceutical.website | $ 0.00 | $ | Undetermined |

| | | | |
|---|---|---|---|
| 61.130 | akornpharmaceuticals.asia | $ 0.00 | $ Undetermined |
| 61.131 | akornpharmaceuticals.biz | $ 0.00 | $ Undetermined |
| 61.132 | akornpharmaceuticals.ch | $ 0.00 | $ Undetermined |
| 61.133 | akornpharmaceuticals.com | $ 0.00 | $ Undetermined |
| 61.134 | akornpharmaceuticals.global | $ 0.00 | $ Undetermined |
| 61.135 | akornpharmaceuticals.in | $ 0.00 | $ Undetermined |
| 61.136 | akornpharmaceuticals.info | $ 0.00 | $ Undetermined |
| 61.137 | akornpharmaceuticals.me | $ 0.00 | $ Undetermined |
| 61.138 | akornpharmaceuticals.mobi | $ 0.00 | $ Undetermined |
| 61.139 | akornpharmaceuticals.net | $ 0.00 | $ Undetermined |
| 61.140 | akornpharmaceuticals.news | $ 0.00 | $ Undetermined |
| 61.141 | akornpharmaceuticals.online | $ 0.00 | $ Undetermined |
| 61.142 | akornpharmaceuticals.org | $ 0.00 | $ Undetermined |
| 61.143 | akornpharmaceuticals.site | $ 0.00 | $ Undetermined |
| 61.144 | akornpharmaceuticals.us | $ 0.00 | $ Undetermined |
| 61.145 | akornpharmaceuticals.website | $ 0.00 | $ Undetermined |
| 61.146 | akornproducts.com | $ 0.00 | $ Undetermined |
| 61.147 | akornproducts.net | $ 0.00 | $ Undetermined |
| 61.148 | akornretail.com | $ 0.00 | $ Undetermined |
| 61.149 | akornretail.net | $ 0.00 | $ Undetermined |
| 61.150 | akornrx.com | $ 0.00 | $ Undetermined |
| 61.151 | akornrx.net | $ 0.00 | $ Undetermined |
| 61.152 | akornsterile.com | $ 0.00 | $ Undetermined |
| 61.153 | akornsterile.net | $ 0.00 | $ Undetermined |
| 61.154 | akorntdvaccine.com | $ 0.00 | $ Undetermined |
| 61.155 | akorntest.com | $ 0.00 | $ Undetermined |
| 61.156 | akornunitdose.com | $ 0.00 | $ Undetermined |
| 61.157 | akornunitdose.net | $ 0.00 | $ Undetermined |
| 61.158 | akornvirtualbooth.com | $ 0.00 | $ Undetermined |
| 61.159 | akrxnews.com | $ 0.00 | $ Undetermined |
| 61.160 | akrxnews.net | $ 0.00 | $ Undetermined |
| 61.161 | amicar.org | $ 0.00 | $ Undetermined |
| 61.162 | aminocaproic.com | $ 0.00 | $ Undetermined |
| 61.163 | cetrorelixinjectable.com | $ 0.00 | $ Undetermined |

| | | | |
|---|---|---|---|
| 61.164 cetrorelixinjection.com | $ | 0.00 | $ Undetermined |
| 61.165 cetrorelixrx.com | $ | 0.00 | $ Undetermined |
| 61.166 choicediabeteskit.com | $ | 0.00 | $ Undetermined |
| 61.167 choicediabeteskit.net | $ | 0.00 | $ Undetermined |
| 61.168 choicedm.biz | $ | 0.00 | $ Undetermined |
| 61.169 choicedm.com | $ | 0.00 | $ Undetermined |
| 61.170 choicedm.info | $ | 0.00 | $ Undetermined |
| 61.171 choicedm.net | $ | 0.00 | $ Undetermined |
| 61.172 choicedm.org | $ | 0.00 | $ Undetermined |
| 61.173 choicedm.us | $ | 0.00 | $ Undetermined |
| 61.174 clindamycinpremix.com | $ | 0.00 | $ Undetermined |
| 61.175 cloverpharmaceutical.com | $ | 0.00 | $ Undetermined |
| 61.176 cloverpharmaceuticals.com | $ | 0.00 | $ Undetermined |
| 61.177 coldbuster.com | $ | 0.00 | $ Undetermined |
| 61.178 covenantpharma.com | $ | 0.00 | $ Undetermined |
| 61.179 demeclocycline.com | $ | 0.00 | $ Undetermined |
| 61.180 diabeticproducts.com | $ | 0.00 | $ Undetermined |
| 61.181 diabetidern.com | $ | 0.00 | $ Undetermined |
| 61.182 diabetiproducts.com | $ | 0.00 | $ Undetermined |
| 61.183 doxycyclinerx.com | $ | 0.00 | $ Undetermined |
| 61.184 ethambutolrx.com | $ | 0.00 | $ Undetermined |
| 61.185 ethosuximiderx.com | $ | 0.00 | $ Undetermined |
| 61.186 glaucomaproducts.com | $ | 0.00 | $ Undetermined |
| 61.187 glaucomaproducts.net | $ | 0.00 | $ Undetermined |
| 61.188 healthcareprods.com | $ | 0.00 | $ Undetermined |
| 61.189 healthcareprods.info | $ | 0.00 | $ Undetermined |
| 61.190 healthcareproducts.co | $ | 0.00 | $ Undetermined |
| 61.191 healthcareproducts.us.com | $ | 0.00 | $ Undetermined |
| 61.192 hemophiliameds.com | $ | 0.00 | $ Undetermined |
| 61.193 hitechpharm.asia | $ | 0.00 | $ Undetermined |
| 61.194 hitechpharm.biz | $ | 0.00 | $ Undetermined |
| 61.195 hitechpharm.br.com | $ | 0.00 | $ Undetermined |
| 61.196 hitechpharm.bz | $ | 0.00 | $ Undetermined |
| 61.197 hitechpharm.cc | $ | 0.00 | $ Undetermined |

| | | | |
|---|---|---|---|
| 61.198 | hitechpharm.cn | $ 0.00 | $ Undetermined |
| 61.199 | hitechpharm.cn.com | $ 0.00 | $ Undetermined |
| 61.200 | hitechpharm.co | $ 0.00 | $ Undetermined |
| 61.201 | hitechpharm.co.uk | $ 0.00 | $ Undetermined |
| 61.202 | hitechpharm.com | $ 0.00 | $ Undetermined |
| 61.203 | hitechpharm.com.cn | $ 0.00 | $ Undetermined |
| 61.204 | hitechpharm.com.tw | $ 0.00 | $ Undetermined |
| 61.205 | hitechpharm.de.com | $ 0.00 | $ Undetermined |
| 61.206 | hitechpharm.eu | $ 0.00 | $ Undetermined |
| 61.207 | hitechpharm.eu.com | $ 0.00 | $ Undetermined |
| 61.208 | hitechpharm.jpn.com | $ 0.00 | $ Undetermined |
| 61.209 | hitechpharm.net | $ 0.00 | $ Undetermined |
| 61.210 | hitechpharm.org | $ 0.00 | $ Undetermined |
| 61.211 | hitechpharm.ru.com | $ 0.00 | $ Undetermined |
| 61.212 | hitechpharm.tw | $ 0.00 | $ Undetermined |
| 61.213 | hitechpharm.uk.com | $ 0.00 | $ Undetermined |
| 61.214 | hitechpharm.uk.net | $ 0.00 | $ Undetermined |
| 61.215 | hitechpharm.us | $ 0.00 | $ Undetermined |
| 61.216 | hitechpharm.us.com | $ 0.00 | $ Undetermined |
| 61.217 | hitechpharmacal.cn | $ 0.00 | $ Undetermined |
| 61.218 | hitechpharmacal.co | $ 0.00 | $ Undetermined |
| 61.219 | hitechpharmacal.com | $ 0.00 | $ Undetermined |
| 61.220 | hi-techpharmacal.com | $ 0.00 | $ Undetermined |
| 61.221 | hitechpharmacal.com.cn | $ 0.00 | $ Undetermined |
| 61.222 | hitechpharmacal.us | $ 0.00 | $ Undetermined |
| 61.223 | hitechpharmacalco.com | $ 0.00 | $ Undetermined |
| 61.224 | hi-techpharmacalco.com | $ 0.00 | $ Undetermined |
| 61.225 | icginjection.com | $ 0.00 | $ Undetermined |
| 61.226 | ic-green.net | $ 0.00 | $ Undetermined |
| 61.227 | isonarif.biz | $ 0.00 | $ Undetermined |
| 61.228 | isonarif.com | $ 0.00 | $ Undetermined |
| 61.229 | isonarif.info | $ 0.00 | $ Undetermined |
| 61.230 | isonarif.net | $ 0.00 | $ Undetermined |
| 61.231 | isonarif.org | $ 0.00 | $ Undetermined |

| | | | |
|---|---|---|---|
| 61.232 | isonarif.tv | $ 0.00 | $ Undetermined |
| 61.233 | isonarif.us | $ 0.00 | $ Undetermined |
| 61.234 | isoniazidrx.com | $ 0.00 | $ Undetermined |
| 61.235 | kosherdrug.store | $ 0.00 | $ Undetermined |
| 61.236 | kosherdrugstore.com | $ 0.00 | $ Undetermined |
| 61.237 | loganpharma.com | $ 0.00 | $ Undetermined |
| 61.238 | maginex-us.com | $ 0.00 | $ Undetermined |
| 61.239 | mgdeficiency.com | $ 0.00 | $ Undetermined |
| 61.240 | miriesgodediabetes.com | $ 0.00 | $ Undetermined |
| 61.241 | myakorn.asia | $ 0.00 | $ Undetermined |
| 61.242 | myakorn.ch | $ 0.00 | $ Undetermined |
| 61.243 | myakorn.com | $ 0.00 | $ Undetermined |
| 61.244 | myakorn.global | $ 0.00 | $ Undetermined |
| 61.245 | myakorn.in | $ 0.00 | $ Undetermined |
| 61.246 | myakorn.info | $ 0.00 | $ Undetermined |
| 61.247 | myakorn.mobi | $ 0.00 | $ Undetermined |
| 61.248 | myakorn.net | $ 0.00 | $ Undetermined |
| 61.249 | myakorn.news | $ 0.00 | $ Undetermined |
| 61.250 | myakorn.online | $ 0.00 | $ Undetermined |
| 61.251 | myakorn.us | $ 0.00 | $ Undetermined |
| 61.252 | myakorneyecare.com | $ 0.00 | $ Undetermined |
| 61.253 | mycetrorelix.com | $ 0.00 | $ Undetermined |
| 61.254 | myorisan.com | $ 0.00 | $ Undetermined |
| 61.255 | myorisan.net | $ 0.00 | $ Undetermined |
| 61.256 | mytdvaccine.com | $ 0.00 | $ Undetermined |
| 61.257 | nasal-ease.biz | $ 0.00 | $ Undetermined |
| 61.258 | nasal-ease.com | $ 0.00 | $ Undetermined |
| 61.259 | nasal-ease.info | $ 0.00 | $ Undetermined |
| 61.260 | nasal-ease.net | $ 0.00 | $ Undetermined |
| 61.261 | nasal-ease.org | $ 0.00 | $ Undetermined |
| 61.262 | nasal-ease.us | $ 0.00 | $ Undetermined |
| 61.263 | nasaleaseallergy.biz | $ 0.00 | $ Undetermined |
| 61.264 | nasaleaseallergy.com | $ 0.00 | $ Undetermined |
| 61.265 | nasaleaseallergy.info | $ 0.00 | $ Undetermined |

| 61.266 | nasaleaseallergy.mobi | $ | 0.00 | $ | Undetermined |
| 61.267 | nasaleaseallergy.net | $ | 0.00 | $ | Undetermined |
| 61.268 | nasaleaseallergy.org | $ | 0.00 | $ | Undetermined |
| 61.269 | nasaleaseallergy.us | $ | 0.00 | $ | Undetermined |
| 61.270 | nasaleaseblocker.biz | $ | 0.00 | $ | Undetermined |
| 61.271 | nasaleaseblocker.com | $ | 0.00 | $ | Undetermined |
| 61.272 | nasaleaseblocker.info | $ | 0.00 | $ | Undetermined |
| 61.273 | nasaleaseblocker.mobi | $ | 0.00 | $ | Undetermined |
| 61.274 | nasaleaseblocker.net | $ | 0.00 | $ | Undetermined |
| 61.275 | nasaleaseblocker.org | $ | 0.00 | $ | Undetermined |
| 61.276 | nasaleaseblocker.site | $ | 0.00 | $ | Undetermined |
| 61.277 | nasaleaseblocker.us | $ | 0.00 | $ | Undetermined |
| 61.278 | nembutal.com | $ | 0.00 | $ | Undetermined |
| 61.279 | nembutal.net | $ | 0.00 | $ | Undetermined |
| 61.280 | nembutalsodium.com | $ | 0.00 | $ | Undetermined |
| 61.281 | oakpharmaceuticals.com | $ | 0.00 | $ | Undetermined |
| 61.282 | oltapharma.com | $ | 0.00 | $ | Undetermined |
| 61.283 | oltapharma.net | $ | 0.00 | $ | Undetermined |
| 61.284 | oltapharmaceuticals.com | $ | 0.00 | $ | Undetermined |
| 61.285 | oltapharmaceuticals.net | $ | 0.00 | $ | Undetermined |
| 61.286 | oratane.com | $ | 0.00 | $ | Undetermined |
| 61.287 | paremyd.com | $ | 0.00 | $ | Undetermined |
| 61.288 | pentobarbital.net | $ | 0.00 | $ | Undetermined |
| 61.289 | phenylephrinehcl.com | $ | 0.00 | $ | Undetermined |
| 61.290 | phenylephrinesolution.com | $ | 0.00 | $ | Undetermined |
| 61.291 | pyrazinamide.com | $ | 0.00 | $ | Undetermined |
| 61.292 | pyridoxinevb6.com | $ | 0.00 | $ | Undetermined |
| 61.293 | rifampinrx.com | $ | 0.00 | $ | Undetermined |
| 61.294 | rxeyedirect.com | $ | 0.00 | $ | Undetermined |
| 61.295 | tbmeds.com | $ | 0.00 | $ | Undetermined |
| 61.296 | tdvaccine.com | $ | 0.00 | $ | Undetermined |
| 61.297 | tdvaccine.info | $ | 0.00 | $ | Undetermined |
| 61.298 | testmydiabetesrisk.com | $ | 0.00 | $ | Undetermined |
| 61.299 | testmydiabetesrisk.net | $ | 0.00 | $ | Undetermined |

| | | | | |
|---|---|---|---|---|
| 61.300 | trihexyphenidyl.com | $ 0.00 | $ | Undetermined |
| 61.301 | unitdosecups.com | $ 0.00 | $ | Undetermined |
| 61.302 | versapharm.biz | $ 0.00 | $ | Undetermined |
| 61.303 | versapharm.com | $ 0.00 | $ | Undetermined |
| 61.304 | versapharm.info | $ 0.00 | $ | Undetermined |
| 61.305 | versapharm.net | $ 0.00 | $ | Undetermined |
| 61.306 | versapharm.org | $ 0.00 | $ | Undetermined |
| 61.307 | versapharm.us | $ 0.00 | $ | Undetermined |
| 61.308 | versapharm.xyz | $ 0.00 | $ | Undetermined |
| 61.309 | versapharminc.biz | $ 0.00 | $ | Undetermined |
| 61.310 | versapharminc.com | $ 0.00 | $ | Undetermined |
| 61.311 | versapharminc.info | $ 0.00 | $ | Undetermined |
| 61.312 | versapharminc.net | $ 0.00 | $ | Undetermined |
| 61.313 | versapharminc.org | $ 0.00 | $ | Undetermined |
| 61.314 | versapharminc.us | $ 0.00 | $ | Undetermined |
| 61.315 | xopenexinhalationsolution.com | $ 0.00 | $ | Undetermined |
| 61.316 | xopenexsolution.com | $ 0.00 | $ | Undetermined |

**62. Licenses, franchises, and royalties**

| | | | | |
|---|---|---|---|---|
| 62.1 | Product License Rights | $ 113,711,278.04 | $ | Undetermined |

**63. Customer lists, mailing lists, or other compilations**

| | | | | |
|---|---|---|---|---|
| 63.1 | Customer relationships | $ 7,956,183.45 | $ | Undetermined |

**64. Other intangibles, or intellectual property**

| | | | | |
|---|---|---|---|---|
| 64.1 | IPR&D | $ 35,000,000.00 | $ | Undetermined |

**65. Goodwill**

| | | | | |
|---|---|---|---|---|
| 65.1 | None | $ | $ | |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | |
|---|---|
| $ | 0.00 |

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☒ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
☒ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**

Description (include name of obligor)          Total face amount          doubtful or uncollectible accounts

71.1 None                    $ _____          - $ _____          =..... ➜ $ _____

72. **Tax refunds and unused net operating losses (NOLs)**

| Description (for example, federal, state, local) | | Tax year | | |
|---|---|---|---|---|
| 72.1 Alabama NOL | — | Tax year | Earliest 2018 - $161,491 | $ Undetermined |
| 72.2 Arizona NOL | — | Tax year | Earliest 2018 - $707,420 | $ Undetermined |
| 72.3 California NOL | — | Tax year | Earliest 2018 - $35,816,837 | $ Undetermined |
| 72.4 Colorado NOL | — | Tax year | Earliest 2018 - $629,442 | $ Undetermined |
| 72.5 Connecticut NOL | — | Tax year | Earliest 2018 - $70,763 | $ Undetermined |
| 72.6 Florida NOL | — | Tax year | 2022 Estimate - $361,332 | $ Undetermined |
| 72.7 Georgia NOL | — | Tax year | Earliest 2018 - $282,663 | $ Undetermined |
| 72.8 Idaho NOL | — | Tax year | Earliest 2018 - $30,187 | $ Undetermined |
| 72.9 Illinois NOL | — | Tax year | Earliest 2018 - $17,488,504 | $ Undetermined |
| 72.10 Indiana NOL | — | Tax year | Earliest 2018 - $365,838 | $ Undetermined |
| 72.11 Interest limitation and carryforward | — | Tax year | Unlimited carryforward period - $303,651,121 | $ Undetermined |
| 72.12 Kansas NOL | — | Tax year | Earliest 2018 - $178,988 | $ Undetermined |
| 72.13 Kentucky NOL | — | Tax year | Earliest 2020 - $1,538,531 | $ Undetermined |

Description (for example, federal, state, local)

72.14 Louisiana NOL          Tax year  Earliest 2018 - $1,023,978    $          Undetermined

Description (for example, federal, state, local)

72.15 Maine NOL              Tax year  Earliest 2018 - $256,547,520  $          Undetermined

Description (for example, federal, state, local)

72.16 Maryland NOL           Tax year  Earliest 2018 - $71,061,970   $          Undetermined

Description (for example, federal, state, local)

72.17 Massachusetts NOL      Tax year  Earliest 2018 -  $317,562     $          Undetermined

Description (for example, federal, state, local)

72.18 Michigan NOL           Tax year  Earliest 2018 - $1,132,641    $          Undetermined

Description (for example, federal, state, local)

72.19 Minnesota NOL          Tax year  Earliest 2018 - $493,578      $          Undetermined

Description (for example, federal, state, local)

72.20 Mississippi NOL        Tax year  Earliest 2018 - $5,268,291    $          Undetermined

Description (for example, federal, state, local)

72.21 Missouri NOL           Tax year  Earliest 2018 - $60,958,441   $          Undetermined

Description (for example, federal, state, local)

72.22 New Jersey NOL         Tax year  Earliest 2020 - $719,220      $          Undetermined

Description (for example, federal, state, local)

72.23 New York NOL           Tax year  Earliest 2018 - $2,762,584    $          Undetermined

Description (for example, federal, state, local)

72.24 NOL - Non-SRLY         Tax year  Unlimited carryforward period - $42,935,199    $          Undetermined

Description (for example, federal, state, local)

72.25 NOL - SRLY             Tax year  2017, expires in 2037 - $13,783,000    $          Undetermined

Description (for example, federal, state, local)

72.26 North Carolina NOL     Tax year  2022 Estimate - $51,689       $          Undetermined

Description (for example, federal, state, local)

72.27 Pennsylvania NOL       Tax year  Earliest 2018 - $807,847      $          Undetermined

Description (for example, federal, state, local)

72.28 R&D Tax Credits        Tax year  From 10/1/2020 return, expires 2039 - $4,292,449    $          Undetermined

Description (for example, federal, state, local)

72.29 Tennessee NOL          Tax year  Earliest 2018 - $485,695      $          Undetermined

Description (for example, federal, state, local)

72.30 Utah NOL               Tax year  Earliest 2018 - $280,107      $          Undetermined

Description (for example, federal, state, local)

72.31 Virginia NOL           Tax year  Earliest 2018 -$60,958,441    $          Undetermined

Description (for example, federal, state, local)

72.32 Wisconsin NOL          Tax year  Earliest 2018 - $1,337,837    $          Undetermined

**73.** **Interests in insurance policies or annuities**

| | | |
|---|---|---|
| 73.1 | Allied World Assurance Company (U.S.) Inc. - Policy 0312-8275 Cyber | $ Undetermined |
| 73.2 | Amtrust Westco - Policy EUW188000901 D&O | $ Undetermined |
| 73.3 | Amtrust Westco - Policy EUW194873800 D&O | $ Undetermined |
| 73.4 | Amtrust Westco - Policy EUW188000901 D&O Tail | $ Undetermined |
| 73.5 | Amtrust Westco - Policy EUW194873800 D&O Tail | $ Undetermined |
| 73.6 | Arch Insurance Company - Policy ABL1000083-02 D&O | $ Undetermined |
| 73.7 | Arch Insurance Company - Policy ABL1000083-02 D&O Tail | $ Undetermined |
| 73.8 | AXIS Insurance Company - Policy P00100043566403 D&O | $ Undetermined |
| 73.9 | AXIS Insurance Company - Policy P00100043566403 D&O Tail | $ Undetermined |
| 73.10 | Beazley Insurance Company - Policy V31BFF220101 Employment Practices Liability | $ Undetermined |
| 73.11 | Continental Insurance Company - Policy PST734841667 Warehouse/Transit/Storage Property | $ Undetermined |
| 73.12 | Everest - Policy LS8GL00020221 Product Liability - Primary& Excess | $ Undetermined |
| 73.13 | Federal Insurance Company - Policy 82611495 Crime & Fiduciary | $ Undetermined |
| 73.14 | Hartford Accident and Indemnity Company - Policy 83WEAJ0UN4 Worker's Compensation & Employers' Liability | $ Undetermined |
| 73.15 | Hartford Casualty Insurance Company - Policy 83RHUAC5364 Umbrella, Excess Liability | $ Undetermined |
| 73.16 | Hartford Fire Insurance Co. - Policy 83UENAC5270 Commercial General Liability (list whether claims made or occurrence) | $ Undetermined |
| 73.17 | Homeland - Policy 795018744 Warehouse/Transit/Storage Property | $ Undetermined |
| 73.18 | Indian Harbor Insurance Company - Policy MTE904504800 Cyber | $ Undetermined |
| 73.19 | James River - Policy 000833364 Product Liability - Primary& Excess | $ Undetermined |
| 73.20 | Landmark - Policy LHD924976 Warehouse/Transit/Storage Property | $ Undetermined |
| 73.21 | Lloyds - Policy B1262SM0398322 Warehouse/Transit/Storage Property | $ Undetermined |
| 73.22 | Lloyds - Policy B1262SM0771922 Warehouse/Transit/Storage Property | $ Undetermined |
| 73.23 | Lloyds - Policy LSRXS0070422 Product Liability - Primary& Excess | $ Undetermined |
| 73.24 | Sompo - Policy ADX30025755900 D&O | $ Undetermined |
| 73.25 | Sompo - Policy ADX30025755900 D&O Tail | $ Undetermined |
| 73.26 | TDC Specialty - Policy LSX000472204 Product Liability - Primary& Excess | $ Undetermined |
| 73.27 | Travelers Casualty and Surety Company - Policy 107634205 Cyber | $ Undetermined |
| 73.28 | Travelers Excess and Surplus Lines co. - Policy KTQCMB3H06339222 Warehouse/Transit/Storage Property | $ Undetermined |
| 73.29 | Trumbull Insurance Co. - Policy 83UENAF1371 Automobile | $ Undetermined |
| 73.30 | Underwriters Lloyds London - Newline - Policy SYB22890650B105 Product Liability - Primary& Excess | $ Undetermined |

XL  Insurance America, Inc. - Policy US00075772PR22A
73.31  Warehouse/Transit/Storage Property                                    $                Undetermined

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1  See Global Notes                                                        $ _____

    **Nature of claim**  _____

    **Amount requested**  $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1  See Global Notes                                                        $ _____

    **Nature of claim**  _____

    **Amount requested**  $ _____

76. **Trusts, equitable or future interests in property**

76.1  None                                                                    $ _____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

77.1  Receivable from Akorn Inc.                                              $           28,854,585.13

78. **Total of Part 11.**

    Add lines 71 through 77. Copy the total to line 90.              $           28,854,585.13

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

  ☒  No

  ☐  Yes

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 9,597,205.40 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 15,367,824.06 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $ 168,871,181.56 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. | **Real property.** *Copy line 56, Part 9*.......................➔ | | $ 0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | $ 28,854,585.13 | |
| 91. | **Total.** Add lines 80 through 90 for each column.............91a. | $ 222,690,796.15 | + 91b. $ 0.00 |
| 92. | **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .............................. | | $ 222,690,796.15 |

Debtor Name: In re : Akorn Operating Company LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 23-10255 (KBO)

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.1 Creditor's name**

MidCap Funding Trust IV Trust
Creditor's Name

**Creditor's mailing address**

Notice Name
C/O MIDCAP FINANCIAL SERVICES LLC
Street
7255 WOODMONT AVE

| BETHESDA | MD | 20814 |
|---|---|---|
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**   10/1/2020

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

- ☐ No
- ☑ Yes. Have you already specified the relative priority?
  - ☑ No. Specify each creditor, including this creditor, and its relative priority.
    
    See Global Notes
  - ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

See Global Notes                        $     45,512,075.97      $     Undetermined

**Describe the lien**
See Global Notes

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Part 1:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

2.2 **Creditor's name**

WSFS Institutional Services, Agent
Creditor's Name

**Creditor's mailing address**

Notice Name
500 Delaware Ave.
Street

| Wilmington | DE | 19801 |
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**    10/1/2020

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Have you already specified the relative priority?

　☒ No. Specify each creditor, including this creditor, and its relative priority.

　　See Global Notes

　☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

See Global Notes                    $    139,599,162.45    $    Undetermined

**Describe the lien**

See Global Notes

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☒ Yes. Fill out Schedule H: Codebtors *(Official Form 206H).*

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$    185,111,238.42

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line _____ | _____ |

_____
Name

_____
Notice Name

_____
Street

_____

_____

_____  _____  _____
City                        State       ZIP Code

_____
Country

☐ Check if this is an
amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims      12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).**

   ☒ No. Go to Part 2.

   ☐ Yes. Go to Line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | **Total claim** | **Priority amount** |
|---|---|---|

2.1 **Priority creditor's name and mailing address**

| | |
|---|---|
| Creditor Name | As of the petition filing date, the claim is: $ ___   $ ___<br>*Check all that apply.* |
| | ☐ Contingent |
| Creditor's Notice name | ☐ Unliquidated |
| | ☐ Disputed |
| Address | **Basis for the claim:** |
| City    State    ZIP Code | |
| Country | |

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Is the claim subject to offset?**

☐ No

☐ Yes

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Amount of claim |
|---|---|

3.1 **Nonpriority creditor's name and mailing address**

2ND WATCH INC
Creditor Name

_____
Creditor's Notice name

2310 N MOLTER ST SUITE 340
Address

_____

| LIBERTY LAKE | WA | 99019 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                 95,000.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service
_____

**Is the claim subject to offset?**

☐  No

☐  Yes

3.2 **Nonpriority creditor's name and mailing address**

AAF INTERNATIONAL
Creditor Name

_____
Creditor's Notice name

24828 NETWORK PLACE
Address

_____

| CHICAGO | IL | 60673-1248 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                 25,826.29
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service
_____

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.3 Nonpriority creditor's name and mailing address**

ABBEY COLOR
Creditor Name

Creditor's Notice name

400 E TIOGA STREET
Address

| PHILADELPHIA | PA | 19134 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 84,854.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.4 Nonpriority creditor's name and mailing address**

ABBOTT LABORATORIES CO
Creditor Name

Creditor's Notice name

75 BOUL PIERRE-ROUX CP 307
Address

| VICTORIAVILLE | QC | G6P 6S9 |
|---|---|---|
| City | State | ZIP Code |

CANADA
Country

**Date or dates debt was incurred**
1/25/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 264,810.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Name

**3.5 Nonpriority creditor's name and mailing address**

ABC PM LLC
Creditor Name

Creditor's Notice name

2425 46TH STREET
Address

| ASTORIA | NY | 11103 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/28/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $      1,222.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.6 Nonpriority creditor's name and mailing address**

ABQ INDUSTRIAL LP
Creditor Name

Creditor's Notice name

21 WATERWAY AVENUE
Address

SUITE 300

| THE WOODLANDS | TX | 77380 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/21/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $      3,098.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.7 Nonpriority creditor's name and mailing address**

ABS PUMP REPAIR INC

Creditor Name

Creditor's Notice name

89 ALLEN BLVD

Address

| FARMINGDALE | NY | 11735 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 37,200.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.8 Nonpriority creditor's name and mailing address**

ABSOLUTE PLUMBING OF LONG ISLA

Creditor Name

Creditor's Notice name

90 F KNICKERBOCKER AVENUE

Address

| BOHEMIA | NY | 11716 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 8,499.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.9** **Nonpriority creditor's name and mailing address**

ACCO BRANDS
Creditor Name

ACCO BRANDS USA LLC
Creditor's Notice name

4 CORPORATE DRIVE
Address

| LAKE ZURICH | IL | 60047 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
8/11/2022

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:     $                      986.67
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐   No

☐   Yes

**3.10** **Nonpriority creditor's name and mailing address**

ACCURISTIX
Creditor Name

Creditor's Notice name

122 STONE RIDGE ROAD
Address

| VAUGHAN | ON | L4H 0A5 |
| --- | --- | --- |
| City | State | ZIP Code |

CANADA
Country

**Date or dates debt was incurred**
1/31/2023

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:     $                    6,052.28
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐   No

☐   Yes

3.11 **Nonpriority creditor's name and mailing address**

ACCUSTANDARD INC
Creditor Name

Creditor's Notice name

125 MARKET STREET
Address

| NEW HAVEN | CT | 06513 |
|-----------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $      850.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.12 **Nonpriority creditor's name and mailing address**

ACME SAFE COMPANY
Creditor Name

Creditor's Notice name

PO BOX 5310
Address

| PHILADELPHIA | PA | 19142 |
|--------------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
12/13/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $      630.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

3.13 **Nonpriority creditor's name and mailing address**

ADMIX ADVANCED MIXING TECHNOLO
Creditor Name

Creditor's Notice name

144 HARVEY ROAD
Address

| LONDONBERRY | NH | 03053 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                3,037.44
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.14 **Nonpriority creditor's name and mailing address**

Adorno, Jessica Marie
Creditor Name

Creditor's Notice name

Address on File
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/31/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                3,038.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Executed severance agreement

**Is the claim subject to offset?**

☐ No

☐ Yes

3.15 **Nonpriority creditor's name and mailing address**

ADVANCED INSTRUMENTS
Creditor Name

Creditor's Notice name

TWO TECHNOLOGY WAY
Address

| NORWOOD | MA | 02284-5116 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $               7,323.24
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

3.16 **Nonpriority creditor's name and mailing address**

AESICA QUEENBOROUGH LIMITED
Creditor Name

Creditor's Notice name

North Road
Address

Queenborough

| Kent | | ME11 5EL |
|---|---|---|
| City | State | ZIP Code |

United Kingdom
Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              77,891.31
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.17 Nonpriority creditor's name and mailing address**

AESUS PACKAGING SYSTEMS INC
Creditor Name

Creditor's Notice name

188 ONEIDA DRIVE
Address

| POINTE-CLAIRE | QC | H9R 1A8 |
|---|---|---|
| City | State | ZIP Code |

CANADA
Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,861.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.18 Nonpriority creditor's name and mailing address**

AFLAC PREMIUM HOLDING (#7685)
Creditor Name

Creditor's Notice name

PO BOX 50013
Address

| NEWARK | NJ | 07101 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
1/31/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 11,000.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.19 Nonpriority creditor's name and mailing address**

AGILENT
Creditor Name

Mike McMullen
Creditor's Notice name

5301 Stevens Creek Blvd
Address

| Santa Clara | CA | 95051 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $      256,618.87
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.20 Nonpriority creditor's name and mailing address**

AIR & POWER TRANSMISSION INC
Creditor Name

Creditor's Notice name

81 GAZZA BLVD
Address

| FARMINGDALE | NY | 11735 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $      5,717.85
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.21 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: | $ | 2,580.46 |

**Nonpriority creditor's name and mailing address**

AIR TECHNIQUES
Creditor Name

Creditor's Notice name

11403 CRONRIDGE DR
Address

| OWINGS MILLS | MD | 21117-2247 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   2,580.46
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.22 **Nonpriority creditor's name and mailing address**

AIRGAS FOR DECATUR
Creditor Name

Creditor's Notice name

PO BOX 734672
Address

| DALLAS | TX | 75373-4672 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   828.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

3.23 **Nonpriority creditor's name and mailing address**

AIRGAS FOR NJ & VHILLS
Creditor Name

Creditor's Notice name

PO BOX 734445
Address

| CHICAGO | IL | 60673-4445 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $      6,089.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

3.24 **Nonpriority creditor's name and mailing address**

AIRMATIC COMPRESSOR SYSTEMS INC
Creditor Name

Creditor's Notice name

700 WASHINGTON AVENUE
Address

| CARLSTADT | NJ | 07072 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
1/10/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $      2,514.21
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.25** **Nonpriority creditor's name and mailing address**

AIRTECH VACUUM
Creditor Name

Creditor's Notice name

301 VETERANS BLVD
Address

| RUTHERFORD | NJ | 07070 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                    2,242.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.26** **Nonpriority creditor's name and mailing address**

AKORN AG HETTLINGEN
Creditor Name

Douglas S. Boothe
Creditor's Notice name

Riethofstrasse 1
Address

| Hettlingen | | 8442 |
|---|---|---|
| City | State | ZIP Code |

Switzerland
Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                    8,369,413.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.27 Nonpriority creditor's name and mailing address**

ALBEAS AMERICAS
Creditor Name

Creditor's Notice name

PO BOX 22647
Address

| NEW YORK | NY | 10087-2647 |
|----------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $      155,241.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.28 Nonpriority creditor's name and mailing address**

ALCAMI CORPORATION
Creditor Name

Creditor's Notice name

PO BOX 603059
Address

| CHARLOTTE | NC | 28260 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $      3,448.43
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.29 Nonpriority creditor's name and mailing address**

ALCUS FUEL OIL & SONS INC
Creditor Name

Creditor's Notice name

238 BROADWAY
Address

| AMITYVILLE | NY | 11701 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $     6,707.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.30 Nonpriority creditor's name and mailing address**

Alex Logsdon
Creditor Name

Creditor's Notice name

Address on File
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number** 2466

**As of the petition filing date, the claim is:** $     Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Workers Compensation

**Is the claim subject to offset?**

☑ No

☐ Yes

3.31 **Nonpriority creditor's name and mailing address**

Alexander Jose
Creditor Name

Creditor's Notice name

Address on File
Address

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

number  0884

**As of the petition filing date, the claim is:**  $          Undetermined
*Check all that apply.*

☒  Contingent

☒  Unliquidated

☒  Disputed

**Basis for the claim:**

Workers Compensation

**Is the claim subject to offset?**

☒  No

☐  Yes

3.32 **Nonpriority creditor's name and mailing address**

Alfaro, Kevin
Creditor Name

Creditor's Notice name

Address on File
Address

City          State          ZIP Code

Country

**Date or dates debt was incurred**

12/31/2022

**Last 4 digits of account**

number

**As of the petition filing date, the claim is:**  $          3,536.97
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Executed severance agreement

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.33 Nonpriority creditor's name and mailing address**

ALIXPARTNERS LLP
Creditor Name

David Orlofsky
Creditor's Notice name

909 Third Avenue
Address

| New York | NY | 10022 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/19/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 166,186.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.34 Nonpriority creditor's name and mailing address**

ALKU
Creditor Name

Creditor's Notice name

200 BRICKSTONE SQUARE SUITE 503
Address

| ANDOVER | MA | 01810 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 10,080.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.35 Nonpriority creditor's name and mailing address**

ALLIED ELECTRONICS
Creditor Name

Creditor's Notice name

PO BOX 841811
Address

| DALLAS | TX | 75284-1811 |
|--------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 10,535.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.36 Nonpriority creditor's name and mailing address**

ALTORFER INC
Creditor Name

Creditor's Notice name

PO BOX 1347
Address

| CEDAR RAPIDS | IA | 52406-1347 |
|--------------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 5,122.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

3.37 **Nonpriority creditor's name and mailing address**

Amanda Fowler
Creditor Name

Creditor's Notice name

Address on File
Address

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number** 7231

**As of the petition filing date, the claim is:** $          Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Workers Compensation

**Is the claim subject to offset?**

☑ No

☐ Yes

3.38 **Nonpriority creditor's name and mailing address**

AMCO FENCE
Creditor Name

Creditor's Notice name

2919 SOUTH MACARTHUR BOULEVARD
Address

SPRINGFIELD     IL          62704
City          State          ZIP Code

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $          4,560.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.39** **Nonpriority creditor's name and mailing address**

AMEC ELECTRIC
Creditor Name

Creditor's Notice name

125 LIBERTY STREET
Address

| METUCHEN | NJ | 08840 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
11/10/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    16,599.38
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.40** **Nonpriority creditor's name and mailing address**

AMEREN ILLINOIS
Creditor Name

Creditor's Notice name

PO BOX 88034
Address

| CHICAGO | IL | 60680-1034 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    8,318.43
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.41 Nonpriority creditor's name and mailing address**

AMERICAN DOOR AND DOCK INC
Creditor Name

Creditor's Notice name

2125 HAMMOND DRIVE
Address

SCHAUMBURG    IL    60173
City    State    ZIP Code

Country

**Date or dates debt was incurred**
1/12/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $    30.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.42 Nonpriority creditor's name and mailing address**

AMERICAN INTERNATIONAL RELOCAT
Creditor Name

Creditor's Notice name

DBA AIRES
Address

PO BOX 536459

PITTSBURGH    PA    15253
City    State    ZIP Code

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $    18,016.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.43 Nonpriority creditor's name and mailing address**

AMETEK BROOKFIELD
Creditor Name

Creditor's Notice name

PO BOX 419319
Address

| BOSTON | MA | 02241-9319 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,636.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.44 Nonpriority creditor's name and mailing address**

AMITY VACUUM INC
Creditor Name

Creditor's Notice name

272 BROADWAY
Address

| AMITYVILLE | NY | 11701 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 8,008.71
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.45** **Nonpriority creditor's name and mailing address**

AMPTEK INC

Creditor Name

Creditor's Notice name

14 DEANGELO DRIVE

Address

| BEDFORD | MA | 01730 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/8/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,210.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.46** **Nonpriority creditor's name and mailing address**

ANDERSON PEST SOLUTIONS

Creditor Name

Creditor's Notice name

PO BOX 600670

Address

| JACKSONVILLE | FL | 32260-0670 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 587.25

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.47** **Nonpriority creditor's name and mailing address**

ANDLER SOUTH CORPORATION
Creditor Name

Creditor's Notice name

PO BOX 499125
Address

| EVERETT | MA | 02149 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
3/30/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    97.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.48** **Nonpriority creditor's name and mailing address**

Anne Carr
Creditor Name

Creditor's Notice name

Address on File
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**  2589

**As of the petition filing date, the claim is:**  $                  Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Workers Compensation

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.49 Nonpriority creditor's name and mailing address**

ANNISTON OPHTHALMOLOGY CLINIC
Creditor Name

Creditor's Notice name

KAZI ABDUL A
Address

822 LEIGHTON AVE

| ANNISTON | AL | 36207 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/20/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 5,760.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.50 Nonpriority creditor's name and mailing address**

APEX MATERIAL HANDLING CORP OF
Creditor Name

Creditor's Notice name

391 CHARLES COURT
Address

| WEST CHICAGO | IL | 60185 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/27/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 550.18
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Name

**3.51** **Nonpriority creditor's name and mailing address**

APEX MATERIAL HANDLING CORP OF IL INC
Creditor Name

Creditor's Notice name

391 CHARLES COURT
Address

| WEST CHICAGO | IL | 60185 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                1,940.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.52** **Nonpriority creditor's name and mailing address**

APEXUS LLC
Creditor Name

Creditor's Notice name

PO BOX 842167
Address

| DALLAS | TX | 75284-2167 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                62,370.29
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.53 Nonpriority creditor's name and mailing address**

APPROVED STORAGE & WASTE HAULI
Creditor Name


Creditor's Notice name

110 EDISON AVENUE
Address



| MOUNT VERNON | NJ | 10550 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
12/31/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $     370.51
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.54 Nonpriority creditor's name and mailing address**

APTAR PHARMA
Creditor Name

Kimberly Y. Chainey
Creditor's Notice name

265 Exchange Drive
Address



| Crystal Lake | IL | 60014 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $     897,750.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $      271,283.43 |
|---|---|---|

**Nonpriority creditor's name and mailing address** — 3.55

ARAMARK CLEANROOM SERVICES
*Creditor Name*

*Creditor's Notice name*

25259 NETWORK PLACE
*Address*

AUCA CHICAGO LOCKBOX

| CHICAGO | IL | 60673-1252 |
|---|---|---|
| City | State | ZIP Code |

*Country*

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $      271,283.43
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.56 Nonpriority creditor's name and mailing address**

ARAMARK UNIFORM SERVICES
*Creditor Name*

*Creditor's Notice name*

26792 NEWARK PLACE
*Address*

| CHICAGO | IL | 60673-1792 |
|---|---|---|
| City | State | ZIP Code |

*Country*

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $      42,052.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

3.57 **Nonpriority creditor's name and mailing address**

ARCHIMICA SPA
Creditor Name

Ralf Pfirmann
Creditor's Notice name

Viale Milano 86
Address

| Lodi | | 26900 |
|------|-------|-------|
| City | State | ZIP Code |

Italy
Country

**Date or dates debt was incurred**

10/31/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  525,432.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.58 **Nonpriority creditor's name and mailing address**

ARIES GLOBAL LOGISTICS INC
Creditor Name

Creditor's Notice name

PO BOX 592
Address

| FRANKLIN SQUARE | NY | 11010 |
|------|-------|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  9,531.65
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

3.59 **Nonpriority creditor's name and mailing address**

ARJAY COMPANY
Creditor Name

Creditor's Notice name

PO BOX 157
Address

| DEER PARK | NY | 11729-0157 |
|-----------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 10,483.82
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.60 **Nonpriority creditor's name and mailing address**

ARMSTRONG RELOCATION & COMPANI
Creditor Name

Creditor's Notice name

9 ASPEN DR
Address

| RANDOLPH | NJ | 07869 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 9,167.79
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

3.61 **Nonpriority creditor's name and mailing address**

ARNOLD & PORTER KAYE SCHOLER L
Creditor Name

Creditor's Notice name

601 MASSACHUSETTS AVE NW
Address

| WASHINGTON | DC | 20001 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    9,497.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

3.62 **Nonpriority creditor's name and mailing address**

ASCENSION HEALTH ALLIANCE
Creditor Name

Creditor's Notice name

PO BOX 505302
Address

| ST LOUIS | MO | 63150-5302 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    6,656.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.63 Nonpriority creditor's name and mailing address**

ASH PALLET MANAGEMENT INC
Creditor Name

Creditor's Notice name

61 MCMILLEN RD
Address

| ANTIOCH | IL | 60002 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 16,195.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.64 Nonpriority creditor's name and mailing address**

ASI TECHNOLOGIES
Creditor Name

Creditor's Notice name

5848 N 95TH CT
Address

| MILWAUKEE | WI | 53225 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 84,297.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.65 Nonpriority creditor's name and mailing address**

ASSOCIATED
Creditor Name

Creditor's Notice name

7954 SOLUTION CENTER
Address

| CHICAGO | IL | 60677-7009 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $      6,419.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.66 Nonpriority creditor's name and mailing address**

ASSOCIATES OF CAPE COD INC
Creditor Name

Creditor's Notice name

PO BOX 414540
Address

| BOSTON | MA | 02241-4540 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
11/1/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $      2,898.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

3.67 **Nonpriority creditor's name and mailing address**

ASTRO PAK
Creditor Name

Creditor's Notice name

270 E BAKER ST
Address

STE 100

| COSTA MESA | CA | 92626 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 127,560.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

3.68 **Nonpriority creditor's name and mailing address**

ATCC
Creditor Name

Creditor's Notice name

PO BOX 76349
Address

| BALTIMORE | MD | 21275-6349 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
2/24/2022

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 594.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

3.69 **Nonpriority creditor's name and mailing address**

ATLANTIC SCALE COMPANY INC
Creditor Name

Creditor's Notice name

136 WASHINGTON AVENUE
Address

| NUTLEY | NJ | 07110 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 22,297.87
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

3.70 **Nonpriority creditor's name and mailing address**

AUTOMATIC COMMUNICATIONS ALARM
Creditor Name

Creditor's Notice name

93 EAST SOMERSET ST
Address

| RARITAN | NJ | 08869 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 5,474.77
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.71** **Nonpriority creditor's name and mailing address**

AUTOMATION DIRECT

Creditor Name

Creditor's Notice name

PO BOX 402417

Address

| ATLANTA | GA | 30384-2417 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $      3,401.19

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.72** **Nonpriority creditor's name and mailing address**

AXINN VELTROP & HARKRIDER LLP

Creditor Name

Creditor's Notice name

114 WEST 47TH STREET 22ND FLOOR

Address

| NEW YORK | NY | 10036 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

10/21/2022

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $      16,741.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.73** **Nonpriority creditor's name and mailing address**

AXIOM GLOBAL

Creditor Name

Creditor's Notice name

PO BOX 8439

Address

| PASADENA | CA | 91109-8439 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $               2,205.00
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐   No

☐   Yes

**3.74** **Nonpriority creditor's name and mailing address**

AXON LLC

Creditor Name

Creditor's Notice name

PO BOX 73211

Address

| CLEVELAND | OH | 44193-0002 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $              14,892.00
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐   No

☐   Yes

**3.75** **Nonpriority creditor's name and mailing address**

AZAD PHARMA AG
Creditor Name

Mike Baronian
Creditor's Notice name

Bahnhofstrasse 9
Address

Near Bern

| Toffen | | CH-3125 |
| City | State | ZIP Code |

Switzerland
Country

**Date or dates debt was incurred**

1/26/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 3,650.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.76** **Nonpriority creditor's name and mailing address**

BAF REFRIGERATION INC
Creditor Name

Creditor's Notice name

80 KNICKERBOCKER AVE SUITE 5
Address

| BOHEMIA | NY | 11716 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 25,020.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.77** **Nonpriority creditor's name and mailing address**

BAHNSON ENVIRON

Creditor Name

Creditor's Notice name

4731 COMMERICIAL PARK CT

Address

| CLEMMONS | NC | 27012 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 9,826.13

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.78** **Nonpriority creditor's name and mailing address**

BANA ELECTRICAL TESTING CORP

Creditor Name

Creditor's Notice name

50 GAZZA BLVD

Address

| FARMINGDALE | NY | 11735 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/20/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,245.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

3.79 **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:   $      360.00

BARRY J EDISON DO PC

Creditor Name

*Check all that apply.*

Creditor's Notice name

☐ Contingent

☐ Unliquidated

☐ Disputed

10 INDUSTRIAL WAY EAST SUITE 102

Address

**Basis for the claim:**

Sale of product or service

| EATONTOWN | NJ | 07724 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**      **Is the claim subject to offset?**

1/3/2023

☐ No

**Last 4 digits of account**

☐ Yes

**number**

3.80 **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:   $      536.95

BCN TELECOM INC

Creditor Name

*Check all that apply.*

Creditor's Notice name

☐ Contingent

☐ Unliquidated

☐ Disputed

PO BOX 842840

Address

**Basis for the claim:**

Sale of product or service

| BOSTON | MA | 02284-2840 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**      **Is the claim subject to offset?**

2/1/2023

☐ No

**Last 4 digits of account**

☐ Yes

**number**

**3.81** **Nonpriority creditor's name and mailing address**

BDO USA LLP

Creditor Name

Creditor's Notice name

PO BOX 642743

Address

| PITTSBURGH | PA | 15264-2743 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                251,780.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.82** **Nonpriority creditor's name and mailing address**

Beahr, William P

Creditor Name

Creditor's Notice name

Address on File

Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

10/3/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                4,948.43

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Executed severance agreement

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.83** **Nonpriority creditor's name and mailing address**

BEARING HEADQUARTERS COMPANY
Creditor Name

Creditor's Notice name

PO BOX 6267
Address

| BROADVIEW | IL | 60155-6267 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $            5,545.22
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.84** **Nonpriority creditor's name and mailing address**

BECKMAN COULTER
Creditor Name

Creditor's Notice name

250 SOUTH KRAEMER BLVD
Address

| BREA | CA | 92822-8000 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $           34,382.72
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.85** **Nonpriority creditor's name and mailing address**

BECK'S STUDIO
Creditor Name

Creditor's Notice name

559 E WABASH AVENUE
Address

| DECATUR | IL | 62523-1023 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                365.28
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.86** **Nonpriority creditor's name and mailing address**

BECTON DICKINSON & COMPANY
Creditor Name

Creditor's Notice name

21588 NETWORK PLACE
Address

| CHICAGO | IL | 60673 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $              1,555.61
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.87 Nonpriority creditor's name and mailing address**

BEE INTERNATIONAL INC
Creditor Name

Creditor's Notice name

46 EASTMAN ST
Address

| SOUTH EASTON | MA | 02375 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

5/25/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   10.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.88 Nonpriority creditor's name and mailing address**

BELL ENVIRONMENTAL SERVICES IN
Creditor Name

Creditor's Notice name

PO BOX 810
Address

| PINE BROOK | NJ | 07058 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   6,532.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

3.89 **Nonpriority creditor's name and mailing address**

BELL FLAVORS & FRAGRANCES INC

Creditor Name

Creditor's Notice name

10618 PAYSPHERE CIRCLE

Address

| CHICAGO | IL | 60674 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $            10,160.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

3.90 **Nonpriority creditor's name and mailing address**

BENCHMARK PRODUCTS LLC

Creditor Name

Creditor's Notice name

1008 MOMENTUM PLACE

Address

| CHICAGO | IL | 60689-5310 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $           111,320.49
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.91 Nonpriority creditor's name and mailing address**

BENNETT EYE INSTITUTE

Creditor Name

Creditor's Notice name

1620 ALA MOANA BLVD SUITE 500

Address

BENNETT MICHAEL MD

| HONOLULU | HI | 96815 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/6/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 5,739.25

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.92 Nonpriority creditor's name and mailing address**

BERLIN PACKAGING LLC

Creditor Name

Creditor's Notice name

PO BOX 74007164

Address

| CHICAGO | IL | 60674-7164 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 319,491.30

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.93** **Nonpriority creditor's name and mailing address**

BIOMERIEUX INC
Creditor Name

Creditor's Notice name

PO BOX 500308
Address

| ST LOUIS | MO | 63150-0308 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                15,544.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.94** **Nonpriority creditor's name and mailing address**

BIOPHARM RECRUITING PARTNERS
Creditor Name

Creditor's Notice name

459 BELVEDERE PL
Address

| COUPEVILLE | WA | 98239 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
11/14/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                11,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 3,126.37 |

BIOSCIENCE INTERNATIONAL INC
_Creditor Name_

*Check all that apply.*

☐ Contingent

_Creditor's Notice name_

☐ Unliquidated

☐ Disputed

11333 WOODGLEN DRIVE
_Address_

**Basis for the claim:**

Sale of product or service

| ROCKVILLE | MA | 20852 |
| _City_ | _State_ | _ZIP Code_ |

_Country_

**Date or dates debt was incurred**

Various Dates

**Is the claim subject to offset?**

☐ No

**Last 4 digits of account**

☐ Yes

**number**

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 50,688.00 |

BLACKLINE SYSTEMS INC
_Creditor Name_

*Check all that apply.*

Karole Morgan - Prager
_Creditor's Notice name_

☐ Contingent

☐ Unliquidated

☐ Disputed

21300 Victory Blvd.
_Address_

**Basis for the claim:**

12th Floor

Sale of product or service

| Woodland Hills | CA | 91367 |
| _City_ | _State_ | _ZIP Code_ |

_Country_

**Date or dates debt was incurred**

12/31/2022

**Is the claim subject to offset?**

☐ No

**Last 4 digits of account**

☐ Yes

**number**

**3.97 Nonpriority creditor's name and mailing address**

BODINE ELECTRIC
Creditor Name

Creditor's Notice name

P.O. BOX 976
Address

| DECATUR | IL | 62525 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $     240,969.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.98 Nonpriority creditor's name and mailing address**

Bookbinder, Elizabeth Lynette
Creditor Name

Creditor's Notice name

Address on File
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

9/30/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $     24,665.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Executed severance agreement

**Is the claim subject to offset?**

☐ No

☐ Yes

Name

### 3.99 Nonpriority creditor's name and mailing address

Boothe, Doug
Creditor Name

Creditor's Notice name

Address on File
Address

| City | State | ZIP Code |
|------|-------|----------|

Country

**Date or dates debt was incurred**

2/23/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $      5,279,628.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Executive Severance Arrangements

**Is the claim subject to offset?**

☐ No

☐ Yes

### 3.100 Nonpriority creditor's name and mailing address

BRENNTAG NORTHEAST INC
Creditor Name

Creditor's Notice name

PO BOX 62111
Address

| City | State | ZIP Code |
|------|-------|----------|
| BALTIMORE | MD | 21264-2111 |

Country

**Date or dates debt was incurred**

1/27/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $      55,725.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.101** **Nonpriority creditor's name and mailing address**

BRENNTAG SPECIALTIES

Creditor Name

Creditor's Notice name

PO BOX 780510

Address

| PHILADELPHIA | PA | 19178-0510 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/27/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 55,725.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.102** **Nonpriority creditor's name and mailing address**

BRILLIANT STAFFING LLC

Creditor Name

Creditor's Notice name

125 S. WACKER DRIVE, SUITE 1150

Address

| CHICAGO | IL | 60606 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 21,103.18
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.103 Nonpriority creditor's name and mailing address**

BROADBEAN INC
Creditor Name

Creditor's Notice name

PO BOX 7410661
Address

SUITE 800

| CHICAGO | IL | 60674-0661 |
|---------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
11/15/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $      833.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.104 Nonpriority creditor's name and mailing address**

BRONKHORST USA LLC
Creditor Name

Creditor's Notice name

57 SO COMMERCE WAY STE 120
Address

| BETHLEHEM | PA | 18017 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $      3,324.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.105** **Nonpriority creditor's name and mailing address**

BRUKER NANO
Creditor Name

Creditor's Notice name

AXS DIVISION
Address

5465 E CHERYL PARKWAY

| MADISON | WI | 53711 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
1/19/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                7,605.50
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

---

**3.106** **Nonpriority creditor's name and mailing address**

BRYAN CAVE LEIGHTON PAISNER LL
Creditor Name

Creditor's Notice name

PO BOX 503089
Address

| ST LOUIS | MO | 63150-3089 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                3,552.15
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.107** | **Nonpriority creditor's name and mailing address**

BUIST INC
Creditor Name

Creditor's Notice name

860 GEORGES RD
Address

MONMOUTH
JUNCTION          NJ              08852-3058
City                State           ZIP Code

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $              17,250.79
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

---

**3.108** | **Nonpriority creditor's name and mailing address**

BUTLER SNOW LLP
Creditor Name

Creditor's Notice name

1020 HIGHLAND COLONY PARKWAY
Address

SUITE 1400

RIDGELAND          MS              39157
City                State           ZIP Code

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $               4,698.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.109** **Nonpriority creditor's name and mailing address**

C & S SERVICES
Creditor Name

Creditor's Notice name

PO BOX 324
Address

| SAN JOSE | IL | 62682 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
1/7/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 475.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.110** **Nonpriority creditor's name and mailing address**

CAERUS US 1 INC
Creditor Name

Creditor's Notice name

PO BOX 415214
Address

| BOSTON | MA | 02241-5214 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
1/3/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 13,782.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.111 Nonpriority creditor's name and mailing address**

CALIBRATION LABORATORY LLC
Creditor Name

Creditor's Notice name

3330 E 83RD Pl
Address

| MERRILLVILLE | IN | 46410 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 444.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.112 Nonpriority creditor's name and mailing address**

Camon, Kevin
Creditor Name

Creditor's Notice name

Address on File
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

9/6/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,890.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Executed severance agreement

**Is the claim subject to offset?**

☐ No

☐ Yes

3.113 **Nonpriority creditor's name and mailing address**

CANTEEN REFRESHMENT SERVICES
Creditor Name

A DIVISION OF CANTEEN
Creditor's Notice name

PO BOX 91337
Address

| CHICAGO | IL | 60693-1337 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   401.44
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐   No

☐   Yes

---

3.114 **Nonpriority creditor's name and mailing address**

CARDIO PARTNERS
Creditor Name

Creditor's Notice name

29170 NETWORK PLACE
Address

| CHICAGO | IL | 60673-1291 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
1/5/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   570.00
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐   No

☐   Yes

3.115 **Nonpriority creditor's name and mailing address**

CAREMARKPCS HEALTH LLC
Creditor Name

BANK OF AMERICA LOCKBOX SERVICES
Creditor's Notice name

LBX 840112
Address

1950 N STEMMONS FWY STE 5010

| DALLAS | TX | 75207 |
|--------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                12,306.31
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

3.116 **Nonpriority creditor's name and mailing address**

CARLIN AUTOMATION
Creditor Name

Creditor's Notice name

1725 20TH ST
Address

| ROCK ISLAND | IL | 61201 |
|-------------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
9/12/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                 2,785.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.117 Nonpriority creditor's name and mailing address**

CARTY EYE ASSOCIATES
Creditor Name

Creditor's Notice name

830 OLD LANCASTER ROAD
Address

| BRYN MAWR | PA | 19010 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/19/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $        398.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.118 Nonpriority creditor's name and mailing address**

CASSONE LEASING
Creditor Name

Creditor's Notice name

1950 LAKELAND AVENUE
Address

| RONKONKOMA | NY | 11779 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $        3,482.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.119 Nonpriority creditor's name and mailing address**

CATALENT MICRON TECH
Creditor Name

Creditor's Notice name

25111 NETWORK PLACE
Address

| CHICAGO | IL | 60673-1251 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/31/2023

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                1,190.00
*Check all that apply.*

☐    Contingent

☐    Unliquidated

☐    Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐    No

☐    Yes

**3.120 Nonpriority creditor's name and mailing address**

CATALENT RTP
Creditor Name

Creditor's Notice name

160 PHARMA DR
Address

| MORRISVILLE | NC | 27560 |
|-------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/28/2022

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                3,500.00
*Check all that apply.*

☐    Contingent

☐    Unliquidated

☐    Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐    No

☐    Yes

**3.121 Nonpriority creditor's name and mailing address**

CDW DIRECT
Creditor Name

Creditor's Notice name

P.O. BOX 75723
Address

| CHICAGO | IL | 60675-5723 |
|---------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $      1,758.63
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.122 Nonpriority creditor's name and mailing address**

CENTER LANE LLC
Creditor Name

Creditor's Notice name

152 FEEKS LANE
Address

| LOCUST VALLEY | NY | 11560 |
|---------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/14/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $      6,085.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.123 Nonpriority creditor's name and mailing address**

Centers for Medicare and Medicaid Services
Creditor Name

Creditor's Notice name

Center for Medicaid and CHIP Services
Address

Division of Pharmacy Attn:Cynthia Denemark,Dpy Dir

7500 Security Boulevard

| Baltimore | MD | 21244 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Medicare Pricing Issue

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.124 Nonpriority creditor's name and mailing address**

CENTRAL ILLINOIS SCALE COMPANY
Creditor Name

Creditor's Notice name

PO BOX 3158
Address

| DECATUR | IL | 62524 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
1/25/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 7,234.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.125 Nonpriority creditor's name and mailing address**

CESIUM INC
Creditor Name

Creditor's Notice name

DEPT LA 25377
Address

| PASADENA | CA | 91185-5377 |
|----------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
11/15/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   2,048.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.126 Nonpriority creditor's name and mailing address**

CHARLES RIVERS LABS
Creditor Name

Creditor's Notice name

GPO BOX 27812
Address

| NEW YORK | NY | 10087-7812 |
|----------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   930.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.127** | **Nonpriority creditor's name and mailing address**

CHEM-AQUA INC
Creditor Name

Creditor's Notice name

23261 NETWORK PLACE
Address

| CHICAGO | IL | 60673-1232 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
2/15/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 8,491.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.128** | **Nonpriority creditor's name and mailing address**

CHEMTREAT INC
Creditor Name

Creditor's Notice name

15045 COLLECTION DRIVE
Address

| CHICAGO | IL | 60693 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
1/17/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.129** **Nonpriority creditor's name and mailing address**

CHEMWERTH INC
Creditor Name

Creditor's Notice name

1764 LITCHFIELD TURNPIKE SUITE 202
Address

| WOODBRIDGE | CT | 06525 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/9/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $       134,100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.130** **Nonpriority creditor's name and mailing address**

Chen, Guoru
Creditor Name

Creditor's Notice name

Address on File
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/31/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $       10,905.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Executed severance agreement

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.131** **Nonpriority creditor's name and mailing address**

CHESAPEAKE RETINA CENTERS
Creditor Name

Creditor's Notice name

3460 OLD WASHINGTON RD
Address

SUITE 101

OMAR AHMAD E MD PC

| WALDORF | MD | 20602 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
12/20/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 5,184.00
_Check all that apply._

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.132** **Nonpriority creditor's name and mailing address**

Chin, Weldon
Creditor Name

Creditor's Notice name

Address on File
Address

| | | |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
9/1/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 108,267.25
_Check all that apply._

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Executed severance agreement

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.133 Nonpriority creditor's name and mailing address**

Chintakindi, Manjula
Creditor Name

_____
Creditor's Notice name

Address on File
Address

_____

_____

| | | |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
12/31/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,940.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Executed severance agreement

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.134 Nonpriority creditor's name and mailing address**

CIBD DISTRIBUTORS
Creditor Name

_____
Creditor's Notice name

701 S PARKER ST STE 1200
Address

_____

| | | |
|---|---|---|
| ORANGE | CA | 92868 |
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 325.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.135 Nonpriority creditor's name and mailing address**

Cicero, Alan J
Creditor Name

Creditor's Notice name

Address on File
Address

| City | State | ZIP Code |
|------|-------|----------|

Country

**Date or dates debt was incurred**

9/29/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                23,567.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Executed severance agreement

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.136 Nonpriority creditor's name and mailing address**

CINTAS FIRST AID & SAFE 07930
Creditor Name

Creditor's Notice name

609-3 CANTIAGUE ROCK RD
Address

| City | State | ZIP Code |
|------|-------|----------|
| WESTBURY | NY | 11590 |

Country

**Date or dates debt was incurred**

2/15/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                99.59
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.137** **Nonpriority creditor's name and mailing address**

CINTAS GARMENT 780

Creditor Name

Creditor's Notice name

51 NEW ENGLAND AVE

Address

| PISCATAWAY | NJ | 08854 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                66,883.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.138** **Nonpriority creditor's name and mailing address**

CINTAS RENTAL 47P

Creditor Name

Creditor's Notice name

1025 NATIONAL PARKWAY

Address

| SCHAUMBURG | IL | 60173 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                1,490.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.139** **Nonpriority creditor's name and mailing address**

CIRCULAR EDGE LLC

Creditor Name

Creditor's Notice name

399 CAMPUS DRIVE SUITE 102

Address

| SOMERSET | NJ | 08873 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $      120,480.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.140** **Nonpriority creditor's name and mailing address**

CITY OF DECATUR - UTILITIES BI

Creditor Name

Creditor's Notice name

FINANCE DEPARTMENT

Address

PO BOX 2578

| DECATUR | IL | 62525-2578 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $      602.17

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.141** **Nonpriority creditor's name and mailing address**

CIUMMEI JOHN OD
Creditor Name

WYNWOOD EYE CLNIC, INC.
Creditor's Notice name

1121 WESTBRANCH HIGHWAY
Address

| WINFIELD | PA | 17889 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/19/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    29.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.142** **Nonpriority creditor's name and mailing address**

CLEAN EARTH ENVIRONMENTAL SOLU
Creditor Name

Creditor's Notice name

29338 NETWORK PLACE
Address

| CHICAGO | IL | 60673-1293 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    32,399.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.143 Nonpriority creditor's name and mailing address**

CLEARBROOK
Creditor Name

David Galbraith, Kristin Smith, David Parisi, Mike Scully & Ana Tejada
Creditor's Notice name

972 Nicolls Road
Address

| Deer Park | NY | 11729 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                635.46
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.144 Nonpriority creditor's name and mailing address**

CLEARSYNTH CANADA INC
Creditor Name

Creditor's Notice name

2395 SPEAKMAN DRIVE LAB # 1001
Address

| MISSISSAUGA | ON | L5K 1B3 |
|---|---|---|
| City | State | ZIP Code |

CANADA
Country

**Date or dates debt was incurred**
12/15/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                836.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

3.145 **Nonpriority creditor's name and mailing address**

COGNEX
Creditor Name

Creditor's Notice name

P.O. BOX 27623
Address

| NEW YORK | NY | 10087-7623 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $     13,953.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

3.146 **Nonpriority creditor's name and mailing address**

COLBERT
Creditor Name

Creditor's Notice name

28355 NORTH BRADLEY ROAD
Address

| LAKE FOREST | IL | 60045 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $     87,473.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.147 Nonpriority creditor's name and mailing address**

COLE-PARMER
Creditor Name

Creditor's Notice name

13927 COLLECTIONS CENTER DR
Address

| | | |
|---|---|---|
| CHICAGO | IL | 60693 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,471.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.148 Nonpriority creditor's name and mailing address**

COLUMBIA UNIVERSITY
Creditor Name

Creditor's Notice name

622 WEST 168TH ST PH-505
Address

DEPT OF ANESTHESIOLOGY

ATTN SABINA SHEVCHENKO

| | | |
|---|---|---|
| NEW YORK | NY | 10032 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
12/20/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 189.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.149** **Nonpriority creditor's name and mailing address**

COMAR LLC
Creditor Name

Creditor's Notice name

PO BOX 12486
Address

| NEWARK | NJ | 07101-3586 |
|--------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 126.07
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.150** **Nonpriority creditor's name and mailing address**

COMCAST
Creditor Name

Creditor's Notice name

PO BOX 37601
Address

| PHILADELPHIA | PA | 19101-0601 |
|--------------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 87,115.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 7,663.76 |

COMED
Creditor Name

Creditor's Notice name

PO BOX 6111
Address

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

| CAROL STREAM | IL | 60197-6111 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**

☐ No

☐ Yes

---

| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 10,718.83 |

COMPLETE CLEANING COMPANY INC
Creditor Name

Creditor's Notice name

615 WHEAT LN
Address

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

| WOOD DALE | IL | 60191-6599 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.153 Nonpriority creditor's name and mailing address**

COMPLETE SECURITY SYSTEMS INC
Creditor Name

Creditor's Notice name

94 VANDERBURG ROAD
Address

| MARLBORO | NJ | 07746 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

11/1/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $     575.78

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.154 Nonpriority creditor's name and mailing address**

COMPLIANCEPATH LLC
Creditor Name

Creditor's Notice name

PO BOX 991
Address

| BLACKSBURG | VA | 24063 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

10/31/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $     2,500.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.155 Nonpriority creditor's name and mailing address**

COMPUTERSHARE INC
Creditor Name

Creditor's Notice name

DEPT CH 19228
Address

| PALATINE | IL | 60055-9228 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/9/2023

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $     834.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.156 Nonpriority creditor's name and mailing address**

COMRESOURCE INC
Creditor Name

Creditor's Notice name

1159 DUBLIN RD SUITE 200
Address

JEAN DENNEY

| COLUMBUS | OH | 43215 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/31/2023

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $     3,900.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.157 Nonpriority creditor's name and mailing address**

CONCORDANCE HEALTHCARE SOL
Creditor Name

Creditor's Notice name

PO BOX 94631
Address

| CLEVELAND | OH | 44101 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/26/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $     6,917.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.158 Nonpriority creditor's name and mailing address**

CONCUR TECHNOLOGIES INC
Creditor Name

Creditor's Notice name

62157 COLLECTIONS CENTER DR
Address

| CHICAGO | IL | 60693 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $     7,491.44
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.159** | **Nonpriority creditor's name and mailing address**

CONNOR COMPANY
Creditor Name

Creditor's Notice name

PO BOX 5007
Address

| PEORIA | IL | 61601-5007 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
12/15/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $              22,624.56
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

---

**3.160** | **Nonpriority creditor's name and mailing address**

CORDEN PHARMA SPA
Creditor Name

Creditor's Notice name

VIALE DELL INDUSTRIA, 3
Address

| CAPONAGO | MB | 20867 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
1/30/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $              50,166.33
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.161  Nonpriority creditor's name and mailing address**

COVANTA ENVIRONMENTAL SOLUTION

Creditor Name

Creditor's Notice name

445 SOUTH STREET

Address

| MORRISTOWN | NJ | 07960 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/27/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    15,449.35

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.162  Nonpriority creditor's name and mailing address**

CROWN EQUIPMENT

Creditor Name

Creditor's Notice name

PO BOX 641173

Address

| CINCINNATI | OH | 45264-1173 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    21,418.04

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.163 Nonpriority creditor's name and mailing address**

CRYSTAL SPRINGS
Creditor Name

Creditor's Notice name

PO BOX 660579
Address

| DALLAS | TX | 75266-0579 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates
**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 3,308.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.164 Nonpriority creditor's name and mailing address**

CT LOGISTICS
Creditor Name

Creditor's Notice name

12487 PLAZA DRIVE
Address

| CLEVELAND | OH | 44130 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates
**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 17,116.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.165 Nonpriority creditor's name and mailing address**

CUCKOS PHARMACEUTICAL PVT LTD
Creditor Name

Creditor's Notice name

PLOT NO 132
Address

SECTOR 16 HSIIDC

| BAHADURGARH | HR | 124507 |
|---|---|---|
| City | State | ZIP Code |

INDIA
Country

**Date or dates debt was incurred**

11/9/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $    105,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.166 Nonpriority creditor's name and mailing address**

CULLIGAN OF DECATUR
Creditor Name

Creditor's Notice name

2767 N MAIN ST
Address

| DECATUR | IL | 62526 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/31/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $    250.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.167 Nonpriority creditor's name and mailing address**

CURIA NEW JERSEY LLC
Creditor Name

Isaac Kennedy, Adrian Schenck, Geoffrey Mielke
Creditor's Notice name

21 Corporate Circle
Address

| Albany | NY | 12203 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    19,289.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.168 Nonpriority creditor's name and mailing address**

CURIA SPAIN SAU (FORMER CRYSTA
Creditor Name

Creditor's Notice name

PARQUE TECNOLOGICO, PARC 105
Address

| BOECILLO, VALLADOLID | | 47151 |
|--------|-----|-------|
| City | State | ZIP Code |

SPAIN
Country

**Date or dates debt was incurred**
2/6/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    1,875.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.169** **Nonpriority creditor's name and mailing address**

CUSTOM SERVICES INC
Creditor Name

ATTN ROGER CHANEY
Creditor's Notice name

4675 E FITZGERALD
Address

| DECATUR | IL | 62521 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.170** **Nonpriority creditor's name and mailing address**

CWIH CASTERS WHEELS INDUSTRIAL
Creditor Name

Creditor's Notice name

8 ENGINEERS LANE
Address

| FARMINGDALE | NY | 11735 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/3/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,998.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.171 Nonpriority creditor's name and mailing address**

DAHL COMPLIANCE CONSULTING LLC
Creditor Name

Creditor's Notice name

4809 W 148TH STREET
Address

| LEAWOOD | KS | 66224 |
|---------|-----|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
1/19/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $          6,187.50
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.172 Nonpriority creditor's name and mailing address**

DANKNER EYE ASSOC
Creditor Name

Creditor's Notice name

2 HAMILL RD STE 345FIERGANG DEAN L MD
Address

| BALTIMORE | MD | 21210 |
|-----------|-----|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
1/19/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $             18.72
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

Name

**3.173** **Nonpriority creditor's name and mailing address**

DATWYLER PHARMA PACKAGING BELGIUM NV
Creditor Name

Creditor's Notice name

Industrieterrein Kolmen 1519
Address

| Alken | | 3570 |
|---|---|---|
| City | State | ZIP Code |

Belgium
Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 31,607.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.174** **Nonpriority creditor's name and mailing address**

DAUHAJRE JACQUELINE MD PC
Creditor Name

Creditor's Notice name

140 EAST 80TH STREET
Address

| NEW YORK | NY | 10075 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
12/6/2022

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 5,760.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.175**   **Nonpriority creditor's name and mailing address**

DEAN PHARMA CONSULTING LLC
Creditor Name

Creditor's Notice name

6906 MYRIC CT
Address

| WILMINGTON | NC | 28411 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $      30,800.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.176**   **Nonpriority creditor's name and mailing address**

DECATUR BLUEPRINT INC
Creditor Name

Creditor's Notice name

230 W. WOOD ST.
Address

| DECATUR | IL | 62523 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $      324.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.177 Nonpriority creditor's name and mailing address**

DELOITTE CONSULTING LLP
Creditor Name

Creditor's Notice name

PO BOX 844717
Address

| DALLAS | TX | 75284-4717 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 47,310.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.178 Nonpriority creditor's name and mailing address**

DELTA INDUSTRIES INC
Creditor Name

Creditor's Notice name

5235 KATRINE AVE
Address

| DOWNERS GROVE | IL | 60515 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,958.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.179 Nonpriority creditor's name and mailing address**

DeLuca, Diane Marie
Creditor Name

Creditor's Notice name

Address on File
Address

City      State      ZIP Code

Country

**Date or dates debt was incurred**

9/29/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $      967.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Executed severance agreement

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.180 Nonpriority creditor's name and mailing address**

DENOVO (FORMERLY CD GROUP)
Creditor Name

Creditor's Notice name

6400 LOOKOUT ROAD
Address

SUITE 101

BOULDER      CO      80301
City      State      ZIP Code

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $      58,710.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.181 Nonpriority creditor's name and mailing address**

DEPARTMENT OF HOMELAND SECURIT
Creditor Name

ATTN USCIS
Creditor's Notice name

NEBRASKA SERVICE CENTER
Address

850 S STREET

| | | |
|---|---|---|
| LINCOLN | NE | 68508 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
2/13/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 460.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.182 Nonpriority creditor's name and mailing address**

Department of Veterns Affairs (VA OIG)
Creditor Name

Creditor's Notice name

Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,217,535.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

10 year restatement of its Veterans Affairs
Federal Supply Schedule Pricing Program.

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.183** **Nonpriority creditor's name and mailing address**

DEWOLF CHEMICAL
Creditor Name

Creditor's Notice name

PO BOX 842472
Address

| BOSTON | MA | 02284-2472 |
|--------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 2,327.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.184** **Nonpriority creditor's name and mailing address**

DIAGRAPH MARKING AND CODING GROUP
Creditor Name

Creditor's Notice name

75 REMITTANCE DR STE 1234
Address

| CHICAGO | IL | 60675-1234 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
2/7/2023
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 8,200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

| | |
|---|---|
| **Name** | |

**3.185** **Nonpriority creditor's name and mailing address**

DILIGENT CORPORATION
Creditor Name

Creditor's Notice name

PO BOX 419829
Address

| BOSTON | MA | 02241-9874 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
1/23/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 28,670.22
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.186** **Nonpriority creditor's name and mailing address**

DIRECT ENERGY BUSINESS MARKETI
Creditor Name

Creditor's Notice name

PO BOX 32179
Address

| NEW YORK | NY | 10087-2179 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
2/3/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 22,248.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.187 Nonpriority creditor's name and mailing address**

DISC GRAPHICS INC DBA OLIVER I

Creditor Name

Creditor's Notice name

10 GILPIN AVENUE

Address

| HAUPPAUGE | NY | 11788 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

8/3/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 100.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.188 Nonpriority creditor's name and mailing address**

DOMINO AMJET

Creditor Name

Creditor's Notice name

1290 LAKESIDE DRIVE

Address

| GURNEE | IL | 60031 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 16,048.66

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.189 Nonpriority creditor's name and mailing address**

DOUGLAS PHARMACEUTICALS AMERIC
Creditor Name

Creditor's Notice name

TE PAI PLACE, LINCOLN
Address

PO BOX 45 027

| AUCKLAND | | 651 |
|---|---|---|
| City | State | ZIP Code |

NEW ZEALAND
Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $    1,104,028.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.190 Nonpriority creditor's name and mailing address**

DOWNSTATE OPHTHAMOLOGY ASSOCIA
Creditor Name

Creditor's Notice name

34 PLAZA ST EAST STE 103DR BERG
Address

| BROOKLYN | NY | 11238 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
1/10/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $    274.37
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.191** **Nonpriority creditor's name and mailing address**

DR PAUL LOHMANN INC
Creditor Name

Creditor's Notice name

1757 - 10 VETERANS MEMORIAL HWY
Address

| ISLANDIA | NY | 11749 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $     6,950.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.192** **Nonpriority creditor's name and mailing address**

Drate-Schwerdlin, Ethel
Creditor Name

Creditor's Notice name

Address on File
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

8/12/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $     21,844.69
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Executed severance agreement

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.193** **Nonpriority creditor's name and mailing address**

DUNKER ELECTRIC SUPPLY INC
Creditor Name

Creditor's Notice name

PO BOX 1734
Address

| DECATUR | IL | 62525 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $     10,533.59
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.194** **Nonpriority creditor's name and mailing address**

E L PRUITT COMPANY
Creditor Name

Creditor's Notice name

PO BOX 3306
Address

ATTN A/R

| SPRINGFIELD | IL | 62708 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $     351,727.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.195** **Nonpriority creditor's name and mailing address**

EAGLE TECHNICAL SERVICES INC
Creditor Name

Creditor's Notice name

PO BOX 429
Address

| EAGLE | WI | 53119 |
|-------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
10/28/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $           1,275.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.196** **Nonpriority creditor's name and mailing address**

E-BEAM SERVICE INC
Creditor Name

Creditor's Notice name

2775 HENKLE DRIVE
Address

| LEBANON | OH | 45036 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $           6,058.78
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.197** **Nonpriority creditor's name and mailing address**

ECOLAB
Creditor Name

Creditor's Notice name

P.O. BOX 70343
Address

| CHICAGO | IL | 60673-0343 |
|---------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 19,633.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.198** **Nonpriority creditor's name and mailing address**

ECONDISC CONTRACTING SOLUTIONS
Creditor Name

Creditor's Notice name

25522 NETWORK PLACE
Address

| CHICAGO | IL | 60673-1255 |
|---------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
1/13/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 6,204.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.199** **Nonpriority creditor's name and mailing address**

EDI STAFFING
Creditor Name

Creditor's Notice name

PO BOX 100895
Address

| ATLANTA | GA | 30384-4174 |
|---------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 66,976.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.200** **Nonpriority creditor's name and mailing address**

EDQM COUNCIL OF EUROPE
Creditor Name

Creditor's Notice name

7 ALLEE KASTNER CS 30026F-67081
Address

| STRASBOURG | | |
|------------|-----|-----|
| City | State | ZIP Code |

FRANCE
Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 791.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.201** **Nonpriority creditor's name and mailing address**

EDWARDS VACUUM
Creditor Name

Creditor's Notice name

DEPT CH 19935
Address

| PALATINE | IL | 60055-9935 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
12/2/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                227.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.202** **Nonpriority creditor's name and mailing address**

EFAX CORPORATE
Creditor Name

C/O J2 GLOBAL COMMUNICATIONS INC
Creditor's Notice name

PO BOX 51873
Address

| LOS ANGELES | CA | 90051-6173 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $              1,643.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.203** **Nonpriority creditor's name and mailing address**

EG LIFE SCIENCES LLC
Creditor Name

Creditor's Notice name

55 WALKERS BROOK DRIVE
Address

6TH FLOOR

| READING | MA | 01867 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $        11,040.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.204** **Nonpriority creditor's name and mailing address**

EGEEN INTERNATIONAL CORPORATI
Creditor Name

Creditor's Notice name

938 RICH PLACE
Address

| MOUNTAIN VIEW | CA | 94040 |
|---------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $        8,657.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.205** **Nonpriority creditor's name and mailing address**

ELAN CHEMICAL
Creditor Name

Creditor's Notice name

PO BOX 363
Address

| BRATTLEBORO | VT | 05302-0363 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
11/15/2022

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $ 13,276.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.206** **Nonpriority creditor's name and mailing address**

ELEMENT MATERIALS TECH CANADA
Creditor Name

Creditor's Notice name

LOCKBOX #233701
Address

3701 MOMENTUM PLACE

| CHICAGO | IL | 60689-5337 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $ 2,395.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.207** **Nonpriority creditor's name and mailing address**

ELEVATOR SAFETY GROUP
Creditor Name

Creditor's Notice name

PO BOX 244
Address

| HINSDALE | IL | 60522 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

10/6/2022

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                250.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.208** **Nonpriority creditor's name and mailing address**

ELSEVIER INC
Creditor Name

Creditor's Notice name

PO BOX 9533
Address

| NEW YORK | NY | 10087-9533 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $              7,800.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.209** **Nonpriority creditor's name and mailing address**

EM' PRESS DESIGN INC.
Creditor Name

Creditor's Notice name

6132 KENWOOD AVENUE
Address

| DALLAS | TX | 75214-3014 |
|--------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $      7,125.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.210** **Nonpriority creditor's name and mailing address**

EMD MILLIPORE
Creditor Name

Creditor's Notice name

25760 NETWORK PLACE
Address

| CHICAGO | IL | 60673 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $      44,457.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.211 Nonpriority creditor's name and mailing address**

EMD MILLIPORE CORPORATION
Creditor Name

Elizabeth Mitchell
Creditor's Notice name

3050 Spruce Street
Address

| St. Louis | MO | 63103 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/9/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $     1,136.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.212 Nonpriority creditor's name and mailing address**

EMPIRE FREIGHT LOGISTICS
Creditor Name

Creditor's Notice name

6567 KINNE ROAD
Address

| DEWITT | NY | 13214 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $     310,059.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Name

**3.213** **Nonpriority creditor's name and mailing address**

ENGIE POWER AND GAS LLC

Creditor Name

Creditor's Notice name

920 Railroad Ave

Address

| Woodmere | NY | 11598 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/12/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 156.33
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.214** **Nonpriority creditor's name and mailing address**

ENPRO INC

Creditor Name

Creditor's Notice name

75 REMITTANCE DRIVE

Address

SUITE 1270

| CHICAGO | IL | 60675-1270 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 13,537.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.215** **Nonpriority creditor's name and mailing address**

ENVIROCLEAN JANITORIAL SERVICES LLC
Creditor Name

Creditor's Notice name

PO BOX 6355
Address

| EAST BRUNSWICK | NJ | 08816 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account number**

As of the petition filing date, the claim is: $     16,890.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.216** **Nonpriority creditor's name and mailing address**

ENVIROSERVE INC
Creditor Name

Creditor's Notice name

5350 E Firehouse Rd.
Address

| Decatur | IL | 62521 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account number**

As of the petition filing date, the claim is: $     47,728.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.217 Nonpriority creditor's name and mailing address**

EQUINE NETWORK
Creditor Name

Creditor's Notice name

PO BOX 208347
Address

| DALLAS | TX | 75320-8347 |
|--------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
10/31/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 5,177.50
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.218 Nonpriority creditor's name and mailing address**

EQUINIX INC AR
Creditor Name

Creditor's Notice name

PO BOX 736031
Address

| DALLAS | TX | 75373-6031 |
|--------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 32,802.40
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.219** **Nonpriority creditor's name and mailing address**

ERNST & YOUNG LLP

Creditor Name

Creditor's Notice name

PNC BANK C/O ERNST & YOUNG US LLP

Address

3712 SOLUTION CENTER

| CHICAGO | IL | 60677-3007 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $      287,850.53

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.220** **Nonpriority creditor's name and mailing address**

ETHYPHARM

Creditor Name

Creditor's Notice name

Roseline Joannesse

Address

194 Bureaux de la Colline, Batiment D, 12eme etage

| Saint-Cloud Cedex | | 92213 |
|---------|-----|-----------|
| City | State | ZIP Code |

FRANCE

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $      603,077.70

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.221  Nonpriority creditor's name and mailing address**

EUROAPI USA

Creditor Name

Creditor's Notice name

100 SOMERSET CORPORATE BLVD

Address

2ND FLOOR SUITE 100

| BRIDGEWATER | NJ | 08807 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                1,160,000.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.222  Nonpriority creditor's name and mailing address**

EUROFINS LANCASTER LAB

Creditor Name

Creditor's Notice name

2425 NEW HOLLAND PIKE

Address

| LANCASTER | PA | 17601 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                  83,501.80

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.223 Nonpriority creditor's name and mailing address**

EVALUATE LIMITED
Creditor Name

Creditor's Notice name

11-29 FASHION STREET
Address

| LONDON | | E1 6PX |
|---|---|---|
| City | State | ZIP Code |

UNITED KINGDOM
Country

**Date or dates debt was incurred**
12/8/2022

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $       39,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.224 Nonpriority creditor's name and mailing address**

EVERLIGHT CHEMICAL INDUSTRIAL CORP
Creditor Name

ATTN GRACE WEI
Creditor's Notice name

KUANYIN II PLANT, 12 INDUSTRILA THIRD RD KUANYIN DIST
Address

| TAOYUAN CITY | | |
|---|---|---|
| City | State | ZIP Code |

TAIWAN
Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $       2,280.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.225** **Nonpriority creditor's name and mailing address**

EVISORT INC

Creditor Name

Creditor's Notice name

548 MARKET ST

Address

PMB 20722

| SAN FRANCISCO | CA | 94104-5401 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/1/2023

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $      19,375.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.226** **Nonpriority creditor's name and mailing address**

EVOQUA WATER TECHNOLOGIES LLC

Creditor Name

Creditor's Notice name

28563 NETWORK PLACE

Address

| CHICAGO | IL | 60673-1285 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $      38,639.30

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.227** **Nonpriority creditor's name and mailing address**

EXELA PHARMA SCIENCES

Creditor Name

Creditor's Notice name

1245 BLOWING ROCK BLVD

Address

| LENOIR | NC | 28645 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 507,860.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.228** **Nonpriority creditor's name and mailing address**

EXTREME METAL FAB INC

Creditor Name

Creditor's Notice name

4889 HELMSBURG ROAD

Address

| NASHVILLE | IN | 47448 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 5,093.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.229 Nonpriority creditor's name and mailing address**

EYE CONSULTANTS OF ATLANTA PC
Creditor Name

Creditor's Notice name

3225 CUMBERLAND BLVD STE 900
Address

LEVINE ELLIOT LOUIS

| ATLANTA | GA | 30339 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
12/1/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $     24,199.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.230 Nonpriority creditor's name and mailing address**

EYE PHYSICIANS & SURGEONS
Creditor Name

Creditor's Notice name

202 CHERRY ST
Address

| MILFORD | CT | 06460-3502 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
1/17/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $     1,152.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.231 Nonpriority creditor's name and mailing address**

EYEMED VISION CARE - FIDELITY
Creditor Name

Creditor's Notice name

PO BOX 632530
Address

| CINCINNATI | OH | 45263-2530 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ 7,701.47
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.232 Nonpriority creditor's name and mailing address**

EYESOUTH PARTNERS
Creditor Name

Creditor's Notice name

5775 GLENRIDGE DR BLDG B
Address

SUITE 500

| ATLANTA | GA | 30328 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ 4,239.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.233 Nonpriority creditor's name and mailing address**

F & F ROOFING COMPANY INC

Creditor Name

Creditor's Notice name

315 JERICHO TURNPIKE

Address

| FLORAL PARK | NY | 11001 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $      6,210.31
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.234 Nonpriority creditor's name and mailing address**

F A WILHELM CONTRUCTION

Creditor Name

Creditor's Notice name

3914 PROSPECT STREET

Address

| INDIANAPOLIS | IN | 46203 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $      72,370.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.235 Nonpriority creditor's name and mailing address**

FAREVA AMBOISE - R&D ONLY
Creditor Name

Creditor's Notice name

Z1 29 ROUTE DES INDUSTRIES
Address

| POCE SUR CISSE | | 37530 |
|---|---|---|
| City | State | ZIP Code |

FRANCE
Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 178,425.09

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.236 Nonpriority creditor's name and mailing address**

FASTENAL
Creditor Name

Creditor's Notice name

PO BOX 1286
Address

| WINONA | MN | 55987-1286 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 2,943.49

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.237** **Nonpriority creditor's name and mailing address**

FEDEGARI TECHNOLOGIES INC
Creditor Name

Creditor's Notice name

1228 BETHLEHEM PIKE
Address

| SELLERSVILLE | PA | 18960 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/10/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $              8,058.94
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐   No

☐   Yes

**3.238** **Nonpriority creditor's name and mailing address**

FEDEX
Creditor Name

Creditor's Notice name

PO BOX 94515
Address

| PALATINE | IL | 60094-4515 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $              2,459.38
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐   No

☐   Yes

**3.239** **Nonpriority creditor's name and mailing address**

FEDEX FREIGHT

Creditor Name

Creditor's Notice name

DEPT CH

Address

PO BOX 10306

| PALATINE | IL | 60055-0306 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

9/12/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $        297.17
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.240** **Nonpriority creditor's name and mailing address**

FENCE PRO

Creditor Name

Creditor's Notice name

274 WEST HOFFMAN AVENUE

Address

| LINDENHURST | NY | 11757 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

11/1/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $        461.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.241** **Nonpriority creditor's name and mailing address**

FILAMATIC

Creditor Name

Creditor's Notice name

4119 FORDLEIGH RD

Address

| BALTIMORE | MD | 21215 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                62,575.44

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.242** **Nonpriority creditor's name and mailing address**

FIRST CHOICE ELECTRIC INC

Creditor Name

Creditor's Notice name

34 OVERLOOK DRIVE

Address

| JACKSON | NJ | 08527 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                 3,198.74

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.243** **Nonpriority creditor's name and mailing address**

FISH WINDOW CLEANING
Creditor Name

Creditor's Notice name

28501 WILMOT ROAD # 20
Address

| | | |
|---|---|---|
| TREVOR | WI | 53179 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $      600.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.244** **Nonpriority creditor's name and mailing address**

FISHER SCIENTIFIC
Creditor Name

ALL AKORN ACCOUNTS
Creditor's Notice name

13551 COLLECTIONS CTR DR
Address

| | | |
|---|---|---|
| CHICAGO | IL | 60693 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $      178,291.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.245 Nonpriority creditor's name and mailing address**

FLUKE ELECTRONICS CORPORATION
Creditor Name

Creditor's Notice name

7272 COLLECTION CENTER DR
Address

| CHICAGO | IL | 60693-0072 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $         4,316.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.246 Nonpriority creditor's name and mailing address**

FORTRA LLC
Creditor Name

Creditor's Notice name

11095 VIKING DR SUITE 100
Address

| EDEN PRAIRIE | MN | 55344 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
11/29/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $         6,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.247 Nonpriority creditor's name and mailing address**

FOX GLASS COMPANY EAST
Creditor Name

Creditor's Notice name

45 BLOOMINGDALE RD.
Address

| HICKSVILLE | NY | 11801 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/18/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                4,171.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.248 Nonpriority creditor's name and mailing address**

Franke, Patricia A
Creditor Name

Creditor's Notice name

Address on File
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

9/1/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $               12,326.65
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Executed severance agreement

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.249** **Nonpriority creditor's name and mailing address**

FREUDENBERG
Creditor Name

Creditor's Notice name

INHEALTH TECHNOLOGIES
Address

23686 NETWORK PLACE

| CHICAGO | IL | 60673-1236 |
|---------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                85,457.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.250** **Nonpriority creditor's name and mailing address**

FREYR INC
Creditor Name

Creditor's Notice name

150 COLLEGE RD WEST
Address

SUITE 102

| PRINCETON | NJ | 08540 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                43,200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.251** **Nonpriority creditor's name and mailing address**

FS INSTALLATION

Creditor Name

Creditor's Notice name

245 ACORN AVE

Address

| CENTRAL ISLIP | NY | 11722 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                  6,920.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.252** **Nonpriority creditor's name and mailing address**

FTF PHARMA PVT LTD - R&D ONLY

Creditor Name

Creditor's Notice name

BLOCK NO 193 211 XCELON IND PARK

Address

CHAK DE INDIA WEIGHT BRIDGE ROAD

VASANA CHACHARWADI

| AHMEDABAD | GJ | 92618 |
|---|---|---|
| City | State | ZIP Code |

INDIA

Country

**Date or dates debt was incurred**

1/17/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                100,000.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.253 Nonpriority creditor's name and mailing address**

FURTHER
Creditor Name

Creditor's Notice name

PO BOX 64193
Address

| ST PAUL | MN | 55164-0193 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
1/12/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 117.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.254 Nonpriority creditor's name and mailing address**

Galana Jones
Creditor Name

Creditor's Notice name

Address on File
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number** 7783

**As of the petition filing date, the claim is:** $ Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Workers Compensation

**Is the claim subject to offset?**

☑ No

☐ Yes

3.255 **Nonpriority creditor's name and mailing address**

GALENICUM HEALTH S L - R&D ONLY
Creditor Name

Creditor's Notice name

CARRER SANT GABRIEL 50
Address

| | | |
|---|---|---|
| BARCELONA | | 08950 |
| City | State | ZIP Code |

SPAIN
Country

**Date or dates debt was incurred**

12/13/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $     250,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.256 **Nonpriority creditor's name and mailing address**

GAMA REALTY HOLDINGS LLC
Creditor Name

Creditor's Notice name

243 DIXON AVENUE
Address

| | | |
|---|---|---|
| AMITYVILLE | NY | 11701 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/1/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $     1,200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.257 Nonpriority creditor's name and mailing address**

GARDAWORLD SECURITY SERVICES
Creditor Name

Creditor's Notice name

PO BOX 843886
Address

| KANSAS CITY | MO | 64184-3886 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                136,821.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.258 Nonpriority creditor's name and mailing address**

GATEWAY ANALYTICAL
Creditor Name

Daniel Cohen
Creditor's Notice name

2009 Kramer Road
Address

| Gibsonia | PA | 15044 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                14,680.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.259** **Nonpriority creditor's name and mailing address**

Gavaskar, Kaustubh
Creditor Name

Creditor's Notice name

Address on File
Address

City          State          ZIP Code

Country

**Date or dates debt was incurred**

9/30/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    34,781.78
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Executed severance agreement

**Is the claim subject to offset?**

☐   No

☐   Yes

**3.260** **Nonpriority creditor's name and mailing address**

GDL INTERNATIONAL
Creditor Name

Creditor's Notice name

7111 WEST 151ST STREET
Address

SUITE 312

OVERLAND
PARK          KS          66223
City          State          ZIP Code

Country

**Date or dates debt was incurred**

1/31/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    220,464.21
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐   No

☐   Yes

**3.261** **Nonpriority creditor's name and mailing address**

GENERICHEM
Creditor Name

Creditor's Notice name

5 TAFT RD
Address

| TOTOWA | NJ | 07511-0457 |
|--------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
2/1/2023

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                147,000.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.262** **Nonpriority creditor's name and mailing address**

GERRESHEIMER GLASS INC
Creditor Name

ATTN A/R
Creditor's Notice name

537 CRYSTAL AVE
Address

| VINELAND | NJ | 08360 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                284,846.05
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.263** **Nonpriority creditor's name and mailing address**

GIBSON DUNN & CRUTCHER LLP
Creditor Name

Creditor's Notice name

PO BOX 840723
Address

| LOS ANGELES | CA | 90084-0723 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/21/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 311,502.49
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.264** **Nonpriority creditor's name and mailing address**

GIRTON MANUFACTURING CO INC
Creditor Name

Creditor's Notice name

BOX 900
Address

160 WEST MAIN STREET

| MILLVILLE | PA | 17846 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,140.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.265** **Nonpriority creditor's name and mailing address**

GL SCIENCES INC
Creditor Name

Creditor's Notice name

4733 TORRANCE BLVD STE 255
Address

| TORRANCE | CA | 90503 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
12/28/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                762.93
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐   No

☐   Yes

**3.266** **Nonpriority creditor's name and mailing address**

GLOBAL INDUSTRIAL EQUIPMENT IN
Creditor Name

Creditor's Notice name

29833 NETWORK PLACE
Address

| CHICAGO | IL | 60673-1298 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $               2,973.15
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐   No

☐   Yes

**3.267** **Nonpriority creditor's name and mailing address**

GLOBAL PACKS LLC

Creditor Name

Creditor's Notice name

P.O. BOX 100053

Address

| BROOKLYN | NY | 11210 |
|----------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 8,250.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.268** **Nonpriority creditor's name and mailing address**

GMM PFAUDLER US INC

Creditor Name

Creditor's Notice name

1000 WEST AVE

Address

PO BOX 23600

| ROCHESTER | NY | 14692-3600 |
|-----------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 24,201.43
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.269 Nonpriority creditor's name and mailing address**

GOENGINEER LLC
Creditor Name

Creditor's Notice name

739 EAST FORT UNION BLVD.
Address

| MIDVALE | UT | 84047 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/24/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $     5,951.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.270 Nonpriority creditor's name and mailing address**

GOLDEN STATE MEDICAL SUPPLY IN
Creditor Name

Creditor's Notice name

5187 Camino Ruiz
Address

| Camarillo | CA | 93012 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/16/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $     13,190.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.271** **Nonpriority creditor's name and mailing address**

GORDON FLESCH CO INC
Creditor Name

Creditor's Notice name

BIN 88236
Address

| MILWAUKEE | WI | 53288-0236 |
|-----------|------|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 15,510.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.272** **Nonpriority creditor's name and mailing address**

GORDON L SEAMAN INC
Creditor Name

Creditor's Notice name

29 OLD DOCK ROAD
Address

| YAPHANK | NY | 11980 |
|---------|------|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 37,905.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

            Name

**3.273  Nonpriority creditor's name and mailing address**

Gossard, John Edward
Creditor Name

Creditor's Notice name

Address on File
Address

City          State          ZIP Code

Country

**Date or dates debt was incurred**

12/31/2022

**Last 4 digits of account**

**number**

| As of the petition filing date, the claim is: | $ | 101,397.70 |

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Executed severance agreement

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.274  Nonpriority creditor's name and mailing address**

GP PHARM SA
Creditor Name

Berta Ponsati
Creditor's Notice name

Placa de Europa 9-11, 13th floor, Hospitalet de Llobregat
Address

Barcelona          08908

City          State          ZIP Code

SPAIN
Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

| As of the petition filing date, the claim is: | $ | 29,623.65 |

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.275 Nonpriority creditor's name and mailing address**

GRAFTEL LLC
Creditor Name

Creditor's Notice name

95 CHANCELLOR DR
Address

| ROSELLE | IL | 60172 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              1,472.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.276 Nonpriority creditor's name and mailing address**

GRAINGER DECATUR
Creditor Name

Creditor's Notice name

DEPT 865497671
Address

| PALATINE | IL | 60038-0001 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              4,946.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.277** **Nonpriority creditor's name and mailing address**

GRAINGER HI-TECH
Creditor Name

Creditor's Notice name

DEPT 865497671
Address

| PALATINE | IL | 60038-0001 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $              44,255.29
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.278** **Nonpriority creditor's name and mailing address**

GREENHILL TRADING INC
Creditor Name

Creditor's Notice name

5701 FOSTER AVE
Address

| BROOKLYN | NY | 11234 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
1/23/2023

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                 361.09
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.279** **Nonpriority creditor's name and mailing address**

Guo, Wenjuan
Creditor Name

Creditor's Notice name

Address on File
Address

| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
12/31/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 8,555.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Executed severance agreement

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.280** **Nonpriority creditor's name and mailing address**

GURUNATH PADGAONKAR
Creditor Name

Creditor's Notice name

Address on File
Address

| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
2/8/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 5,400.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.281 Nonpriority creditor's name and mailing address**

H R STEWART INC
Creditor Name

Creditor's Notice name

52 W CRYSTAL ST
Address

ATTN SHEILA LUCCHETTI

| CARY | IL | 60013 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $     910.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.282 Nonpriority creditor's name and mailing address**

HACH COMPANY
Creditor Name

Creditor's Notice name

2207 COLLECTIONS CENTER DR
Address

| CHICAGO | IL | 60693 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $     2,152.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.283** **Nonpriority creditor's name and mailing address**

HAGEDORN & GANNON CO INC
Creditor Name

Creditor's Notice name

550 AXMINISTER DRIVE
Address

| FENTON | MO | 63026-2904 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/20/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                9,312.10

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.284** **Nonpriority creditor's name and mailing address**

HALOCARBON LIFE SCIENCES LLC
Creditor Name

David Bacon
Creditor's Notice name

6525 The Corners Parkway
Address

Suite 200

| Peachtree Corners | GA | 30092 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              515,886.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.285** **Nonpriority creditor's name and mailing address**

HAMILTON DRAYAGE INC
Creditor Name

Creditor's Notice name

44 RAILROAD STREET
Address

| HUNTINGTON STATION | NY | 11746 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 5,525.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.286** **Nonpriority creditor's name and mailing address**

HARTCORN PLUMBING & HEATING IN
Creditor Name

Creditor's Notice name

850 SOUTH SECOND STREET
Address

| RONKONKOMA | NY | 11779 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 27,924.09
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.287** **Nonpriority creditor's name and mailing address**

HBM INC
Creditor Name

Creditor's Notice name

19 BARTLETT STREET
Address

MARLBOROUGH          MA          01752
City          State          ZIP Code

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $          14,496.14
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐   No

☐   Yes

**3.288** **Nonpriority creditor's name and mailing address**

HEALTH INDUSTRY BUSINESS
Creditor Name

Creditor's Notice name

PO BOX 29650
Address

DEPT 880159

PHOENIX          AZ          85038-9650
City          State          ZIP Code

Country

**Date or dates debt was incurred**
11/15/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $          1,000.00
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐   No

☐   Yes

**3.289 Nonpriority creditor's name and mailing address**

HEMLOCK ASSOCIATES INC

Creditor Name

Creditor's Notice name

638 LARKFIELD ROAD

Address

| EAST NORTHPORT | NY | 11731 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

11/15/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 9,233.13

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.290 Nonpriority creditor's name and mailing address**

HENDERSON CONSTRUCTORS INC

Creditor Name

Creditor's Notice name

350 E BUTLER AVENUE

Address

| NEW BRITAIN | PA | 18901 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 1,569,129.20

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.291 Nonpriority creditor's name and mailing address**

Herceg, Christine S.
Creditor Name

Creditor's Notice name

Address on File
Address

| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

7/31/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $           2,732.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Executed severance agreement

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.292 Nonpriority creditor's name and mailing address**

HERITAGE INDUSTRIAL SERVICES I
Creditor Name

Creditor's Notice name

784 MONMOUTH RD
Address

| CREAM RIDGE | NJ | 08514 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/22/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $           3,600.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.293** **Nonpriority creditor's name and mailing address**

HERITAGE PKG

Creditor Name

Creditor's Notice name

625 FISHERS RUN

Address

| VICTOR | NY | 14564 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 8,522.53

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.294** **Nonpriority creditor's name and mailing address**

HIRERIGHT LLC

Creditor Name

Creditor's Notice name

PO BOX 847891

Address

| DALLAS | TX | 75284-7891 |
|--------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 7,731.44

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

3.295 **Nonpriority creditor's name and mailing address**

HOLLAND APPLIED TECHNOLOGIES I
Creditor Name

Creditor's Notice name

7050 HIGH GROVE BLVD
Address

| BURR RIDGE | IL | 60527 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    12,389.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.296 **Nonpriority creditor's name and mailing address**

Hugel, Richard Andrew
Creditor Name

Creditor's Notice name

Address on File
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

8/26/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    7,387.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Executed severance agreement

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.297 Nonpriority creditor's name and mailing address**

HYDRO SERVICE AND SUPPLY INC

Creditor Name

Creditor's Notice name

PO BOX 12197

Address

| RESEARCH TRIANGLE PARK | NC | 27709 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 1,160.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.298 Nonpriority creditor's name and mailing address**

HYG FINANCIAL SERVICES INC - OR

Creditor Name

Creditor's Notice name

800 Walnut St

Address

| Des Moines | IA | 50309-3605 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/26/2023

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 1,440.75

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.299** **Nonpriority creditor's name and mailing address**

HYSPECO INC

Creditor Name

Creditor's Notice name

2118 E ROCKHURST

Address

| SPRINGFIELD | MO | 65802 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

10/26/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 293.33
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.300** **Nonpriority creditor's name and mailing address**

IAL TOTAL SECURITY

Creditor Name

Creditor's Notice name

500 WEST MAIN STREET

Address

| SMITHTOWN | NY | 11787 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/9/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 255.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.301 Nonpriority creditor's name and mailing address**

IBM
Creditor Name

Creditor's Notice name

PO BOX 643600
Address

| PITTSBURGH | PA | 15264-3600 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

11/6/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 15,924.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.302 Nonpriority creditor's name and mailing address**

ICON (FORMERLY OPTUMINSIGHT 10
Creditor Name

Creditor's Notice name

4 INNOVATION DRIVE
Address

| DUNDAS | ON | L9H 7P3 |
|---|---|---|
| City | State | ZIP Code |

CANADA
Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 5,890.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.303 Nonpriority creditor's name and mailing address**

IES ENGINEERS
Creditor Name

Creditor's Notice name

1720 WALTON ROAD
Address

BLUE BELL     PA     19422
City     State     ZIP Code

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $      68,971.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.304 Nonpriority creditor's name and mailing address**

ILLINI SUPPLY INC
Creditor Name

Creditor's Notice name

111 ILLINI DR
Address

ATTN AR

FORSYTH     IL     62535
City     State     ZIP Code

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $      18,705.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.305** **Nonpriority creditor's name and mailing address**

IMA NORTH AMERICA INC

Creditor Name

Creditor's Notice name

7 NEW LANCASTER ROAD

Address

| LEOMINSTER | MA | 01453 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $     41,767.41

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.306** **Nonpriority creditor's name and mailing address**

IMCD GROUP (FORMERLY MUTCHLER)

Creditor Name

Creditor's Notice name

PO BOX 5168

Address

| CAROL STREAM | IL | 60197-5168 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $     69,773.60

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.307  Nonpriority creditor's name and mailing address**

Indukuri, Srinivasa Raju
Creditor Name

_____
Creditor's Notice name

Address on File
Address

City          State          ZIP Code

Country

**Date or dates debt was incurred**

9/30/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                3,529.36
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Executed severance agreement

**Is the claim subject to offset?**

☐  No

☐  Yes

---

**3.308  Nonpriority creditor's name and mailing address**

INFORMATION & COMPUTING SERVIC
Creditor Name

_____
Creditor's Notice name

PO BOX 638345
Address

CINCINNATI          OH          45263-8345

City          State          ZIP Code

Country

**Date or dates debt was incurred**

2/13/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              123,455.99
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.309** **Nonpriority creditor's name and mailing address**

INORGANIC VENTURES
Creditor Name

ATTN CUSTOMER SERVICE
Creditor's Notice name

300 TECHNOLOGY DR
Address

| | | |
|---|---|---|
| CHRISTIANSBURG | VA | 24073 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

11/7/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $              852.36
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐   No

☐   Yes

---

**3.310** **Nonpriority creditor's name and mailing address**

INTALERE INC
Creditor Name

Creditor's Notice name

BOX B110402
Address

PO BOX 88402

| | | |
|---|---|---|
| MILWAUKEE | WI | 53288-8402 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/10/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $            1,742.74
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐   No

☐   Yes

**3.311 Nonpriority creditor's name and mailing address**

INTEGRICHAIN INC
Creditor Name

Creditor's Notice name

PO BOX 360700
Address

| PITTSBURGH | PA | 15251-6700 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $     94,594.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.312 Nonpriority creditor's name and mailing address**

INTELLIGENT MEASUREMENT SOLUTI
Creditor Name

Creditor's Notice name

PO BOX 8823
Address

| GRAND RAPIDS | MI | 49518 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/13/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $     665.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.313** **Nonpriority creditor's name and mailing address**

INTERCHEM CORPORATION
Creditor Name

Creditor's Notice name

120 RT 17 NORTH
Address

| PARAMUS | NJ | 07652-2819 |
|---------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/17/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 700.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.314** **Nonpriority creditor's name and mailing address**

INTERIOR SPECIALTY CONSTRUCTIO
Creditor Name

Reed Sullivan
Creditor's Notice name

880 East Pershing Road
Address

| Decatur | IL | 62526 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 75,883.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.315 Nonpriority creditor's name and mailing address**

INTERNATIONAL MOLASSES CORP
Creditor Name

Creditor's Notice name

PO BOX 898
Address

| SADDLE BROOK | NJ | 07663 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $      51,473.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.316 Nonpriority creditor's name and mailing address**

INTRALINKS INC
Creditor Name

Creditor's Notice name

PO BOX 392134
Address

| PITTSBURGH | PA | 15251-9134 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $      14,318.46
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.317** **Nonpriority creditor's name and mailing address**

IPD ANALYTICS LLC
Creditor Name

Creditor's Notice name

1170 KANE CONCOURSE STE 300
Address

| BAY HARBOR ISLANDS | FL | 33154 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

11/27/2022

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $                63,536.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.318** **Nonpriority creditor's name and mailing address**

IRON MOUNTAIN
Creditor Name

Creditor's Notice name

PO BOX 27128
Address

| NEW YORK | NY | 10087-7128 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $                191,946.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.319 Nonpriority creditor's name and mailing address**

IRON MOUNTAIN RECORDS MANAGEME
Creditor Name

Creditor's Notice name

PO BOX 915004
Address

| DALLAS | TX | 75391-5004 |
|--------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 19,838.37
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.320 Nonpriority creditor's name and mailing address**

IWK PACKAGING SYSTEMS INC
Creditor Name

Creditor's Notice name

2 CRANBERRY ROAD STE A1B
Address

| PARSIPPANY | NJ | 07054 |
|------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
2/15/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 573.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

3.321 **Nonpriority creditor's name and mailing address**

JACKSON LEWIS PC

Creditor Name

Creditor's Notice name

PO BOX 4169019

Address

| BOSTON | MA | 02241-6019 |
|--------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              78,799.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

---

3.322 **Nonpriority creditor's name and mailing address**

JACOBI INDUSTRIES

Creditor Name

Creditor's Notice name

131 MIDDLE ISLAND RD

Address

| MEDFORD | NY | 11763 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

11/18/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $               3,375.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.323 Nonpriority creditor's name and mailing address**

JAF LOGISTICS
Creditor Name

Creditor's Notice name

1319 NORTH BROAD STREET
Address

| HILLSIDE | NJ | 07205 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $      5,007.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.324 Nonpriority creditor's name and mailing address**

JB ESKERS
Creditor Name

Creditor's Notice name

212 WEST MAIN STREET
Address

| TEUTOPOLIS | IL | 62467 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
12/21/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $      3,125.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.325 Nonpriority creditor's name and mailing address**

Jean Erick Daphnis
Creditor Name

Creditor's Notice name

Address on File
Address

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number** 9956

**As of the petition filing date, the claim is:** $    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Workers Compensation

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.326 Nonpriority creditor's name and mailing address**

JOHNSON CNTL FIRE FORMER SIMPL
Creditor Name

Creditor's Notice name

DEPT CH 10320
Address

| PALATINE | IL | 60055-0320 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    13,520.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.327 Nonpriority creditor's name and mailing address**

JOHNSON CONTROLS NJ

Creditor Name

Creditor's Notice name

NORTH JERSEY BRANCH 1-866-589-8652

Address

264 FERNWOOD AVE

| EDISON | NJ | 08837 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,171.79
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.328 Nonpriority creditor's name and mailing address**

JOHNSON CONTROLS SECURITY SOLU

Creditor Name

Creditor's Notice name

PO BOX 371967

Address

| PITTSBURG | PA | 15250-7967 |
|-----------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 5,561.46
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.329  Nonpriority creditor's name and mailing address**

JOHNSTONE SUPPLY
Creditor Name

Creditor's Notice name

135 SCHMITT BOULEVARD
Address

| FARMINGDALE | NY | 11735 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
2/6/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                910.45
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.330  Nonpriority creditor's name and mailing address**

JONES & SULLIVAN ENTERPRISES I
Creditor Name

Creditor's Notice name

2955 N DINNEEN STREET
Address

| DECATUR | IL | 62526 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
1/26/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $             50,000.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.331 Nonpriority creditor's name and mailing address**

JP PARADISE LANDSCAPING LLC
Creditor Name

Creditor's Notice name

12 SYCORA LN
Address

| ISLANDIA | NY | 11749 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
12/18/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 5,214.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.332 Nonpriority creditor's name and mailing address**

JSKALDES CONSULTING LLC
Creditor Name

Creditor's Notice name

120 EAST BECKS BLVD
Address

| RINGOES | NJ | 08551 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
2/12/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,602.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.333 Nonpriority creditor's name and mailing address**

Kafer, Jon
Creditor Name

Creditor's Notice name

Address on File
Address

| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/23/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                1,737,440.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Executive Severance Arrangements

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.334 Nonpriority creditor's name and mailing address**

KAMPS INC
Creditor Name

Creditor's Notice name

2900 PEACH RIDGE AVE NW
Address

| City | State | ZIP Code |
| GRAND RAPIDS | MI | 49534 |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                  22,981.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.335** **Nonpriority creditor's name and mailing address**

KAPS-ALL PACKAGING SYSTEMS

Creditor Name

Creditor's Notice name

200 MILL RD

Address

| RIVERHEAD | NY | 11901-3125 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/16/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   1,795.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.336** **Nonpriority creditor's name and mailing address**

KERRY INGREDIENTS

Creditor Name

Creditor's Notice name

PO BOX 409141

Address

| ATLANTA | GA | 30384-9141 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   16,018.37
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

3.337 **Nonpriority creditor's name and mailing address**

KEYENCE CORP OF AMERICA
Creditor Name

Creditor's Notice name

DEPT CH 17128
Address

| PALATINE | IL | 60055-7128 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
1/9/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,457.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

3.338 **Nonpriority creditor's name and mailing address**

Khirdekar, Ravindra
Creditor Name

Creditor's Notice name

Address on File
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
9/30/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 8,708.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Executed severance agreement

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.339 Nonpriority creditor's name and mailing address**

Kimberly Lees
Creditor Name

Creditor's Notice name

Address on File
Address

City                State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number** 7446

As of the petition filing date, the claim is: $                    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Workers Compensation

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.340 Nonpriority creditor's name and mailing address**

KIRBY RISK CORPORATION
Creditor Name

Creditor's Notice name

27561 NETWORK PLACE
Address

CHICAGO          IL            60673-1275

City                State          ZIP Code

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                    62,182.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.341** **Nonpriority creditor's name and mailing address**

KLEINSCHMIDT INC

Creditor Name

Creditor's Notice name

PO BOX 7158

Address

| DEERFIELD | IL | 60015-7158 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                7,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.342** **Nonpriority creditor's name and mailing address**

K-LIGHT LABORATORIES

Creditor Name

Creditor's Notice name

15705 ARROW HIGHWAY

Address

SUITE 3

| IRWINDALE | CA | 91706 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                3,455.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.343 Nonpriority creditor's name and mailing address**

Koshy, Alex
Creditor Name

Creditor's Notice name

Address on File
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

10/3/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 988.39
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Executed severance agreement

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.344 Nonpriority creditor's name and mailing address**

Ksiazak, Jennifer Anne
Creditor Name

Creditor's Notice name

Address on File
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/31/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 55,502.11
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Executed severance agreement

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.345 Nonpriority creditor's name and mailing address**

LABCONCO
Creditor Name

Creditor's Notice name

PO BOX 801133
Address

| KANSAS CITY | MO | 64180 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
1/4/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    144.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.346 Nonpriority creditor's name and mailing address**

LABCORP EARLY DEVELOPMENT
Creditor Name

Creditor's Notice name

LABORATORIES INC
Address

PO BOX 2464

| BURLINGTON | NC | 27216 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    16,802.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.347** **Nonpriority creditor's name and mailing address**

LABEL SUPPLIES & SERVICES
Creditor Name

Creditor's Notice name

960 ROUTE 6 #192
Address

| MAHOPAC | NY | 10541 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
1/10/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 436.17
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.348** **Nonpriority creditor's name and mailing address**

LAFORCE INC
Creditor Name

Creditor's Notice name

PO BOX 10068
Address

| GREEN BAY | WI | 54307 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
2/16/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 158.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.349** **Nonpriority creditor's name and mailing address**

Lam, Andrew
Creditor Name

Creditor's Notice name

Address on File
Address

City                State        ZIP Code

Country

**Date or dates debt was incurred**
12/31/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                3,923.80
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Executed severance agreement

**Is the claim subject to offset?**

☐   No

☐   Yes

---

**3.350** **Nonpriority creditor's name and mailing address**

LANCER SALES USA INC
Creditor Name

Creditor's Notice name

1150 EMMA OAKS TRAIL STE 140
Address

ATTN A/P

LAKE MARY          FL           32746
City                State        ZIP Code

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                2,170.54
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐   No

☐   Yes

**3.351** **Nonpriority creditor's name and mailing address**

LANDAUER INC

Creditor Name

Creditor's Notice name

2 SCIENCE ROAD

Address

| GLENWOOD | IL | 60425 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/27/2022

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                760.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.352** **Nonpriority creditor's name and mailing address**

LASALLE NETWORK

Creditor Name

Creditor's Notice name

200 NORTH LASALLE STREET STE 2500

Address

| CHICAGO | IL | 60601 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $              51,144.34

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.353** **Nonpriority creditor's name and mailing address**

LDI COLOR TOOLBOX

Creditor Name

Creditor's Notice name

50 JERICHO QUADRANGLE

Address

| JERICHO | NY | 11753 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/29/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 959.47
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.354** **Nonpriority creditor's name and mailing address**

LEADIANT FORMER SIGMA-TAU

Creditor Name

Creditor's Notice name

PO BOX 79306

Address

| BALTIMORE | MD | 21279 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 432,210.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.355 Nonpriority creditor's name and mailing address**

LEGISYM LLC
Creditor Name

Creditor's Notice name

9325 TARVER DR
Address

SUITE C-101

| TEMPLE | TX | 76502 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.356 Nonpriority creditor's name and mailing address**

LES EMBALLAGES WINPAK
Creditor Name

Creditor's Notice name

9003 PAYSPHERE CIRCLE
Address

| CHICAGO | IL | 60674 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 33,020.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.357 Nonpriority creditor's name and mailing address**

LESMAN INSTRUMENT CO

Creditor Name

Creditor's Notice name

PO BOX 7640

Address

| CAROL STREAM | IL | 60197-7640 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/19/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 301.27

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.358 Nonpriority creditor's name and mailing address**

LEXAMED LTD

Creditor Name

Creditor's Notice name

705 FRONT STREET

Address

| TOLEDO | OH | 43605 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

11/17/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 787.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.359** **Nonpriority creditor's name and mailing address**

LGC STANDARDS

Creditor Name

Creditor's Notice name

276 ABBY RD

Address

| MANCHESTER | NH | 03103 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $      4,123.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.360** **Nonpriority creditor's name and mailing address**

LIFE TECHNOLOGIES CORP

Creditor Name

Creditor's Notice name

12088 COLLECTIONS CENTER DRIVE

Address

| CHICAGO | IL | 60693 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/9/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $      691.57
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.361** **Nonpriority creditor's name and mailing address**

LIGHTHOUSE INSTRUMENTS LLC
Creditor Name

Creditor's Notice name

2050 AVON COURT
Address

CHARLOTTESVIL
LE      VA      22902
City      State      ZIP Code

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    7,425.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.362** **Nonpriority creditor's name and mailing address**

Linda Harper
Creditor Name

Creditor's Notice name

Address on File
Address

City      State      ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**   0281

**As of the petition filing date, the claim is:** $    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Workers Compensation

**Is the claim subject to offset?**

☑ No

☐ Yes

3.363 **Nonpriority creditor's name and mailing address**

LIONHEART CRITICAL POWER SPECI
Creditor Name

Creditor's Notice name

13151 EXECUTIVE COURT
Address

| HUNTLEY | IL | 60142 |
|---------|-----|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
12/13/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                830.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

3.364 **Nonpriority creditor's name and mailing address**

LONZA WALKERSVILLE
Creditor Name

Creditor's Notice name

12261 COLLECTIONS CENTER DRIVE
Address

| CHICAGO | IL | 60693 |
|---------|-----|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
1/13/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                487.34
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.365** **Nonpriority creditor's name and mailing address**

LUGARI WRECKER SERVICE
Creditor Name

Creditor's Notice name

3680 NORTH BEARSDALE ROAD
Address

| DECATUR | IL | 62526 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
2/10/2023

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 250.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.366** **Nonpriority creditor's name and mailing address**

MAADHO DISTRIBUTORS INC
Creditor Name

Creditor's Notice name

118 N BEDFORD RD
Address

SUITE 100

| MOUNT KISCO | KY | 10549 |
|-------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
1/26/2023

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 5,400.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

3.367 **Nonpriority creditor's name and mailing address**

MAFCO WORLDWIDE CORP
Creditor Name

Creditor's Notice name

PO BOX 821074
Address

| PHILADELPHIA | PA | 19182-1074 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/9/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $              4,320.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

3.368 **Nonpriority creditor's name and mailing address**

MALIK & POPIEL PC
Creditor Name

Creditor's Notice name

7606 TRANSIT ROAD SUITE 200
Address

| BUFFALO | NY | 14221 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

4/29/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $              1,510.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.369** **Nonpriority creditor's name and mailing address**

MANCINE OPTICAL COMPANY INC

Creditor Name

Creditor's Notice name

2910 ROUTE 130 NORTH

Address

| DELRAN | NJ | 08075 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                1,050.60
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐   No

☐   Yes

**3.370** **Nonpriority creditor's name and mailing address**

MARK VEND CO

Creditor Name

Creditor's Notice name

3000 MACARTHUR BLVD

Address

| NORTHBROOK | IL | 60062-1902 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                1,040.17
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐   No

☐   Yes

**3.371** **Nonpriority creditor's name and mailing address**

MARQUIS BEVERAGE SERVICE

Creditor Name

Creditor's Notice name

1234 W CERRO GORDO

Address

| DECATUR | IL | 62522 |
|---------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $      4,323.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.372** **Nonpriority creditor's name and mailing address**

MARTIN PETERSEN COMPANY

Creditor Name

Creditor's Notice name

9800 55TH STREET

Address

| KENOSHA | WI | 53144 |
|---------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $      10,159.57
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

| Debtor: | Akorn Operating Company LLC | Case number *(if known)* | 23-10255 |

### 3.373 Nonpriority creditor's name and mailing address

MATRIX ABSENCE MANAGEMENT INC
Creditor Name

Creditor's Notice name

PO BOX 953217
Address

| ST LOUIS | MO | 63195-3217 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
1/17/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 8,522.42
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**
☐ No
☐ Yes

### 3.374 Nonpriority creditor's name and mailing address

MCCRONE ASSOCIATES INC
Creditor Name

Creditor's Notice name

850 PASQUINELLI DRIVE
Address

| WESTMONT | IL | 60559-5531 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
1/25/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,500.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.375 Nonpriority creditor's name and mailing address**

MCMASTER-CARR SUPPLY COMPANY
Creditor Name

Creditor's Notice name

P.O. BOX 7690
Address

| CHICAGO | IL | 60680-7690 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $      17,862.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.376 Nonpriority creditor's name and mailing address**

MECHANISMS DESIGNS AND MANUFAC
Creditor Name

ATTN ALAN SHEARS
Creditor's Notice name

411 S 3RD ST
Address

| DIVERNON | IL | 62530 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

9/29/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $      600.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.377** **Nonpriority creditor's name and mailing address**

MEDICAL PACKAGING INC
Creditor Name

Creditor's Notice name

8 KINGS COURT
Address

| FLEMINGTON | NJ | 08822 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 55,125.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.378** **Nonpriority creditor's name and mailing address**

MEDPRO SYSTEMS LLC
Creditor Name

Ray Ungemach & Jeff Sidoti
Creditor's Notice name

100 Stierli Court
Address

| Mt Arlington | NJ | 07856 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
12/31/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 161.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.379 Nonpriority creditor's name and mailing address**

Mellentine, Jay Douglas
Creditor Name

Creditor's Notice name

Address on File
Address

| City | State | ZIP Code |
|------|-------|----------|

Country

**Date or dates debt was incurred**

8/12/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $     81,222.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Executed severance agreement

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.380 Nonpriority creditor's name and mailing address**

MESA LABORATORIES INC
Creditor Name

Creditor's Notice name

12100 W SIXTH AVE
Address

| City | State | ZIP Code |
|------|-------|----------|
| LAKEWOOD | CO | 80228 |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $     2,498.74
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.381 Nonpriority creditor's name and mailing address**

METROHM USA
Creditor Name

Creditor's Notice name

PO BOX 405562
Address

| ATLANTA | GA | 30384-5562 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $     14,957.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.382 Nonpriority creditor's name and mailing address**

Metting, Kenneth E.
Creditor Name

Creditor's Notice name

Address on File
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
11/28/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $     16,757.43
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Executed severance agreement

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.383  Nonpriority creditor's name and mailing address**

METTLER TOLEDO
Creditor Name

Creditor's Notice name

22670 NETWORK PLACE
Address

| CHICAGO | IL | 60673-1226 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                  16,893.95
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.384  Nonpriority creditor's name and mailing address**

METTLER-TOLEDO PROCESS ANALYTI
Creditor Name

Creditor's Notice name

23669 NETWORK PLACE
Address

| CHICAGO | IL | 60673-1236 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
1/30/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    660.86
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.385 Nonpriority creditor's name and mailing address**

METTLER-TOLEDO PROCESS ANALYTICS
Creditor Name

Creditor's Notice name

23669 NETWORK PLACE
Address

| CHICAGO | IL | 60673-1236 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
2/14/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,540.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.386 Nonpriority creditor's name and mailing address**

METTLER-TOLEDO RAININ
Creditor Name

Creditor's Notice name

7500 EDGEWATER DRIVE
Address

| OAKLAND | CA | 94621 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 972.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.387** **Nonpriority creditor's name and mailing address**

MI DEPTOF AG & RURAL DEV

Creditor Name

Creditor's Notice name

PO BOX 30776

Address

| LANSING | MI | 48909 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $     1,131.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.388** **Nonpriority creditor's name and mailing address**

MICROAGE

Creditor Name

Creditor's Notice name

PO BOX 93655

Address

| LAS VEGAS | NV | 89193-3655 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $     208,977.02

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.389 Nonpriority creditor's name and mailing address**

MICROBIOLOGICS INC
Creditor Name

Creditor's Notice name

200 COOPER AVE N
Address

| ST CLOUD | MN | 56303 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $     7,609.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.390 Nonpriority creditor's name and mailing address**

MICROSOFT CORPORATION
Creditor Name

Creditor's Notice name

PO BOX 842103
Address

| DALLAS | TX | 75284-2103 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
2/5/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $     1,800.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.391** **Nonpriority creditor's name and mailing address**

MIDLAND PAPER COMPANY
Creditor Name

Creditor's Notice name

1140 PAYSPHERE CIRCLE
Address

| CHICAGO | IL | 60674 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $      5,278.73
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.392** **Nonpriority creditor's name and mailing address**

MIDSTATE OVERHEAD DOORS INC
Creditor Name

Creditor's Notice name

PO BOX 3517
Address

| DECATUR | IL | 62524-3517 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $      3,794.54
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.393 Nonpriority creditor's name and mailing address**

MIDWEST FIBER
Creditor Name


Creditor's Notice name

422 S WHITE OAK RD
Address



| NORMAL | IL | 61761 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                247.71
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.394 Nonpriority creditor's name and mailing address**

MIELE PROFESSIONAL
Creditor Name


Creditor's Notice name

9 INDEPENDENCE WAY
Address



| PRINCETON | NJ | 08540 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $              8,797.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.395** **Nonpriority creditor's name and mailing address**

MIKART INC
Creditor Name

Creditor's Notice name

1750 CHATTAHOOCHEE AVE
Address

| ATLANTA | GA | 30318 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 528,876.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.396** **Nonpriority creditor's name and mailing address**

MILLER PROCTOR NICKOLAS INC
Creditor Name

Creditor's Notice name

2 HUDSON ST
Address

| SLEEPY HOLLOW | NY | 10591 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,595.49
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.397** **Nonpriority creditor's name and mailing address**

MINDSHIFT TECHNOLOGIES INC
Creditor Name

Creditor's Notice name

500 COMMACK RD
Address

SUITE 140

| COMMACK | NY | 11725 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
2/1/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $     8,159.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.398** **Nonpriority creditor's name and mailing address**

MINI GRAPHICS INC
Creditor Name

Creditor's Notice name

140 COMMERCE DRIVE
Address

| HAUPPAUGE | NY | 11788 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $     81,679.45
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.399** **Nonpriority creditor's name and mailing address**

MITSUBISHI INTL FOOD

Creditor Name

Creditor's Notice name

13445 COLLECTION CENTER DRIVE

Address

| CHICAGO | IL | 60693 |
|---------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

11/22/2022

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $      489.72

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.400** **Nonpriority creditor's name and mailing address**

MJH LIFE SCIENCES

Creditor Name

Creditor's Notice name

2 CLARKE DR

Address

SUITE 100

| CRANBURY | NJ | 08512 |
|----------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $      25,500.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

3.401 **Nonpriority creditor's name and mailing address**

MJS PACKAGING
Creditor Name

Creditor's Notice name

35601 VERONICA ST
Address

| LIVONIA | MI | 48150 |
|---------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 520,251.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

3.402 **Nonpriority creditor's name and mailing address**

MKS INSTRUMENTS
Creditor Name

Creditor's Notice name

2 TECH DR
Address

SUITE 201

| ANDOVER | MA | 01810 |
|---------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
1/24/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,991.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.403** **Nonpriority creditor's name and mailing address**

MODEL N INC
Creditor Name

Errol Hunter
Creditor's Notice name

777 Mariners Island Blvd., Suite 300
Address

| San Mateo | CA | 94404 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                434,500.00
*Check all that apply.*

☐  Contingent
☐  Unliquidated
☐  Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**
☐  No
☐  Yes

**3.404** **Nonpriority creditor's name and mailing address**

MONTEBELLO PACKAGING INC
Creditor Name

Creditor's Notice name

PO BOX 503293
Address

| ST LOUIS | MO | 63150-3293 |
|----------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                  3,000.00
*Check all that apply.*

☐  Contingent
☐  Unliquidated
☐  Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**
☐  No
☐  Yes

**3.405** **Nonpriority creditor's name and mailing address**

MORGANHR INC
Creditor Name

Creditor's Notice name

21720 W. Long Grove Road
Address

Suite C-216

| Deer Park | IL | 60010 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/31/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $      350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.406** **Nonpriority creditor's name and mailing address**

MORRISON CONTAINER HANDLING SOLUTIONS
Creditor Name

Creditor's Notice name

335 WEST 194TH STREET
Address

| GLENWOOD | IL | 60425 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/6/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $      14,400.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.407**   **Nonpriority creditor's name and mailing address**

MOTION INDUSTRIES INC
Creditor Name

Creditor's Notice name

PO BOX 98412
Address

| CHICAGO | IL | 60693 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $     12,064.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.408**   **Nonpriority creditor's name and mailing address**

MPI LABEL SYSTEMS
Creditor Name

Creditor's Notice name

1-11 LEE AVENUE
Address

| NORWICH | NY | 13815 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $     953.46
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.409** **Nonpriority creditor's name and mailing address**

MS PACKAGING & SUPPLY DISTRB C
Creditor Name

Creditor's Notice name

53 ZORN BLVD
Address

| YAPANK | NY | 11980 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 10,390.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.410** **Nonpriority creditor's name and mailing address**

MS PACKAGING & SUPPLY DISTRB CORP
Creditor Name

Creditor's Notice name

53 ZORN BLVD
Address

| YAPANK | NY | 11980 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/20/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,417.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.411 Nonpriority creditor's name and mailing address**

MSC INDUSTRIAL
Creditor Name

Creditor's Notice name

PO BOX 953635
Address

| ST LOUIS | MO | 63195-3635 |
|----------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $       386.34
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.412 Nonpriority creditor's name and mailing address**

MSI BLUE
Creditor Name

Creditor's Notice name

PO BOX 823473
Address

| PHILADELPHIA | PA | 19182-3473 |
|--------------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $       194,248.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.413 Nonpriority creditor's name and mailing address**

MSN LABORATORIES PVT LTD
Creditor Name

Creditor's Notice name

SY NO 317.320,321,322,323,604
Address

RUDRARAM (VILLAGE)

SANGAREDDY (DISTRICT)

PATANCHER
(MANDAL)                              502329
City              State         ZIP Code

INDIA
Country

**Date or dates debt was incurred**

12/30/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $            80,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.414 Nonpriority creditor's name and mailing address**

MULTI PACKAGING SOL
Creditor Name

Creditor's Notice name

75 REMITTANCE DRIVE SUITE 3111
Address

CHICAGO          IL             60675-3111
City              State         ZIP Code

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $           195,364.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.415** **Nonpriority creditor's name and mailing address**

Musser, Christopher Stephen
Creditor Name

Creditor's Notice name

Address on File
Address

City    State    ZIP Code

Country

**Date or dates debt was incurred**
1/13/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 224,411.21
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Executed severance agreement

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.416** **Nonpriority creditor's name and mailing address**

NAPP TECHNOLOGIES LLC
Creditor Name

Creditor's Notice name

CONTINENTAL PLAZA
Address

401 HACKENSACK AVE 9TH FLOOR

HACKENSACK    NJ    07601
City    State    ZIP Code

Country

**Date or dates debt was incurred**
2/1/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 7,152.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.417** **Nonpriority creditor's name and mailing address**

NATIONAL GRID
Creditor Name

Creditor's Notice name

PO BOX 371382
Address

| PITTSBURGH | PA | 15250-7382 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $     23,826.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.418** **Nonpriority creditor's name and mailing address**

NATIONAL INSTITUTE OF STANDARDS
Creditor Name

Creditor's Notice name

PO BOX 6200-12
Address

| PORTLAND | OR | 97228-6200 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
2/17/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $     518.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.419 Nonpriority creditor's name and mailing address**

NAVC
Creditor Name

Creditor's Notice name

5003 SW 41ST BLVD
Address

ATTN EXHIBITS

GAINESVILLE    FL    32608
City    State    ZIP Code

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    15,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.420 Nonpriority creditor's name and mailing address**

NAVISITE LLC
Creditor Name

Creditor's Notice name

LOCK BOX 5138
Address

PO BOX 7247

PHILADELPHIA    PA    19170-5138
City    State    ZIP Code

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    73,250.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.421 Nonpriority creditor's name and mailing address**

NEIL MQR CONSULTING LLC
Creditor Name

Creditor's Notice name

419 ARBOR CT
Address

| LIBERTYVILLE | IL | 60048 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
1/11/2023
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,942.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.422 Nonpriority creditor's name and mailing address**

NELSON LABORATORIES
Creditor Name

Creditor's Notice name

PO BOX 772678
Address

| BELLEVILLE | MI | 48277-2678 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
1/25/2023
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 817.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.423** **Nonpriority creditor's name and mailing address**

NELSON LABS FAIRFIELD NJ

Creditor Name

Creditor's Notice name

1765 South 19th Ave

Address

| Bozeman | MT | 59718 |
|---------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 5,939.60

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.424** **Nonpriority creditor's name and mailing address**

NERAC INC

Creditor Name

Creditor's Notice name

One Technology Drive

Address

| Tolland | CT | 06084 |
|---------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/31/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 120.90

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.425 Nonpriority creditor's name and mailing address**

NETCHEM INC
Creditor Name

Creditor's Notice name

35 ROY BLVD
Address

| BRANTFORD | ON | N3R 7K1 |
|---|---|---|
| City | State | ZIP Code |

CANADA
Country

**Date or dates debt was incurred**
1/9/2023

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $      22,950.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.426 Nonpriority creditor's name and mailing address**

NEXTPHARMA - R&D ONLY
Creditor Name

ALLPHAMED PHARBIL ARZNEIMITTEL GMBH
Creditor's Notice name

HILDEBRANDSTRABE 12
Address

NIEDERSACHSEN

| GOTTINGEN | | D-37081 |
|---|---|---|
| City | State | ZIP Code |

GERMANY
Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $      70,200.69
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.427** **Nonpriority creditor's name and mailing address**

NIAGARA PHARMACEUTICALS INC
Creditor Name

Creditor's Notice name

60 INNOVATION DRIVE
Address

| | | |
|---|---|---|
| FLAMBOROUGH | ON | L9H 7P3 |
| City | State | ZIP Code |

CANADA
Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $     100,972.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.428** **Nonpriority creditor's name and mailing address**

NICE INCONTACT
Creditor Name

Creditor's Notice name

75 W Towne Ridge Pkwy
Address

| | | |
|---|---|---|
| Sandy | UT | 84070 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/1/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $     4,188.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.429** **Nonpriority creditor's name and mailing address**

Nilsson Paguay

Creditor Name

Creditor's Notice name

Address on File

Address

| City | State | ZIP Code |
|------|-------|----------|

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number** 0331

**As of the petition filing date, the claim is:** $                Undetermined

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Workers Compensation

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.430** **Nonpriority creditor's name and mailing address**

NIPRO PHARMAPACKAGING AMERICAS

Creditor Name

Creditor's Notice name

1200 NORTH 10TH ST

Address

| MILLVILLE | NJ | 08332 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/6/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                41,484.39

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.431 Nonpriority creditor's name and mailing address**

Nohl, Timothy Lee
Creditor Name

Creditor's Notice name

Address on File
Address

City            State          ZIP Code

Country

**Date or dates debt was incurred**
9/29/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $              27,768.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Executed severance agreement

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.432 Nonpriority creditor's name and mailing address**

NORA MATTHEWS
Creditor Name

Creditor's Notice name

Address on File
Address

City            State          ZIP Code

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $               2,454.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.433 Nonpriority creditor's name and mailing address**

NORAMCO INC
Creditor Name

Lee Karras
Creditor's Notice name

500 Swedes Landing Rd
Address

| Wilmington | DE | 19801 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $     145,660.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.434 Nonpriority creditor's name and mailing address**

NORTH AMERICAN CORPORATION OF
Creditor Name

Creditor's Notice name

2101 CLAIRE CT
Address

| GLENVIEW | IL | 60025 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $     25,596.82

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.435** **Nonpriority creditor's name and mailing address**

NORTH SHORE GAS
Creditor Name

Creditor's Notice name

PO BOX 6050
Address

| CAROL STREAM | WI | 60197-6050 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,236.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.436** **Nonpriority creditor's name and mailing address**

NSF HEALTH SCIENCES
Creditor Name

Creditor's Notice name

DEPT LOCKBOX #771380
Address

PO BOX 77000

| DETROIT | MI | 48277 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 80,716.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.437** **Nonpriority creditor's name and mailing address**

OBRIENS SCIENTIFIC GLASSBLOWIN
Creditor Name

ATTN ANNE OBRIEN - MURPHY
Creditor's Notice name

PO BOX 495 750 W RAILROAD ST
Address

| MONTICELLO | IL | 61856 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
11/1/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.438** **Nonpriority creditor's name and mailing address**

OCCUPATIONAL HEALTH & WELLNESS
Creditor Name

Creditor's Notice name

26771 NETWORK PLACE
Address

| CHICAGO | IL | 60673-1267 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
2/1/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 209.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.439** **Nonpriority creditor's name and mailing address**

OLYMPIC WEB DESIGN INC
Creditor Name

Creditor's Notice name

12128 NORTH DIVISION STREET
Address

SUITE 138

| SPOKANE | WA | 99218 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 7,750.29
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.440** **Nonpriority creditor's name and mailing address**

OPTEL USA
Creditor Name

Creditor's Notice name

2680 BLVD DE PARC TECHNOLOGIQUE
Address

| QUEBEC CITY | QC | G1P 456 |
|-------------|-----|---------|
| City | State | ZIP Code |

CANADA
Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 138,830.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.441** **Nonpriority creditor's name and mailing address**

ORACLE AMERICA INC
Creditor Name

Creditor's Notice name

PO BOX 203448
Address

| DALLAS | TX | 75320-3448 |
|--------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 140,885.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.442** **Nonpriority creditor's name and mailing address**

OTIS ELEVATOR - PLAINVIEW NJ
Creditor Name

Creditor's Notice name

PO BOX 13716
Address

| NEWARK | NJ | 07188-0716 |
|--------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
6/3/2021

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 7,900.81
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.443 Nonpriority creditor's name and mailing address**

OTIS ELEVATOR - SPRINGFIELD IL
Creditor Name

Creditor's Notice name

PO BOX 73579
Address

| CHICAGO | IL | 60673-7579 |
|---------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 108,491.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.444 Nonpriority creditor's name and mailing address**

PACKAGE DEVELOPMENT
Creditor Name

Creditor's Notice name

100 ROUNDHILL DRIVE
Address

| ROCKWAY | NJ | 07866 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 73,059.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.445 Nonpriority creditor's name and mailing address**

PALL CORPORATION
Creditor Name

Creditor's Notice name

PO BOX 419501
Address

| BOSTON | MA | 02241-9501 |
|--------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    74,901.21
*Check all that apply.*

☐    Contingent

☐    Unliquidated

☐    Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐    No

☐    Yes

**3.446 Nonpriority creditor's name and mailing address**

Pan, Wen
Creditor Name

Creditor's Notice name

Address on File
Address

| | | |
|--------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
11/28/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    14,451.57
*Check all that apply.*

☐    Contingent

☐    Unliquidated

☐    Disputed

**Basis for the claim:**

Executed severance agreement

**Is the claim subject to offset?**

☐    No

☐    Yes

**3.447  Nonpriority creditor's name and mailing address**

PARACOM INC (WAS PARAGON)

Creditor Name

Creditor's Notice name

26 ELKIN DRIVE

Address

MIDDLE ISLAND          NY          11953

City          State          ZIP Code

Country

**Date or dates debt was incurred**

2/15/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $          190.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.448  Nonpriority creditor's name and mailing address**

PARK PLACE TECHNOLOGIES

Creditor Name

Creditor's Notice name

PO BOX 78000

Address

DEPT 781156

DETROIT          MI          48278-1156

City          State          ZIP Code

Country

**Date or dates debt was incurred**

11/4/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $          24,628.14

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.449** **Nonpriority creditor's name and mailing address**

PARTICLE MEASURING SYSTEMS INC

Creditor Name

Creditor's Notice name

21571 NETWORK PLACE

Address

| CHICAGO | IL | 60673-1215 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $      1,180.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.450** **Nonpriority creditor's name and mailing address**

PARTNERS COOPERATIVE

Creditor Name

Creditor's Notice name

3625 CUMBERLAND BLVD SE

Address

SUITE 1425

| ATLANTA | GA | 30339 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/16/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $      7.20

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.451 Nonpriority creditor's name and mailing address**

Patel, Prachi Ashokbhai
Creditor Name

Creditor's Notice name

Address on File
Address

City     State     ZIP Code

Country

**Date or dates debt was incurred**

12/31/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $      3,925.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Executed severance agreement

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.452 Nonpriority creditor's name and mailing address**

PATHEON PHARMA
Creditor Name

Creditor's Notice name

PO BOX 744994
Address

CHICAGO     GA     30374-4994
City     State     ZIP Code

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $      109,584.26
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.453** **Nonpriority creditor's name and mailing address**

Patrick, Michael

Creditor Name

Creditor's Notice name

Address on File

Address

City     State     ZIP Code

Country

**Date or dates debt was incurred**

12/31/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $      7,889.52

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Executed severance agreement

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.454** **Nonpriority creditor's name and mailing address**

PEAK SCIENTIFIC INC

Creditor Name

Creditor's Notice name

DEPT CH 19562

Address

PALATINE    IL     60055-9562

City     State     ZIP Code

Country

**Date or dates debt was incurred**

2/1/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $      14,009.84

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.455 Nonpriority creditor's name and mailing address**

PEERLESS NETWORK INC

Creditor Name

Creditor's Notice name

PO BOX 76112

Address

| CLEVELAND | OH | 44101-4755 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 24,846.38
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.456 Nonpriority creditor's name and mailing address**

PENSKE TRUCK

Creditor Name

Creditor's Notice name

30 MAHAN ST

Address

| WEST BABYLON | NY | 11704 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/30/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,476.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.457 Nonpriority creditor's name and mailing address**

PEPCO
Creditor Name

Creditor's Notice name

561 ACORN ST
Address

SUITE H

| DEER PARK | NY | 11729 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

10/21/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $     4,492.73
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.458 Nonpriority creditor's name and mailing address**

PERFORMANCE VALIDATION
Creditor Name

Creditor's Notice name

PO BOX 7096 DEPT 254
Address

| INDIANAPOLIS | IN | 46207 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $     206,696.58
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

3.459 **Nonpriority creditor's name and mailing address**

PERISHIP LLC
Creditor Name

Creditor's Notice name

265 EAST MAIN ST
Address

| BRANFORD | CT | 06405 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/5/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 79.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

3.460 **Nonpriority creditor's name and mailing address**

PERKINELMER INFORMATICS INC
Creditor Name

Creditor's Notice name

940 WINTER STREET
Address

| WALTHAM | MA | 02451 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/15/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 803.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.461** **Nonpriority creditor's name and mailing address**

PHARMACEUTICAL BUYERS INTERNATIONAL INC

Creditor Name

Creditor's Notice name

1645 JERICHO TURNPIKE SUITE 101

Address

| NEW HYDE PARK | NY | 11040 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 4,581.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.462** **Nonpriority creditor's name and mailing address**

PHARMAREGS INC

Creditor Name

Creditor's Notice name

1751 STATE ROUTE 17A

Address

SUITE 3

| FLORIDA | NY | 10921 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 12,619.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Name

3.463 **Nonpriority creditor's name and mailing address**

PHARM-RX CHEMICAL CORP

Creditor Name

Creditor's Notice name

299 MARKET STREET SUITE 410

Address

SADDLE BROOK    NJ    07663

City    State    ZIP Code

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    350.01
*Check all that apply.*

☐    Contingent

☐    Unliquidated

☐    Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐    No

☐    Yes

3.464 **Nonpriority creditor's name and mailing address**

PHENOMENEX INC

Creditor Name

Creditor's Notice name

411 MADRID AVENUE

Address

TORRANCE    CA    90501

City    State    ZIP Code

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    13,966.35
*Check all that apply.*

☐    Contingent

☐    Unliquidated

☐    Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐    No

☐    Yes

**3.465** **Nonpriority creditor's name and mailing address**

PIRAMAL PHARMA LIMITED

Creditor Name

Creditor's Notice name

C-43, M.I.D.C., T.T.C., INDUSTRIAL AREA

Address

TURBHE, OFF THANE BELAPUR ROAD

| | | |
|---|---|---|
| DIST THANE | MH | 400613 |
| City | State | ZIP Code |

INDIA

Country

**Date or dates debt was incurred**

2/20/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 174,121.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.466** **Nonpriority creditor's name and mailing address**

PIUS OKEYO

Creditor Name

Creditor's Notice name

Address on File

Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/14/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 10.09
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.467 Nonpriority creditor's name and mailing address**

PLATINUM PRESS INC
Creditor Name

Creditor's Notice name

4251 EMPIRE RD
Address

| FORT WORTH | TX | 76155 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $     246,616.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.468 Nonpriority creditor's name and mailing address**

PMT FORKLIFT CORP
Creditor Name

Creditor's Notice name

275 GREAT EAST NECK ROAD
Address

| WEST BABYLON | NY | 11704 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $     1,330.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.469** **Nonpriority creditor's name and mailing address**

POLLET CONSULTING LLC

Creditor Name

Creditor's Notice name

221 SEQUOIA DRIVE

Address

| NEWTOWN | PA | 18940 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $              6,000.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.470** **Nonpriority creditor's name and mailing address**

POWER SUPPLY OF ILLINOIS INC

Creditor Name

Creditor's Notice name

PO BOX 776816

Address

| CHICAGO | IL | 60677-6816 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/31/2023

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $              5,314.46

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.471** **Nonpriority creditor's name and mailing address**

POYNTER SHEET METAL INC

Creditor Name

Creditor's Notice name

775 COMMERCE PARKWAY WEST DR

Address

| GREENWOOD | IN | 46143 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $  37,916.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.472** **Nonpriority creditor's name and mailing address**

PPD DEVELOPMENT

Creditor Name

Creditor's Notice name

26361 NETWORK PLACE

Address

| CHICAGO | IL | 60673-1263 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $  29,979.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.473 Nonpriority creditor's name and mailing address**

PRECIS ENGINEERING INC
Creditor Name

Creditor's Notice name

20 S MAPLE STREET
Address

SUITE 200

| AMBLER | PA | 19002 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 15,385.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.474 Nonpriority creditor's name and mailing address**

PRECISION DIGITAL CORPORATION
Creditor Name

Creditor's Notice name

233 SOUTH STREET
Address

| HOPKINTON | MA | 01748 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
11/29/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 9,987.38
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.475** **Nonpriority creditor's name and mailing address**

PRECISION MICRO INC

Creditor Name

Creditor's Notice name

PO BOX 762

Address

| LEVITTOWN | NY | 11756 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

11/23/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                587.93

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.476** **Nonpriority creditor's name and mailing address**

PRECISION SIGNS.COM INC

Creditor Name

Creditor's Notice name

243 DIXON AVE

Address

| AMITYVILLE | NY | 11701 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/7/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                347.60

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

3.477 **Nonpriority creditor's name and mailing address**

PREMIER GROUP
Creditor Name

Creditor's Notice name

1119 CAMPUS DRIVE WEST
Address

| MORGANVILLE | NJ | 07751 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
2/16/2023
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    11,364.87
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

3.478 **Nonpriority creditor's name and mailing address**

PREMIER HEALTHCARE SOLUTIONS
Creditor Name

Creditor's Notice name

5882 COLLECTIONS CENTER DRIVE
Address

| CHICAGO | IL | 60693 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
1/31/2023
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    8,333.33
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.479  Nonpriority creditor's name and mailing address**

PREMIER PURCHASING PARTNERS LP

Creditor Name

Creditor's Notice name

PO BOX 847650

Address

| LOS ANGELES | CA | 90084-7650 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                34,525.17

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.480  Nonpriority creditor's name and mailing address**

PRIDE CHEMICAL (ALCOHOL)

Creditor Name

Creditor's Notice name

211 RANDOLPH AVENUE

Address

| AVENEL | NJ | 07001 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/27/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                18,351.14

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.481** **Nonpriority creditor's name and mailing address**

PRIMERA ANALYTICAL SOLUTIONS C
Creditor Name

Creditor's Notice name

259 Prospect Plains Rd.
Address

Bldg E

| Cranbury | NJ | 08512 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $          68,050.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.482** **Nonpriority creditor's name and mailing address**

PROPHARMA GROUP LLC
Creditor Name

Creditor's Notice name

800 HILLGROVE AVE SUITE 201
Address

| WESTERN SPRINGS | IL | 60558 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $          114,990.59
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.483 Nonpriority creditor's name and mailing address**

PROVERIS SCIENTIFIC
Creditor Name

Creditor's Notice name

2 CABOT ROAD
Address

STE 5

| HUDSON | MA | 01749 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
2/13/2023
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 5,646.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.484 Nonpriority creditor's name and mailing address**

PROVIDENT LIFE AND ACCIDENT IN
Creditor Name

Creditor's Notice name

RETAIL LOCKBOX DEPARTMENT
Address

PO BOX 740592

| ATLANTA | GA | 30374-0592 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 17,194.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.485 Nonpriority creditor's name and mailing address**

PROVIDER PPI LLC
Creditor Name

Barbara Lust
Creditor's Notice name

120 Fifth Ave
Address

Fifth Ave Place

| Pittsburgh | PA | 15222 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,201.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.486 Nonpriority creditor's name and mailing address**

PSE&G CO - FOR SOMERSET
Creditor Name

Creditor's Notice name

PO BOX 14444
Address

| NEW BRUNSWICK | NJ | 08906-4444 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 31,783.91
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.487** **Nonpriority creditor's name and mailing address**

PSEG LONG ISLAND
Creditor Name

Creditor's Notice name

PO BOX 9039
Address

| HICKSVILLE | NY | 11802-9039 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/16/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,267.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.488** **Nonpriority creditor's name and mailing address**

PURISYS LLC
Creditor Name

Creditor's Notice name

PO BOX 6325
Address

| BRATTLEBORO | VT | 05302-6325 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

11/17/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 10,775.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.489** **Nonpriority creditor's name and mailing address**

QUADIENT LEASING USA INC

Creditor Name

Creditor's Notice name

DEPT 3682

Address

PO BOX 123682

| DALLAS | TX | 75312-3682 |
|--------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,332.98

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.490** **Nonpriority creditor's name and mailing address**

QUALANEX LLC

Creditor Name

Creditor's Notice name

MAIL CODE 5-CO

Address

ONE WEST FOURTH ST SUITE 500

| WINSTON-SALEM | NC | 27101 |
|---------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 145,330.43

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.491** **Nonpriority creditor's name and mailing address**

QUALIFYZE GMBH
Creditor Name

Creditor's Notice name

Taunusanlage 8
Address

| Frankfurt am Main | | 60329 |
|---|---|---|
| City | State | ZIP Code |

GERMANY
Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $ 9,695.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.492** **Nonpriority creditor's name and mailing address**

QUANTUS
Creditor Name

Creditor's Notice name

3 VALLEY SQUARE
Address

SUITE 120

| BLUE BELL | PA | 19422 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/7/2023

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $ 1,290.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.493** **Nonpriority creditor's name and mailing address**

QUINCY COMPRESSOR
Creditor Name

Creditor's Notice name

701 N DOBSON AVE
Address

| BAY MINETTE | AL | 36507 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 12,130.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.494** **Nonpriority creditor's name and mailing address**

R D MCMILLEN ENTERPRISES INC
Creditor Name

Creditor's Notice name

340 N MARTIN LUTHER KING JR DR
Address

| DECATUR | IL | 62522 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,654.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.495 Nonpriority creditor's name and mailing address**

RADWELL
Creditor Name

Creditor's Notice name

PO BOX 419343
Address

| BOSTON | MA | 02241-9343 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
2/8/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 8,250.63
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.496 Nonpriority creditor's name and mailing address**

RANDSTAD
Creditor Name

Creditor's Notice name

PO BOX 2084
Address

| CAROL STREAM | IL | 60132-2084 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 45,475.83
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.497 Nonpriority creditor's name and mailing address**

Raymundo, Antonette
Creditor Name

Creditor's Notice name

Address on File
Address

City     State     ZIP Code

Country

**Date or dates debt was incurred**

11/28/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $     35,584.51
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Executed severance agreement

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.498 Nonpriority creditor's name and mailing address**

REED-LANE INC
Creditor Name

Creditor's Notice name

359 NEWARK POMPTON TURNPIKE
Address

WAYNE     NJ     07470
City     State     ZIP Code

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $     63,021.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.499 **Nonpriority creditor's name and mailing address**

REES SCIENTIFIC CORPORATION
Creditor Name

Creditor's Notice name

1007 WHITEHEAD ROAD EXT
Address

| TRENTON | NJ | 08638 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

10/20/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $     20,770.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

3.500 **Nonpriority creditor's name and mailing address**

REFURBUPS.COM INC
Creditor Name

Creditor's Notice name

55 W. RAILROAD AVE
Address

BUILDING 5 SOUTH, 1ST FLOOR

| GARNERVILLE | NY | 10923 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/17/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $     437.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.501** **Nonpriority creditor's name and mailing address**

RELIABLE BLACK TOP AND PAVING

Creditor Name

Creditor's Notice name

226 NOLIN STREET

Address

| BRENTWOOD | NY | 11717 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ 35,514.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.502** **Nonpriority creditor's name and mailing address**

REMEL INC

Creditor Name

Creditor's Notice name

12076 SANTA FE DRIVE

Address

P.O. BOX 14428

| LENEXA | KS | 66215 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/3/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ 498.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.503** **Nonpriority creditor's name and mailing address**

REPORTS NOW INC
Creditor Name

Creditor's Notice name

5299 DTC BLVD STE 760
Address

| GREENWOOD VILLAGE | CO | 80111 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
1/1/2023

**Last 4 digits of account number**

As of the petition filing date, the claim is: $ 15,702.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.504** **Nonpriority creditor's name and mailing address**

RESTEK
Creditor Name

Creditor's Notice name

PO BOX 4276
Address

| LANCASTER | PA | 17604 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account number**

As of the petition filing date, the claim is: $ 1,615.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.505** **Nonpriority creditor's name and mailing address**

RETINA ASSOCIATES PC

Creditor Name

Creditor's Notice name

190 CAMPUS BLVDSTE 320540-722-3500

Address

| WINCHESTER | VA | 22601-2841 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/17/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $     1,152.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.506** **Nonpriority creditor's name and mailing address**

RETINA CONSULTANTS LLP

Creditor Name

Creditor's Notice name

WESTFALL ANDREW C

Address

2450 12TH ST SE

| SALEM | OR | 97302 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/1/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $     3,423.45

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.507** **Nonpriority creditor's name and mailing address**

RIBON INDUSTRIES
Creditor Name

Creditor's Notice name

283 59TH STREET
Address

| BROOKLYN | NY | 11220 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/10/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 608.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.508** **Nonpriority creditor's name and mailing address**

RICARDO GARCIA
Creditor Name

Creditor's Notice name

Address on File
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 10,125.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.509** **Nonpriority creditor's name and mailing address**

RICE EQUIPMENT
Creditor Name

Creditor's Notice name

12895 PENNRIDGE
Address

| BRIDGETON | MO | 63044 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 19,535.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.510** **Nonpriority creditor's name and mailing address**

RICHLAND COMMUNITY COLLEGE
Creditor Name

ATTN BUSINESS SERVICES
Creditor's Notice name

ONE COLLEGE PARK
Address

| DECATUR | IL | 62521 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
1/30/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 5,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.511** **Nonpriority creditor's name and mailing address**

RICKY SIMMS CLEANING SERVICE L
Creditor Name

Creditor's Notice name

45 EARDLEY ROAD
Address

| EDISON | NJ | 08817 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/13/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 373.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.512** **Nonpriority creditor's name and mailing address**

RIEKE OFFICE INTERIORS
Creditor Name

Creditor's Notice name

2000 FOX LANE
Address

| ELGIN | IL | 60123 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

11/29/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,281.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.513 Nonpriority creditor's name and mailing address**

RJM SALES INC
Creditor Name

Creditor's Notice name

12H WORLDS FAIR DRIVE
Address

| SOMERSET | NJ | 08873 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/7/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,518.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.514 Nonpriority creditor's name and mailing address**

ROADTEX TRANSPORTATION
Creditor Name

Creditor's Notice name

13 JENSON DRIVE
Address

| SOMERSET | NJ | 08873 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 13,122.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

3.515 **Nonpriority creditor's name and mailing address**

ROBERT HALF MGMT RESOURCES
Creditor Name

Creditor's Notice name

12400 COLLECTIONS CENTER DRIVE
Address

| CHICAGO | IL | 60693 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $     33,019.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

3.516 **Nonpriority creditor's name and mailing address**

ROCHEM INT'L
Creditor Name

Creditor's Notice name

PO BOX 21703
Address

| NEW YORK | NY | 10087-1703 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
1/13/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $     990.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.517** **Nonpriority creditor's name and mailing address**

Rosales, Renato
Creditor Name

Creditor's Notice name

Address on File
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

9/30/2022

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 6,588.18
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Executed severance agreement

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.518** **Nonpriority creditor's name and mailing address**

ROSEMOUNT INC
Creditor Name

Creditor's Notice name

22737 NETWORK PLACE
Address

| | | |
|---|---|---|
| CHICAGO | IL | 60673-1227 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/19/2022

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 8,707.82
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.519 Nonpriority creditor's name and mailing address**

RUDOLPH RESEARCH ANALYTICAL
Creditor Name

Creditor's Notice name

55 NEWBURGH ROAD
Address

HACKOTTSTOW N    NJ    07840
City    State    ZIP Code

Country

**Date or dates debt was incurred**
12/31/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    1,555.44
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.520 Nonpriority creditor's name and mailing address**

RX SOURCING STRATEGIES LLC
Creditor Name

Creditor's Notice name

16150 MAIN CIRCLE DRIVE
Address

SUITE 220

CHESTERFIELD    MO    63017
City    State    ZIP Code

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    20,396.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.521** **Nonpriority creditor's name and mailing address**

S J SMITH CO INC

Creditor Name

Creditor's Notice name

3707 WEST RIVER DRIVE

Address

| DAVENPORT | IA | 52802 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $             2,209.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.522** **Nonpriority creditor's name and mailing address**

SAF GARD SAFETY SHOE CO

Creditor Name

Creditor's Notice name

PO BOX 10379

Address

ATTN KATRINA TWITTY

| GREENSBORO | NC | 27404-0379 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $               951.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.523 Nonpriority creditor's name and mailing address**

SAFETY CONSULTING GROUP INC
Creditor Name

Creditor's Notice name

166 DARTMOUTH ROAD
Address

| MASSAPEQUA | NY | 11758 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

11/15/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                3,950.00
*Check all that apply.*

☐    Contingent

☐    Unliquidated

☐    Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐    No

☐    Yes

**3.524 Nonpriority creditor's name and mailing address**

SAFETY SHOE DISTRIBUTORS INC
Creditor Name

Creditor's Notice name

10156 READING RD
Address

| CINCINNATI | OH | 45241 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/15/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                500.00
*Check all that apply.*

☐    Contingent

☐    Unliquidated

☐    Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐    No

☐    Yes

**3.525 Nonpriority creditor's name and mailing address**

SAFETYCALL INTERNATIONAL LLC
Creditor Name

Creditor's Notice name

3600 AMERICAN BLVD W
Address

SUITE 725

| BLOOMINGTON | MN | 55431 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $     5,845.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.526 Nonpriority creditor's name and mailing address**

SAGINAW CONTROL
Creditor Name

Creditor's Notice name

95 MIDLAND ROAD
Address

| SAGINAW | MI | 48638-5770 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
12/29/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $     436.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.527** **Nonpriority creditor's name and mailing address**

SALESFORCE.COM INC
Creditor Name

Creditor's Notice name

PO BOX 203141
Address

| DALLAS | TX | 75320-3141 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/15/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 22,672.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.528** **Nonpriority creditor's name and mailing address**

SANNOVA ANALYTICAL INC
Creditor Name

Creditor's Notice name

155 PIERCE STREET
Address

| SOMERSET | NJ | 08873 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 97,342.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.529 Nonpriority creditor's name and mailing address**

SCADAWARE INC
Creditor Name

Rick Caldwell
Creditor's Notice name

2023 Eagle Road
Address

| Normal | IL | 61761 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 267,693.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.530 Nonpriority creditor's name and mailing address**

SCIENTIFIC BINDERY PRODUCTIONS
Creditor Name

Creditor's Notice name

PO BOX 377
Address

| HIGHLAND PARK | IL | 60035-6377 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 494.49
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.531** **Nonpriority creditor's name and mailing address**

Searle Klem, June Marie
Creditor Name

Creditor's Notice name

Address on File
Address

City     State     ZIP Code

Country

**Date or dates debt was incurred**
11/28/2022
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $     6,829.61
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Executed severance agreement

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.532** **Nonpriority creditor's name and mailing address**

Seeley, Sherri Lee
Creditor Name

Creditor's Notice name

Address on File
Address

City     State     ZIP Code

Country

**Date or dates debt was incurred**
12/31/2022
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $     11,361.37
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Executed severance agreement

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.533 Nonpriority creditor's name and mailing address**

SENSIENT FLAVORS
Creditor Name

Creditor's Notice name

LBX 10461
Address

PO BOX 7410461

| CHICAGO | IL | 60674-0461 |
|---------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,459.73
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.534 Nonpriority creditor's name and mailing address**

SENSITECH
Creditor Name

Creditor's Notice name

PO BOX 742000
Address

| LOS ANGELES | CA | 90074-2000 |
|-------------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 6,648.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.535 Nonpriority creditor's name and mailing address**

SETON IDENTIFICATION PRODUCTS
Creditor Name

Creditor's Notice name

PO BOX 95904
Address

CHICAGO    IL    60694-5904
City    State    ZIP Code

Country

**Date or dates debt was incurred**
12/22/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    691.72
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.536 Nonpriority creditor's name and mailing address**

SETRA
Creditor Name

BANK OF AMERICA
Creditor's Notice name

LOCK BOX SERVICES
Address

12003 COLLECTION CTR DR

CHICAGO    IL    60693
City    State    ZIP Code

Country

**Date or dates debt was incurred**
2/3/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    1,400.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.537** **Nonpriority creditor's name and mailing address**

SGD NORTH AMERICA INC

Creditor Name

Creditor's Notice name

PO BOX 137

Address

| TROUT RUN | PA | 17771 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/20/2022

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 1,627.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.538** **Nonpriority creditor's name and mailing address**

SGD SA - NORTH AMERICA OFFICE

Creditor Name

Creditor's Notice name

900 THIRD AVENUE, 4TH FLOOR

Address

| NEW YORK | NY | 10022 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 338,287.62

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.539 Nonpriority creditor's name and mailing address**

SGS FRANCE
Creditor Name

Creditor's Notice name

4 RUE DU COMMANDANT DESTIENNE DORVES
Address

| VILLENEUVE-LA-GARENNE | | 92390 |
|---|---|---|
| City | State | ZIP Code |

FRANCE
Country

**Date or dates debt was incurred**
9/14/2022
**Last 4 digits of account**
**number**

**As of the petition filing date, the claim is:** $ 17,537.50
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.540 Nonpriority creditor's name and mailing address**

SGS NORTH AMERICA
Creditor Name

Creditor's Notice name

CITIBANK
Address

PO BOX 2502

| CAROL STREAM | IL | 60132-2502 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates
**Last 4 digits of account**
**number**

**As of the petition filing date, the claim is:** $ 106,705.37
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.541** **Nonpriority creditor's name and mailing address**

Shah, Nila Manesh
Creditor Name

Creditor's Notice name

Address on File
Address

| City | State | ZIP Code |
|------|-------|----------|

Country

**Date or dates debt was incurred**

12/31/2022

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 14,260.46
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Executed severance agreement

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.542** **Nonpriority creditor's name and mailing address**

Sheila Bond
Creditor Name

Creditor's Notice name

Address on File
Address

| City | State | ZIP Code |
|------|-------|----------|

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number** 2966

As of the petition filing date, the claim is: $ Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Workers Compensation

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.543 Nonpriority creditor's name and mailing address**

SHERWIN WILLIAMS - DECATUR IL
Creditor Name


Creditor's Notice name

796 E WOOD ST
Address



| DECATUR | IL | 62523 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/15/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 69.83
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.544 Nonpriority creditor's name and mailing address**

SIEGFRIED IRVINE - R&D ONLY
Creditor Name


Creditor's Notice name

DBA SIEGFRIED IRVINE
Address

9342 JERONIMO ROAD


| IRVINE | CA | 92618 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 102,929.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.545** **Nonpriority creditor's name and mailing address**

SIEGFRIED USA INC

Creditor Name

Creditor's Notice name

33 INDUSTRIAL PARK ROAD

Address

| PENNSVILLE | NJ | 08070 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $     501,854.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.546** **Nonpriority creditor's name and mailing address**

SIEMENS INDUSTRY INC

Creditor Name

BUILDING TECHNOLOGIES

Creditor's Notice name

PO BOX 2134

Address

| CAROL STREAM | IL | 60132-2134 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/30/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $     92,649.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.547** **Nonpriority creditor's name and mailing address**

SIGMA ALDRICH
Creditor Name

Creditor's Notice name

3050 SPRUCE STREET
Address

| SAINT LOUIS | MO | 63103 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $        16,696.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.548** **Nonpriority creditor's name and mailing address**

SIPI ASSET RECOVERY
Creditor Name

Creditor's Notice name

1300 W N THORNDALE AVE
Address

| ELK GROVE VILLAGE | IL | 60007 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
10/21/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $        1,490.77
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

3.549 **Nonpriority creditor's name and mailing address**

SKAN US INC

Creditor Name

Creditor's Notice name

7409 ACC BLVD SUITE 200

Address

| RALEIGH | NC | 27617 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 74,565.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

3.550 **Nonpriority creditor's name and mailing address**

SMARTERCOMMERCE (FORMER PREMIE

Creditor Name

Creditor's Notice name

11455 SW 40TH STREET

Address

SUITE 144

| MIAMI | FL | 33165 |
|-------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 75.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.551** **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $ 115.00

SONITROL CHICAGO & GR LAKES
Creditor Name

*Check all that apply.*

Creditor's Notice name

☐ Contingent

☐ Unliquidated

DEPT 9512
Address

☐ Disputed

PO BOX 30516

**Basis for the claim:**

Sale of product or service

| LANSING | MI | 48909-8016 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**    **Is the claim subject to offset?**

2/2/2023

☐ No

**Last 4 digits of account**

☐ Yes

**number**

---

**3.552** **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $ 6,651.00

SOTAX
Creditor Name

*Check all that apply.*

Creditor's Notice name

☐ Contingent

☐ Unliquidated

2400 COMPUTER DR
Address

☐ Disputed

**Basis for the claim:**

Sale of product or service

| WESTBOROUGH | MA | 01581 |
|-------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**    **Is the claim subject to offset?**

Various Dates

☐ No

**Last 4 digits of account**

☐ Yes

**number**

**3.553 Nonpriority creditor's name and mailing address**

SOUTH SIDE CONTROL SUPPLY CO
Creditor Name

Creditor's Notice name

488 N MILWAUKEE AVE
Address

| CHICAGO | IL | 60654-7923 |
|---------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
2/17/2023

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $   1,304.18
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.554 Nonpriority creditor's name and mailing address**

SPACEKRAFT (INT'L PAPER)
Creditor Name

Creditor's Notice name

4901 WEST 79TH STREET
Address

| INDIANAPOLIS | IN | 46268 |
|--------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
2/3/2023

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $   4,944.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

3.555 **Nonpriority creditor's name and mailing address**

SPARKS EXHIBITS & ENVIRONMENTS

Creditor Name

Creditor's Notice name

3724 SOLUTIONS CENTER

Address

| CHICAGO | IL | 60677-3007 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 125,324.96

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

3.556 **Nonpriority creditor's name and mailing address**

SPECGX FORMERLY MALLINC

Creditor Name

Creditor's Notice name

345 MARSHALL AVENUE

Address

SUITE 201

ATTN API CUSTOMER SERVICE

| WEBSTER GROVES | MO | 63119 |
|----------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 49,147.13

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.557** **Nonpriority creditor's name and mailing address**

SPECGX FORMERLY MALLINCKRODT
Creditor Name

Creditor's Notice name

345 MARSHALL AVENUE
Address

SUITE 201

ATTN API CUSTOMER SERVICE

| WEBSTER GROVES | MO | 63119 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/30/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   15,125.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.558** **Nonpriority creditor's name and mailing address**

SPECTRUM CHEMICAL
Creditor Name

Creditor's Notice name

PO BOX 740894
Address

| LOS ANGELES | CA | 90074-0894 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   4,230.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

3.559 **Nonpriority creditor's name and mailing address**

SPRINKMANN'S INSULATION
Creditor Name

Creditor's Notice name

1028 S. W. WASHINGTON STREET
Address

| PEORIA | IL | 61602 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    62,615.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

3.560 **Nonpriority creditor's name and mailing address**

SPS COMMERCE INC
Creditor Name

Creditor's Notice name

PO BOX 205782
Address

| DALLAS | TX | 75320 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    1,188.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.561** **Nonpriority creditor's name and mailing address**

SPX FLOW US LLC
Creditor Name

Creditor's Notice name

PO BOX 277886
Address

| ATLANTA | GA | 30384-7886 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

10/20/2022

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                    4,902.00
*Check all that apply.*

☐    Contingent

☐    Unliquidated

☐    Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐    No

☐    Yes

**3.562** **Nonpriority creditor's name and mailing address**

SST CORPORATION
Creditor Name

Creditor's Notice name

55 LANE ROAD
Address

SUITE 450

| FAIRFIELD | NJ | 07004 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/16/2023

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                    545,635.44
*Check all that apply.*

☐    Contingent

☐    Unliquidated

☐    Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐    No

☐    Yes

**3.563** **Nonpriority creditor's name and mailing address**

STANTEC
Creditor Name

Creditor's Notice name

13980 COLLECTIONS CENTER DR
Address

| CHICAGO | IL | 60693 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $     12,008.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.564** **Nonpriority creditor's name and mailing address**

STAR SILKSCREEN DESIGN INC
Creditor Name

ATTN JC KOCELISKI
Creditor's Notice name

2281 HUBBARD AVE
Address

| DECATUR | IL | 62522 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/16/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $     66.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.565** **Nonpriority creditor's name and mailing address**

STATE GRAPHICS
Creditor Name

Creditor's Notice name

22292 N PEPPER RD SUITE C
Address

| LAKE BARRINGTON | IL | 60010 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,726.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.566** **Nonpriority creditor's name and mailing address**

STATE OF NJ
Creditor Name

Creditor's Notice name

DCA BFCE - DORES
Address

PO BOX 663

| TRENTON | NJ | 08646-0663 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
12/20/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 974.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.567 Nonpriority creditor's name and mailing address**

STAUFFER GLOVE & SAFETY
Creditor Name

Creditor's Notice name

PO BOX 45
Address

| RED HILL | PA | 18076-0045 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
1/13/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 247.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.568 Nonpriority creditor's name and mailing address**

STERICYCLE INC
Creditor Name

Creditor's Notice name

28883 NETWORK PLACE
Address

| CHICAGO | IL | 60673-1288 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
2/18/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 601.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Name

**3.569** **Nonpriority creditor's name and mailing address**

STERIGENICS GAMMA

Creditor Name

Creditor's Notice name

10811 WITHERS COVE PARK DRIVE

Address

| CHARLOTTE | NC | 28273 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                    30,016.05

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

---

**3.570** **Nonpriority creditor's name and mailing address**

STERILINE NORTH AMERICA INC

Creditor Name

Creditor's Notice name

872 - 62ND ST CIR EAST  #105

Address

| BRADENTON | FL | 34208 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                    59,951.80

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.571 Nonpriority creditor's name and mailing address**

STERIS CORP
Creditor Name

Creditor's Notice name

3459 S CLINTON AVE
Address

| SOUTH PLAINFIELD | NJ | 07080 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                73,437.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.572 Nonpriority creditor's name and mailing address**

STERIS S PLAINFIELD
Creditor Name

Edda Paul
Creditor's Notice name

Kesselbodenstr 7
Address

| Allerhausen | | 85391 |
|---|---|---|
| City | State | ZIP Code |

Germany
Country

**Date or dates debt was incurred**

1/31/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                 5,453.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.573** **Nonpriority creditor's name and mailing address**

STERITOOL INC
Creditor Name

Creditor's Notice name

2376 LAKE SHORE BLVD
Address

| JACKSONVILLE | FL | 32210 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
1/24/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $       1,113.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.574** **Nonpriority creditor's name and mailing address**

STONHARD
Creditor Name

Creditor's Notice name

PO BOX 931947
Address

| CLEVELAND | OH | 44193 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
1/30/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $       57,430.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

3.575 **Nonpriority creditor's name and mailing address**

STRATEGIC DEVELOPMENT INSTITUT
Creditor Name

Creditor's Notice name

PMB8, 1501 INDIA STREET
Address

SUITE 103

| SAN DIEGO | CA | 92101 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/2/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $      14,690.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

3.576 **Nonpriority creditor's name and mailing address**

STRATEGIC RELATIONSHIPS LLC
Creditor Name

Creditor's Notice name

68 AMES STREET
Address

| SHARON | MA | 02067 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/1/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $      2,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.577** **Nonpriority creditor's name and mailing address**

STRIGLOS OFFICE EQUIPMENT

Creditor Name

Creditor's Notice name

P.O. BOX 167

Address

| DECATUR | IL | 62525 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/15/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $              956.59

*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐   No

☐   Yes

**3.578** **Nonpriority creditor's name and mailing address**

STRYDER CORP DBA HANDSHAKE

Creditor Name

Creditor's Notice name

225 BUSH STREET 12TH FLOOR

Address

| SAN FRANCISCO | CA | 94104 |
|---------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

11/11/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $            7,550.00

*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐   No

☐   Yes

3.579 **Nonpriority creditor's name and mailing address**

SUEZ WTS
Creditor Name

Creditor's Notice name

13256 COLLECTIONS CENTER DRIVE
Address

| CHICAGO | IL | 60693 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/25/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,054.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.580 **Nonpriority creditor's name and mailing address**

SUFFOLK COUNTY WATER AUTHORITY
Creditor Name

Creditor's Notice name

4060 Sunrise Highway
Address

| Oakdale | NY | 11769 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 974.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.581** **Nonpriority creditor's name and mailing address**

SUFFOLK LOCK & SECURITY

Creditor Name

Creditor's Notice name

430 WEST MONTAUK HWY.

Address

| LINDENHURST | NY | 11757 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,449.56

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.582** **Nonpriority creditor's name and mailing address**

Sukumar, Sam H.

Creditor Name

Creditor's Notice name

Address on File

Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

6/10/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 20,516.15

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Executed severance agreement

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.583** **Nonpriority creditor's name and mailing address**

SULLIVAN CONTRACTORS LLC

Creditor Name

Creditor's Notice name

258 SOUTH RIVER ROAD

Address

| BEDFORD | NH | 03110 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 113,747.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.584** **Nonpriority creditor's name and mailing address**

SUPPLYONE PHILADELPHIA INC

Creditor Name

Creditor's Notice name

1090 THOMAS BUSCH MEMORIAL HWY

Address

| PENNSAUKEN | NJ | 08110 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 6,118.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.585** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: $ 2,250.00

SURPLUS SOLUTIONS LLC

Creditor Name

*Check all that apply.*

Creditor's Notice name

☐ Contingent

☐ Unliquidated

☐ Disputed

2010 DIAMOND HILL ROAD

Address

**Basis for the claim:**

Sale of product or service

| WOONSOCKET | RI | 02895 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

1/30/2023

☐ No

**Last 4 digits of account**

☐ Yes

**number**

**3.586** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: $ 191,261.13

SWISS CAP AG

Creditor Name

*Check all that apply.*

Creditor's Notice name

☐ Contingent

☐ Unliquidated

Dr. Christian Luftensteiner

Address

☐ Disputed

Husenstrasse 35

**Basis for the claim:**

Sale of product or service

| Kirchberg | SG | 9533 |
|---|---|---|
| City | State | ZIP Code |

Switzerland

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

Various Dates

☐ No

**Last 4 digits of account**

☐ Yes

**number**

**3.587 Nonpriority creditor's name and mailing address**

SYED HASAN
Creditor Name

Creditor's Notice name

Address on File
Address

| City | State | ZIP Code |
|------|-------|----------|

Country

**Date or dates debt was incurred**

2/15/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 243.91
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.588 Nonpriority creditor's name and mailing address**

SYNEOS HEALTH CONSULTING (WAS
Creditor Name

Creditor's Notice name

PO BOX 80368
Address

| City | State | ZIP Code |
|------|-------|----------|
| RALEIGH | NC | 27263 |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 241,148.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

3.589 **Nonpriority creditor's name and mailing address**

SYNTEGON - WAS BOSCH PKG
Creditor Name

Creditor's Notice name

36809 TREASURY CENTER
Address

| CHICAGO | IL | 60694-6800 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 20,532.11
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

3.590 **Nonpriority creditor's name and mailing address**

SYNTEGON PHARMA TECHNOLOGY FOR
Creditor Name

Creditor's Notice name

PO BOX 74889
Address

| CHICAGO | IL | 60694-4889 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 54,193.73
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.591 Nonpriority creditor's name and mailing address**

SYNTEGON PHARMA TECHNOLOGY FORMER R BOSC
Creditor Name

Creditor's Notice name

PO BOX 74889
Address

| CHICAGO | IL | 60694-4889 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/28/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 10,976.38
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.592 Nonpriority creditor's name and mailing address**

SYNZEAL RESEARCH PRIVATE LIMIT
Creditor Name

Creditor's Notice name

PLOT NO- F,GANESH INDUSTRIAL EST
Address

423/24/8 MAHAGUJARAT INDUSTRIAL EST

SARKHEJ-BAVLA RD MORAIYA CHANGODAR

| AHMEDABAD | GJ | 382213 |
|-----------|-----|--------|
| City | State | ZIP Code |

INDIA
Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 10,565.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.593 Nonpriority creditor's name and mailing address**

SYRACUSE LABEL & SURROUND PRIN

Creditor Name

Creditor's Notice name

200 STEWART DR

Address

| NORTH SYRACUSE | NY | 13212 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/23/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   2,076.85
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

---

**3.594 Nonpriority creditor's name and mailing address**

TARISHI JHA

Creditor Name

Creditor's Notice name

Address on File

Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/21/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   7,938.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.595  Nonpriority creditor's name and mailing address**

TASTEPOINT INC
Creditor Name

Creditor's Notice name

7800 HOLSTEIN AVE
Address

| PHILADELPHIA | PA | 19153 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                843.20
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

---

**3.596  Nonpriority creditor's name and mailing address**

TATE & LYLE SOLUTIONS DIRECT
Creditor Name

Creditor's Notice name

PO BOX 102468
Address

| PASADENA | CA | 91189-2468 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
1/30/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $              98,516.10
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.597 Nonpriority creditor's name and mailing address**

TAYLOR MADE LANDSCAPING
Creditor Name


Creditor's Notice name

1792 N RT 121
Address



| DECATUR | IL | 62526 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $      16,096.71
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.598 Nonpriority creditor's name and mailing address**

TECHNICAL GLASS PRODUCTS
Creditor Name


Creditor's Notice name

243 EAST BLACKWELL ST
Address



| DOVER | NJ | 07801 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
1/24/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $      848.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.599 Nonpriority creditor's name and mailing address**

TECHNICAL SAFETY
Creditor Name

Creditor's Notice name

DEPT CH 17717
Address

| PALATINE | IL | 60055-7717 |
|----------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $      198,931.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.600 Nonpriority creditor's name and mailing address**

TEE JAY CENTRAL INC
Creditor Name

Creditor's Notice name

PO BOX 130
Address

| GRIDLEY | IL | 61744 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
1/30/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $      2,450.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.601** **Nonpriority creditor's name and mailing address**

TEK STAINLESS PIPING
Creditor Name

Creditor's Notice name

PO BOX 1656
Address

| ZACHARY | LA | 70791 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $     146,714.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.602** **Nonpriority creditor's name and mailing address**

TENNANT SALES AND SERVICE
Creditor Name

Creditor's Notice name

10400 CLEAN STREET
Address

| EDEN PRAIRIE | MN | 55344-2650 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
12/30/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $     2,930.34
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.603** **Nonpriority creditor's name and mailing address**

TERUMO MEDICAL CORPORATION
Creditor Name

Creditor's Notice name

265 DAVIDSON AVEUE
Address

SUITE 320

| SOMERSET | NJ | 08873 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                55,445.00
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐   No

☐   Yes

**3.604** **Nonpriority creditor's name and mailing address**

TETRAGENX DBA VETIO ANIMAL HLT
Creditor Name

DBA VETIO ANIMAL HEALTH ULC
Creditor's Notice name

9622 TRANSCANADA HWY
Address

| ST LAURENT | QC | H4S 1V9 |
|---|---|---|
| City | State | ZIP Code |

CANADA
Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                43,860.00
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐   No

☐   Yes

**3.605 Nonpriority creditor's name and mailing address**

TFORCE FREIGHT INC
Creditor Name

Creditor's Notice name

1000 SEMMES AVE
Address

| | | |
|---|---|---|
| RICHMOND | VA | 23218-1216 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
1/18/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $     1,325.45
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.606 Nonpriority creditor's name and mailing address**

Thayer-Mahoney, Lisa
Creditor Name

Creditor's Notice name

Address on File
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
8/12/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $     23,804.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Executed severance agreement

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.607** **Nonpriority creditor's name and mailing address**

THE ALLIANCE PHARMACY
Creditor Name

Vincent Fusaro
Creditor's Notice name

44 Bond Street
Address

| Westbury | NY | 11590 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
1/4/2023

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 15,985.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.608** **Nonpriority creditor's name and mailing address**

THE JOHN D WALSH COMPANY INC
Creditor Name

Creditor's Notice name

235 MARGARET KING AVENUE
Address

| RINGWOOD | NJ | 07456 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 5,123.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.609 Nonpriority creditor's name and mailing address**

THE RITEDOSE CORPORATION
Creditor Name

Jody Chastain
Creditor's Notice name

1 Technology Circle
Address

| Columbia | SC | 29203 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $      303,099.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.610 Nonpriority creditor's name and mailing address**

THE SPEAR GROUP LLC
Creditor Name

Creditor's Notice name

192 TECHNOLOGY PARKWAY
Address

SUITE 500

| PEACHTREE CORNERS | GA | 30092 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $      61,157.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.611** **Nonpriority creditor's name and mailing address**

THE TRAINING CENTER GROUP LLC

Creditor Name

Creditor's Notice name

113 MONMOUTH RD

Address

SUITE 1

WRIGHTSTOWN      NJ            08562

City            State         ZIP Code

Country

**Date or dates debt was incurred**

2/6/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 7,686.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.612** **Nonpriority creditor's name and mailing address**

THE TRI-M GROUP LLC

Creditor Name

Creditor's Notice name

206 GALE LANE

Address

KENNETT        PA            19348
SQUARE

City            State         ZIP Code

Country

**Date or dates debt was incurred**

10/14/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 549.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.613 Nonpriority creditor's name and mailing address**

THE WEEKS-LERMAN GROUP LLC
Creditor Name

Creditor's Notice name

PO BOX 0
Address

58-38 PAGE PLACE

| MASPETH | NY | 11378 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,084.43
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.614 Nonpriority creditor's name and mailing address**

THERMFLO INC
Creditor Name

Creditor's Notice name

875 BUSCH PARKWAY
Address

| BUFFALO GROVE | IL | 60089 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
2/13/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,768.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

| 3.615 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: | $ | 143,677.60 |

THERMO ELECTRON NA
Creditor Name

Creditor's Notice name

PO BOX 742775
Address

| ATLANTA | GA | 30374-2775 |
| City | State | ZIP Code |

Country

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Date or dates debt was incurred**

1/1/2023

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**

☐ No

☐ Yes

---

| 3.616 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: | $ | 9,951.96 |

THOMAS SCIENTIFIC INC
Creditor Name

Creditor's Notice name

1654 HIGH HILL ROAD
Address

PO BOX 99

| SWEDESBORO | NJ | 08085-0099 |
| City | State | ZIP Code |

Country

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.617 Nonpriority creditor's name and mailing address**

THOMSON REUTERS WEST
Creditor Name

Creditor's Notice name

PAYMENT CENTER
Address

PO BOX 6292

| CAROL STREEM | IL | 60197-6292 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $      7,124.28

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.618 Nonpriority creditor's name and mailing address**

THYSSENKRUPP ELEVATOR CORP
Creditor Name

Creditor's Notice name

PO BOX 3796
Address

| CAROL STREEM | IL | 30132-3796 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/1/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $      644.47

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.619 Nonpriority creditor's name and mailing address**

TIEFENBACHER API & INGREDIENTS - R&D ONLY
Creditor Name

Creditor's Notice name

VAN-DER SMISSEN S-STRASSE 1-2
Address

| HAMBURG | | 22767 |
|---|---|---|
| City | State | ZIP Code |

GERMANY
Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 23,179.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.620 Nonpriority creditor's name and mailing address**

TIG AKA TELCOM INNOVATIONS GRO
Creditor Name

Creditor's Notice name

125 N PROSPECT AVENUE
Address

| ITASCA | IL | 60143 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,247.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.621** **Nonpriority creditor's name and mailing address**

TLC PHARMACEUTICAL STANDARDS L
Creditor Name

Creditor's Notice name

130 PONY DRIVE
Address

| NEWMARKET | ON | L3Y 7B6 |
|---|---|---|
| City | State | ZIP Code |

CANADA
Country

**Date or dates debt was incurred**
1/25/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,020.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.622** **Nonpriority creditor's name and mailing address**

TNR RESOURCES LLC
Creditor Name

Creditor's Notice name

1616 MULBERRY DRIVE
Address

| LAKE VILLA | IL | 60046 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 7,043.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.623** **Nonpriority creditor's name and mailing address**

TONY PRINCE COMPANY INC

Creditor Name

Creditor's Notice name

JON SMITH

Address

1531-A FAIRVIEW AVENUE

| ST LOUIS | MO | 63121 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                    18,691.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

---

**3.624** **Nonpriority creditor's name and mailing address**

TORONTO RESEARCH CHEMICALS INC

Creditor Name

Creditor's Notice name

20 MARTIN ROSS AVE

Address

| TORONTO | ON | M3J 2K8 |
|---|---|---|
| City | State | ZIP Code |

CANADA

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                       314.84
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.625  Nonpriority creditor's name and mailing address**

TRACELINK INC
Creditor Name

Shabbir Dahod
Creditor's Notice name

200 Ballardvale Street
Address

Building 1, Suite 100

| Wilmington | MA | 01887 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $              368,605.62
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.626  Nonpriority creditor's name and mailing address**

TRACKING SOLUTIONS INC
Creditor Name

Creditor's Notice name

PO BOX 403
Address

| GALENA | OH | 43021 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/13/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                 667.80
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.627 Nonpriority creditor's name and mailing address**

TRANE COMPANY
Creditor Name

Creditor's Notice name

PO BOX 98167
Address

| CHICAGO | IL | 60693 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 8,866.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.628 Nonpriority creditor's name and mailing address**

TRIRX PHARMACEUTICAL SVCS - R&D
Creditor Name

Creditor's Notice name

TRIRX SEGRE SAS
Address

ZA LA GRINDOLIERE

| SEGRE-EN-ANJOU-BLEU | | 49500 |
|---|---|---|
| City | State | ZIP Code |

FRANCE
Country

**Date or dates debt was incurred**

1/6/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 88,417.17
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.629** **Nonpriority creditor's name and mailing address**

TRI-STATE BUSINESS SYSTEMS LLC
Creditor Name

Creditor's Notice name

PO BOX 5615
Address

| HILLSBOROUGH | NJ | 08844 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,019.13
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.630** **Nonpriority creditor's name and mailing address**

TRI-WELD INDUSTRIES INC
Creditor Name

Creditor's Notice name

65 SOUTH SECOND ST.
Address

| BAY SHORE | NY | 11706 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 291.33
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.631 Nonpriority creditor's name and mailing address**

TROEMNER LLC
Creditor Name

Creditor's Notice name

PO BOX 21098
Address


| NEW YORK | NY | 10087-1098 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
2/7/2023

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                1,703.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.632 Nonpriority creditor's name and mailing address**

TRUSTMARK VOLUNTARY BENEFIT
Creditor Name

Creditor's Notice name

SOLUTIONS INC
Address

75 REMITTANCE DR SUITE 1791


| CHICAGO | IL | 60675-1791 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
1/1/2023

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                1,882.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.633** **Nonpriority creditor's name and mailing address**

TSO GENERAL CORP
Creditor Name

Creditor's Notice name

81 EMJAY BLVD
Address

| BRENTWOOD | NY | 11717 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
1/19/2023

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 1,758.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.634** **Nonpriority creditor's name and mailing address**

TUCKER COMPANY WORLDWIDE INC
Creditor Name

Creditor's Notice name

56 N HADDON AVE
Address

| HADDONFIELD | NJ | 08033 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 93,076.82
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.635 Nonpriority creditor's name and mailing address**

TULMAN EYE GROUP PC
Creditor Name

Creditor's Notice name

880 CRESTMARK DR SUITE 101
Address

| LITHIA SPRINGS | GA | 30122 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
12/15/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    435.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.636 Nonpriority creditor's name and mailing address**

TUNNELL CONSULTING INC
Creditor Name

Creditor's Notice name

314 S HENDERSON ROAD
Address

SUITE G-379

| KING OF PRUSSIA | PA | 19406 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
10/31/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    73,115.81
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.637  Nonpriority creditor's name and mailing address**

U S PHARMACOPEIAL

Creditor Name

Creditor's Notice name

PO BOX 21845

Address

| NEW YORK | NY | 10087-1845 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  64,385.27
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.638  Nonpriority creditor's name and mailing address**

UDMC UNITED DAIRY MACHINERY CO

Creditor Name

Creditor's Notice name

301 MEYER ROAD

Address

| BUFFALO | NY | 14224 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/6/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  1,876.80
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.639 Nonpriority creditor's name and mailing address**

ULINE
Creditor Name

ATTN A/R
Creditor's Notice name

PO BOX 88741
Address

| CHICAGO | IL | 60680-1741 |
|---------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $             22,752.04

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.640 Nonpriority creditor's name and mailing address**

UNITED PARCEL SERVICE
Creditor Name

Creditor's Notice name

PO BOX 809488
Address

| CHICAGO | IL | 60680-9488 |
|---------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $             21,642.72

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

3.641 **Nonpriority creditor's name and mailing address**

UNIVAR (BERKELEY)

Creditor Name

Creditor's Notice name

13009 COLLECTIONS CTR DR

Address

| CHICAGO | IL | 60693 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/8/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                4,944.39
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

3.642 **Nonpriority creditor's name and mailing address**

UNIVAR (MORRISVILLE)

Creditor Name

Creditor's Notice name

PO BOX 409692

Address

| ATLANTA | GA | 30384-9692 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                36,988.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.643** **Nonpriority creditor's name and mailing address**

UPS SUPPLY CHAIN SOLUTIONS INC
Creditor Name

Creditor's Notice name

28013 NETWORK PLACE
Address

| CHICAGO | IL | 60673-1280 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 18,709.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.644** **Nonpriority creditor's name and mailing address**

USGP A DIVISION OF PROCAPS SA
Creditor Name

ATTN EFRAIN MORALES
Creditor's Notice name

CALLE 80# 78B-201
Address

| BARRANQUILLA | | |
|---|---|---|
| City | State | ZIP Code |

COLOMBIA
Country

**Date or dates debt was incurred**
11/30/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 15,700.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.645 Nonpriority creditor's name and mailing address**

VAISALA INC

Creditor Name

Creditor's Notice name

DEPT CH 19486

Address

| PALATINE | IL | 60055-9486 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,607.12

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.646 Nonpriority creditor's name and mailing address**

Various Creditors under HRSA 340B Drug Pricing Program

Creditor Name

Creditor's Notice name

Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 29,591,679.00

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

10 year restatement of its 340B Drug Pricing Program under HRSA

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.647** **Nonpriority creditor's name and mailing address**

Various State Medicaid Agencies

Creditor Name

Creditor's Notice name

Address

| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                41,766,974.00
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

10 year restatement of its Medicaid Drug Reimbursement Pricing Program.

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.648** **Nonpriority creditor's name and mailing address**

Various State Medicaid Agencies

Creditor Name

Creditor's Notice name

Address

| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                6,000,000.00
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

States submit Medicaid Rebate claims quarterly & Q4 claims were unprocessed. Estimate is used.

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.649 Nonpriority creditor's name and mailing address**

VEEVA SYSTEMS INC
Creditor Name

Creditor's Notice name

PO BOX 740434
Address

| LOS ANGELES | CA | 90074-0434 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 76,875.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.650 Nonpriority creditor's name and mailing address**

VELTEK ASSOCIATES INC
Creditor Name

Creditor's Notice name

15 Lee Boulevard
Address

| Malvern | PA | 19355 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 5,497.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.651** **Nonpriority creditor's name and mailing address**

VEOLIA ES TECHNICAL SOLUTIONS
Creditor Name

Creditor's Notice name

PO BOX 73709
Address

| CHICAGO | IL | 60673-7709 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                98,863.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.652** **Nonpriority creditor's name and mailing address**

VERITIV OHIO
Creditor Name

Creditor's Notice name

VERITIV - NEW BERLIN
Address

7472 COLLECTION CENTER DRIVE

| CHICAGO | IL | 60693 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                    818.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.653 Nonpriority creditor's name and mailing address**

VERIZON

Creditor Name

Creditor's Notice name

PO BOX 28003

Address

| LEHIGH VALLEY | PA | 18002-8003 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 66.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.654 Nonpriority creditor's name and mailing address**

Veronica Development Associates, LLC vs Akorn Operating Company, LLC

Creditor Name

Robert Mahoney

Creditor's Notice name

NORRIS MCLAUGHLIN, P.A.

Address

400 Crossing Blvd

PO BOX 5933

| Bridgewater | NJ | 08807-5933 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/17/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.655** **Nonpriority creditor's name and mailing address**

VIDEOJET

Creditor Name

Creditor's Notice name

1500 MITTEL BLVD

Address

| WOOD DALE | IL | 60191 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/23/2023

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:     $                2,842.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.656** **Nonpriority creditor's name and mailing address**

VIMTA LABS LIMITED

Creditor Name

Creditor's Notice name

PLOT NO 142 IDA PHASE II

Address

CHERLAPALLY

| HYDERABAD | TELANGANA | 500051 |
|---|---|---|
| City | State | ZIP Code |

INDIA

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:     $              196,481.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.657** **Nonpriority creditor's name and mailing address**

VIRGINIA DARE EXTRACT CO INC

Creditor Name

Creditor's Notice name

882 THIRD AVENUE

Address

| BROOKLYN | NY | 11232 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/13/2022

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 1,507.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.658** **Nonpriority creditor's name and mailing address**

VISION CARE OF MAINE - AROOSTO

Creditor Name

Creditor's Notice name

1 RIDGEWOOD DR

Address

| BANGOR | ME | 04401-2652 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/6/2022

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 5,760.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

3.659 **Nonpriority creditor's name and mailing address**

VITICUS GROUP

Creditor Name

Creditor's Notice name

2425 EAST OQUENDO ROAD

Address

| LAS VEGAS | NV | 89120 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    29,095.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.660 **Nonpriority creditor's name and mailing address**

VIZIENT SUPPLY (FORMER NOVATIO

Creditor Name

Creditor's Notice name

PO BOX 842175

Address

| DALLAS | TX | 75284-2175 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/30/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                   146,911.51
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.661 Nonpriority creditor's name and mailing address**

VT HOLDING LLC

Creditor Name

Creditor's Notice name

14425 COLLEGE BOULEVARD

Address

SUITE 140

| LENEXA | KS | 66215 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 53,660.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.662 Nonpriority creditor's name and mailing address**

VWR INTERNATIONAL

Creditor Name

Creditor's Notice name

P. O. BOX 640169

Address

| PITTSBURGH | PA | 15264-0169 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 22,122.51

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.663** **Nonpriority creditor's name and mailing address**

W B MASON CO INC
Creditor Name

Creditor's Notice name

PO BOX 981101
Address

| BOSTON | MA | 02298-1101 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 5,353.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.664** **Nonpriority creditor's name and mailing address**

WALGREEN COMPANY
Creditor Name

Creditor's Notice name

PO BOX 653039
Address

| DALLAS | TX | 75265-3039 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
1/26/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 33,770.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.665** **Nonpriority creditor's name and mailing address**

WAREHOUSE DIRECT
Creditor Name

Creditor's Notice name

2001 S MOUNT PROSPECT RD
Address

| DES PLAINES | IL | 60018-1808 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    45,893.60
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.666** **Nonpriority creditor's name and mailing address**

Warren, Joel
Creditor Name

Creditor's Notice name

Address on File
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

9/6/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    17,851.65
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Executed severance agreement

**Is the claim subject to offset?**

☐  No

☐  Yes

Name

**3.667** **Nonpriority creditor's name and mailing address**

WASTE MANAGEMENT
Creditor Name

Creditor's Notice name

P.O. BOX 4648
Address

| | | |
|---|---|---|
| CAROL STREAM | IL | 60197-4648 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $      3,398.27
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.668** **Nonpriority creditor's name and mailing address**

WASTE MANAGEMENT OF NJ INC
Creditor Name

Creditor's Notice name

WASTE MANAGEMENT NEWARK COMMERCIAL
Address

PO BOX 13648

| | | |
|---|---|---|
| PHILADELPHIA | PA | 19101-3648 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $      3,899.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.669** **Nonpriority creditor's name and mailing address**

WATERS TECHNOLOGIES CORP

Creditor Name

Creditor's Notice name

34 MAPLE ST

Address

| MILFORD | MA | 01757 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 155,920.89

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.670** **Nonpriority creditor's name and mailing address**

WEST PHARMA SERVICES

Creditor Name

Creditor's Notice name

530 HERMAN O WEST DRIVE

Address

| EXTON | PA | 19341 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 321,948.35

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.671 Nonpriority creditor's name and mailing address**

WESTCO FG CORPORATION
Creditor Name

Creditor's Notice name

101 CORTLANDT STREET
Address

| SLEEPY HOLLOW | NY | 10591 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $      264,414.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.672 Nonpriority creditor's name and mailing address**

WESTERN PEST SERVICES
Creditor Name

Creditor's Notice name

423 SHREWSBURY AVE
Address

| SHREWSBURY | NJ | 07702-4012 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $      622.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

3.673 **Nonpriority creditor's name and mailing address**

WESTROCK
Creditor Name

Creditor's Notice name

140 WEST INDUSTRY COURT
Address

| DEER PARK | NY | 11717 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $             36,611.77
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

3.674 **Nonpriority creditor's name and mailing address**

WILKENS-ANDERSON COMPANY
Creditor Name

Creditor's Notice name

4525 WEST DIVISION ST
Address

| CHICAGO | IL | 60651 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
2/13/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              2,909.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.675 Nonpriority creditor's name and mailing address**

WILMERHALE
Creditor Name

Creditor's Notice name

PO BOX 7247-8760
Address

| PHILADELPHIA | PA | 19170-8760 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
2/17/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 7,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.676 Nonpriority creditor's name and mailing address**

WINDSTREAM DBA PAETEC
Creditor Name

Creditor's Notice name

PO BOX 9001013
Address

| LOUISVILLE | KY | 40290-1013 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
2/10/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 11,899.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.677 Nonpriority creditor's name and mailing address**

WINTERS BROS HAULING OF LI LLC
Creditor Name

Creditor's Notice name

PO BOX 5279
Address

| NEW YORK | NY | 10008-5279 |
|----------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    21,092.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.678 Nonpriority creditor's name and mailing address**

WISSEN DIGITAL INC
Creditor Name

Creditor's Notice name

2325 PARKLAWN DR SUITE # G
Address

| WAUKESHA | WI | 53186 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    181,730.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.679** **Nonpriority creditor's name and mailing address**

WOLTERS KLUWER HEALTH INC

Creditor Name

Creditor's Notice name

16705 COLLECTION CENTER DR

Address

| CHICAGO | IL | 60693 |
|---------|-----|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 41,034.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.680** **Nonpriority creditor's name and mailing address**

WONDERWARE NORTH

Creditor Name

Creditor's Notice name

425 CAREDEAN DR

Address

| HORSHAM | PA | 19044 |
|---------|-----|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 30,101.65
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.681** **Nonpriority creditor's name and mailing address**

WOODSTOCK STERILE SOL
Creditor Name

Paul Josephs
Creditor's Notice name

2210 Lake Shore Drive
Address

| Woodstock | IL | 60098 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/20/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                215,815.68
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.682** **Nonpriority creditor's name and mailing address**

WSC-GSP B/L OFFICE PARK (GLENS
Creditor Name

Creditor's Notice name

HOLDING VII LLC
Address

FBO METROPOLITAN LIFE INS COMPANY

33307 COLLECTION CENTER DRIVE

| CHICAGO | IL | 60693 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/1/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                 11,210.74
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.683** **Nonpriority creditor's name and mailing address**

WSC-GSP B/L OFFICE PARK OWNER VII, LLC
Creditor Name

Marc S Lichtman
Creditor's Notice name

Lichtman Eisen Partners, Ltd.
Address

134 North LaSalle Street, Suite 750

| Chicago | IL | 60602 |
|---------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
1/25/2023

**Last 4 digits of account**

number  0132

**As of the petition filing date, the claim is:** $      Undetermined
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.684** **Nonpriority creditor's name and mailing address**

Zelnick-Kaufman, Beth
Creditor Name

Creditor's Notice name

Address on File
Address

| | | |
|---------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
2/23/2022

**Last 4 digits of account**

number

**As of the petition filing date, the claim is:** $      1,707,250.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Executive Severance Arrangements

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.685** **Nonpriority creditor's name and mailing address**

ZERO DEFECTS LLC
Creditor Name

Creditor's Notice name

11 ROCKAWAY PLACE
Address

| PARSIPPANY | NJ | 07054 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,707.73
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.686** **Nonpriority creditor's name and mailing address**

ZHEJIANG HISUN PHARMA CHINA
Creditor Name

Li Yan
Creditor's Notice name

Waisha Road No.46
Address

Jiaojiang District

| Taizhou | | 318000 |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

1/5/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 360,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.687** **Nonpriority creditor's name and mailing address**

ZYGOSOME LLC - R&D ONLY

Creditor Name

Creditor's Notice name

92 ARGILLA ROAD

Address

| ANDOVER | MA | 01810 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/11/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    350,000.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.
   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**4.1** Alexander Jose

Name

Notice Name

Address on File
Street

City     State     ZIP Code

Country

Line   3.31

☐   Not Listed.Explain

---

**4.2** Martin Kane And Kuper

Name

Notice Name

180 Tices Lane
Street

Bldg B

Ste 200

East Brunswick     NY     08816
City     State     ZIP Code

Country

Line   3.429

☐   Not Listed.Explain

---

**4.3** Mccarthy, Rowden, Baker & Cannon

Name

Notice Name

243 South Water St
Street

Decatur     IL     62523
City     State     ZIP Code

Country

Line   3.48

☐   Not Listed.Explain

**4.4 McIntyre, Donohue, Accardi, & Riordan, LLP**

Name

Line 3.325

☐ Not Listed.Explain

Notice Name

Eight East Main Street

Street

| Bay Shore | NY | 11706 |
|-----------|-----|----------|
| City | State | ZIP Code |

Country

**4.5 Rothenberg Rubenstein Berliner Andshinrod**

Name

Line 3.254

☐ Not Listed.Explain

Notice Name

70 South Orange Ave

Street

Suite 205

| Livingston | NJ | 07039 |
|-----------|-----|----------|
| City | State | ZIP Code |

Country

**4.6 Schwartzapfel Partners PC**

Name

Line 3.31

☐ Not Listed.Explain

Notice Name

300 Jericho Quad

Street

Ste 180

| Jericho | NY | 11753 |
|-----------|-----|----------|
| City | State | ZIP Code |

Country

**4.7 Shay & Associates**

Name

Line 3.362

☐ Not Listed.Explain

Notice Name

260 East Wood Street

Street

| Decatur | IL | 62523 |
|-----------|-----|----------|
| City | State | ZIP Code |

Country

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. | **Total claims from Part 2** | 5b. **+** | $ 128,319,921.32 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 128,319,921.32 |

☐  Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐  No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑  Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

**2.1** **State what the contract or lease is for and the nature of the debtor's interest**
275 Pierce Street LLC (Sensible Solar Solutions, LLC) Addendum 1 to Lease Agreement Solar Energy Supply

275 Pierce Street LLC (Sensible Solar Solutions, LLC.)
Name

Notice Name

285 Pierce Street
Address

**State the term remaining**  1/31/2025

**List the contract number of any government contract**

| Somerset | NJ | 08873 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.2** **State what the contract or lease is for and the nature of the debtor's interest**
Akorn Operating Company LLC - Application Support Extension

2nd Watch, Inc.
Name

Notice Name

2310 N MOLTER ST SUITE 340
Address

**State the term remaining**  3/31/2023

**List the contract number of any government contract**

| LIBERTY LAKE | WA | 99019 |
|---|---|---|
| City | State | ZIP Code |

Country

| Debtor: | Akorn Operating Company LLC | Case number *(if known)*: | 23-10255 |
|---|---|---|---|
| | Name | | |

**2.3** State what the contract or lease is for and the nature of the debtor's interest

Accenture LLP Master Services Agreement

Accenture LLP
Name

Tom Johnstone
Notice Name

161 N. Clark St.
Address

**State the term remaining** Evergreen

**List the contract number of any government contract**

| Chicago | IL | 60601 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.4** State what the contract or lease is for and the nature of the debtor's interest

Quality Services Agreement

Accuristix
Name

Notice Name

122 Stone Ridge Road
Address

**State the term remaining** 10/15/2023

**List the contract number of any government contract**

| Vaughan | ON | L4H 0A5 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**2.5** State what the contract or lease is for and the nature of the debtor's interest

ACSYS Service Agreement

ACSYS Randstad Professional US, dba Acsys
Name

Patrick Barr
Notice Name

111 Anza Blvd.
Address

**State the term remaining** Evergreen

Suite 400

**List the contract number of any government contract**

| Burlingame | CA | 94010 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** | Severance Agreement |
| | | Adorno, Jessica Marie |
| | | Name |
| | | |
| | | Notice Name |
| | | Address on File |
| | **State the term remaining** | N/A |
| | | Address |
| | **List the contract number of any government contract** | |
| | | |
| | | |
| | | City / State / ZIP Code |
| | | Country |

| | | |
|---|---|---|
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** | Advanced Disposal Service Agreement |
| | | Advanced Disposal Services Solid Waste Midwest, LLC |
| | | Name |
| | | Chuck Duncan |
| | | Notice Name |
| | | 800 Capitol Street |
| | **State the term remaining** | 4/21/2025 |
| | | Address |
| | | Suite 3000 |
| | **List the contract number of any government contract** | |
| | | |
| | | Houston / TX / 77002 |
| | | City / State / ZIP Code |
| | | Country |

| | | |
|---|---|---|
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** | Advanced Packaging Technology Laboratories, Inc. Mutual Confidentiality and Non-Disclosure Agreement |
| | | Advanced Packaging Technology Laboratories, Inc. |
| | | Name |
| | | Monica White |
| | | Notice Name |
| | | 200 Larking Drive |
| | **State the term remaining** | 7/21/2025 |
| | | Address |
| | | Unit H |
| | **List the contract number of any government contract** | |
| | | |
| | | Wheeling / IL / 60090 |
| | | City / State / ZIP Code |
| | | Country |

2.9 **State what the contract or lease is for and the nature of the debtor's interest**

AES Clean Technology Master Agreement for Architect & Engineer Design Services

AES Clean Technology, Inc.
Name

Stephen Laurie
Notice Name

422 Stump Road
Address

**State the term remaining** Not stated

**List the contract number of any government contract**

| Montgomeryville | PA | 18936 |
|---|---|---|
| City | State | ZIP Code |

Country

2.10 **State what the contract or lease is for and the nature of the debtor's interest**

Recipharm Quotation to Supply

Aesica Queenborough Limited
Name

Notice Name

North Road
Address

**State the term remaining** 3/30/2026

Queenborough

**List the contract number of any government contract**

| Kent | | ME11 5EL |
|---|---|---|
| City | State | ZIP Code |

United Kingdom
Country

2.11 **State what the contract or lease is for and the nature of the debtor's interest**

Agilent Quotation 5001107838

Agilent Technologies
Name

Kelly Moran
Notice Name

2850 Centerville Road
Address

**State the term remaining** 12/1/2025

**List the contract number of any government contract**

| Wilmington | DE | 19808 |
|---|---|---|
| City | State | ZIP Code |

Country

2.12 **State what the contract or lease is for and the nature of the debtor's interest**

Agilent Quotation 5001107834

Agilent Technologies Inc
Name

Kelly Moran
Notice Name

2850 Centerville Road
Address

**State the term remaining** 12/31/2025

**List the contract number of any government contract**

| Wilmington | DE | 19808 |
|---|---|---|
| City | State | ZIP Code |

Country

2.13 **State what the contract or lease is for and the nature of the debtor's interest**

Agilent Quotation 5001107837

Agilent Technologies Inc.
Name

Kelly Moran
Notice Name

2850 Centerville Road
Address

**State the term remaining** 12/31/2025

**List the contract number of any government contract**

| Wilmington | DE | 19808 |
|---|---|---|
| City | State | ZIP Code |

Country

2.14 **State what the contract or lease is for and the nature of the debtor's interest**

Quotation

Agilent Technologies Inc.
Name

Heath Swieczkowski
Notice Name

2850 Centerville Road
Address

**State the term remaining** 3/14/2023

**List the contract number of any government contract**

| Wilmington | DE | 19808 |
|---|---|---|
| City | State | ZIP Code |

Country

| Debtor: | Akorn Operating Company LLC | Case number (if known): | 23-10255 |
|---|---|---|---|
| | Name | | |

**2.15** State what the contract or lease is for and the nature of the debtor's interest

Master Services Agreement

Agilent Technologies Inc.
_____
Name

Anne Dougherty - Contracts Specialist
_____
Notice Name

2850 Centerville Road
_____
Address

State the term remaining 8/31/2023

List the contract number of any government contract

| Wilmington | DE | 19808 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.16** State what the contract or lease is for and the nature of the debtor's interest

Master Services Agreement

Agilent Technologies, Inc.
_____
Name

Anne Dougherty
_____
Notice Name

2850 Centerville Road
_____
Address

State the term remaining 8/31/2023

List the contract number of any government contract

| Washington | DE | 19808 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.17** State what the contract or lease is for and the nature of the debtor's interest

Alcami Master Laboratory and Testing Service Agreement

Alcami Corporation
_____
Name

Rob Goshert
_____
Notice Name

3220 Scientific Park Drive
_____
Address

State the term remaining 7/28/2026

List the contract number of any government contract

| Wilmington | NC | 28405 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | CDA Alembic | Alembic Pharmaceuticals Limited |
| | | | Name |
| | | | Mitanshu Shah |
| | | | Notice Name |
| | State the term remaining | 5/30/2024 | Alembic Road |
| | | | Address |
| | List the contract number of any government contract | | Vadodara 390003 |
| | | | |
| | | | Gujarat |
| | | | City / State / ZIP Code |
| | | | India |
| | | | Country |

| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | Alembic Pharmaceuticals Limited Mutual Confidentiality Agreement | Alembic Pharmaceuticals Limited |
| | | | Name |
| | | | Mr. Mitanshu Shah |
| | | | Notice Name |
| | State the term remaining | 5/31/2024 | Alembic Road |
| | | | Address |
| | List the contract number of any government contract | | Vadodara- 390 003 |
| | | | |
| | | | Gujarat |
| | | | City / State / ZIP Code |
| | | | India |
| | | | Country |

| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | Severance Agreement | Alfaro, Kevin |
| | | | Name |
| | | | Notice Name |
| | | | Address on File |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | City / State / ZIP Code |
| | | | Country |

Name

**2.21** **State what the contract or lease is for and the nature of the debtor's interest**

Alice T. Epitropoulos, MD ("Consultant") Consulting Agreement

Alice T. Epitropoulos, MD ("Consultant")
Name

Alice T. Epitropoulos
Notice Name

Address on File
Address

**State the term remaining**     Auto-renews

**List the contract number of any government contract**

City     State     ZIP Code

Country

**2.22** **State what the contract or lease is for and the nature of the debtor's interest**

ALKU Amendment No. 1 to Master Professional Service Agmt

ALKU
Name

Tarah Lovato
Notice Name

200 Brickstone Square
Address

**State the term remaining**     12/31/2023

Suite 503

**List the contract number of any government contract**

Andover     MA     01810
City     State     ZIP Code

Country

**2.23** **State what the contract or lease is for and the nature of the debtor's interest**

ALKU Master Professional Services Agmt

ALKU
Name

Ryan Rudich
Notice Name

200 Brickstone Square
Address

**State the term remaining**     12/31/2023

Suite 503

**List the contract number of any government contract**

Andover     MA     01810
City     State     ZIP Code

Country

| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | FSR Master Construction Agreement | All Foundations Systems & Repairs LLC dba FSR |
| --- | --- | --- | --- |
| | | | Name |
| | | | Notice Name |
| | | | 22 Kenwood Ave |
| | State the term remaining | 7/12/2023 | Address |
| | List the contract number of any government contract | | |
| | | | Massapequa      NY      11758 |
| | | | City                State      ZIP Code |
| | | | Country |

| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | American International Relocation Services Agreement | American International Relocation Solutions, LLC |
| --- | --- | --- | --- |
| | | | Name |
| | | | Notice Name |
| | | | 6 Penn Center West |
| | State the term remaining | Auto-renews | Address |
| | | | Suite 200 |
| | List the contract number of any government contract | | |
| | | | Pittsburgh      PA      15276 |
| | | | City                State      ZIP Code |
| | | | Country |

| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | ABC Master Distribution Services Agreement | AmerisourceBergen Drug Corporation |
| --- | --- | --- | --- |
| | | | Name |
| | | | Notice Name |
| | | | 1300 Morris Drive |
| | State the term remaining | 12/31/2023 | Address |
| | List the contract number of any government contract | | |
| | | | Chesterbrook      PA      19087 |
| | | | City                State      ZIP Code |
| | | | Country |

Name

**2.27** State what the contract or lease is for and the nature of the debtor's interest

ABC Swiss_MSA

AmerisourceBergen Global Manufacturer Services GmbH
Name

Notice Name

Bogenschutzenstrasse 9A
Address

State the term remaining    Auto-renews

List the contract number of any government contract

| City | State | ZIP Code |
|---|---|---|
| Bern | | 3008 |
| Switzerland | | |
| Country | | |

**2.28** State what the contract or lease is for and the nature of the debtor's interest

AMS Master Consulting Services Agreement

AMS Consulting LLC
Name

Stephen Coco
Notice Name

4001 SEELEY AVE
Address

State the term remaining    1/1/2024

List the contract number of any government contract

| City | State | ZIP Code |
|---|---|---|
| DOWNERS GROVE | IL | 60515 |
| Country | | |

**2.29** State what the contract or lease is for and the nature of the debtor's interest

Amendment # 1 to Master Consulting Services Agreement

Ams Consulting LLC
Name

Stephen Coco
Notice Name

4001 SEELEY AVE
Address

State the term remaining    1/5/2024

List the contract number of any government contract

| City | State | ZIP Code |
|---|---|---|
| DOWNERS GROVE | IL | 60515 |
| Country | | |

Name

| | | |
|---|---|---|
| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest** | Consulting Agreement |

Angelique Puchacz
Name

Notice Name

Address on File
Address

**State the term remaining**    5/24/2023

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.31 | **State what the contract or lease is for and the nature of the debtor's interest** | Akorn Inc Capital Equipment Supply and Software License Agreement |

Antares Vision
Name

Notice Name

Via Del Farro, 16
Address

**State the term remaining**    Auto-renews

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Travagliato BS | | 25039 |

Italy
Country

| | | |
|---|---|---|
| 2.32 | **State what the contract or lease is for and the nature of the debtor's interest** | Apexus Pharma Supplier Agreemenr |

Apexus, LLC
Name

Notice Name

75 Remittance Drive
Address

Suite 1164

**State the term remaining**    3/30/2023

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Chicago | IL | 60675 |

Country

| | | |
|---|---|---|
| 2.33 | **State what the contract or lease is for and the nature of the debtor's interest** | Apexus, LLC SUB-340B and Sub-Wac Pharmacy Supply Agreement |

Apexus, LLC
Name

Mike Benedict
Notice Name

290 E. John Carpenter Freeway
Address

| | | |
|---|---|---|
| | **State the term remaining** | 3/31/2023 |
| | **List the contract number of any government contract** | |

| Irving | TX | 75062 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.34 | **State what the contract or lease is for and the nature of the debtor's interest** | AptarGroup, Inc. Third Amendment to Supply Agreement |

AptarGroup, Inc.
Name

Alex Theodorakis
Notice Name

475 West Terra Cotta
Address

Suite E.

| | | |
|---|---|---|
| | **State the term remaining** | 12/31/2024 |
| | **List the contract number of any government contract** | |

| Crystal Lake | IL | 60014-9695 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.35 | **State what the contract or lease is for and the nature of the debtor's interest** | Aramark Cleanroom Services Addendum |

Aramark Cleanroom Services Addendum
Name

Notice Name

115 North First Street
Address

| | | |
|---|---|---|
| | **State the term remaining** | 7/14/2024 |
| | **List the contract number of any government contract** | |

| Burbank | CA | 91502 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.36** **State what the contract or lease is for and the nature of the debtor's interest**    Master Service Agreement

**State the term remaining**    12/17/2023

**List the contract number of any government contract**

Aramark Uniform Services
Name

Notice Name

115 North First Street
Address

| Burbank | CA | 91502 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**2.37** **State what the contract or lease is for and the nature of the debtor's interest**    Aramark Master Service Agreement

**State the term remaining**    Auto-renews

**List the contract number of any government contract**

Aramark Uniform Services
Name

Notice Name

115 North First Street
Address

| Burbank | CA | 91502 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**2.38** **State what the contract or lease is for and the nature of the debtor's interest**    Arbour Group Licensed Product Agreement

**State the term remaining**    Evergreen

**List the contract number of any government contract**

Arbour Group LLC
Name

Notice Name

One Parkview Plaza
Address

Suite 660

| Oakbrook Terrace | IL | 60181 |
|------------------|-----|-------|
| City | State | ZIP Code |

Country

**2.39** State what the contract or lease is for and the nature of the debtor's interest — Retainer Agreement

Arent Fox Schiff
Name

Stephanie Trunk
Notice Name

1717 K Street NW
Address

State the term remaining — Auto-renews

List the contract number of any government contract

| City | State | ZIP Code |
|---|---|---|
| Washington | DC | 20006 |

Country

**2.40** State what the contract or lease is for and the nature of the debtor's interest — Compensation Agreement

Arthur J. Gallagher Risk Management Services, Inc.
Name

Michael R. Pesch
Notice Name

300 S Riverside Plaza
Address

Suite 1500

State the term remaining — Auto-renews

List the contract number of any government contract

| City | State | ZIP Code |
|---|---|---|
| Chicago | IL | 60606 |

Country

**2.41** State what the contract or lease is for and the nature of the debtor's interest — Akorn, Inc. Supply Agreement

A-S Medication Solutions, LLC
Name

Notice Name

2401 Commerce Drive
Address

State the term remaining — 8/31/2024

List the contract number of any government contract

| City | State | ZIP Code |
|---|---|---|
| Libertyville | IL | 60048 |

Country

| Debtor: | Akorn Operating Company LLC | | Case number *(if known)*: | 23-10255 |
|---|---|---|---|---|
| | Name | | | |

| 2.42 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO GENERIC PHARMACEUTICALS GPO AGREEMENT NUMBER PH000015018 | Ascension Health Resource and Supply Management Group, LLC |
|---|---|---|---|

Name

Mike Wray

Notice Name

| | | | 2054 Westport Center Drive |
|---|---|---|---|
| | **State the term remaining** | 6/30/2023 | Address |

| | **List the contract number of any government contract** | | |
|---|---|---|---|

| | | | St. Louis | MO | 63146 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |

Country

| 2.43 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Consulting Services Agreement | Aspect Consulting, Inc. |
|---|---|---|---|

Name

Jo Ellen Zaspel

Notice Name

| | | | 20140 Valley Forge Cir |
|---|---|---|---|
| | **State the term remaining** | 3/20/2025 | Address |

| | **List the contract number of any government contract** | | |
|---|---|---|---|

| | | | King of Prussia | PA | 19406 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |

Country

| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest** | Astro Pak Master Professional Services Agreement | Astro Pak Corporation |
|---|---|---|---|

Name

Peggy Ogden

Notice Name

| | | | 270 Baker Street East |
|---|---|---|---|
| | **State the term remaining** | 6/29/2024 | Address |

Suite 100

| | **List the contract number of any government contract** | | |
|---|---|---|---|

| | | | Cota Mesa | CA | 92626 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |

Country

| Debtor: | Akorn Operating Company LLC | Case number *(if known)* | 23-10255 |
|---|---|---|---|
| | Name | | |

**2.45** **State what the contract or lease is for and the nature of the debtor's interest**    Astro Pak SOW # 1

Astro Pak Corporation
Name

Peggy Ogden
Notice Name

270 Baker Street East
Address

**State the term remaining**    8/5/2027

Suite 100

**List the contract number of any government contract**

| Cota Mesa | CA | 92626 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.46** **State what the contract or lease is for and the nature of the debtor's interest**    Atlantic Scale Master Professional Services Agreement

Atlantic Scale Company
Name

Notice Name

136 Washington Ave
Address

**State the term remaining**    1/20/2024

**List the contract number of any government contract**

| Nutley | NJ | 07110 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.47** **State what the contract or lease is for and the nature of the debtor's interest**    Atomatic Mechanical Services, Inc. HVAC Planned Maintenance Agreement

Atomatic Mechanical Services, Inc.
Name

Patrick Levinson, John Cousineau, Britney Jenkins, Joe Cushman, Scott Peters
Notice Name

3733 N. Ventura Drive
Address

**State the term remaining**    Auto-renews

**List the contract number of any government contract**

| Arlington Heights | IL | 60004-7952 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.48 | State what the contract or lease is for and the nature of the debtor's interest | Atrium Amendment No. 1 to Temporary Staffing and Direct Hire Recruitment Services Agreement | Atrium Staffing of New Jersey |
| --- | --- | --- | --- |
| | | | Name |
| | | | Adam Samples |
| | | | Notice Name |
| | State the term remaining | Auto-renews | 625 Liberty Avenue |
| | | | Address |
| | List the contract number of any government contract | | Suite 200 |
| | | | |
| | | | Pittsburgh PA 15222 |
| | | | City State ZIP Code |
| | | | Country |

| 2.49 | State what the contract or lease is for and the nature of the debtor's interest | Atrium Staffing Temporary Staffing and Direct Hire Recruitment Services | Atrium Staffing of New Jersey |
| --- | --- | --- | --- |
| | | | Name |
| | | | Adam Samples |
| | | | Notice Name |
| | State the term remaining | Auto-renews | 625 Liberty Avenue |
| | | | Address |
| | List the contract number of any government contract | | Suite 200 |
| | | | |
| | | | Pittsburgh PA 15222 |
| | | | City State ZIP Code |
| | | | Country |

| 2.50 | State what the contract or lease is for and the nature of the debtor's interest | Amendment #1 to Temporary Staffing and Direct Hire Recruitment Services Agreement | Atrium Staffing of New Jersey, LLC |
| --- | --- | --- | --- |
| | | | Name |
| | | | Atrium Staffing attn Contract Management |
| | | | Notice Name |
| | State the term remaining | Auto-renews | 625 Liberty Avenue |
| | | | Address |
| | List the contract number of any government contract | | Suite 200 |
| | | | |
| | | | Pittsburgh PA 15222 |
| | | | City State ZIP Code |
| | | | Country |

**2.51** **State what the contract or lease is for and the nature of the debtor's interest**

Axiom Engagement Letter

Axiom Global, Inc.

Name

Brian Stearms

Notice Name

**State the term remaining**    Evergreen

295 Lafayette St.

Address

7th Floor

| | | |
|---|---|---|
| New York | NY | 10012 |
| City | State | ZIP Code |

**List the contract number of any government contract**

Country

**2.52** **State what the contract or lease is for and the nature of the debtor's interest**

Azad Pharma AG Licensing and Supply Agreement Letter

Azad Pharma AG

Name

Mike Baronian & Jennifer A. Baronian

Notice Name

Bahnhofstrasse 9

Address

**State the term remaining**    Auto-renews

| | | |
|---|---|---|
| CH-3125 Toffen | | |
| City | State | ZIP Code |
| Switzerland | | |
| Country | | |

**List the contract number of any government contract**

**2.53** **State what the contract or lease is for and the nature of the debtor's interest**

Azad API Supply Agreement

AZAD Pharmaceutical Ingredients< AG

Name

Notice Name

Durachweg 15

Address

**State the term remaining**    Auto-renews

| | | |
|---|---|---|
| Schaffhausen | | 8200 |
| City | State | ZIP Code |
| Switzerland | | |
| Country | | |

**List the contract number of any government contract**

| | | |
|---|---|---|
| 2.54 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Professional Services Agreement |

Bahnson Environmental Specialties, LLC.
Name

Notice Name

4412 Tryon Road
Address

**State the term remaining** 5/31/2024

**List the contract number of any government contract**

| Raleigh | NC | 27606 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.55 | **State what the contract or lease is for and the nature of the debtor's interest** | Baker Donelson Bearman Caldwell and Berkowitz, P.C. & EAS Consulting Group 3-Way Confidentiality and Non-Disclosure Agreement |

Baker Donelson Bearman Caldwell and Berkowitz, P.C. & EAS Consulting Group
Name

Charles N. Jolly & Bryan J. Colean
Notice Name

100 Light Street
Address

**State the term remaining** 2/5/2025

**List the contract number of any government contract**

| Baltimore | MD | 21202 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.56 | **State what the contract or lease is for and the nature of the debtor's interest** | Product Purchase Agreement |

Baycare Health Systems, Inc.
Name

Notice Name

1985 Drew Street
Address

**State the term remaining** Auto-renews

**List the contract number of any government contract**

| Clearwater | FL | 33739 |
|---|---|---|
| City | State | ZIP Code |

Country

Name

**2.57** **State what the contract or lease is for and the nature of the debtor's interest**

Severance Agreement

Beahr, William P

Name

Notice Name

Address on File

**State the term remaining** N/A

Address

**List the contract number of any government contract**

City | State | ZIP Code

Country

**2.58** **State what the contract or lease is for and the nature of the debtor's interest**

Becton, Dickinson and Company Mutual Confidentiality and Non-Disclosure Agreement

Becton, Dickinson and Company

Name

Thomas Koning

Notice Name

1 Becton Drive

**State the term remaining** 10/2/2025

Address

**List the contract number of any government contract**

Franklin Lakes | NJ | 07417

City | State | ZIP Code

Country

**2.59** **State what the contract or lease is for and the nature of the debtor's interest**

Becton, Dickinson and Company & Aldrich Chemical Company, Inc. Supply Agreement

Becton, Dickinson and Company & Aldrich Chemical Company, Inc.

Name

Vecton- Vincent A. Forlenza, Aldrich- Stephen J. Branca

Notice Name

Becton- 7 Loveton Circle

**State the term remaining** Auto-renews

Address

**List the contract number of any government contract**

Sparks | MD | 21152

City | State | ZIP Code

Country

| | | |
|---|---|---|
| 2.60 | **State what the contract or lease is for and the nature of the debtor's interest** | BEE International, Inc. Mutual Confidentiality and Non-Disclosure Agreement |

BEE International, Inc.
Name

Deb Shechter
Notice Name

46 Eastman Street
Address

| | | |
|---|---|---|
| **State the term remaining** | 10/8/2026 | |
| **List the contract number of any government contract** | | |

| South Easton | MA | 02375 |
|---|---|---|
| City | State | ZIP Code |

Country

---

| | | |
|---|---|---|
| 2.61 | **State what the contract or lease is for and the nature of the debtor's interest** | Mutual Confidentiality and Non-Disclosure Agreement |

Bell Container Corporation
Name

Notice Name

615 Ferry Street
Address

| | | |
|---|---|---|
| **State the term remaining** | 11/13/2027 | |
| **List the contract number of any government contract** | | |

| Newark | NJ | 07105 |
|---|---|---|
| City | State | ZIP Code |

Country

---

| | | |
|---|---|---|
| 2.62 | **State what the contract or lease is for and the nature of the debtor's interest** | Expanded Role Agreement Letter |

Beth Zelnick Kaufman
Name

Notice Name

Address on File
Address

| | | |
|---|---|---|
| **State the term remaining** | N/A | |
| **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.63 | **State what the contract or lease is for and the nature of the debtor's interest** | Offer Letter |
| | | |
| | **State the term remaining** | N/A |
| | **List the contract number of any government contract** | |

Beth Zelnick Kaufman
Name

Notice Name

Address on File
Address

City | State | ZIP Code

Country

| | | |
|---|---|---|
| 2.64 | **State what the contract or lease is for and the nature of the debtor's interest** | Consulting Agreement |
| | | |
| | **State the term remaining** | 5/24/2023 |
| | **List the contract number of any government contract** | |

Beth Zelnick Kaufman
Name

Notice Name

Address on File
Address

City | State | ZIP Code

Country

| | | |
|---|---|---|
| 2.65 | **State what the contract or lease is for and the nature of the debtor's interest** | Biophore Pharma Inc. Mutual Confidentiality and Non-Disclosure Agreement |
| | | |
| | **State the term remaining** | 2/21/2027 |
| | **List the contract number of any government contract** | |

Biophore Pharma Inc.
Name

Harsha Vemuri
Notice Name

1 Deerpark Drive
Address

Suite F8

Monmouth Junction | NJ | 08852
City | State | ZIP Code

Country

**2.66** State what the contract or lease is for and the nature of the debtor's interest

BioScience Master Laboratory and Testing Service Agreement

BioScience Laboratories, Inc.

Name

John Dyba

Notice Name

1765 South 19th Avenue

Address

State the term remaining | 2/9/2025

List the contract number of any government contract

| Bozeman | MT | 59718 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.67** State what the contract or lease is for and the nature of the debtor's interest

Biostudy Solutions, LLC. Master Consulting Services Agreement

Biostudy Solutions, LLC.

Name

Charles Bon

Notice Name

4008 Caesar Court

Address

State the term remaining | 6/2/2024

List the contract number of any government contract

| Wilmington | NC | 28405 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.68** State what the contract or lease is for and the nature of the debtor's interest

Master Subscription Agreement

Blackline Systems, Inc.

Name

Karole Morgan - Prager

Notice Name

21300 Victory Blvd.

Address

State the term remaining | Auto-renews

12th Floor

List the contract number of any government contract

| Woodland Hills | CA | 91367 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.69 | **State what the contract or lease is for and the nature of the debtor's interest** | Administrative Services Agreement |

Blue Cross and Blue Shield of Illinois, a division of Health Care Service Corporation, a Mutual Legal Reserve Company
Name

Notice Name

300 East Randolph Street
Address

| | | |
|---|---|---|
| **State the term remaining** | Auto-renews | |
| **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| Chicago | IL | 60601-5099 |
| City | State | ZIP Code |

Country

---

| | | |
|---|---|---|
| 2.70 | **State what the contract or lease is for and the nature of the debtor's interest** | Bodine Master Professional Services Agreement |

Bodine Electric of Decatur
Name

Craig Guest
Notice Name

1845 N 22nd Street
Address

PO Box 976

| | |
|---|---|
| **State the term remaining** | 2/14/2024 |
| **List the contract number of any government contract** | |

| | | |
|---|---|---|
| Decatur | IL | 62525 |
| City | State | ZIP Code |

Country

---

| | | |
|---|---|---|
| 2.71 | **State what the contract or lease is for and the nature of the debtor's interest** | Bodine Amendment No. 1 to Master Professional Service Agreement |

Bodine Electric of Decatur
Name

Craig Guest
Notice Name

1845 N 22nd Street
Address

PO Box 976

| | |
|---|---|
| **State the term remaining** | 2/14/2024 |
| **List the contract number of any government contract** | |

| | | |
|---|---|---|
| Decatur | IL | 62525 |
| City | State | ZIP Code |

Country

| 2.72 | State what the contract or lease is for and the nature of the debtor's interest | Severance Agreement | Bookbinder, Elizabeth Lynette |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Address on File |
| | State the term remaining | N/A | Address |
| | | | |
| | List the contract number of any government contract | | |
| | | | |
| | | | |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.73 | State what the contract or lease is for and the nature of the debtor's interest | Bosch Capital Equipment Supply Agmt | Bosch Packaging Technology, Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 90 Boroline Rd. |
| | State the term remaining | Auto-renews | Address |
| | | | |
| | List the contract number of any government contract | | |
| | | | |
| | | | Allendale / NJ / 07401 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.74 | State what the contract or lease is for and the nature of the debtor's interest | Boston Analytical Master Contract Service Agreement | Boston Analytical |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 14 Manor Parkway |
| | State the term remaining | 1/1/2024 | Address |
| | | | |
| | List the contract number of any government contract | | |
| | | | |
| | | | Salem / NH / 03079 |
| | | | City / State / ZIP Code |
| | | | Country |

**2.75** **State what the contract or lease is for and the nature of the debtor's interest**

Boston Analytical, Inc. Mutual Confidentiality and Non-Disclosure Agreement

Boston Analytical, Inc.
Name

James E. Mich
Notice Name

14 Manor Parkway
Address

**State the term remaining** 1/12/2027

**List the contract number of any government contract**

| Salem | NH | 03079 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.76** **State what the contract or lease is for and the nature of the debtor's interest**

Brent Credille, DVM, PhD, DACVIM Mutual Confidentiality and Non-Disclosure Agreement

Brent Credille, DVM, PhD, DACVIM
Name

Dr. Brent Credille
Notice Name

Address on File
Address

**State the term remaining** 7/28/2026

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

**2.77** **State what the contract or lease is for and the nature of the debtor's interest**

Hold Harmless Agreement

Buckeye Power Sales
Name

Notice Name

PO BOX 489
Address

**State the term remaining** Auto-renews

**List the contract number of any government contract**

| BLACKLICK | OH | 43004-0489 |
|---|---|---|
| City | State | ZIP Code |

Country

Name

**2.78** **State what the contract or lease is for and the nature of the debtor's interest**

Product Development and Exclusive Supply Agreement

Byron Chemical Company, Inc.

Name

Amar Lulla

Notice Name

CIPLA. LTD.

**State the term remaining**    2/16/2023

Address

289 Bellasis Road

**List the contract number of**

**any government contract**

Mumbai Central

| Mumbai | | 400 008 |
|---|---|---|
| City | State | ZIP Code |
| India | | |
| Country | | |

**2.79** **State what the contract or lease is for and the nature of the debtor's interest**

Assignment and Assumption Agreement

Calyptus Pharmaceuticals Inc.

Name

Shubhayu Sinharoy

Notice Name

174 Nassau Street #364

**State the term remaining**    6/30/2024

Address

**List the contract number of**

**any government contract**

| Princeton | NJ | 08542 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

**2.80** **State what the contract or lease is for and the nature of the debtor's interest**

Calyptus Pharmaceuticals Inc. Asset Purchase Agreement

Calyptus Pharmaceuticals Inc.

Name

Shubhayu Sinharoy

Notice Name

174 Nassau Street #364

**State the term remaining**    Auto-renews

Address

**List the contract number of**

**any government contract**

| Princeton | NJ | 08542 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

| 2.81 | **State what the contract or lease is for and the nature of the debtor's interest** | Assignment and Assumption Agreement | Calyptus Pharmaceuticals, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Shubhayu Sinharoy |
| | | | Notice Name |
| | | | 174 Nassau Street #364 |
| | **State the term remaining** | 6/22/2028 | Address |
| | **List the contract number of any government contract** | | |

| | | | Princeton | NJ | 08542 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.82 | **State what the contract or lease is for and the nature of the debtor's interest** | Assignment and Assumption Agreement | Calyptus Pharmaceuticals, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 174 Nassau Street # 364 |
| | **State the term remaining** | Auto-renews | Address |
| | **List the contract number of any government contract** | | |

| | | | Princeton | NJ | 08542 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.83 | **State what the contract or lease is for and the nature of the debtor's interest** | Severance Agreement | Camon, Kevin |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | Address on File |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |

| | | | City | State | ZIP Code |
|---|---|---|---|---|---|
| | | | Country | | |

Name

**2.84** **State what the contract or lease is for and the nature of the debtor's interest**

Amendment No 2 to Generic Wholesale Service Agreement

Cardinal Health

Name

Notice Name

7000 Cardinal Health Place

**State the term remaining**    Auto-renews

Address

**List the contract number of any government contract**

| Dublin | OH | 43017 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.85** **State what the contract or lease is for and the nature of the debtor's interest**

Cardinal Health WHolesale Purchase Agreement

Cardinal Health Inc.

Name

Notice Name

7000 Cardinal Health Place

**State the term remaining**    Auto-renews

Address

**List the contract number of any government contract**

| Dublin | OH | 43017 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.86** **State what the contract or lease is for and the nature of the debtor's interest**

Supply Agreement

Cardinal Health Inc.

Name

Robert Spina

Notice Name

7500 Cardinal Health Place

**State the term remaining**    Auto-renews

Address

**List the contract number of any government contract**

| Dublin | OH | 43017 |
|---|---|---|
| City | State | ZIP Code |

Country

Name

**2.87** **State what the contract or lease is for and the nature of the debtor's interest**

Cardinal Health Supplier Agreement

Cardinal Heath, Inc.

Name

Notice Name

7000 Cardinal Health Place

**State the term remaining** Auto-renews

Address

**List the contract number of any government contract**

| Dublin | OH | 43017 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.88** **State what the contract or lease is for and the nature of the debtor's interest**

Mutual Confidentiality and Non-Disclosure Agreement

Catalent USA Woodstock, Inc (Catalent)

Name

Notice Name

2210 Lakeshore Drive

**State the term remaining** 3/10/2028

Address

**List the contract number of any government contract**

| Woodstock | IL | 60098 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.89** **State what the contract or lease is for and the nature of the debtor's interest**

3-Way Confidentiality and Non-Disclosure Agreement

Cayman Chemical Company Inc. and Flavine North America, Inc.

Name

Notice Name

1180 E. Ellsworth Road

**State the term remaining** 12/18/2024

Address

**List the contract number of any government contract**

| Ann Arbor | MI | 48108 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.90 | State what the contract or lease is for and the nature of the debtor's interest | CDW Direct, LLC Amendment 1 to the Master Services and Product Sales Agreement | CDW Direct, LLC |
|---|---|---|---|
| | | | Name |
| | | | Jasmin Miller-Luciano |
| | | | Notice Name |
| | State the term remaining | 12/31/2023 | 200 N. Milwaukee Avenue |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | Vernon Hills | IL | 60061 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |

Country

| 2.91 | State what the contract or lease is for and the nature of the debtor's interest | CDW Direct, LLC. Master Services and Product Sales Agreement | CDW Direct, LLC. |
|---|---|---|---|
| | | | Name |
| | | | Tara K. Barbieri |
| | | | Notice Name |
| | State the term remaining | Auto-renews | 200 N. Milwaukee Avenue |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | Vernon Hills | IL | 60061 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |

Country

| 2.92 | State what the contract or lease is for and the nature of the debtor's interest | First Amendment to Lease | Cedar Brook 5 Corporate Center, L.P. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | 6/14/2026 | 4A Cedar Brook Drive |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | Cranbury | NJ | 08512 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |

Country

**2.93** State what the contract or lease is for and the nature of the debtor's interest

Amendment No. 2 to Lease Agreement

Cedar Brook Corporate Center, LP
Name

Notice Name

4A Cedar Brook Drive
Address

State the term remaining   6/14/2026

List the contract number of any government contract

| Cranbury | NJ | 08512 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.94** State what the contract or lease is for and the nature of the debtor's interest

Lease Agreement

Cedar Brook Corporate Center, LP
Name

Notice Name

4A Cedar Brook Drive
Address

State the term remaining   7/31/2026

List the contract number of any government contract

| Cranbury | NJ | 08512 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.95** State what the contract or lease is for and the nature of the debtor's interest

Celgene Non-Exclusive License Agreement

Celgene Corporation
Name

Perry A Karsen
Notice Name

86 Morris Ave
Address

State the term remaining   Evergreen

List the contract number of any government contract

| Summit | NJ | 07901 |
|---|---|---|
| City | State | ZIP Code |

Country

Name

**2.96** **State what the contract or lease is for and the nature of the debtor's interest**    Member Agreement

Cellco Partnerships, dba Verizon Wireless
Name

Notice Name

Legal and External Affairs
Address

**State the term remaining**    Auto-renews

One Verizon Way

**List the contract number of any government contract**

VC52S413

| Basking Ridge | NJ | 07920-1097 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.97** **State what the contract or lease is for and the nature of the debtor's interest**    National Drug Rebate Agreement

Center For Medicaid & Chip Services
Name

Notice Name

7500 Security Boulevard
Address

**State the term remaining**    Auto-renews

**List the contract number of any government contract**

| Baltimore | MD | 21244 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.98** **State what the contract or lease is for and the nature of the debtor's interest**    National Drug Rebate Agreement

Centers for Medicare and Medicaid Services
Name

Notice Name

7500 Security Boulevard
Address

**State the term remaining**    Auto-renews

**List the contract number of any government contract**

| Baltimore | MD | 21244 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.99 | **State what the contract or lease is for and the nature of the debtor's interest** | Centroflora Supply Agreement |

| | |
|---|---|
| **State the term remaining** | Auto-renews |
| **List the contract number of any government contract** | |

Centroflora CMS S.a.r.l.
Name

Notice Name

26-28, Rue Edward Steichen
Address

| Luxembourg | | L-2540 |
|---|---|---|
| City | State | ZIP Code |
| Luxembourg | | |
| Country | | |

| | | |
|---|---|---|
| 2.100 | **State what the contract or lease is for and the nature of the debtor's interest** | Nondisclosure Agreement between Akorn and Centroflora |

| | |
|---|---|
| **State the term remaining** | 6/15/2024 |
| **List the contract number of any government contract** | |

Centroflora CMS SARL
Name

Notice Name

26-28, Rue Edward Steichen
Address

| Luxembourg | | L-2540 |
|---|---|---|
| City | State | ZIP Code |
| Luxembourg | | |
| Country | | |

| | | |
|---|---|---|
| 2.101 | **State what the contract or lease is for and the nature of the debtor's interest** | Supply Agreement |

| | |
|---|---|
| **State the term remaining** | Auto-renews |
| **List the contract number of any government contract** | |

Cesar Castillo Inc.
Name

Notice Name

P.O. Box 191149
Address

| San Juan | PR | 00919-1149 |
|---|---|---|
| City | State | ZIP Code |
| | | |
| Country | | |

| 2.102 | **State what the contract or lease is for and the nature of the debtor's interest** | Supply Agreement | Cesar Castillo, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | P.O. Box 191149 |
| | **State the term remaining** | Auto-renews | Address |
| | **List the contract number of any government contract** | | |

| San Juan | PR | 00919-1149 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

| 2.103 | **State what the contract or lease is for and the nature of the debtor's interest** | Mutual Confidentiality and Non-Disclosure Agreement | Charles River Laboratories, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 251 Ballardvale Street |
| | **State the term remaining** | 4/2/2027 | Address |
| | **List the contract number of any government contract** | | |

| Wilmington | MA | 01887 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

| 2.104 | **State what the contract or lease is for and the nature of the debtor's interest** | Chem Aqua Master Service Agreement | Chem-Aqua, Inc. |
|---|---|---|---|
| | | | Name |
| | | | John Larsson |
| | | | Notice Name |
| | | | 2727 Chemsearch Blvd. |
| | **State the term remaining** | 1/26/2023 | Address |
| | **List the contract number of any government contract** | | |

| Irving | TX | 75062 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

| 2.105 | **State what the contract or lease is for and the nature of the debtor's interest** | CHEM AQUA SOW No. 1 | Chem-Aqua, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2727 Chemsearch Blvd. |
| | **State the term remaining** | 1/31/2024 | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Irving \| TX \| 75062 |
| | | | City \| State \| ZIP Code |
| | | | |
| | | | Country |

| 2.106 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement for Confidential Disclosures | Chemo Iberica, S.A |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | c/Dulcinea S/N 28805 Alcala de Henares |
| | **State the term remaining** | 3/8/2031 | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Madrid \| \| |
| | | | City \| State \| ZIP Code |
| | | | Spain |
| | | | Country |

| 2.107 | **State what the contract or lease is for and the nature of the debtor's interest** | Chemwerth, Inc. Contract of Supply | Chemwerth, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1764 Litchfield Turnpike |
| | **State the term remaining** | Auto-renews | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Woodbridge \| CT \| 06525 |
| | | | City \| State \| ZIP Code |
| | | | |
| | | | Country |

Name

| 2.108 | State what the contract or lease is for and the nature of the debtor's interest | Severance Agreement | Chen, Guoru |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | Address on File |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |
| | | | City                State        ZIP Code |
| | | | Country |

| 2.109 | State what the contract or lease is for and the nature of the debtor's interest | Severance Agreement | Chin, Weldon |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | Address on File |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |
| | | | City                State        ZIP Code |
| | | | Country |

| 2.110 | State what the contract or lease is for and the nature of the debtor's interest | Severance Agreement | Chintakindi, Manjula |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | Address on File |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |
| | | | City                State        ZIP Code |
| | | | Country |

| 2.111 | **State what the contract or lease is for and the nature of the debtor's interest** | Offer Letter | Christopher Young |
|-------|------|------|------|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Address on File |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.112 | **State what the contract or lease is for and the nature of the debtor's interest** | Severance Agreement | Cicero, Alan J |
|-------|------|------|------|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Address on File |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.113 | **State what the contract or lease is for and the nature of the debtor's interest** | Standard Rental Service Agreement | Cintas |
|-------|------|------|------|
| | | | Name |
| | | | Andrew Charron |
| | | | Notice Name |
| | | | 1605 Route 300 |
| | **State the term remaining** | 3/11/2027 | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Newburgh / NY / 12550 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.114 | State what the contract or lease is for and the nature of the debtor's interest | Standard Rental Service Agreement | Cintas |
|---|---|---|---|
| | | | Name |
| | | | Andrew Charron |
| | | | Notice Name |
| | | | 1605 Route 300 |
| | State the term remaining | Auto-renews | Address |
| | List the contract number of any government contract | | |
| | | | Newburgh / NY / 12550 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.115 | State what the contract or lease is for and the nature of the debtor's interest | Cintas Corporation Cleanroom Garment Rental Service Agreement (Amityville) | Cintas Corporation |
|---|---|---|---|
| | | | Name |
| | | | A. Eric Van Dalinda |
| | | | Notice Name |
| | | | Location No. 788 |
| | State the term remaining | Auto-renews | Address |
| | | | 1605 Route 300 |
| | List the contract number of any government contract | | |
| | | | Newburgh / NY / 12550 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.116 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality and Non-Disclosure Agreement | Cipla Limited, and Qualifyze HmbH |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | Cipla House Peninsula Business Park Ganpatrao Kadam Marg Lower Parel |
| | State the term remaining | 4/18/2023 | Address |
| | List the contract number of any government contract | | |
| | | | Mumbai / / 400013 |
| | | | City / State / ZIP Code |
| | | | India |
| | | | Country |

| | | |
|---|---|---|
| 2.117 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Consulting Services Agreement |

Circular Edge, LLC
Name

Sachin Choudhari
Notice Name

399 Campus Drive
Address

Suite #102

| Somerset | NJ | 08873 |
|---|---|---|
| City | State | ZIP Code |

Country

**State the term remaining** 4/6/2024

**List the contract number of any government contract**

---

| | | |
|---|---|---|
| 2.118 | **State what the contract or lease is for and the nature of the debtor's interest** | ClarusONE Sourcing Framework Agreement |

Clarusone Sourcing Services LLP
Name

Notice Name

6 St. Andrew Street
Address

5th Floor

| London | | EC4A 3AE |
|---|---|---|
| City | State | ZIP Code |

United Kingdom
Country

**State the term remaining** Auto-renews

**List the contract number of any government contract**

---

| | | |
|---|---|---|
| 2.119 | **State what the contract or lease is for and the nature of the debtor's interest** | Clearbrook Letter Notification |

Clearbrook
Name

David Galbraith, Kristin Smith, David Parisi, Mike Scully & Ana Tejada
Notice Name

972 Nicolls Road
Address

| Deer Park | NY | 11729 |
|---|---|---|
| City | State | ZIP Code |

Country

**State the term remaining** Auto-renews

**List the contract number of any government contract**

**2.120** **State what the contract or lease is for and the nature of the debtor's interest**

Clearsynth Canada, Inc. Mutual Confidentiality and Non-Disclosure Agreement

Clearsynth Canada, Inc.

Name

Dan Pietrobon

Notice Name

2395 Speakman Drive

Address

**State the term remaining** 2/8/2026

Suite 1001

**List the contract number of any government contract**

| Mississauga | ON | L5K 1B3 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

**2.121** **State what the contract or lease is for and the nature of the debtor's interest**

Cleaver Brooks Sales & Service Mutual Confidentiality and Non-Disclosure Agreement

Cleaver Brooks Sales & Service

Name

Michelle R. Frye

Notice Name

502 Crossen Ave

Address

**State the term remaining** 8/16/2024

**List the contract number of any government contract**

| Elk Grove Village | IL | 60007 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

**2.122** **State what the contract or lease is for and the nature of the debtor's interest**

Consulting Agreement

Colleen Cooke

Name

Notice Name

Address on File

Address

**State the term remaining** 4/9/2023

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Country | | |

**2.123** State what the contract or lease is for and the nature of the debtor's interest

Manufacturer's Rebate Agreement

Commonwealth of Pennsylvania Department of Aging
Name

Notice Name

400 Market Street
Address

State the term remaining — Auto-renews

List the contract number of any government contract

| Harrisburg | PA | 17101 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.124** State what the contract or lease is for and the nature of the debtor's interest

Rebate Agreement for PACE Program

Commonwealth of Pennsylvania Department of Aging
Name

Notice Name

400 Market Street
Address

State the term remaining — Auto-renews

List the contract number of any government contract

| Harrisburg | PA | 17101 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.125** State what the contract or lease is for and the nature of the debtor's interest

Complete Cleaning Service Agmt

Complete Cleaning Company, Inc.
Name

Mark Jamroz
Notice Name

615 Wheat Lane
Address

State the term remaining — Auto-renews

List the contract number of any government contract

| Wood Dale | IL | 60191 |
|---|---|---|
| City | State | ZIP Code |

Country

Name

| | | |
|---|---|---|
| 2.126 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Consulting Services Agreement |

ComResource, Inc.
Name

ComResource Inc
Notice Name

Attn Keith Potts 1159 Dublin Road
Address

Suite 200

| | | | |
|---|---|---|---|
| **State the term remaining** | 7/31/2023 | | |
| | | | |
| **List the contract number of any government contract** | | | |

| | | |
|---|---|---|
| Columbus | OH | 43215 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.127 | **State what the contract or lease is for and the nature of the debtor's interest** | Concur Business Services Agreement |

Concur Technologies, Inc.
Name

Melanie Morgan
Notice Name

18400 N.E. Union Hill Road
Address

| | | |
|---|---|---|
| **State the term remaining** | Auto-renews | |
| | | |
| **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| Redmond | WA | 98052 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.128 | **State what the contract or lease is for and the nature of the debtor's interest** | ConsultPharma Master Consulting Agreement |

ConsultPharma LLC
Name

Deepak Verma
Notice Name

405 Dickson Court
Address

| | | |
|---|---|---|
| **State the term remaining** | 9/23/2024 | |
| | | |
| **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| Highland Park | NJ | 08904 |
| City | State | ZIP Code |

Country

**2.129** | **State what the contract or lease is for and the nature of the debtor's interest** | Corden Pharma Caponage Proposal-Propofol Multidose 4th Registration Batch and Additional Activities

Corden Pharma Caponage S.p.A.

Name

Mimoun Ayoub, Ph.D. & Fabrizio Fiordigiglio

Notice Name

Viale dell'Industria, 3

Address

**State the term remaining** | Auto-renews

**List the contract number of any government contract**

| Caponage | MB | 20867 |
|---|---|---|
| City | State | ZIP Code |
| Italy | | |
| Country | | |

**2.130** | **State what the contract or lease is for and the nature of the debtor's interest** | Corden Pharma Caponago Proposal-Propofol 28 Registration Batch and Additional Activities Rev 2

Corden Pharma Caponago

Name

Brian Case & Fabrizio Fiordigiglio

Notice Name

Viale dell'Industria, 3

Address

**State the term remaining** | Auto-renews

**List the contract number of any government contract**

| Caponage | MB | 20867 |
|---|---|---|
| City | State | ZIP Code |
| Italy | | |
| Country | | |

**2.131** | **State what the contract or lease is for and the nature of the debtor's interest** | Corden Pharma S.p.A. Amendement #1 to Exclusive Supply Agreement

Corden Pharma S.p.A.

Name

Fabio Stevanon

Notice Name

Viale dell'Industria, 3

Address

**State the term remaining** | Auto-renews

**List the contract number of any government contract**

| Caponage | MB | 20867 |
|---|---|---|
| City | State | ZIP Code |
| Italy | | |
| Country | | |

| 2.132 | **State what the contract or lease is for and the nature of the debtor's interest** | Corden Pharma S.p.A. Supply Agreement | Corden Pharma S.p.A. |
|---|---|---|---|
| | | | Name |
| | | | Fabio Stevanon & Angelo Colombo |
| | | | Notice Name |
| | | | Viale dell'Industria, 3 |
| | **State the term remaining** | Auto-renews | Address |
| | **List the contract number of any government contract** | | |
| | | | Caponage | MB | 20867 |
| | | | City | State | ZIP Code |
| | | | Italy |
| | | | Country |

| 2.133 | **State what the contract or lease is for and the nature of the debtor's interest** | Mutual Confidentiality and Non-Disclosure Agreement | Corrosion Fluid Products Corp. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 1280 Lakeview Drive |
| | **State the term remaining** | 4/9/2024 | Address |
| | **List the contract number of any government contract** | | |
| | | | Romeoville | IL | 60446 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.134 | **State what the contract or lease is for and the nature of the debtor's interest** | Costco Akorn Agreement | Costco Pharmacy |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 999 Lake Dr. |
| | **State the term remaining** | Auto-renews | Address |
| | **List the contract number of any government contract** | | |
| | | | Issaquah | WA | 98027 |
| | | | City | State | ZIP Code |
| | | | Country |

| Debtor: | Akorn Operating Company LLC | Case number (if known): | 23-10255 |
|---|---|---|---|
| | Name | | |

**2.135** State what the contract or lease is for and the nature of the debtor's interest: Costco Agreement For Purchase of Kirkland Pharmaceutical Product

Costco Wholesale Corporation
Name

Victor Curtis
Notice Name

999 Lake Drive
Address

State the term remaining: Evergreen

List the contract number of any government contract

| Issaquah | WA | 98027 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.136** State what the contract or lease is for and the nature of the debtor's interest: Planned Maintenance Service Agreement

Crown Equipment Corporation d/b/a Crown Lift Trucks
Name

Notice Name

44 South Washington Street
Address

State the term remaining: 5/10/2023

List the contract number of any government contract

| New Bremen | OH | 45869 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.137** State what the contract or lease is for and the nature of the debtor's interest: Planned Maintenance Service Agreement

Crown Equipment Corporation d/b/a Crown Lift Trucks
Name

Notice Name

44 South Washington Street
Address

State the term remaining: 5/10/2023

List the contract number of any government contract

| New Bremen | OH | 45869 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | | | |
|---|---|---|---|---|
| 2.138 | **State what the contract or lease is for and the nature of the debtor's interest** | Preventative Maintenance Agreement | Cryostar Industries Inc. | |
| | | | Name | |
| | | | Susan Graf | |
| | | | Notice Name | |
| | **State the term remaining** | Auto-renews | 109 Urban Ave | |
| | | | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Westbury | NY | 11590 |
| | | | City | State | ZIP Code |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.139 | **State what the contract or lease is for and the nature of the debtor's interest** | Crystal Pharma Minimum Waiver Letter | Crystal Pharma | |
| | | | Name | |
| | | | Notice Name | |
| | **State the term remaining** | Auto-renews | Pargue Tecnologico de Boecillo - Parcela 105 | |
| | | | Address | |
| | **List the contract number of any government contract** | | 47151 Boecillo | |
| | | | Valladolid | |
| | | | City | State | ZIP Code |
| | | | Spain | |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.140 | **State what the contract or lease is for and the nature of the debtor's interest** | Gap Program Agreement | CT Dept of Social Services | |
| | | | Name | |
| | | | Notice Name | |
| | **State the term remaining** | Auto-renews | 55 Farmington Ave | |
| | | | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Hartford | CT | 06105 |
| | | | City | State | ZIP Code |
| | | | Country | |

| | | |
|---|---|---|
| 2.141 | **State what the contract or lease is for and the nature of the debtor's interest** | Development and Tech Transfer Agreement |
| | **State the term remaining** | 2/5/2030 |
| | **List the contract number of any government contract** | |

Cuckos Pharmaceutical Pvt. Ltd.
Name

Notice Name

Plot No. 132
Address

Sector 16 NSIIDC

| Bahadurgarh | Haryana | 124507 |
|---|---|---|
| City | State | ZIP Code |
| India | | |
| Country | | |

| | | |
|---|---|---|
| 2.142 | **State what the contract or lease is for and the nature of the debtor's interest** | Second Amendment to Lease |
| | **State the term remaining** | 8/31/2026 |
| | **List the contract number of any government contract** | |

CV II Gurnee LLC
Name

Sean Maher
Notice Name

1808 Swift Road
Address

| Oak Brook | IL | 60523 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

| | | |
|---|---|---|
| 2.143 | **State what the contract or lease is for and the nature of the debtor's interest** | CVS Caremark Part D Program Rebate Agreement |
| | **State the term remaining** | Auto-renews |
| | **List the contract number of any government contract** | |

CVS Caremark Part D Services LLC
Name

Notice Name

2211 Sanders Road
Address

| Northbrook | IL | 60062 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

| | | | | |
|---|---|---|---|---|
| 2.144 | **State what the contract or lease is for and the nature of the debtor's interest** | Dahl Retainer Agreement | Dahl Compliance Consulting LLC | |
| | | | Name | |
| | | | Brian Dahl | |
| | | | Notice Name | |
| | **State the term remaining** | Not stated | 4809 W. 148th Street | |
| | | | Address | |
| | **List the contract number of any government contract** | | | |

| | | | |
|---|---|---|---|
| Leawood | KS | 66224 |
| City | State | ZIP Code |
| | | |
| Country | | |

| | | | | |
|---|---|---|---|---|
| 2.145 | **State what the contract or lease is for and the nature of the debtor's interest** | Daicel Chiral Technologies, Inc. Mutual Confidentiality and Non-Disclosure Agreement | Daicel Chiral Technologies, Inc. | |
| | | | Name | |
| | | | Joseph M. Barendt Ph.D. | |
| | | | Notice Name | |
| | **State the term remaining** | 2/11/2026 | 1475 Dunwoody Drive | |
| | | | Address | |
| | **List the contract number of any government contract** | | Suite 310 | |

| | | |
|---|---|---|
| West Chester | PA | 19380 |
| City | State | ZIP Code |
| | | |
| Country | | |

| | | | | |
|---|---|---|---|---|
| 2.146 | **State what the contract or lease is for and the nature of the debtor's interest** | Mutual Confidentiality and Non-Disclosure Agreement | Datwyler Pharma Packaging Belgium NV | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | **State the term remaining** | 10/24/2026 | Industrieterrein Kolmen 1519 | |
| | | | Address | |
| | **List the contract number of any government contract** | | | |

| | | |
|---|---|---|
| Alken | | 3570 |
| City | State | ZIP Code |
| Belgium | | |
| Country | | |

Name

**2.147** **State what the contract or lease is for and the nature of the debtor's interest**   Consulting Agreement

David Furusho

Name

Notice Name

Address on File

**State the term remaining**   3/25/2023

Address

**List the contract number of any government contract**

City   State   ZIP Code

Country

**2.148** **State what the contract or lease is for and the nature of the debtor's interest**   DE Drug Rebate Program Agreement

DE Dep of Health and Social Services

Name

Notice Name

Lewis Building, DHSS Campus

**State the term remaining**   Auto-renews

Address

1901 N. DuPont Highway

**List the contract number of any government contract**

New Castle   DE   19720

City   State   ZIP Code

Country

**2.149** **State what the contract or lease is for and the nature of the debtor's interest**   DE Drug Rebate Program Agreement

DE Dept of Health and Social Services

Name

Notice Name

Lewis Building, DHSS Campus

**State the term remaining**   Auto-renews

Address

1901 N. DuPont Highway

**List the contract number of any government contract**

New Castle   DE   19720

City   State   ZIP Code

Country

| | | |
|---|---|---|
| 2.150 | **State what the contract or lease is for and the nature of the debtor's interest** | DE State Drug Rebate Program Agreement | Delaware Dept of Health and Social Services |

Name

Notice Name

Herman Holloway Sr. Campus
Address

**State the term remaining** Auto-renews

1901 N. DuPont Highway

**List the contract number of**

**any government contract**

| | | |
|---|---|---|
| New Castle | DE | 19720 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.151 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order No. P1_003 | Deloitte Consulting LLP |

Name

Niranjan "John" Rao
Notice Name

200 Renaissance Center
Address

**State the term remaining** 1/27/2023

Suite 3900

**List the contract number of**

**any government contract**

| | | |
|---|---|---|
| Detroit | MI | 48243 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.152 | **State what the contract or lease is for and the nature of the debtor's interest** | Engagement Letter | Deloitte Consulting LLP |

Name

Niranjan "John" Rao
Notice Name

200 Renaissance Center
Address

**State the term remaining** 1/27/2023

Suite 3900

**List the contract number of**

**any government contract**

| | | |
|---|---|---|
| Detroit | MI | 48243 |
| City | State | ZIP Code |

Country

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

| 2.153 | State what the contract or lease is for and the nature of the debtor's interest | Deloitte Change Order No. P2_001 to EL Akorn_DC LLP_Oracle EL_JDE Phase 2_20210201 | Deloitte Consulting LLP |
|---|---|---|---|

Name

Niranjan John Rao

Notice Name

**State the term remaining** Auto-renews

200 Renaissance Center

Address

**List the contract number of any government contract**

Suite 3900

| Detroit | MI | 48243 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.154 | State what the contract or lease is for and the nature of the debtor's interest | Administrative Services Contract | Delta Dental of Illinois |
|---|---|---|---|

Name

Bernard Glossy

Notice Name

**State the term remaining** Auto-renews

111 Shuman Blvd.

Address

**List the contract number of any government contract**

| Naperville | IL | 60563 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.155 | State what the contract or lease is for and the nature of the debtor's interest | Severance Agreement | DeLuca, Diane Marie |
|---|---|---|---|

Name

Notice Name

Address on File

**State the term remaining** N/A

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | | | |
|---|---|---|---|---|
| 2.156 | **State what the contract or lease is for and the nature of the debtor's interest** | Denovo Ventures Amendment No. 1 to MSA | Denovo Ventures | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 6400 Lookout Road | |
| | **State the term remaining** | 12/31/2023 | Address | |
| | | | Suite 101 | |
| | **List the contract number of** | | | |
| | **any government contract** | | | |
| | | | Boulder | CO | 80301 |
| | | | City | State | ZIP Code |
| | | | | |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.157 | **State what the contract or lease is for and the nature of the debtor's interest** | Denovo Master Consulting Agreement | Denovo Ventures, LLC | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 6400 Lookout Road | |
| | **State the term remaining** | 12/31/2023 | Address | |
| | | | Suite 101 | |
| | **List the contract number of** | | | |
| | **any government contract** | | | |
| | | | Boulder | CO | 80301 |
| | | | City | State | ZIP Code |
| | | | | |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.158 | **State what the contract or lease is for and the nature of the debtor's interest** | Denovo Ventures Amendment No. 2 | Denovo Ventures, LLC | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 6400 Lookout Road | |
| | **State the term remaining** | 12/31/2023 | Address | |
| | | | Suite 101 | |
| | **List the contract number of** | | | |
| | **any government contract** | | | |
| | | | Boulder | CO | 80301 |
| | | | City | State | ZIP Code |
| | | | | |
| | | | Country | |

                                                          Name

| 2.159 | **State what the contract or lease is for and the nature of the debtor's interest** | Department of Veterans Affairs Amendment of Soliciation/Modification of Contract 0003 | Department of Veterans Affairs |
|-------|--------|--------|--------|
| | | | Name |
| | | | Erik A. Boehmke |
| | | | Notice Name |
| | | | OPAL/National Acquisition Center |
| | **State the term remaining** | Auto-renews | Address |
| | | | Building 37, 1st Avenue |
| | **List the contract number of** | | |
| | **any government contract** | | One Block North of Cermak |

| | | | Hines | IL | 60141 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |

| | | | | |
|---|---|---|---|---|
| | | | Country | |

| 2.160 | **State what the contract or lease is for and the nature of the debtor's interest** | Department of Veterans Affairs Amendment of Soliciation/Modification of Contract 0006 | Department of Veterans Affairs |
|-------|--------|--------|--------|
| | | | Name |
| | | | Deborah J. Bukowski |
| | | | Notice Name |
| | | | National Acquisition Center |
| | **State the term remaining** | Auto-renews | Address |
| | | | P.O. Box 76 |
| | **List the contract number of** | | |
| | **any government contract** | | Bldg. 37 |

| | | | Hines | IL | 60141 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |

| | | | | |
|---|---|---|---|---|
| | | | Country | |

| 2.161 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Agreement | Diligent Corporation |
|-------|--------|--------|--------|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1385 Broadway |
| | **State the term remaining** | Auto-renews | Address |
| | | | 19th Floor |
| | **List the contract number of** | | |
| | **any government contract** | | |

| | | | New York | NY | 10018 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |

| | | | | |
|---|---|---|---|---|
| | | | Country | |

| 2.162 | State what the contract or lease is for and the nature of the debtor's interest | Diligent Service Agreement | Diligent Corporation |
| --- | --- | --- | --- |

Name

Notice Name

1385 Broadway

Address

19th Flr

| State the term remaining | Auto-renews |
| --- | --- |

List the contract number of any government contract

| New York | NY | 10018 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

| 2.163 | State what the contract or lease is for and the nature of the debtor's interest | Direct Energy Gas Contract | Direct Energy Business Marketing, LLC d/b/a Direct Energy Business |
| --- | --- | --- | --- |

Name

Adam Acevedo

Notice Name

194 Wood Avenue South

Address

2nd Floor

| State the term remaining | 4/30/2027 |
| --- | --- |

List the contract number of any government contract

| Iselin | NJ | 08830 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

| 2.164 | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement | DLA Troup Support Medical Supply Chain FSG |
| --- | --- | --- | --- |

Name

Notice Name

700 Robbins Ave

Address

| State the term remaining | Auto-renews |
| --- | --- |

List the contract number of any government contract

| Philadelphia | PA | 19111 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

Name

**2.165** **State what the contract or lease is for and the nature of the debtor's interest** — License Agreement

DMD America Inc.
Name

Eric Zimmerman
Notice Name

**State the term remaining** — Auto-renews

205 South Salina Street Suite 400
Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Syracuse | NY | 13202 |
| City | State | ZIP Code |

Country

**2.166** **State what the contract or lease is for and the nature of the debtor's interest** — Consulting Agreement

Dominique Cassese
Name

Notice Name

Address on File

**State the term remaining** — 3/25/2023

Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**2.167** **State what the contract or lease is for and the nature of the debtor's interest** — Douglas Pharmaceuticals America Limited Transfer, License and Supply Agreement

Douglas Pharmaceuticals America Limited
Name

Jeffrey Douglas
Notice Name

Central Park Drive
Address

**State the term remaining** — Auto-renews

Lincoln

**List the contract number of any government contract**

| | | |
|---|---|---|
| Auckland | | 0610 |
| City | State | ZIP Code |
| New Zealand | | |

Country

| | | |
|---|---|---|
| 2.168 | **State what the contract or lease is for and the nature of the debtor's interest** | Douglas Pharmaceuticals Limited Transfer, License and Supply Agreement |

Douglas Pharmaceuticals Limited
Name

Jeffrey Douglas
Notice Name

Central Park Drive
Address

Lincoln

**State the term remaining** Auto-renews

**List the contract number of any government contract**

| Auckland | | 0610 |
|---|---|---|
| City | State | ZIP Code |
| New Zealand | | |
| Country | | |

| | | |
|---|---|---|
| 2.169 | **State what the contract or lease is for and the nature of the debtor's interest** | Executive Employment Agreement |

Douglas S. Boothe
Name

Notice Name

Address on File
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| | | |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

| | | |
|---|---|---|
| 2.170 | **State what the contract or lease is for and the nature of the debtor's interest** | Offer Letter |

Douglas S. Boothe
Name

Notice Name

Address on File
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| | | |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

Name

| | | |
|---|---|---|
| 2.171 | **State what the contract or lease is for and the nature of the debtor's interest** | Settlement Agreement |

DP West Lake at Conway LLC
Name

Notice Name

C/O GPT SANTA FE SPRINGS OWNER LP
Address

PO BOX 200507

| **State the term remaining** | N/A |
|---|---|

**List the contract number of any government contract**

| DALLAS | TX | 75320-0507 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.172 | **State what the contract or lease is for and the nature of the debtor's interest** | Consulting Agreement |

Dr. Brent Credille, DVCM, DACVIM
Name

Dr. Brent Credille, DVCM, DACVIM
Notice Name

Address on File
Address

| **State the term remaining** | 8/8/2024 |
|---|---|

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.173 | **State what the contract or lease is for and the nature of the debtor's interest** | Dr. Caryn E. Plummer (veterinary ophthalmologist) Mutual Confidentiality and Non-Disclosure Agreement |

Dr. Caryn E. Plummer (veterinary ophthalmologist)
Name

Dr. Caryn E. Plummer
Notice Name

Address on File
Address

| **State the term remaining** | 2/16/2026 |
|---|---|

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| 2.174 | **State what the contract or lease is for and the nature of the debtor's interest** | Consulting Agreement | Dr. Nora Matthews |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Address on File |
| | **State the term remaining** | Evergreen | Address |
| | **List the contract number of any government contract** | | |

| | | | City | State | ZIP Code |
|---|---|---|---|---|---|
| | | | | | |
| | | | Country | | |

| 2.175 | **State what the contract or lease is for and the nature of the debtor's interest** | Severance Agreement | Drate-Schwerdlin, Ethel |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Address on File |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |

| | | | City | State | ZIP Code |
|---|---|---|---|---|---|
| | | | | | |
| | | | Country | | |

| 2.176 | **State what the contract or lease is for and the nature of the debtor's interest** | DXC Technology Services LLC Mutual Confidentiality and Non-Disclosure Agreement | DXC Technology Services LLC |
|---|---|---|---|
| | | | Name |
| | | | Mitesh Arora |
| | | | Notice Name |
| | | | 1775 Tysons Boulevard |
| | **State the term remaining** | 10/7/2024 | Address |
| | **List the contract number of any government contract** | | |

| | | | City | State | ZIP Code |
|---|---|---|---|---|---|
| | | | Tysons | VA | 22102 |
| | | | Country | | |

**2.177** **State what the contract or lease is for and the nature of the debtor's interest**   Master Service Agreement

Eagle Pharmacy LLC

Name

Stacy Huss

Notice Name

350 Eagles Landing Drive

Address

**State the term remaining**   Auto-renews

**List the contract number of any government contract**

| Lakeland | FL | 33810 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.178** **State what the contract or lease is for and the nature of the debtor's interest**   Ecolab Master Professional Service Agreement

Ecolab Inc.

Name

Cheryl Vaske

Notice Name

1 Ecolab Place

Address

**State the term remaining**   10/5/2023

EGH/6.

**List the contract number of any government contract**

| St. Paul | MN | 55102 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.179** **State what the contract or lease is for and the nature of the debtor's interest**   Fifth Amendment to GPO Product Agreement

Econdisc contracting Solutions, LLC

Name

Notice Name

8555 University Place Drive

Address

**State the term remaining**   Auto-renews

**List the contract number of any government contract**

| Saint Louis | MO | 63121 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.180 | **State what the contract or lease is for and the nature of the debtor's interest** | GPO Product Agreement | Econdisc Contracting Solutions, LLC |
| | | | Name |
| | | | Attn VP & General Manager, Legal Counsel |
| | | | Notice Name |
| | | | Econdisc Contracting Solutions |
| | **State the term remaining** | Auto-renews | Address |
| | | | LLC 8555 University Place Drive |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| St. Louis | MO | 63121 |
| City | State | ZIP Code |
| | | |
| Country | | |

| | | | |
|---|---|---|---|
| 2.181 | **State what the contract or lease is for and the nature of the debtor's interest** | EDI Placement Services Agreement | EDI Specialists, Inc dba EDI Staffing |
| | | | Name |
| | | | Notice Name |
| | | | 31 Bellows Road |
| | **State the term remaining** | Evergreen | Address |
| | | | PO Box 116 |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| Raynham | MA | 02767 |
| City | State | ZIP Code |
| | | |
| Country | | |

| | | | |
|---|---|---|---|
| 2.182 | **State what the contract or lease is for and the nature of the debtor's interest** | EDI Consulting Services Agreement | EDI Specialists, Inc. |
| | | | Name |
| | | | Notice Name |
| | | | 31 Bellows Road |
| | **State the term remaining** | Evergreen | Address |
| | | | PO Box 116 |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| Raynham | MA | 02767 |
| City | State | ZIP Code |
| | | |
| Country | | |

Name

**2.183** | **State what the contract or lease is for and the nature of the debtor's interest** | EG Life Sciences LLC

EG Life Sciences, LLC
Name

Notice Name

PO Box 5752

**State the term remaining** | 1/31/2023

Address

**List the contract number of any government contract**

| Evanston | IL | 60204 |
| City | State | ZIP Code |

Country

**2.184** | **State what the contract or lease is for and the nature of the debtor's interest** | EG Life Sciences Divya Prasaath

EG Life Sciences, LLC
Name

Notice Name

55 Walkers Brook Drive

**State the term remaining** | 3/31/2023

Address

6th FLR

**List the contract number of any government contract**

| Reading | MA | 01867 |
| City | State | ZIP Code |

Country

**2.185** | **State what the contract or lease is for and the nature of the debtor's interest** | EGeen International Corporation Master Agreement

EGeen International Corporation
Name

Kalev Kask
Notice Name

1949 Landings Drive

**State the term remaining** | Auto-renews

Address

**List the contract number of any government contract**

| Mountain View | CA | 94043 |
| City | State | ZIP Code |

Country

**2.186** **State what the contract or lease is for and the nature of the debtor's interest**   Consulting Agreement

Elias Reichel, MD , Brandon Busbee, BD

Name

Notice Name

Address on File

**State the term remaining**   Auto-renews

Address

**List the contract number of any government contract**

City                          State                ZIP Code

Country

**2.187** **State what the contract or lease is for and the nature of the debtor's interest**   EMD Millipore Corporation Confidentiality Agreement

EMD Millipore Corporation

Name

Zach Allen & John Astarita

Notice Name

400 Summit Drive

**State the term remaining**   4/17/2023

Address

**List the contract number of any government contract**

Burlington                   MA                  01803

City                          State                ZIP Code

Country

**2.188** **State what the contract or lease is for and the nature of the debtor's interest**   EMD Millipore Corporation Mutual Confidentiality and Non-Disclosure Agreement

EMD Millipore Corporation

Name

Elizabeth Mitchell

Notice Name

3050 Spruce Street

**State the term remaining**   7/15/2026

Address

**List the contract number of any government contract**

St. Louis                    MO                  63103

City                          State                ZIP Code

Country

| | | |
|---|---|---|
| 2.189 | **State what the contract or lease is for and the nature of the debtor's interest** | EMD Master Professional Services Agreement |

EMD Millipore Corporation

Name

Raymond Reilly

Notice Name

400 Summit Drive

Address

**State the term remaining** 12/6/2026

**List the contract number of any government contract**

| Burlington | MA | 01803 |
|---|---|---|
| City | State | ZIP Code |

Country

---

| | | |
|---|---|---|
| 2.190 | **State what the contract or lease is for and the nature of the debtor's interest** | EMD SOW No. 1 |

EMD Millipore Corporation

Name

Raymond Reilly

Notice Name

400 Summit Drive

Address

**State the term remaining** 9/30/2026

**List the contract number of any government contract**

| Burlington | MA | 01803 |
|---|---|---|
| City | State | ZIP Code |

Country

---

| | | |
|---|---|---|
| 2.191 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Professional Services Agreement |

EMD Millipore Corporation

Name

Notice Name

25802 NETWORK PLACE

Address

**State the term remaining** 12/6/2026

**List the contract number of any government contract**

| CHICAGO | IL | 60673-1258 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.192 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work | EMD Millipore Corporation |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 25802 NETWORK PLACE |
| | State the term remaining | 12/6/2026 | Address |
| | | | |
| | List the contract number of any government contract | | |
| | | | |
| | | | CHICAGO | IL | 60673-1258 |

| City | State | ZIP Code |
|---|---|---|

Country

| 2.193 | State what the contract or lease is for and the nature of the debtor's interest | New York Natural Gas Firm Commercial Service Agreement | ENGIE Power & Gas LLC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 920 Railroad Ave |
| | State the term remaining | 2/8/2025 | Address |
| | | | |
| | List the contract number of any government contract | | |
| | | | |
| | | | Woodmere | NY | 11598 |

| City | State | ZIP Code |
|---|---|---|

Country

| 2.194 | State what the contract or lease is for and the nature of the debtor's interest | Enviroclean Janitorial Services Agmt | Enviroclean Janitorial Services, LLC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 800B Hartle Street |
| | State the term remaining | 12/31/2023 | Address |
| | | | |
| | List the contract number of any government contract | | |
| | | | |
| | | | Sayreville | NJ | 08872 |

| City | State | ZIP Code |
|---|---|---|

Country

| 2.195 | **State what the contract or lease is for and the nature of the debtor's interest** | Offer Letter | Erislandy Dorado-Boladeres |
|---|---|---|---|

Name

Notice Name

Address on File

| | **State the term remaining** | N/A | Address |

| | **List the contract number of any government contract** | | |

| | | | City · State · ZIP Code |

| | | | Country |

| 2.196 | **State what the contract or lease is for and the nature of the debtor's interest** | Ethypharm S.A. License and Distribution Agreement | Ethypharm S.A. |
|---|---|---|---|

Name

H. Lecat

Notice Name

194 Bureaux de la Colline

| | **State the term remaining** | 12/30/2027 | Address |

| | **List the contract number of any government contract** | | |

| | | | Saint-Cloud · · 92213 |
| | | | City · State · ZIP Code |

| | | | France |
| | | | Country |

| 2.197 | **State what the contract or lease is for and the nature of the debtor's interest** | Eurofins Amatsi Analytics Mutual Confidentiality and Non-Disclosure Agreement | Eurofins Amatsi Analytics |
|---|---|---|---|

Name

Philippe Birckel

Notice Name

Parc de Genibrat

| | **State the term remaining** | 3/8/2026 | Address |

| | **List the contract number of any government contract** | | |

| | | | Fontenilles · · 31470 |
| | | | City · State · ZIP Code |

| | | | Country |

| | | |
|---|---|---|
| 2.198 | **State what the contract or lease is for and the nature of the debtor's interest** | 3 Way Confidentiality and Non Disclosure Agreement |

Eurofins Lancaster Laboratories, Inc. | Eurofins Biolab Srl
Name

Notice Name

2425 New Holland Pike
Address

| | **State the term remaining** | 6/6/2028 |
|---|---|---|
| | **List the contract number of any government contract** | |

| Lancaster | PA | 17601 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.199 | **State what the contract or lease is for and the nature of the debtor's interest** | Eurofins Lancaster Laboratories, Inc., Eurofins Amatsi Analytics and Eurofins Biolab S.r.l Amendment #1 to Master Professional Services Agreement |

Eurofins Lancaster Laboratories, Inc., Eurofins Amatsi Analytics and Eurofins Biolab S.r.l
Name

Antoine Balland, Neal Salerno & Alessandro Radici
Notice Name

2425 New Holland Pike
Address

| | **State the term remaining** | 4/21/2029 |
|---|---|---|
| | **List the contract number of any government contract** | |

| Lancaster | PA | 17601 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.200 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment E |

Evisort Inc.
Name

Notice Name

177 Bovet Road
Address

Suite 400

| | **State the term remaining** | 7/31/2023 |
|---|---|---|
| | **List the contract number of any government contract** | |

| San Mateo | CA | 94402 |
|---|---|---|
| City | State | ZIP Code |

Country

| Debtor: | Akorn Operating Company LLC | | Case number *(if known)*: | 23-10255 | |
|---|---|---|---|---|---|
| | Name | | | | |

| 2.201 | **State what the contract or lease is for and the nature of the debtor's interest** | Evisort Amendment E | Evisort Inc. | | |
|---|---|---|---|---|---|
| | | | Name | | |
| | | | Jake Sussman | | |
| | | | Notice Name | | |
| | **State the term remaining** | 7/31/2023 | 177 Bovet Road | | |
| | | | Address | | |
| | **List the contract number of** | | Suite 400 | | |
| | **any government contract** | | | | |
| | | | San Mateo | CA | 94402 |
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.202 | **State what the contract or lease is for and the nature of the debtor's interest** | Evoqua Schedule of Services 0072009385 | Evoqua Water Technologies | | |
|---|---|---|---|---|---|
| | | | Name | | |
| | | | Judlyn Blume | | |
| | | | Notice Name | | |
| | **State the term remaining** | 1/31/2024 | 210 6th Ave. | | |
| | | | Address | | |
| | **List the contract number of** | | Suite 3300. | | |
| | **any government contract** | | | | |
| | | | Pittsburgh | PA | 15222 |
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.203 | **State what the contract or lease is for and the nature of the debtor's interest** | Evoqua Schedule of Services 0072009455 | Evoqua Water Technologies | | |
|---|---|---|---|---|---|
| | | | Name | | |
| | | | Judlyn Blume | | |
| | | | Notice Name | | |
| | **State the term remaining** | 1/31/2024 | 210 6th Ave. | | |
| | | | Address | | |
| | **List the contract number of** | | Suite 3300 | | |
| | **any government contract** | | | | |
| | | | Pittsburgh | PA | 15222 |
| | | | City | State | ZIP Code |
| | | | Country | | |

| | | |
|---|---|---|
| 2.204 | **State what the contract or lease is for and the nature of the debtor's interest** | Evoqua Schedule of Services 0072036411 |

Evoqua Water Technologies
Name

Judlyn Blume
Notice Name

210 6th Ave
Address

Suite 3300

**State the term remaining** 1/31/2024

**List the contract number of any government contract**

| Pittsburgh | PA | 15222 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.205 | **State what the contract or lease is for and the nature of the debtor's interest** | Evoqua Schedule of Services 0072133247 |

Evoqua Water Technologies
Name

Judlyn Blume
Notice Name

210 6th Ave.
Address

Suite 3300

**State the term remaining** 1/31/2024

**List the contract number of any government contract**

| Pittsburgh | PA | 15222 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.206 | **State what the contract or lease is for and the nature of the debtor's interest** | Excella GmbH & Co. KG Exclusive API Supply Agreement |

Excella GmbH & Co. KG
Name

Notice Name

Nuernberger Str. 12
Address

**State the term remaining** 12/1/2027

**List the contract number of any government contract**

| Feucht | | 90537 |
|---|---|---|
| City | State | ZIP Code |

Germany
Country

**2.207**

| | |
|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | Excellis Health Amendment No. 1 |

Excellis Health Solutions, LLC
Name

Notice Name

4 East Bridge Street
Address

Suite 300

| | | |
|---|---|---|
| **State the term remaining** | 11/16/2024 | |
| **List the contract number of any government contract** | | |

| New Hope | PA | 18983 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.208**

| | |
|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | Excellis Health Master Services Agmt |

Excellis Health Solutions, LLC
Name

Notice Name

4 East Bridge Street
Address

Suite 300

| | | |
|---|---|---|
| **State the term remaining** | 11/16/2024 | |
| **List the contract number of any government contract** | | |

| New Hope | PA | 18983 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.209**

| | |
|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | Exela Pharma Sciences, LLC Quality Agreement-CMO |

Exela Pharma Sciences, LLC
Name

Rita Boucher
Notice Name

1245 Blowing Rock Blvd.
Address

| | | |
|---|---|---|
| **State the term remaining** | 11/15/2026 | |
| **List the contract number of any government contract** | | |

| Lenoir | NC | 28645 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | Name |
|---|---|---|

**2.210** State what the contract or lease is for and the nature of the debtor's interest

Express Scripts Medicare Part D Rebate Program Agreement

Express Scripts Senior Care Holdings, Inc.
Name

Notice Name

One Express Way
Address

State the term remaining     Auto-renews

List the contract number of any government contract

| St. Louis | MO | 63121 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.211** State what the contract or lease is for and the nature of the debtor's interest

Fareva Letter Agreement of Serialization Costs

Fareva Group
Name

Notice Name

Pharma Division
Address

State the term remaining     Auto-renews

les Iles Ferays

List the contract number of any government contract

| Tournon sur Rhone | | 07300 |
|---|---|---|
| City | State | ZIP Code |
| France | | |
| Country | | |

**2.212** State what the contract or lease is for and the nature of the debtor's interest

Offer Letter

Farhan Aslam
Name

Notice Name

Address on File
Address

State the term remaining     N/A

List the contract number of any government contract

| City | State | ZIP Code |
|---|---|---|

Country

**2.213** **State what the contract or lease is for and the nature of the debtor's interest**

Farmabios S.p.a Mutual Confidentiality and Non-Disclosure Agreement

Farmabios S.p.a

Name

Notice Name

Via Pavia 1

**State the term remaining** 4/21/2025

Address

**List the contract number of any government contract**

| Gropello Cairoli (PV) | | 27027 |
|---|---|---|
| City | State | ZIP Code |
| Italy | | |
| Country | | |

**2.214** **State what the contract or lease is for and the nature of the debtor's interest**

FAST Solutions Agreement

Fastenal Company

Name

Notice Name

3115 Grand Prix Drive

**State the term remaining** Auto-renews

Address

**List the contract number of any government contract**

| Decatur | IL | 62526 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

**2.215** **State what the contract or lease is for and the nature of the debtor's interest**

Engagement for Services Amendment

Federal Compliance Solutions, LLC

Name

Notice Name

5 PENNSFORD LANE

**State the term remaining** Evergreen

Address

**List the contract number of any government contract**

| MEDIA | PA | 19063 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

**2.216** **State what the contract or lease is for and the nature of the debtor's interest**

Master Professional Service Agreement for Purchase and Installation of Capital Equipment

Feldmeier Equipment
Name

Notice Name

6715 Robert Feldmeier Parkway
Address

**State the term remaining**    5/20/2023

**List the contract number of any government contract**

| Syracuse | NY | 13211 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.217** **State what the contract or lease is for and the nature of the debtor's interest**

Flavine Exclusive Supply Agmt

Flavine North America, Inc.
Name

Notice Name

61 South Paramus Road
Address

Suite 565

**State the term remaining**    Auto-renews

**List the contract number of any government contract**

| Paramus | NJ | 07652 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.218** **State what the contract or lease is for and the nature of the debtor's interest**

Severance Agreement

Franke, Patricia A
Name

Notice Name

Address on File
Address

**State the term remaining**    N/A

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

Name

| | | | |
|---|---|---|---|
| 2.219 | **State what the contract or lease is for and the nature of the debtor's interest** | Freyr Master Consulting Services Agreement | Freyr Inc. |
| | | | Name |
| | | | Prasanna NG |
| | | | Notice Name |
| | | | 150 College Rd West |
| | **State the term remaining** | 6/7/2024 | Address |
| | | | Ste 102 |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| Princeton | NJ | 08540 |
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.220 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Consulting Service Agreement | Freyr Inc. |
| | | | Name |
| | | | Notice Name |
| | | | 1925 West Field Court |
| | **State the term remaining** | 6/7/2024 | Address |
| | | | Suite 300 |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| Lake Forest | IL | 60045 |
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.221 | **State what the contract or lease is for and the nature of the debtor's interest** | Mutual Confidentiality and Non-Disclosure Agreement | Freyr Inc. |
| | | | Name |
| | | | Notice Name |
| | | | 150 College Rd West Suite 102 |
| | **State the term remaining** | 6/6/2026 | Address |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| Princeton | NJ | 08540 |
| City | State | ZIP Code |

Country

| 2.222 | State what the contract or lease is for and the nature of the debtor's interest | BCDR Configuration | Frontier Technology LLC, dba MicroAge |
| | | | Name |
| | | | Kyle Yencer |
| | | | Notice Name |
| | State the term remaining | Auto-renews | 15210 S 50TH St Ste 180 |
| | | | Address |
| | List the contract number of any government contract | | |
| | | | Phoenix / AZ / 85044-9136 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.223 | State what the contract or lease is for and the nature of the debtor's interest | MSA - Purchase and Sale Contract | Frontier Technology, LLC dba Microage |
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Auto-renews | 309 Waverly Oaks Road |
| | | | Address |
| | List the contract number of any government contract | | |
| | | | Waltham / MA / 02452 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.224 | State what the contract or lease is for and the nature of the debtor's interest | FTI Consulting Letter Agreement | FTI Consulting |
| | | | Name |
| | | | Notice Name |
| | | | Wall Street Plaza |
| | State the term remaining | Auto-renews | Address |
| | | | 88 Pine Street |
| | List the contract number of any government contract | | 32nd Flr |
| | | | New York / NY / 10005 |
| | | | City / State / ZIP Code |
| | | | Country |

| | | |
|---|---|---|
| 2.225 | **State what the contract or lease is for and the nature of the debtor's interest** | FTI Consulting Engagement Ltr |

FTI Consulting

Name

Notice Name

227 W. Monroe St.

Address

Suite 900

**State the term remaining** — Auto-renews

**List the contract number of any government contract**

| Chicago | IL | 60606 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.226 | **State what the contract or lease is for and the nature of the debtor's interest** | Mutual Confidentiality and Non-Disclosure Agreement |

Gad Consulting Services

Name

Notice Name

4008 Barrett Drive Suite 201

Address

**State the term remaining** — 11/29/2025

**List the contract number of any government contract**

| Raleigh | NC | 27609 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.227 | **State what the contract or lease is for and the nature of the debtor's interest** | Severance Agreement |

Gavaskar, Kaustubh

Name

Notice Name

Address on File

Address

**State the term remaining** — N/A

**List the contract number of any government contract**

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.228 | State what the contract or lease is for and the nature of the debtor's interest | Capital Equipment Supply Agreement | Getinge, USA |
| | | | Name |

| | | | Notice Name |

| | State the term remaining | Auto-renews | 1777 East Henrietta Road |
| | | | Address |

| | List the contract number of any government contract | | |

| | | | Rochester | NY | 14623 |
| | | | City | State | ZIP Code |

| | | | Country |

| 2.229 | State what the contract or lease is for and the nature of the debtor's interest | Glass Bottle Outlet Non-Solicitation Letter | Glass Bottle Outlet |
| | | | Name |
| | | | Paul Gruber |
| | | | Notice Name |

| | State the term remaining | Auto-renews | 110 WEST INTERLAKE BLVD |
| | | | Address |

| | List the contract number of any government contract | | |

| | | | LAKE PLACID | FL | 33852 |
| | | | City | State | ZIP Code |

| | | | Country |

| 2.230 | State what the contract or lease is for and the nature of the debtor's interest | Amendment #1 to Master Professional Services Agreement for Purchase and INstallation of Capital Equipment | GMM Pfaudler US, Inc. |
| | | | Name |

| | | | Notice Name |

| | State the term remaining | 5/15/2023 | 100 West Avenue |
| | | | Address |

| | List the contract number of any government contract | | |

| | | | Rochester | NY | 14692-3600 |
| | | | City | State | ZIP Code |

| | | | Country |

| | | |
|---|---|---|
| 2.231 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Professional Services Agreement for Purchase and Installation of Capital Equipment and Design Build Services |

GMP Project Services LLC
Name

Notice Name

PO Box 298

**State the term remaining**    9/29/2023    Address

**List the contract number of any government contract**

| Basking Ridge | NJ | 07920 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.232 | **State what the contract or lease is for and the nature of the debtor's interest** | Golden State Rebate to Purchase Agmt |

Golden State Medical Supply
Name

Notice Name

5187 Camino Ruiz

**State the term remaining**    Auto-renews    Address

**List the contract number of any government contract**

| Carmarillo | CA | 93012 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.233 | **State what the contract or lease is for and the nature of the debtor's interest** | Golden State Purchase Agreement |

Golden State Medical Supply Inc
Name

Notice Name

5187 Camino Ruiz

**State the term remaining**    3/27/2025    Address

**List the contract number of any government contract**

| Camarillo | CA | 93012 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.234 | State what the contract or lease is for and the nature of the debtor's interest | Toner Inclusive Maintenance Agreement | Gordon Flesch Company, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Matthew Shipley |
| | | | Notice Name |
| | State the term remaining | Auto-renews | 2675 Research Park Drive |
| | | | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Madison | WI | 53711 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.235 | State what the contract or lease is for and the nature of the debtor's interest | Severance Agreement | Gossard, John Edward |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | Address on File |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.236 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement | Grant Thornton LLP |
|---|---|---|---|
| | | | Name |
| | | | Steven Sparks |
| | | | Notice Name |
| | | | 175 W. Jackson Blvd |
| | State the term remaining | Auto-renews | Address |
| | | | 20th Flr |
| | List the contract number of any government contract | | |
| | | | Chicago | IL | 60604 |
| | | | City | State | ZIP Code |
| | | | Country |

Name

**2.237** | **State what the contract or lease is for and the nature of the debtor's interest** | Letter Agreement

Greenhill & Co. LLC
Name

Robert Hill
Notice Name

1271 Avenue of the Americas
Address

**State the term remaining** | Evergreen

**List the contract number of any government contract**

| | New York | NY | 10020 |
|---|---|---|---|
| | City | State | ZIP Code |

Country

**2.238** | **State what the contract or lease is for and the nature of the debtor's interest** | Severance Agreement

Guo, Wenjuan
Name

Notice Name

Address on File
Address

**State the term remaining** | N/A

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

**2.239** | **State what the contract or lease is for and the nature of the debtor's interest** | Haemonetics Corporation Termination of Exclusive Development and Supply Agreement

Haemonetics Corporation
Name

William Granville
Notice Name

400 Wood Rd.
Address

**State the term remaining** | Auto-renews

**List the contract number of any government contract**

| Braintree | MA | 02184 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.240 | **State what the contract or lease is for and the nature of the debtor's interest** | Mutual Confidentiality and Non-Disclosure Agreement |
| | | Hartcorn Plg & Htg. Inc |
| | | Name |
| | | |
| | | Notice Name |
| | **State the term remaining** | 10/8/2025 |
| | | 850 South 2nd Street |
| | | Address |
| | **List the contract number of any government contract** | |
| | | |

| | City | State | ZIP Code |
|---|---|---|---|
| | Ronkonkoma | NY | 11779 |

Country

| | | |
|---|---|---|
| 2.241 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement |
| | | Health Preparedness Partners LLC |
| | | Name |
| | | |
| | | Notice Name |
| | **State the term remaining** | Evergreen |
| | | 1818 INDEPENDENCE SQUARE SUITE A |
| | | Address |
| | **List the contract number of any government contract** | |

| | City | State | ZIP Code |
|---|---|---|---|
| | ATLANTA | GA | 30338 |

Country

| | | |
|---|---|---|
| 2.242 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment to Purchasing Agreement |
| | | HealthTrust Purchasing Group, L.P |
| | | Name |
| | | |
| | | Notice Name |
| | | 1100 Dr. Martin L. King Jr. Blvd |
| | **State the term remaining** | Auto-renews |
| | | Address |
| | | Suite 1100 |
| | **List the contract number of any government contract** | |

| | City | State | ZIP Code |
|---|---|---|---|
| | Nashville | TN | 37203 |

Country

| | | |
|---|---|---|
| 2.243 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchasing Agreement Pharmaceutical Products |

Healthtrust Purchasing Group, L.P.
Name

Notice Name

155 Franklin Road
Address

Suite 400

| **State the term remaining** | Evergreen |
|---|---|

**List the contract number of any government contract**

| Brentwood | TN | 37027 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.244 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Construction Agreement |

Henderson Constructors Inc.
Name

Notice Name

350 E. Butler Ave.
Address

| **State the term remaining** | Auto-renews |
|---|---|

**List the contract number of any government contract**

| New Britain | PA | 18901 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.245 | **State what the contract or lease is for and the nature of the debtor's interest** | Distribution and Supply Agreement |

Henry Schein, Inc.
Name

Notice Name

135 Duryea Road
Address

| **State the term remaining** | 4/1/2023 |
|---|---|

**List the contract number of any government contract**

| Melville | NY | 11747 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.246**  **State what the contract or lease is for and the nature of the debtor's interest**    Severance Agreement

Herceg, Christine S.
_____
Name

_____
Notice Name

Address on File
_____
Address

**State the term remaining**   N/A

**List the contract number of any government contract**

_____
City                    State            ZIP Code

_____
Country

---

**2.247**  **State what the contract or lease is for and the nature of the debtor's interest**    HRLM Retainer Agreement

HRLM Consulting, LLC
_____
Name

_____
Notice Name

20 Overton Road
_____
Address

**State the term remaining**   Auto-renews

**List the contract number of any government contract**

Ossining            NY              10562
_____
City                    State            ZIP Code

_____
Country

---

**2.248**  **State what the contract or lease is for and the nature of the debtor's interest**    Mutual Confiendiality and Non-Disclosure Agreement

HRLM Consulting, LLC
_____
Name

_____
Notice Name

20 Overton Road
_____
Address

**State the term remaining**   4/11/2027

**List the contract number of any government contract**

Ossining            NY              10562
_____
City                    State            ZIP Code

_____
Country

| | | | |
|---|---|---|---|
| 2.249 | **State what the contract or lease is for and the nature of the debtor's interest** | Severance Agreement | Hugel, Richard Andrew |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Address on File |
| | **State the term remaining** | N/A | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | City | State | ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.250 | **State what the contract or lease is for and the nature of the debtor's interest** | IBM International Passport Advantage Agreement | IBM |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO BOX 643600 |
| | **State the term remaining** | Auto-renews | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | PITTSBURGH | PA | 15264-3600 |
| | | | City | State | ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.251 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Consulting Services Agreement | IconTech Pharmaceuticals Consulting LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 10 DEER RUN TRAIL |
| | **State the term remaining** | 4/12/2024 | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | FORT MONTGOMERY | NY | 10922-0388 |
| | | | City | State | ZIP Code |
| | | | Country |

| | | |
|---|---|---|
| 2.252 | **State what the contract or lease is for and the nature of the debtor's interest** | Icrom s.p.a & Midas Pharmaceuticals, Inc. 3-Way Confidentiality and Non-Disclosure Agreement |

Icrom s.p.a & Midas Pharmaceuticals, Inc.
Name

Icrom- Aline Sassi & Midas- Tim Feuerstein
Notice Name

Icrom- Via delle Arti 33
Address

**State the term remaining** 9/10/2025

**List the contract number of any government contract**

| | | |
|---|---|---|
| Concorezzo Monza e Brianza | | 20863 |
| City | State | ZIP Code |
| Italy | | |
| Country | | |

| | | |
|---|---|---|
| 2.253 | **State what the contract or lease is for and the nature of the debtor's interest** | Mutual Confidentiality and Non-Disclosure Agreement |

IES Engineers
Name

Notice Name

1720 Walton Road
Address

**State the term remaining** 6/15/2025

**List the contract number of any government contract**

| | | |
|---|---|---|
| Blue Bell | PA | 19422 |
| City | State | ZIP Code |
| Country | | |

| | | |
|---|---|---|
| 2.254 | **State what the contract or lease is for and the nature of the debtor's interest** | IKA Works Inc. Mutual Confidentiality and Non-Disclosure Agreement |

IKA Works Inc.
Name

Michael Janssen
Notice Name

2635 NorthChase Pkwy S.E.
Address

**State the term remaining** 8/16/2023

**List the contract number of any government contract**

| | | |
|---|---|---|
| Wilmington | NC | 28405 |
| City | State | ZIP Code |
| Country | | |

| 2.255 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Confidentiality and Non-Disclosure Agreement | IMA North America Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 7 New Lancaster Road |
| | State the term remaining | 7/10/2023 | Address |
| | | | |
| | List the contract number of any government contract | | |
| | | | |
| | | | Leominster | MA | 01453 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

| 2.256 | State what the contract or lease is for and the nature of the debtor's interest | IMA North America Capital Equipment Supply Agmt | IMA North America Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 7 New Lancaster Road |
| | State the term remaining | Auto-renews | Address |
| | | | |
| | List the contract number of any government contract | | |
| | | | |
| | | | Leominster | MA | 01453 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

| 2.257 | State what the contract or lease is for and the nature of the debtor's interest | IMC-Innovations, Inc. Airflow Visualization Study (Proposal AMG-2020-01D) | IMC-Innovations, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Israel Melendez, Jr. |
| | | | Notice Name |
| | | | 321 Calle Ruisenor |
| | State the term remaining | Auto-renews | Address |
| | | | |
| | List the contract number of any government contract | | |
| | | | |
| | | | Manati | PR | 00674-6505 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

| 2.258 | State what the contract or lease is for and the nature of the debtor's interest | Severance Agreement | Indukuri, Srinivasa Raju |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | Address on File |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |

| | | | City | State | ZIP Code |
|---|---|---|---|---|---|
| | | | Country | | |

| 2.259 | State what the contract or lease is for and the nature of the debtor's interest | Master Subscription Agreement | Infinite Talent, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Attention General Counsel |
| | | | Notice Name |
| | | | 2600 Tower Oaks Blvd Suite 700 |
| | State the term remaining | Auto-renews | Address |
| | List the contract number of any government contract | | |

| | | | City | State | ZIP Code |
|---|---|---|---|---|---|
| | | | Rockville | MD | 20852 |
| | | | Country | | |

| 2.260 | State what the contract or lease is for and the nature of the debtor's interest | Master Subscription Agreement | Infinite Talent, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 2600 Tower Oaks Blvd. |
| | State the term remaining | Auto-renews | Address |
| | | | Suite 700 |
| | List the contract number of any government contract | | |

| | | | City | State | ZIP Code |
|---|---|---|---|---|---|
| | | | Rockville | MD | 20852 |
| | | | Country | | |

**2.261** **State what the contract or lease is for and the nature of the debtor's interest**

ICS Software License, Services and Maintenance Agreement Attachment A

Information & Computing Services, Inc.

Name

Notice Name

1650 Prudential Drive

Address

**State the term remaining** Auto-renews

Suite 300

**List the contract number of any government contract**

| Jacksonville | FL | 32207 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.262** **State what the contract or lease is for and the nature of the debtor's interest**

Software License, Services, and Maintenance Agreement

Information & Computing Services, Inc.

Name

Notice Name

1650 Prudential Drive

Address

**State the term remaining** Auto-renews

Suite 300

**List the contract number of any government contract**

| Jacksonville | FL | 32207 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.263** **State what the contract or lease is for and the nature of the debtor's interest**

Intalere - Group Purchasing Agreement

Intalere, Inc.

Name

Notice Name

Attn Rick Law Two City Place Drive

Address

**State the term remaining** Auto-renews

Suite 400

**List the contract number of any government contract**

| St. Louis | MO | 63141 |
|---|---|---|
| City | State | ZIP Code |

Country

Name

| 2.264 | State what the contract or lease is for and the nature of the debtor's interest | Integrichain Change Request | Integrichain |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 8 Penn Center |
| | State the term remaining | 12/31/2023 | Address |
| | | | 1628 JFK Boulevard |
| | List the contract number of any government contract | | |
| | | | |
| | | | Philadelphia / PA / 19103 |
| | | | City / State / ZIP Code |
| | | | |
| | | | Country |

| 2.265 | State what the contract or lease is for and the nature of the debtor's interest | Integrichain SOW for Government Pricing | Integrichain |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 8 Penn Center |
| | State the term remaining | 12/31/2023 | Address |
| | | | 1628 JFK Boulevard |
| | List the contract number of any government contract | | |
| | | | |
| | | | Philadelphia / PA / 19103 |
| | | | City / State / ZIP Code |
| | | | |
| | | | Country |

| 2.266 | State what the contract or lease is for and the nature of the debtor's interest | Integrichain Master Subscription Agreement | Integrichain, Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 8 Penn Center |
| | State the term remaining | Auto-renews | Address |
| | | | 1628 JFK Boulevard |
| | List the contract number of any government contract | | |
| | | | |
| | | | Philadelphia / PA / 19103 |
| | | | City / State / ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.267 | **State what the contract or lease is for and the nature of the debtor's interest** | Interchem Corporation & Leiras Fine Chemicals OY Apraclondine Supply Agreement | Interchem Corporation & Leiras Fine Chemicals OY |
| | | | Name |
| | | | Reino Isotalo & Ronald J. Mannino |
| | | | Notice Name |
| | **State the term remaining** | Auto-renews | 120 Route 17 North |
| | | | Address |
| | **List the contract number of any government contract** | | |

| Paramus | NJ | 07652 |
|---|---|---|
| City | State | ZIP Code |

| Country |
|---|

| | | | |
|---|---|---|---|
| 2.268 | **State what the contract or lease is for and the nature of the debtor's interest** | Interchem Corporation & Moehs Iberica SL Supply Agreement | Interchem Corporation & Moehs Iberica SL |
| | | | Name |
| | | | H Lee Armstrong |
| | | | Notice Name |
| | **State the term remaining** | Auto-renews | 120 Route 17 North |
| | | | Address |
| | **List the contract number of any government contract** | | |

| Paramus | NJ | 07652 |
|---|---|---|
| City | State | ZIP Code |

| Country |
|---|

| | | | |
|---|---|---|---|
| 2.269 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Agreement for Construction | Interior Specialty Construction |
| | | | Name |
| | | | Reed Sullivan |
| | | | Notice Name |
| | **State the term remaining** | Auto-renews | 880 East Pershing Road |
| | | | Address |
| | **List the contract number of any government contract** | | |

| Decatur | IL | 62526 |
|---|---|---|
| City | State | ZIP Code |

| Country |
|---|

| 2.270 | **State what the contract or lease is for and the nature of the debtor's interest** | International Vitamin Corporation Confidentiality Agreement | International Vitamin Corporation |
| --- | --- | --- | --- |
| | | | Name |
| | | | Richard E. Connor |
| | | | Notice Name |
| | | | 1 Park Plaza |
| | **State the term remaining** | 3/13/2023 | Address |
| | | | Suite 800 |
| | **List the contract number of** | | |
| | **any government contract** | | |

| | | | Irvine | CA | 92614 |
| --- | --- | --- | --- | --- | --- |
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.271 | **State what the contract or lease is for and the nature of the debtor's interest** | IGS Natural Gas Purchase Confirmation V4.2CH-IND(m) | Interstate Gas Supply Inc. |
| --- | --- | --- | --- |
| | | | Name |
| | | | Notice Name |
| | | | 6100 Emerald Pkwy |
| | **State the term remaining** | Auto-renews | Address |
| | **List the contract number of** | | |
| | **any government contract** | | |

| | | | Dublin | OH | 43016 |
| --- | --- | --- | --- | --- | --- |
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.272 | **State what the contract or lease is for and the nature of the debtor's interest** | IGS Natural Gas Purchase Confirmation V4.2CH-IND(m) | Interstate Gas Supply, Inc. d.b.a IGS Energy |
| --- | --- | --- | --- |
| | | | Name |
| | | | Scott Arthur |
| | | | Notice Name |
| | | | 6100 Emerald Pkwy |
| | **State the term remaining** | Auto-renews | Address |
| | **List the contract number of** | | |
| | **any government contract** | | |

| | | | Dublin | OH | 43016 |
| --- | --- | --- | --- | --- | --- |
| | | | City | State | ZIP Code |
| | | | Country | | |

Name

| | | |
|---|---|---|
| 2.273 | **State what the contract or lease is for and the nature of the debtor's interest** | Intralinks Work Order 5293951 |

Intralinks, Inc.

Name

Notice Name

622 3rd Avenue

Address

**State the term remaining**  7/5/2023

10th Flr

**List the contract number of any government contract**

| | | |
|---|---|---|
| New York | NY | 10017 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.274 | **State what the contract or lease is for and the nature of the debtor's interest** | Intralinks Amendment 5290207 |

Intralinks, Inc.

Name

Notice Name

622 3rd Avenue

Address

**State the term remaining**  8/3/2023

10th Flr

**List the contract number of any government contract**

| | | |
|---|---|---|
| New York | NY | 10017 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.275 | **State what the contract or lease is for and the nature of the debtor's interest** | Intralinks Work Order 5251257 |

Intralinks, Inc.

Name

Notice Name

685 3rd Avenue

Address

**State the term remaining**  Auto-renews

9th Flr

**List the contract number of any government contract**

| | | |
|---|---|---|
| New York | NY | 10017 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.276 | **State what the contract or lease is for and the nature of the debtor's interest** | IPS-Integrated Project Services, LLC Mutual Confidentiality and Non-Disclosure Agreement |
| | | IPS- Integrated Project Services, LLC. |
| | | Name |
| | | Eugene K. Martini |
| | | Notice Name |
| | | 721 Arbor Way |
| | **State the term remaining**   4/3/2027 | Address |
| | | Suite 100 |
| | **List the contract number of any government contract** | |
| | | Blue Bell    PA    19422 |
| | | City    State    ZIP Code |
| | | Country |

| | | |
|---|---|---|
| 2.277 | **State what the contract or lease is for and the nature of the debtor's interest** | IQVIA Amendment 2471823 |
| | | IQVIA |
| | | Name |
| | | Frank Papaianni |
| | | Notice Name |
| | | One IMS Drive |
| | **State the term remaining**   10/31/2023 | Address |
| | **List the contract number of any government contract** | |
| | | Plymouth Meeting    PA    19462 |
| | | City    State    ZIP Code |
| | | Country |

| | | |
|---|---|---|
| 2.278 | **State what the contract or lease is for and the nature of the debtor's interest** | Iron Mountain Customer Agreement |
| | | Iron Mountain |
| | | Name |
| | | Notice Name |
| | | 100 Stevenson Court |
| | **State the term remaining**   Auto-renews | Address |
| | | Suite 104 |
| | **List the contract number of any government contract** | |
| | | Roselle    IL    60172 |
| | | City    State    ZIP Code |
| | | Country |

| 2.279 | State what the contract or lease is for and the nature of the debtor's interest | Isomedix Operations Inc. Processing Agreement | Isomedix Operations Inc. |
| | | | Name |
| | | | Kenneth E. Kohler |
| | | | Notice Name |
| | State the term remaining | 2/8/2027 | 5960 Heisley Road |
| | | | Address |
| | List the contract number of any government contract | | |

| | Mentor | OH | 44060 |
| --- | --- | --- | --- |
| | City | State | ZIP Code |
| | Country | | |

| 2.280 | State what the contract or lease is for and the nature of the debtor's interest | Processing Agreement | Isomedix Operations Inc. |
| | | | Name |
| | | | Latrice Sutherland |
| | | | Notice Name |
| | State the term remaining | 2/17/2027 | 2500 Commerce Drive |
| | | | Address |
| | List the contract number of any government contract | | |

| | Libertyville | IL | 60048 |
| --- | --- | --- | --- |
| | City | State | ZIP Code |
| | Country | | |

| 2.281 | State what the contract or lease is for and the nature of the debtor's interest | Isomedix Operations, Inc. Mutual Confidentiality and Non-Disclosure Agreement | Isomedix Operations, Inc. |
| | | | Name |
| | | | Latrice Sutherland |
| | | | Notice Name |
| | State the term remaining | 5/16/2024 | 2500 Commerce Drive |
| | | | Address |
| | List the contract number of any government contract | | |

| | Libertyville | IL | 60048 |
| --- | --- | --- | --- |
| | City | State | ZIP Code |
| | Country | | |

| | | |
|---|---|---|
| 2.282 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Professional Services Agreement for Purchase and Installation of Capital Equipment |

IWK Verpackungstechnik GmbH
Name

Notice Name

Lorenzstrasse 6

**State the term remaining**     9/20/2026     Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Stutensee | | D-76297 |
| City | State | ZIP Code |
| Germany | | |
| Country | | |

| | | |
|---|---|---|
| 2.283 | **State what the contract or lease is for and the nature of the debtor's interest** | IWK MPSA for Installation of Capital Equipment |

IWK Verpackungstechnik GmbH
Name

Notice Name

Lorenzstrasse 6

**State the term remaining**     Auto-renews     Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Stutensee | | D-76297 |
| City | State | ZIP Code |
| Germany | | |
| Country | | |

| | | |
|---|---|---|
| 2.284 | **State what the contract or lease is for and the nature of the debtor's interest** | Third Party Agreement |

J M Smith Corporation
Name

Notice Name

9098 Fairforest Road

**State the term remaining**     Evergreen     Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Spartanburg | SC | 29301 |
| City | State | ZIP Code |
| Country | | |

| 2.285 | **State what the contract or lease is for and the nature of the debtor's interest** | JAB Technology Master Consulting Services Agreement | JAB Technology Consulting LLC |
|---|---|---|---|
| | | | Name |
| | | | Jermaine Blyden |
| | | | Notice Name |
| | **State the term remaining** | 8/7/2025 | 4910 S Vincennes Ave |
| | | | Address |
| | **List the contract number of any government contract** | | Apt 2 |

| | | | Chicago | IL | 60615 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.286 | **State what the contract or lease is for and the nature of the debtor's interest** | Jackson Lewis Engagement Ltr | Jackson Lewis P.C. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 200 Connell Drive |
| | **State the term remaining** | Evergreen | Address |
| | | | Suite 2000 |
| | **List the contract number of any government contract** | | |

| | | | Berkeley Heights | NJ | 07922 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.287 | **State what the contract or lease is for and the nature of the debtor's interest** | Consulting Agreement | Jaime Santana |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | Address on File |
| | **State the term remaining** | 3/25/2023 | Address |
| | **List the contract number of any government contract** | | |

| | | | City | State | ZIP Code |
|---|---|---|---|---|---|
| | | | Country | | |

| | | |
|---|---|---|
| 2.288 | **State what the contract or lease is for and the nature of the debtor's interest** | Consulting Agreement |
| | | |
| | **State the term remaining** | 5/24/2023 |
| | **List the contract number of any government contract** | |

James Pacheco

Name

Notice Name

Address on File

Address

| City | State | ZIP Code |
|---|---|---|
| | | |

Country

| | | |
|---|---|---|
| 2.289 | **State what the contract or lease is for and the nature of the debtor's interest** | Consulting Agreement |
| | | |
| | **State the term remaining** | 5/24/2023 |
| | **List the contract number of any government contract** | |

Jaydeep Shukla

Name

Notice Name

Address on File

Address

| City | State | ZIP Code |
|---|---|---|
| | | |

Country

| | | |
|---|---|---|
| 2.290 | **State what the contract or lease is for and the nature of the debtor's interest** | Group Purchasing Organization (GPO) Agreement |
| | | |
| | **State the term remaining** | 5/31/2024 |
| | **List the contract number of any government contract** | |

JDK Group Solutions, LLC

Name

Notice Name

204 South Adair

Address

| City | State | ZIP Code |
|---|---|---|
| Pryor | OK | 74361 |

Country

| 2.291 | State what the contract or lease is for and the nature of the debtor's interest | JDLR Master Consulting Services Agreement | JDLR Consulting LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 3521 SUTTON LOOP |
| | State the term remaining | 2/2/2023 | Address |
| | List the contract number of any government contract | | |

| | | | FREMONT | CA | 94536 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.292 | State what the contract or lease is for and the nature of the debtor's interest | Master Consulting Agreement | Jennifer Sedler |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | Address on File |
| | State the term remaining | 4/25/2025 | Address |
| | List the contract number of any government contract | | |

| | | | City | State | ZIP Code |
|---|---|---|---|---|---|
| | | | Country | | |

| 2.293 | State what the contract or lease is for and the nature of the debtor's interest | Change Order No. 1 to Statement of Work No. 1 | Jennifer Sedler |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | Address on File |
| | State the term remaining | Auto-renews | Address |
| | List the contract number of any government contract | | |

| | | | City | State | ZIP Code |
|---|---|---|---|---|---|
| | | | Country | | |

| 2.294 | **State what the contract or lease is for and the nature of the debtor's interest** | Consulting Agreement | Jimmy Cognata |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Address on File |
| | **State the term remaining** | 3/25/2023 | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | |
| | | | City · State · ZIP Code |
| | | | |
| | | | Country |

| 2.295 | **State what the contract or lease is for and the nature of the debtor's interest** | Pay for Performance Agreement | JM Smith Corporation |
|---|---|---|---|
| | | | Name |
| | | | Jeff Foreman |
| | | | Notice Name |
| | | | 9098 Fairforest Road |
| | **State the term remaining** | Auto-renews | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Spartanburg · SC · 29301 |
| | | | City · State · ZIP Code |
| | | | |
| | | | Country |

| 2.296 | **State what the contract or lease is for and the nature of the debtor's interest** | Offer Letter | John Sweeney |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Address on File |
| | **State the term remaining** | N/A | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | City · State · ZIP Code |
| | | | |
| | | | Country |

Name

| | | |
|---|---|---|
| 2.297 | **State what the contract or lease is for and the nature of the debtor's interest** | Consulting Agreement |

John Sweeney

Name

Notice Name

Address on File

Address

| **State the term remaining** | 5/24/2023 |
|---|---|

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.298 | **State what the contract or lease is for and the nature of the debtor's interest** | Johnson Controls Commercial Sales Agmt_2021.02.25 |

Johnson Controls Security Solutions LLC

Name

Notice Name

500 Bi County Blvd

Address

| **State the term remaining** | 2/24/2024 |
|---|---|

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Farmingdale | NY | 11735 |

Country

| | | |
|---|---|---|
| 2.299 | **State what the contract or lease is for and the nature of the debtor's interest** | Rider to Transfer Johnson Controls Owned Systems to Customer Owned |

Johnson Controls Security Solutions LLC

Name

Notice Name

6 Aerial Way.

Address

| **State the term remaining** | 10/3/2027 |
|---|---|

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Syosset | NY | 11791 |

Country

| | | | | |
|---|---|---|---|---|
| 2.300 | **State what the contract or lease is for and the nature of the debtor's interest** | Johnson Controls Commercial Sales Agmt | Johnson Controls Security Solutions LLC | |
| | | | Name | |
| | | | Notice Name | |
| | | | 500 Bi County Blvd | |
| | **State the term remaining** | 10/27/2027 | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Farmingdale | NY | 11735 |
| | | | City | State | ZIP Code |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.301 | **State what the contract or lease is for and the nature of the debtor's interest** | Commercial Sales Agreement | Johnson Controls Security Solutions LLC | |
| | | | Name | |
| | | | Notice Name | |
| | | | 500 Bi County Blvd | |
| | **State the term remaining** | Auto-renews | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Farmingdale | NY | 11735 |
| | | | City | State | ZIP Code |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.302 | **State what the contract or lease is for and the nature of the debtor's interest** | Johnson Controls MPSA | Johnson Controls, Inc. | |
| | | | Name | |
| | | | Notice Name | |
| | | | 6 Aerial Way. | |
| | **State the term remaining** | 8/25/2023 | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Syosset | NY | 11791 |
| | | | City | State | ZIP Code |
| | | | Country | |

| | | |
|---|---|---|
| 2.303 | **State what the contract or lease is for and the nature of the debtor's interest** | Custom Manufacturing Agreement # 260 Gold Sodium Thiomalate, USP |

Johnson Matthey Inc, Merck & Co Inc, Pasadena Research Laboratories, Inc
Name

Division General Counsel
Notice Name

johnson matthey
Address

inc 1401 King Road

| | | |
|---|---|---|
| | **State the term remaining** | 12/31/2024 |
| | **List the contract number of any government contract** | |

| West Chester | PA | 19380 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.304 | **State what the contract or lease is for and the nature of the debtor's interest** | Pasadena Research Laboratories, Inc. Custom Manufacturing Agreement # 260 Gold Sodium thiomalate, USP |

Johnson Matthey Inc.
Name

Notice Name

942 Calle Negocio
Address

Suite 150

| | | |
|---|---|---|
| | **State the term remaining** | Auto-renews |
| | **List the contract number of any government contract** | |

| San Clemente | CA | 92673 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.305 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement |

Jonathan Kafer
Name

Notice Name

Address on File
Address

| | | |
|---|---|---|
| | **State the term remaining** | N/A |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**2.306** **State what the contract or lease is for and the nature of the debtor's interest**

Joule Agency Staffing Agreement

Joule, Inc.
Name

Stephen W. Demanovich
Notice Name

1235 Route 1 South
Address

**State the term remaining** Auto-renews

**List the contract number of any government contract**

| Edison | NJ | 08837 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.307** **State what the contract or lease is for and the nature of the debtor's interest**

JSKaldes Consulting LLC Master Consulting Services Agreement

JSKaldes Consulting LLC.
Name

John S. Kaldes
Notice Name

120 East Becks Blvd
Address

**State the term remaining** 1/10/2023

**List the contract number of any government contract**

| Ringoes | NJ | 08551 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.308** **State what the contract or lease is for and the nature of the debtor's interest**

Kee Safety Master Professional Services Agreement

Kee Safety, Inc.
Name

Micah Brill
Notice Name

100 Stradtman Street
Address

**State the term remaining** 12/9/2024

**List the contract number of any government contract**

| Buffalo | NY | 14206 |
|---|---|---|
| City | State | ZIP Code |

Country

2.309 **State what the contract or lease is for and the nature of the debtor's interest**

Kelly Services Agency Staffing Agreement

Kelly Services, Inc.
Name

Justin Cristelli
Notice Name

999 W. Big Beaver Road
Address

**State the term remaining**   Auto-renews

**List the contract number of any government contract**

| Troy | MI | 48084 |
|------|-----|-------|
| City | State | ZIP Code |

Country

2.310 **State what the contract or lease is for and the nature of the debtor's interest**

Kelly Services Direct Hire Agreement

Kelly Services, Inc.
Name

Victoria Murdock
Notice Name

999 W. Big Beaver Road
Address

**State the term remaining**   Auto-renews

**List the contract number of any government contract**

| Troy | MI | 48084 |
|------|-----|-------|
| City | State | ZIP Code |

Country

2.311 **State what the contract or lease is for and the nature of the debtor's interest**

Kerzner Master Construction Agreement

Kerzner Contracting Corp
Name

Notice Name

10 Cleveland Ave.
Address

**State the term remaining**   Auto-renews

**List the contract number of any government contract**

| Sayville | NY | 11782 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

| 2.312 | **State what the contract or lease is for and the nature of the debtor's interest** | Keyence Corporation of America Mutual Confidentiality and Non-Disclosure Agreement | Keyence Corporation of America |
|---|---|---|---|
| | | | Name |
| | | | Jax Thompson |
| | | | Notice Name |
| | **State the term remaining** | 5/14/2025 | 669 River Drive |
| | | | Address |
| | | | Suite 403 |
| | **List the contract number of any government contract** | | |

| | | | Elmwood Park | NJ | 07407 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.313 | **State what the contract or lease is for and the nature of the debtor's interest** | Akorn Agreement | Keysource Medical, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | **State the term remaining** | Auto-renews | 7820 Palace Drive |
| | | | Address |
| | **List the contract number of any government contract** | | |

| | | | Cincinnati | OH | 45249 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.314 | **State what the contract or lease is for and the nature of the debtor's interest** | Severance Agreement | Khirdekar, Ravindra |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | Address on File |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.315 | **State what the contract or lease is for and the nature of the debtor's interest** | Consulting Agreement | Kirk Tsahalis |
|---|---|---|---|

Name

Notice Name

Address on File

| | **State the term remaining** | 3/25/2023 | Address |
|---|---|---|---|

| | **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|

Country

| 2.316 | **State what the contract or lease is for and the nature of the debtor's interest** | EDI Agreement | Kleinschmidt Inc. |
|---|---|---|---|

Name

Stevie Schmidt

Notice Name

450 Lake Cook Road

| | **State the term remaining** | Auto-renews | Address |
|---|---|---|---|

| | **List the contract number of any government contract** | | |

| Deerfield | IL | 60015 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.317 | **State what the contract or lease is for and the nature of the debtor's interest** | Severance Agreement | Koshy, Alex |
|---|---|---|---|

Name

Notice Name

Address on File

| | **State the term remaining** | N/A | Address |
|---|---|---|---|

| | **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|

Country

| 2.318 | State what the contract or lease is for and the nature of the debtor's interest | Kristjanson Development Partners MPSA | Kristjanson Development Partners |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | 8/18/2023 | 827 Swain Court |
| | | | Address |
| | List the contract number of any government contract | | |
| | | | Belle Mead / NJ / 08502 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.319 | State what the contract or lease is for and the nature of the debtor's interest | Severance Agreement | Ksiazak, Jennifer Anne |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | N/A | Address on File |
| | | | Address |
| | List the contract number of any government contract | | |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.320 | State what the contract or lease is for and the nature of the debtor's interest | Letter | Kuehne + Nagel Inc. |
|---|---|---|---|
| | | | Name |
| | | | Dan Osterberg - Treasurer |
| | | | Notice Name |
| | State the term remaining | Auto-renews | 10 Exchange Place |
| | | | Address |
| | List the contract number of any government contract | | |
| | | | Jersey City / NJ / 07302 |
| | | | City / State / ZIP Code |
| | | | Country |

Name

| | | |
|---|---|---|
| 2.321 | **State what the contract or lease is for and the nature of the debtor's interest** | L. Perrigo Supply Agreement |

L. Perrigo Company

Name

Jeff Needham

Notice Name

515 Eastern Avenue

Address

**State the term remaining**  Auto-renews

**List the contract number of any government contract**

| Allegan | MI | 49010 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.322 | **State what the contract or lease is for and the nature of the debtor's interest** | Severance Agreement |

Lam, Andrew

Name

Notice Name

Address on File

Address

**State the term remaining**  N/A

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.323 | **State what the contract or lease is for and the nature of the debtor's interest** | LaSalle Master Consulting Services Agreement |

LaSalle Staffing Inc. d/b/a LaSalle Network

Name

Robert Trzcinski

Notice Name

200 N LaSalle Street

Address

Suite 2500

**State the term remaining**  5/1/2023

**List the contract number of any government contract**

| Chicago | IL | 60607 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.324 | State what the contract or lease is for and the nature of the debtor's interest | LaSalle Staffing LLC d/b/a LaSalle Network | LaSalle Staffing LLC D/B/A LaSalle Network |
|---|---|---|---|
| | | | Name |
| | | | Robert Trzcinski |
| | | | Notice Name |
| | | | 200 N. LaSalle Street |
| | State the term remaining | 5/1/2023 | Address |
| | | | Suite 2500 |
| | List the contract number of any government contract | | |

| | | | | |
|---|---|---|---|---|
| | | Chicago | IL | 60607 |
| | | City | State | ZIP Code |
| | | Country | | |

| 2.325 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreement | Laura Montellano |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | Address on File |
| | State the term remaining | 4/9/2023 | Address |
| | List the contract number of any government contract | | |

| | | | | |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Country | | |

| 2.326 | State what the contract or lease is for and the nature of the debtor's interest | Leadiant Biosciences, Inc. Stipulation Resolving Leadiant Biosciences, Inc's Cure Objections and Administrative Claim Notion | Leadian Biosciences, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Tom Fitzgerald |
| | | | Notice Name |
| | | | 9841 Washington Blvd. |
| | State the term remaining | N/A | Address |
| | | | Suite 500 |
| | List the contract number of any government contract | | |

| | | | | |
|---|---|---|---|---|
| | | Gaithersburg | MD | 20878 |
| | | City | State | ZIP Code |
| | | Country | | |

| 2.327 | State what the contract or lease is for and the nature of the debtor's interest | Leadiant Biosciences, Inc. Stipulation Resolving Leadiant Biosciences, Inc's Cure Objections and Administrative Claim Notion | Leadiant Biosciences, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Tom Fitzgerald |
| | | | Notice Name |
| | | | 9841 Washington Blvd. |
| | State the term remaining | N/A | Address |
| | | | Suite 500 |
| | List the contract number of any government contract | | |

| | | | Gaithersburg | MD | 20878 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.328 | State what the contract or lease is for and the nature of the debtor's interest | Leadiant Biosciences, Inc. Notice of Termination Section 12 Letter | Leadiant Biosciences, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Giuseppe Izzi |
| | | | Notice Name |
| | | | 9841 Washington Blvd. |
| | State the term remaining | 3/30/2023 | Address |
| | | | Suite 500 |
| | List the contract number of any government contract | | |

| | | | Gaithersburg | MD | 20878 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.329 | State what the contract or lease is for and the nature of the debtor's interest | Leadiant Biosciences, Inc. Notice of Termination Section 8 Letter | Leadiant Biosciences, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Giuseppe Izzi |
| | | | Notice Name |
| | | | 9841 Washington Blvd. |
| | State the term remaining | 3/30/2023 | Address |
| | | | Suite 500 |
| | List the contract number of any government contract | | |

| | | | Gaithersburg | MD | 20878 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Name

**2.330 State what the contract or lease is for and the nature of the debtor's interest**

Lee Capital Equipment Supply Agreement

Lee Industries, Inc.
Name

Notice Name

50 West Pine Street
Address

**State the term remaining** Auto-renews

**List the contract number of any government contract**

| Philipsburg | PA | 16866 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.331 State what the contract or lease is for and the nature of the debtor's interest**

Lewis Brisbois Bisgaard & Smith LLP Engagement Letter – Debra Cohen v Akorn, Inc., et al.

Lewis Brisbois Bisgaard & Smith LLP
Name

John Salvucci
Notice Name

550 E. Swedesford Road
Address

Suite 270

**State the term remaining** Evergreen

**List the contract number of any government contract**

| Wayne | PA | 19087 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.332 State what the contract or lease is for and the nature of the debtor's interest**

Supply Agreement

Lifeline Pharmaceuticals LLC
Name

Rick Nielsen
Notice Name

1301 NW 84th Ave
Address

Suite 101

**State the term remaining** 11/30/2023

**List the contract number of any government contract**

| Miami | FL | 33126 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.333 | State what the contract or lease is for and the nature of the debtor's interest | Lipoid, LLC Mutual Confidential Disclosure Agreement | Lipoid, LLC. |
|---|---|---|---|
| | | | Name |
| | | | Bruce H. Baretz |
| | | | Notice Name |
| | State the term remaining | 7/1/2024 | 744 Broad Street |
| | | | Address |
| | List the contract number of any government contract | | |
| | | | Newark    NJ    07102 |
| | | | City    State    ZIP Code |
| | | | Country |

| 2.334 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Confidentiality and Non-Disclosure Agreement | Lonza Biologics Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | 8/25/2026 | 101 International Dr |
| | | | Address |
| | List the contract number of any government contract | | |
| | | | Portsmouth    NH    03801-2815 |
| | | | City    State    ZIP Code |
| | | | Country |

| 2.335 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement-5th Extension | Lucille Bonanno |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | 6/30/2023 | Address on File |
| | | | Address |
| | List the contract number of any government contract | | |
| | | | City    State    ZIP Code |
| | | | Country |

Name

| 2.336 | State what the contract or lease is for and the nature of the debtor's interest | Non-Exclusive Packaging Component Supply Agreement | M. Jacob & Sons, dba MJS Packaging |
|---|---|---|---|
| | | | Name |
| | | | David Lubin |
| | | | Notice Name |
| | State the term remaining | 12/31/2025 | 35601 Veronica Street |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | Livonia | MI | 48501 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.337 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality AgreementA | Macsen Drugs |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | 9/19/2028 | F-261, 262, 263 Riico Insustrial Area |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | Gudli Mavli Udaipur | | 313024 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | INDIA | | |
| | | | Country | | |

| 2.338 | State what the contract or lease is for and the nature of the debtor's interest | Malvern Customer Care Agreement | Malvern Panalytical |
|---|---|---|---|
| | | | Name |
| | | | William Wickham |
| | | | Notice Name |
| | State the term remaining | 12/31/2023 | 2400 Computer Drive |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | Westborough | MA | 01581 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| | | |
|---|---|---|
| 2.339 | **State what the contract or lease is for and the nature of the debtor's interest** | Malvern Master Professional Services Agreement for Purchase and Installation of Capital Equipment |

Malvern Panalytical Inc.
Name

Notice Name

2400 Computer Drive
Address

**State the term remaining**   Auto-renews

**List the contract number of any government contract**

| Westborough | MA | 01581 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.340 | **State what the contract or lease is for and the nature of the debtor's interest** | Marcor Development, LLC API Supply Agreement |

Marcor Development, LLC
Name

Holly Daley
Notice Name

154 Pioneer Drive
Address

**State the term remaining**   Auto-renews

**List the contract number of any government contract**

| Leominster | MA | 01453 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.341 | **State what the contract or lease is for and the nature of the debtor's interest** | Consulting Agreement |

Matthew Hertzel
Name

Notice Name

Address on File
Address

**State the term remaining**   5/24/2023

**List the contract number of any government contract**

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

Name

| 2.342 | **State what the contract or lease is for and the nature of the debtor's interest** | Capital Equipment Supply Agreement | | Mavag AG | | |
|---|---|---|---|---|---|---|
| | | | | Name | | |
| | | | | Notice Name | | |
| | | | | Kleiner Letten 11 | | |
| | **State the term remaining** | 1/25/2023 | | Address | | |
| | **List the contract number of any government contract** | | | | | |
| | | | | Neunkirch | | 8213 |
| | | | | City | State | ZIP Code |
| | | | | Switzerland | | |
| | | | | Country | | |
| 2.343 | **State what the contract or lease is for and the nature of the debtor's interest** | Member Purchase and Services Agreement between McKesson Corporation and Akorn, Inc. | | McKesson Corporation | | |
| | | | | Name | | |
| | | | | Attn SVP and CFO US Pharmaceutical | | |
| | | | | Notice Name | | |
| | | | | 6555 State Highway 161 | | |
| | **State the term remaining** | Auto-renews | | Address | | |
| | **List the contract number of any government contract** | | | | | |
| | | | | Irving | TX | 75037 |
| | | | | City | State | ZIP Code |
| | | | | Country | | |
| 2.344 | **State what the contract or lease is for and the nature of the debtor's interest** | Restricted Products Agreement | | McKesson Corporation | | |
| | | | | Name | | |
| | | | | Britt Vitalone | | |
| | | | | Notice Name | | |
| | | | | 6555 State Highway 161 | | |
| | **State the term remaining** | Auto-renews | | Address | | |
| | **List the contract number of any government contract** | | | | | |
| | | | | Irving | TX | 75037 |
| | | | | City | State | ZIP Code |
| | | | | Country | | |

| Debtor: | Akorn Operating Company LLC | Case number *(if known)*: | 23-10255 |

Name

**2.345** | **State what the contract or lease is for and the nature of the debtor's interest** | Distribution Agreement

McKesson Medical-Surgical Inc.
Name

Joan Eliasek
Notice Name

PO BOX 4059
Address

**State the term remaining** | Evergreen

**List the contract number of any government contract**

| DANVILLE | IL | 61834 |
| City | State | ZIP Code |

Country

**2.346** | **State what the contract or lease is for and the nature of the debtor's interest** | Medichem, S.A. & Ren-Pharm International, Ltd 3-Way Confidentiality and Non-Disclosure Agreement

Medichem, S.A. & Ren-Pharm International, Ltd.
Name

Ana Marti (Medichem) & Renee P. Worall (Ren-Pharm)
Notice Name

Fructuos Gelabert
Address

6-8, E-09870 Sant Joan Despi

**State the term remaining** | 1/31/2027

**List the contract number of any government contract**

| Barcelona | | |
| City | State | ZIP Code |
| Spain | | |
| Country | | |

**2.347** | **State what the contract or lease is for and the nature of the debtor's interest** | MedImpact Health Systems, Inc. & Dividend Group, LLC. Assignment of Agreement Letter

MedImpact Health Systems, Inc. & Dividend Group, LLC.
Name

Dividend- Jim Ayers, MedImpact- Michael Strugs, Christine Nguyen & Julia Hancock
Notice Name

10181 Scripps Gateway Ct.
Address

**State the term remaining** | Auto-renews

**List the contract number of any government contract**

| San Diego | CA | 92131 |
| City | State | ZIP Code |

Country

Name

**2.348** | **State what the contract or lease is for and the nature of the debtor's interest** | MedProID Change Authorization Form

MedPro Systems LLC
Name

Ray Ungemach & Jeff Sidoti
Notice Name

100 Stierli Court
Address

**State the term remaining**  7/29/2023

**List the contract number of any government contract**

| Mt Arlington | NJ | 07856 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.349** | **State what the contract or lease is for and the nature of the debtor's interest** | Supply Agreement

Medshorts, LLC
Name

Notice Name

600 Northlake Blvd Suite 190
Address

**State the term remaining**  Auto-renews

**List the contract number of any government contract**

| Alamonte Springs | FL | 32701 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.350** | **State what the contract or lease is for and the nature of the debtor's interest** | Medtech Products Master Services Agreement

Medtech Products Inc.
Name

Notice Name

660 Whiteplains Road
Address

Suite 250

**State the term remaining**  6/30/2024

**List the contract number of any government contract**

| Tarrytown | NY | 10591 |
|---|---|---|
| City | State | ZIP Code |

Country

Name

**2.351** **State what the contract or lease is for and the nature of the debtor's interest**

Severance Agreement

Mellentine, Jay Douglas
Name

Notice Name

Address on File
Address

**State the term remaining** N/A

**List the contract number of any government contract**

City | State | ZIP Code

Country

**2.352** **State what the contract or lease is for and the nature of the debtor's interest**

Metall + Plastic GmbH Mutual Confidentiality and Non-Disclosure Agreement

Metall + Plastic GmbH
Name

Kenan Kanmaz
Notice Name

Bodmaner Str. 2
Address

**State the term remaining** 4/11/2028

**List the contract number of any government contract**

Radolfzell- Stahringen | | 78315
City | State | ZIP Code

Germany
Country

**2.353** **State what the contract or lease is for and the nature of the debtor's interest**

Severance Agreement

Metting, Kenneth E.
Name

Notice Name

Address on File
Address

**State the term remaining** N/A

**List the contract number of any government contract**

City | State | ZIP Code

Country

Name

| | | |
|---|---|---|
| 2.354 | **State what the contract or lease is for and the nature of the debtor's interest** | Consulting Agreement |

Michael Mogilinski

Name

Notice Name

Address on File

**State the term remaining**    4/9/2023    Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.355 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Professional Services Agreement |

Micro Filtrations, Inc.

Name

Notice Name

112 N. Poplar Avenue

**State the term remaining**    3/24/2024    Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Sanford | FL | 32771 |

Country

| | | |
|---|---|---|
| 2.356 | **State what the contract or lease is for and the nature of the debtor's interest** | Consulting Agreement |

Miguel Gesmundo

Name

Notice Name

Address on File

**State the term remaining**    5/24/2023    Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.357 | **State what the contract or lease is for and the nature of the debtor's interest** | Mikart, Inc. Agreement for Purchase of ANDAs |

Mikart, Inc.
Name

Miguel I. Arteche
Notice Name

1750 Chattahoochee Avenue
Address

**State the term remaining**     Auto-renews

**List the contract number of any government contract**

| Atlanta | GA | 30318 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.358 | **State what the contract or lease is for and the nature of the debtor's interest** | Mikart, LLC Famotidine Analysis Second Revised Proposal |

Mikart, LLC
Name

Michael S. Kallelis
Notice Name

1750 Chattahoochee Avenue
Address

**State the term remaining**     Auto-renews

**List the contract number of any government contract**

| Atlanta | GA | 30318 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.359 | **State what the contract or lease is for and the nature of the debtor's interest** | Mikart, LLC Isoniazid Tablets 100 mg & 300 mg (Application #040090 Letter |

Mikart, LLC.
Name

Mitchell Tonik
Notice Name

1750 Chattahoochee Avenue
Address

**State the term remaining**     Auto-renews

**List the contract number of any government contract**

| Atlanta | GA | 30318 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.360 | **State what the contract or lease is for and the nature of the debtor's interest** | Miller Procter Nickolas, Inc. Proposal | Miller Procter Nickolas, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Paul Triana |
| | | | Notice Name |
| | | | 1363 Lincoln Avenue |
| | **State the term remaining** | Auto-renews | Address |
| | | | Unit 3 |
| | **List the contract number of any government contract** | | |
| | | | Holbrook / NY / 11741 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.361 | **State what the contract or lease is for and the nature of the debtor's interest** | Mindshift MSA | Mindshift Technologies, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 309 Waverly Oaks Road |
| | **State the term remaining** | Auto-renews | Address |
| | **List the contract number of any government contract** | | |
| | | | Waltham / MA / 02452 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.362 | **State what the contract or lease is for and the nature of the debtor's interest** | Mindshift Software as a Services WO | Mindshift Technologies, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 309 Waverly Oaks Road |
| | **State the term remaining** | Auto-renews | Address |
| | **List the contract number of any government contract** | | |
| | | | Waltham / MA / 02452 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.363 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreement | Misael (Ricky) Silva |
| | | | Name |

Notice Name

Address on File
Address

State the term remaining — 5/24/2023

List the contract number of any government contract

| City | State | ZIP Code |

Country

---

| 2.364 | State what the contract or lease is for and the nature of the debtor's interest | Amendment No. 1 to Supply Agreement | MJS Packaging |
| | | | Name |

David Lubin
Notice Name

35601 Veronica St.
Address

State the term remaining — 12/31/2025

List the contract number of any government contract

| Livonia | MI | 48150 |
| City | State | ZIP Code |

Country

---

| 2.365 | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement | MJS Packaging |
| | | | Name |

Neil Bloomberg
Notice Name

35601 Veronica St.
Address

State the term remaining — 12/31/2025

List the contract number of any government contract

| Livonia | MI | 48150 |
| City | State | ZIP Code |

Country

| 2.366 | State what the contract or lease is for and the nature of the debtor's interest | Model N Amendment No. 1 to SaaS Agmt | Model N, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | 6/29/2026 | 777 Mariners Island Blvd. |
| | | | Address |
| | List the contract number of any government contract | | Suite 300 |

| | | | San Mateo | CA | 94404 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.367 | State what the contract or lease is for and the nature of the debtor's interest | Model N SaaS Agreement | Model N. Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | 6/29/2026 | 777 Mariners Island Blvd. |
| | | | Address |
| | List the contract number of any government contract | | Suite 300 |

| | | | San Mateo | CA | 94404 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.368 | State what the contract or lease is for and the nature of the debtor's interest | Monarch Retainer Agreement | Monarch Strategic HR Consulting & Coaching LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Auto-renews | 18 W SHORE RD |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | BLOOMINGDALE | NJ | 07403 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| | | |
|---|---|---|
| 2.369 | **State what the contract or lease is for and the nature of the debtor's interest** | Montebello Packaging Mutual Confidentiality and Non-Disclosure Agreement |

Montebello Packaging
Name

JF Leclerc
Notice Name

1036 Aberdeen Street
Address

**State the term remaining** | 5/21/2025

**List the contract number of any government contract**

| Hawkesbury | ON | K6A 1K5 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

| | | |
|---|---|---|
| 2.370 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement |

MorganHR, Inc.
Name

Notice Name

21720 W. Long Grove Road Suite C-216
Address

**State the term remaining** | Auto-renews

**List the contract number of any government contract**

| Deer Park | IL | 60010 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

| | | |
|---|---|---|
| 2.371 | **State what the contract or lease is for and the nature of the debtor's interest** | Morris & Dickson Core Distribution Agreement |

Morris & Dickson Co., L.L.C
Name

Notice Name

410 Kay Lane
Address

**State the term remaining** | Evergreen

**List the contract number of any government contract**

| Shreveport | LA | 71115 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

| | | |
|---|---|---|
| 2.372 | **State what the contract or lease is for and the nature of the debtor's interest** | Morris & Dickson Restricted Distribution Agreement |

Morris & Dickson Co., LLC

Name

Notice Name

410 Kay Lane

Address

**State the term remaining**    Auto-renews

**List the contract number of any government contract**

| | | |
|---|---|---|
| Shreveport | LA | 71115 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.373 | **State what the contract or lease is for and the nature of the debtor's interest** | Morris & Dickson 3rd Party Fee |

Morris & Dickson Co., LLC

Name

Notice Name

410 Kay Lane

Address

**State the term remaining**    Evergreen

**List the contract number of any government contract**

| | | |
|---|---|---|
| Shreveport | LA | 71115 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.374 | **State what the contract or lease is for and the nature of the debtor's interest** | MCPA Agreement |

Morris & Dickson Company LTD

Name

Notice Name

PO Box 51367

Address

**State the term remaining**    Auto-renews

**List the contract number of any government contract**

| | | |
|---|---|---|
| Shreveport | LA | 71135 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.375 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment #1 to Core Distribution Agreement |

Morris & Dickson, LLC

Name

Notice Name

410 Kay Lane

Address

| | | |
|---|---|---|
| **State the term remaining** | Auto-renews | |

| | | |
|---|---|---|
| **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| Shreveport | LA | 71115 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.376 | **State what the contract or lease is for and the nature of the debtor's interest** | Severance Agreement |

Musser, Christopher Stephen

Name

Notice Name

Address on File

Address

| | | |
|---|---|---|
| **State the term remaining** | N/A | |

| | | |
|---|---|---|
| **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.377 | **State what the contract or lease is for and the nature of the debtor's interest** | Nanoscience Instruments, Inc. Master Professional Services Agreement for Purchase and Installation of Capital Equipment |

Nanoscience Instruments, Inc.

Name

Scott Foust

Notice Name

10008 S. 51st Street

Address

Ste 110

| | | |
|---|---|---|
| **State the term remaining** | 11/12/2024 | |

| | | |
|---|---|---|
| **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| Phoenix | AZ | 85044 |
| City | State | ZIP Code |

Country

| 2.378 | State what the contract or lease is for and the nature of the debtor's interest | Navisite SOW 0355343 | Navisite LLC |
| | | | Name |

| | | | Notice Name |
| | | | 400 Minuteman Road |
| | State the term remaining | 3/27/2023 | Address |

| | List the contract number of any government contract | | |

| | | | Andover | MA | 01810 |
| | | | City | State | ZIP Code |

| | | | Country |

| 2.379 | State what the contract or lease is for and the nature of the debtor's interest | Navisite Amendment to MSA | Navisite LLC |
| | | | Name |

| | | | Notice Name |
| | | | 400 Minuteman Road |
| | State the term remaining | 3/31/2023 | Address |

| | List the contract number of any government contract | | |

| | | | Andover | MA | 01810 |
| | | | City | State | ZIP Code |

| | | | Country |

| 2.380 | State what the contract or lease is for and the nature of the debtor's interest | Nerac Master Services Agreement | Nerac, Inc. |
| | | | Name |

| | | | Notice Name |
| | | | One Technology Drive |
| | State the term remaining | Evergreen | Address |

| | List the contract number of any government contract | | |

| | | | Tolland | CT | 06084 |
| | | | City | State | ZIP Code |

| | | | Country |

| | | |
|---|---|---|
| 2.381 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Construction Agreement |
| | | **State the term remaining** | Auto-renews |
| | | **List the contract number of any government contract** | |

Nesko Electric Company
Name

Luke Anderson
Notice Name

3111 S. 26th Ave.
Address

| Broadway | IL | 60155 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.382 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Professional Services Agreement for Purchase and Installation of Capital Equipment |
| | **State the term remaining** | 6/2/2023 |
| | **List the contract number of any government contract** | |

NETZSCH Premier Technologies LLC
Name

Notice Name

125 PICKERING WAY
Address

| EXTON | PA | 19341 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.383 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Professional Services Agreement for Purchase and Installation of Capital Equipment |
| | **State the term remaining** | 6/3/2023 |
| | **List the contract number of any government contract** | |

NETZSCH Premier Technologies LLC
Name

Notice Name

125 PICKERING WAY
Address

| EXTON | PA | 19341 |
|---|---|---|
| City | State | ZIP Code |

Country

| Debtor: | Akorn Operating Company LLC | | Case number *(if known)* | 23-10255 |
|---|---|---|---|---|
| | Name | | | |

**2.384** **State what the contract or lease is for and the nature of the debtor's interest**

Netzsch Premier Technologies, LLC Mutual Confidentiality and Non-Disclosure Agreement

Netzsch Premier Technologies, LLC
Name

Randall M. Smith
Notice Name

125 Pickering Way
Address

**State the term remaining** 8/15/2026

**List the contract number of any government contract**

| Exton | PA | 19341 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.385** **State what the contract or lease is for and the nature of the debtor's interest**

Neuland Laboratories Limited Mutual Confidentiality and Non-Disclosure Agreement

Neuland Laboratories Limited
Name

Y. Sudheer
Notice Name

Sanali Info Park 'A' Block
Address

Ground Floor, 8-2-120/113

**State the term remaining** 4/25/2024

**List the contract number of any government contract**

Rd No 2

| Banjara Hills, Hyderabad | | |
|---|---|---|
| City | State | ZIP Code |

India
Country

**2.386** **State what the contract or lease is for and the nature of the debtor's interest**

NextPharma GmbH Development Agreement

NextPharma GmbH
Name

Peter Burema
Notice Name

Hildebrandstrasse 12
Address

**State the term remaining** 5/22/2023

**List the contract number of any government contract**

| Gottingen | | 37081 |
|---|---|---|
| City | State | ZIP Code |

Germany
Country

| | | | |
|---|---|---|---|
| | | | Name |

**2.387** State what the contract or lease is for and the nature of the debtor's interest — Niagara Exclusive Manufacturing and Supply Agreement

Niagara Pharmaceuticals
Name

Notice Name

60 Innovation Drive

State the term remaining — Auto-renews — Address

List the contract number of any government contract

| Flamborough | ON | L9H7P3 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

**2.388** State what the contract or lease is for and the nature of the debtor's interest — Severance Agreement

Nohl, Timothy Lee
Name

Notice Name

Address on File

State the term remaining — N/A — Address

List the contract number of any government contract

| City | State | ZIP Code |
|---|---|---|
| Country | | |

**2.389** State what the contract or lease is for and the nature of the debtor's interest — Noramco, LLC Supply Agreement

Noramco, LLC
Name

L. Lee Karras
Notice Name

500 Swedes Landing Road

State the term remaining — 12/31/2024 — Address

List the contract number of any government contract

| Wilmington | DE | 19801 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

| Debtor: | Akorn Operating Company LLC | Case number (if known): | 23-10255 |
|---|---|---|---|
| | Name | | |

**2.390**

| State what the contract or lease is for and the nature of the debtor's interest | NSF Master Professional Services Agmt | NSF Health Sciences |
|---|---|---|
| | | Name |
| | | Maxine Fritz |
| | | Notice Name |
| State the term remaining | 12/31/2023 | 2001 Pennsylvania Avenue NW |
| | | Address |
| | | Suite 950 |
| List the contract number of any government contract | | |

| Washington | D.C. | 20006 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.391**

| State what the contract or lease is for and the nature of the debtor's interest | NSF Amendment No. 1 to MPSA | NSF Health Services |
|---|---|---|
| | | Name |
| | | Maxine Fritz |
| | | Notice Name |
| State the term remaining | 12/31/2023 | 2001 Pennsylvania Avenue NW |
| | | Address |
| | | Suite 950 |
| List the contract number of any government contract | | |

| Washington | D.C. | 20006 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.392**

| State what the contract or lease is for and the nature of the debtor's interest | NSF Amendment No. 2 to MPSA | NSF Health Services, LLC |
|---|---|---|
| | | Name |
| | | Maxine Fritz |
| | | Notice Name |
| State the term remaining | 12/31/2023 | 2001 Pennsylvania Avenue NW |
| | | Address |
| | | Suite 950 |
| List the contract number of any government contract | | |

| Washington | D.C. | 20006 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.393 | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement | Numed Pharma |
|---|---|---|---|
| | | | Name |
| | | | Teddy Newman |
| | | | Notice Name |
| | | | 2004 McDonald Avenue |
| | State the term remaining | Auto-renews | Address |
| | List the contract number of any government contract | | |

| | | | Brooklyn | NY | 11223 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.394 | State what the contract or lease is for and the nature of the debtor's interest | Rebate Agreement | NY State Elderly Pharmaceutical Insurance Coverage Program |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 99 Washington Ave |
| | State the term remaining | 4/4/2033 | Address |
| | | | One Commerce Plaza Room 720 |
| | List the contract number of any government contract | | |

| | | | Albany | NY | 12210 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.395 | State what the contract or lease is for and the nature of the debtor's interest | Memorandum of Understanding (MOU) Between Oklahoma Health Care Authority (OHCA) And Private Drug Labelers | Oklahoma Health Care Authority |
|---|---|---|---|
| | | | Name |
| | | | ANDY CHASE |
| | | | Notice Name |
| | | | 4345 N LINCOLN BLVD |
| | State the term remaining | Auto-renews | Address |
| | | | OKLAHOMA HEALTH CARE AUTHORITY |
| | List the contract number of any government contract | | |

| | | | OKLAHOMA CITY | OK | 73105 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| | | |
|---|---|---|
| 2.396 | **State what the contract or lease is for and the nature of the debtor's interest** | Memorandum of Understanding (MOU) Between Oklahoma Health Care Authority (OHCA) And Private Drug Labelers |

Oklahoma Health Care Authority

Name

ANDY CHASE

Notice Name

4345 N LINCOLN BLVD

Address

| | | |
|---|---|---|
| | **State the term remaining** | Auto-renews |

OKLAHOMA HEALTH CARE AUTHORITY

| | | |
|---|---|---|
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| OKLAHOMA CITY | OK | 73105 |
| City | State | ZIP Code |

Country

---

| | | |
|---|---|---|
| 2.397 | **State what the contract or lease is for and the nature of the debtor's interest** | Memorandum of Understanding (MOU) Between Oklahoma Health Care Authority (OHCA) And Private Drug Labelers |

Oklahoma Health Care Authority

Name

Notice Name

4345 N LINCOLN BLVD

Address

| | | |
|---|---|---|
| | **State the term remaining** | Auto-renews |

| | | |
|---|---|---|
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| OKLAHOMA CITY | OK | 73105 |
| City | State | ZIP Code |

Country

---

| | | |
|---|---|---|
| 2.398 | **State what the contract or lease is for and the nature of the debtor's interest** | Olsa USA, LLC Mutual Confidentiality and Non-Disclosure Agreement |

Olsa USA, LLC

Name

Amadio Contenti

Notice Name

1035 Andrew Drive

Address

| | | |
|---|---|---|
| | **State the term remaining** | 8/9/2027 |

| | | |
|---|---|---|
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| West Chester | PA | 19380 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.399 | **State what the contract or lease is for and the nature of the debtor's interest** | O'Neal Master Agreement for Architect/Engineer Design Services |

O'Neal, Inc.
Name

David Marks
Notice Name

7540 Windsor Drive
Address

Suite 311

**State the term remaining** — Auto-renews

**List the contract number of any government contract**

| | | |
|---|---|---|
| Allentown | PA | 18195 |
| City | State | ZIP Code |

Country

---

| | | |
|---|---|---|
| 2.400 | **State what the contract or lease is for and the nature of the debtor's interest** | Pay for Performance Agreement |

OptiSource LLC
Name

Matt Adams
Notice Name

7500 Flying Cloud Drive Suite 750
Address

**State the term remaining** — Auto-renews

**List the contract number of any government contract**

| | | |
|---|---|---|
| Eden Prairie | MN | 55344 |
| City | State | ZIP Code |

Country

---

| | | |
|---|---|---|
| 2.401 | **State what the contract or lease is for and the nature of the debtor's interest** | Oracle License and Services Agreement |

Oracle America, Inc.
Name

Notice Name

PO BOX 203448
Address

**State the term remaining** — Evergreen

**List the contract number of any government contract**

| | | |
|---|---|---|
| DALLAS | TX | 75320-3448 |
| City | State | ZIP Code |

Country

| 2.402 | State what the contract or lease is for and the nature of the debtor's interest | Orbicular License and Commercialization Agmt | Orbicular Pharmaceutical Technologies Pvt Ltd |
| | | | Name |
| | | | Rahul Gawande |
| | | | Notice Name |
| | State the term remaining | 4/6/2027 | 53 ALEAP Industrial Estate |
| | | | Address |
| | List the contract number of | | Behind Pragathi Nagar |
| | any government contract | | Kukatpally |

| | | | Hyderabad, Telangana | | 500090 |
| | | | City | State | ZIP Code |
| | | | India | | |
| | | | Country | | |

| 2.403 | State what the contract or lease is for and the nature of the debtor's interest | Ortiv-Q3 Research Pvt. Ltd Mutual Confidentiality and Non-Disclosure Agreement | Ortiv-Q3 Research Pvt. Ltd |
| | | | Name |
| | | | Dr. Mukesh Kumar |
| | | | Notice Name |
| | State the term remaining | 2/16/2025 | B-202-207, 2nd Floor, Ratna Business Hub |
| | | | Address |
| | List the contract number of | | Survey No. 439 of Village Navapura |
| | any government contract | | Sarkhej Bavla Highway |

| | | | Sanand City | Ahmedabad | 382210 |
| | | | City | State | ZIP Code |
| | | | India | | |
| | | | Country | | |

| 2.404 | State what the contract or lease is for and the nature of the debtor's interest | Master Laboratory and Testing Service Agreement | Ortiv-Q3- Research Pvt. Ltd. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | B-202-207, 2nd Floor, Ratna Business Hub |
| | State the term remaining | 3/7/2027 | Address |
| | | | Survey No. 439 of Village Navapura |
| | List the contract number of | | |
| | any government contract | | Sarkhej Bavla Highway |

| | | | Sanand City | Ahmedabad | 382210 |
| | | | City | State | ZIP Code |
| | | | India | | |
| | | | Country | | |

| 2.405 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Agreement | Otis Elevator Company |
| | | | Name |

| | | | Notice Name |
| | | | 1 Carrier Place |
| **State the term remaining** | | 12/8/2025 | Address |

| **List the contract number of** | | | |
| **any government contract** | | | |

| | | | Farmington | CN | 06032 |
| | | | City | State | ZIP Code |

| | | | Country |

| 2.406 | **State what the contract or lease is for and the nature of the debtor's interest** | Oxford Master Consulting Services Agreement | Oxford Global Resources, LLC |
| | | | Name |

| | | | Notice Name |
| | | | 100 Cummings Center |
| **State the term remaining** | | 2/17/2023 | Address |
| | | | Suite 206L |
| **List the contract number of** | | | |
| **any government contract** | | | |

| | | | Beverly | MA | 01915 |
| | | | City | State | ZIP Code |

| | | | Country |

| 2.407 | **State what the contract or lease is for and the nature of the debtor's interest** | Rebate Agreement | PA Dept of Aging |
| | | | Name |

| | | | Notice Name |
| | | | 400 Market Street |
| **State the term remaining** | | Auto-renews | Address |

| **List the contract number of** | | | |
| **any government contract** | | | |

| | | | Harrisburg | PA | 17101 |
| | | | City | State | ZIP Code |

| | | | Country |

| | | |
|---|---|---|
| 2.408 | **State what the contract or lease is for and the nature of the debtor's interest** | Quotation |
| | | **State the term remaining** 1/14/2024 |
| | | **List the contract number of any government contract** |

Package Development Co., Inc.

Name

Rick Folbrecht

Notice Name

100 Roundhill Drive

Address

| Rockaway | NJ | 7866 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.409 | **State what the contract or lease is for and the nature of the debtor's interest** | Paddock & Akorn APA |
| | | **State the term remaining** Auto-renews |
| | | **List the contract number of any government contract** |

Paddock Laboratories

Name

Notice Name

515 Eastern Avenue

Address

| Allegan | MI | 49010 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.410 | **State what the contract or lease is for and the nature of the debtor's interest** | Indoco & Paddocl Dev & Supply Agree |
| | | **State the term remaining** Auto-renews |
| | | **List the contract number of any government contract** |

Paddock Laboratories, Indoco Remedies Limited

Name

Notice Name

3940 Quebec Avenue North

Address

| Minneapolis | MN | 55427 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.411** | **State what the contract or lease is for and the nature of the debtor's interest** | Pam Anderson ("Consultant") Consulting Agreement |

Pam Anderson ("Consultant")
Name

Pam Anderson
Notice Name

Address on File
Address

**State the term remaining**  8/20/2024

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| **2.412** | **State what the contract or lease is for and the nature of the debtor's interest** | Severance Agreement |

Pan, Wen
Name

Notice Name

Address on File
Address

**State the term remaining**  N/A

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| **2.413** | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOM MANUFACTURING AGREEMENT #259 AUROTHIOGLUCOSE, USP |

Pasadena Research Laboratories Inc, Johnson Matthey Inc
Name

Division General Counsel
Notice Name

Materials Technology Div.
Address

1401 King Road

**State the term remaining**  12/31/2024

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| West Chester | PA | 19380 |

Country

| | | | |
|---|---|---|---|
| 2.414 | **State what the contract or lease is for and the nature of the debtor's interest** | Severance Agreement | Patel, Prachi Ashokbhai |
| | | | Name |
| | | | Notice Name |
| | | | Address on File |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |
| | | | City    State    ZIP Code |
| | | | Country |
| 2.415 | **State what the contract or lease is for and the nature of the debtor's interest** | Consulting Agreement | Patrick Diiorio |
| | | | Name |
| | | | Notice Name |
| | | | Address on File |
| | **State the term remaining** | 3/25/2023 | Address |
| | **List the contract number of any government contract** | | |
| | | | City    State    ZIP Code |
| | | | Country |
| 2.416 | **State what the contract or lease is for and the nature of the debtor's interest** | Severance Agreement | Patrick, Michael |
| | | | Name |
| | | | Notice Name |
| | | | Address on File |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |
| | | | City    State    ZIP Code |
| | | | Country |

| | | |
|---|---|---|
| 2.417 | **State what the contract or lease is for and the nature of the debtor's interest** | Paul Karpecki & Visionary Consultants, Inc. Consulting Agreement |

Paul Karpecki & Visionary Consultants, Inc.
Name

Paul Karpecki
Notice Name

3933 Real Quiet Lane
Address

| | **State the term remaining** | Evergreen |
|---|---|---|
| | **List the contract number of any government contract** | |

| Lexington | KY | 40509 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.418 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Professional Services Agreement |

PCI, LLC
Name

Notice Name

8100 Brownleigh
Address

| | **State the term remaining** | 2/23/2024 |
|---|---|---|
| | **List the contract number of any government contract** | |

| Drive Raleigh | NC | 27617 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.419 | **State what the contract or lease is for and the nature of the debtor's interest** | Complete Service Plan Maintenance Quote |

Peak Scientific
Name

Notice Name

DEPT CH 19562
Address

| | **State the term remaining** | 1/13/2023 |
|---|---|---|
| | **List the contract number of any government contract** | |

| PALATINE | IL | 60055-9562 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.420 | State what the contract or lease is for and the nature of the debtor's interest | Addendum to Manufacturer's Rebate Agreement | Pennsylvania Department of Aging |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 400 Market Street |
| | State the term remaining | Auto-renews | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Harrisburg PA 17101 |
| | | | City State ZIP Code |
| | | | Country |

| 2.421 | State what the contract or lease is for and the nature of the debtor's interest | Manufacturer's Rebate Agreement | Pennsylvania Department of Aging |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 400 Market Street |
| | State the term remaining | Auto-renews | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Harrisburg PA 17101 |
| | | | City State ZIP Code |
| | | | Country |

| 2.422 | State what the contract or lease is for and the nature of the debtor's interest | Pharmaceutical Assistance Contract for the Elderly | Pennsylvania Department of Aging |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 400 Market Street |
| | State the term remaining | Auto-renews | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Harrisburg PA 17101 |
| | | | City State ZIP Code |
| | | | Country |

| 2.423 | State what the contract or lease is for and the nature of the debtor's interest | Manufacturer's Rebate Agreement | Pennsylvania Department of Aging and Health |
| | | | Name |

| | | | |
| | | | Notice Name |

| | | | 400 Market Street |
| | State the term remaining | Auto-renews | Address |

| | List the contract number of any government contract | | |

| | | | |

| | | | Harrisburg | PA | 17101 |
| | | | City | State | ZIP Code |

| | | | |
| | | | Country |

| 2.424 | State what the contract or lease is for and the nature of the debtor's interest | Penske Vehicle Service Agreement – Schedule A | Penske Trucking Leasing Co., L.P. |
| | | | Name |

| | | | Laura M. Petit |
| | | | Notice Name |

| | | | 30 Mahan Street |
| | State the term remaining | 9/20/2023 | Address |

| | List the contract number of any government contract | | |

| | | | |

| | | | West Babylon | NY | 11704 |
| | | | City | State | ZIP Code |

| | | | |
| | | | Country |

| 2.425 | State what the contract or lease is for and the nature of the debtor's interest | Performance Validation Master Consulting Services Agmt | Performance Validation |
| | | | Name |

| | | | |
| | | | Notice Name |

| | | | 5420 W. Southern Ave |
| | State the term remaining | 10/29/2023 | Address |

| | List the contract number of any government contract | | Suite 100 |

| | | | |

| | | | Indianapolis | IN | 46241 |
| | | | City | State | ZIP Code |

| | | | |
| | | | Country |

| 2.426 | State what the contract or lease is for and the nature of the debtor's interest | Amendment No.1 to Development and Manufacturing Agreement | Perrigo Israel Pharmaceuticals Ltd |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Auto-renews | The Sharp Building |
| | | | Address |
| | List the contract number of any government contract | | Hogan Place |
| | | | |
| | | | Dublin 2 |
| | | | City     State     ZIP Code |
| | | | Ireland |
| | | | Country |

| 2.427 | State what the contract or lease is for and the nature of the debtor's interest | Development and Manufacturing Agreement | Perrigo Israel Pharmaceuticals Ltd. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Auto-renews | The Sharp Building |
| | | | Address |
| | List the contract number of any government contract | | Hogan Place |
| | | | |
| | | | Dublin 2 |
| | | | City     State     ZIP Code |
| | | | Ireland |
| | | | Country |

| 2.428 | State what the contract or lease is for and the nature of the debtor's interest | Perritt Laboratories Mutual Confidentiality and Non-Disclosure Agreement | Perritt Laboratories |
|---|---|---|---|
| | | | Name |
| | | | John Trepper |
| | | | Notice Name |
| | | | 145 South Main Street |
| | State the term remaining | 7/25/2028 | Address |
| | List the contract number of any government contract | | |
| | | | Hightstown     NJ     08520 |
| | | | City     State     ZIP Code |
| | | | Country |

| | | |
|---|---|---|
| 2.429 | **State what the contract or lease is for and the nature of the debtor's interest** | Mutual Confidentiality and Non-Disclosure Agreement |

Pharmacy Healthcare Solutions, Inc.
Name

Notice Name

968 Perry Highway
Address

**State the term remaining**  11/3/2024

**List the contract number of any government contract**

| | | |
|---|---|---|
| Pittsburgh | PA | 15237 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.430 | **State what the contract or lease is for and the nature of the debtor's interest** | 2021 Pharmacy Select Contract |

Pharmacy Select, LLP
Name

Kristen N. Reabe
Notice Name

1659 N. Spring Street
Address

Suite 107

**State the term remaining**  12/31/2023

**List the contract number of any government contract**

| | | |
|---|---|---|
| Beaver Dam | WI | 53916 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.431 | **State what the contract or lease is for and the nature of the debtor's interest** | Pharmacy Select Amendment No. 1 to Supply Agreement |

Pharmacy Select, LLP
Name

Kristen N. Reabe
Notice Name

1659 N. Spring Street
Address

Suite 107

**State the term remaining**  12/31/2023

**List the contract number of any government contract**

| | | |
|---|---|---|
| Beaver Dam | WI | 53916 |
| City | State | ZIP Code |

Country

| 2.432 | State what the contract or lease is for and the nature of the debtor's interest | API Supply Agreement | Pharm-Rx Chemical Corp. |
|---|---|---|---|
| | | | Name |
| | | | Carlos Doussinague |
| | | | Notice Name |
| | State the term remaining | Auto-renews | 4 Brighton Road |
| | | | Address |
| | | | Suite 308 |
| | List the contract number of any government contract | | |
| | | | Clifton NJ 07012 |
| | | | City State ZIP Code |
| | | | Country |

| 2.433 | State what the contract or lease is for and the nature of the debtor's interest | API Supply Agreement | Pharm-Rx Chemical Corp. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Auto-renews | 4 Brighton Road |
| | | | Address |
| | | | Suite 308 |
| | List the contract number of any government contract | | |
| | | | Clifton NJ 07102 |
| | | | City State ZIP Code |
| | | | Country |

| 2.434 | State what the contract or lease is for and the nature of the debtor's interest | Akorn Product Payer Impact on Pharmacy Utilization Proposal | PHSI |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Auto-renews | 968 Perry Highway |
| | | | Address |
| | List the contract number of any government contract | | |
| | | | Pittsburgh PA 15237 |
| | | | City State ZIP Code |
| | | | Country |

| 2.435 | **State what the contract or lease is for and the nature of the debtor's interest** | Plantex USA, Inc Development, Supply and Marketing Agreement | Plantex USA, Inc. |
|---|---|---|---|
| | | | Name |
| | | | George Svokos & Cheryl Bohnel |
| | | | Notice Name |
| | **State the term remaining** | Auto-renews | Two University Plaza |
| | | | Address |
| | | | Suite 305 |
| | **List the contract number of any government contract** | | |

| | | | Hackensack | NJ | 07601 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.436 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement | Positudes, Inc. dba The Alliance Pharmacy |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 44 Bond Street |
| | **State the term remaining** | Evergreen | Address |
| | **List the contract number of any government contract** | | |

| | | | Westbury | NY | 11590 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.437 | **State what the contract or lease is for and the nature of the debtor's interest** | PPD Master Laboratory and Testing Service Agreement | PPD Development L.P. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 8551 Research Way |
| | **State the term remaining** | 9/16/2024 | Address |
| | | | Suite 90 |
| | **List the contract number of any government contract** | | |

| | | | Middletown | WI | 53562 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.438 | State what the contract or lease is for and the nature of the debtor's interest | PPD Development, L.P. ("PPD") Xopenex Inhalation Solution Stability Storage and Analysis of Lot A21H005 ("Agreement") | PPD Development, L.P. ("PPD") |
|---|---|---|---|
| | | | Name |
| | | | Cindy R. Drew, Chad Volkmann, Laura Ritter |
| | | | Notice Name |
| | | | 8551 Research Way |
| | State the term remaining | Auto-renews | Address |
| | | | Suite 90 |
| | List the contract number of any government contract | | |
| | | | Middleton WI 53562 |
| | | | City State ZIP Code |
| | | | Country |

| 2.439 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreement | Pramila Datt |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | Address on File |
| | State the term remaining | 3/25/2023 | Address |
| | List the contract number of any government contract | | |
| | | | City State ZIP Code |
| | | | Country |

| 2.440 | State what the contract or lease is for and the nature of the debtor's interest | Precis Engineering, Inc. Mutual Confidentiality and Non-Disclosure Agreement | Precis Engineering, Inc. |
|---|---|---|---|
| | | | Name |
| | | | John McCullough |
| | | | Notice Name |
| | | | 20 S. Maple Street |
| | State the term remaining | 4/26/2028 | Address |
| | | | Suite 200 |
| | List the contract number of any government contract | | |
| | | | Ambler PA 19002 |
| | | | City State ZIP Code |
| | | | Country |

| | | |
|---|---|---|
| 2.441 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment #50 to Group Purchasing Agreement |

Premier Healthcare Alliance LP
Name

Wayne Russell
Notice Name

13034 Ballantyne Corporate Place
Address

| | | |
|---|---|---|
| **State the term remaining** | 6/4/2030 | |
| **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| Charlotte | NC | 28277 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.442 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment #117 to Group Purchasing Agreement |

Premier Healthcare Alliance LP
Name

Wayne Russell
Notice Name

13034 Ballantyne Corporate Place
Address

| | | |
|---|---|---|
| **State the term remaining** | Auto-renews | |
| **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| Charlotte | NC | 28277 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.443 | **State what the contract or lease is for and the nature of the debtor's interest** | Premier Healthcare Alliance, L.P. Amendment Number 137 to Group Purchasing Agreement |

Premier Healthcare Alliance, LP
Name

Notice Name

13034 Ballantyne Corporate Place
Address

| | | |
|---|---|---|
| **State the term remaining** | 6/30/2028 | |
| **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| Charlotte | NC | 28277 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.444 | **State what the contract or lease is for and the nature of the debtor's interest** | Consent to Assignment of Contract |
| | | Prime Therapeutics LLC |
| | | Name |
| | | Christopher Moen |
| | | Notice Name |
| | **State the term remaining** | Auto-renews |
| | | 1305 Corporate Center Drive |
| | | Address |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| | Eagan | MN | 55121 |
| | City | State | ZIP Code |
| | Country | | |

| | | |
|---|---|---|
| 2.445 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Laboratory and Testing Service |
| | | Primera Analytical Solutions |
| | | Name |
| | | Notice Name |
| | **State the term remaining** | 11/10/2025 |
| | | 259 Prospect Plains Rd. |
| | | Address |
| | **List the contract number of any government contract** | Bldg E |

| | | |
|---|---|---|
| | Cranbury | NJ | 08512 |
| | City | State | ZIP Code |
| | Country | | |

| | | |
|---|---|---|
| 2.446 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 1 to MPSA |
| | | Primera Analytical Solutions Corp |
| | | Name |
| | | Notice Name |
| | **State the term remaining** | 1/1/2024 |
| | | 259 Wall Street |
| | | Address |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| | Princeton | NJ | 08540 |
| | City | State | ZIP Code |
| | Country | | |

| 2.447 | State what the contract or lease is for and the nature of the debtor's interest | Master Professional Services Agreement | Primera Analytical Solutions Corp |
|---|---|---|---|
| | | | Name |
| | | | Bibo Xu |
| | | | Notice Name |
| | State the term remaining | Auto-renews | 259 Wall Street |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| | | Princeton | NJ | 08540 |

| City | State | ZIP Code |
|---|---|---|

Country

| 2.448 | State what the contract or lease is for and the nature of the debtor's interest | Propharm Distribution Agreement | Propharm Ltd. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Auto-renews | 23 Ben Gurion Street |
| | | | Address |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| ZichronYaacov | | 30900 |

| City | State | ZIP Code |
|---|---|---|

Country

| 2.449 | State what the contract or lease is for and the nature of the debtor's interest | ProPharma Core Working Practice | ProPharma Group |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 8717 W. 110th St. |
| | State the term remaining | Auto-renews | Address |
| | | | Suite 300 |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| Overland Park | KS | 66210 |

| City | State | ZIP Code |
|---|---|---|

Country

| Debtor: | Akorn Operating Company LLC | | Case number *(if known)* | 23-10255 |
| | Name | | | |

**2.450** State what the contract or lease is for and the nature of the debtor's interest — ProPharm MSA

ProPharma Group Holdings, LLC
Name

Notice Name

8717 W. 110th St.
Address

Suite 300

State the term remaining — 2/2/2024

List the contract number of any government contract

| Overland Park | KS | 66210 |
| City | State | ZIP Code |

Country

**2.451** State what the contract or lease is for and the nature of the debtor's interest — Confidentiality Agreement

ProPharma Group Holdings, LLC
Name

Notice Name

8717 West 110th Street Suite 300
Address

State the term remaining — 12/5/2023

List the contract number of any government contract

| Overland Park | KS | 66210 |
| City | State | ZIP Code |

Country

**2.452** State what the contract or lease is for and the nature of the debtor's interest — Agreement to Furnish Employees

ProStaff Solutions Inc.
Name

Juan Carlos Diaz
Notice Name

101 N. Fetus St.
Address

State the term remaining — Evergreen

List the contract number of any government contract

| South Amboy | NJ | 08879 |
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.453 | **State what the contract or lease is for and the nature of the debtor's interest** | Porzio, Bromberg & Newman, P.C. Hourly Counseling Letter | Prozio, Bromberg & Newman, P.C. |
| | | | Name |
| | | | Frank Fazio |
| | | | Notice Name |
| | | | 100 Southgate Parkway |
| | **State the term remaining** | Evergreen | Address |
| | | | P.O. Box 1997 |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Morristown    NJ    07962-1997 |
| | | | City    State    ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.454 | **State what the contract or lease is for and the nature of the debtor's interest** | Publix Pharmaceutical Purchasing Agreement | Publix Super Markets, Inc. |
| | | | Name |
| | | | Notice Name |
| | | | PO Box 407 |
| | **State the term remaining** | Evergreen | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Lakeland    FL    33802 |
| | | | City    State    ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.455 | **State what the contract or lease is for and the nature of the debtor's interest** | Agency Staffing Agreement | QCS Staffing Inc. |
| | | | Name |
| | | | Notice Name |
| | | | One Boston Place |
| | **State the term remaining** | Auto-renews | Address |
| | | | Ste 2600 |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Boston    MA    02108 |
| | | | City    State    ZIP Code |
| | | | Country |

| | | |
|---|---|---|
| 2.456 | **State what the contract or lease is for and the nature of the debtor's interest** | Pharmaceutical Waste Evaluation and Disposal Agreement |

Qualanex
Name

Notice Name

| **State the term remaining** | Auto-renews |
|---|---|

1410 Harris Road
Address

**List the contract number of any government contract**

| Libertyville | IL | 60048 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.457 | **State what the contract or lease is for and the nature of the debtor's interest** | Pharmaceutical Waste Evaluation and Disposal Agreement |

Qualanex, LLC
Name

Erin Pietranek
Notice Name

| **State the term remaining** | Auto-renews |
|---|---|

1410 Harris Road
Address

**List the contract number of any government contract**

| Libertyville | IL | 60048 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.458 | **State what the contract or lease is for and the nature of the debtor's interest** | Reverse Distribution and Services |

Qualanex, LLC
Name

Gerard Sartori
Notice Name

1410 Harris Road
Address

| **State the term remaining** | Auto-renews |
|---|---|

**List the contract number of any government contract**

| Libertyville | IL | 60048 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.459 State what the contract or lease is for and the nature of the debtor's interest**

Reverse Distribution and Services Agreement

Qualanex, LLC
Name

Erin Pietranek
Notice Name

1410 Harris Road
Address

**State the term remaining** — Auto-renews

**List the contract number of any government contract**

| Libertyville | IL | 60048 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.460 State what the contract or lease is for and the nature of the debtor's interest**

Framework Agreement (Revision 1)

Qualifyze GMBH
Name

Notice Name

Taunusanlage 8
Address

**State the term remaining** — 3/4/2026

**List the contract number of any government contract**

| Frankfurt am Main | | 60329 |
|---|---|---|
| City | State | ZIP Code |

Germany
Country

**2.461 State what the contract or lease is for and the nature of the debtor's interest**

Master Consulting Services Agreement

Quantic Group, Ltd.
Name

Owen Richards
Notice Name

5N Regent Street
Address

Suite 502

**State the term remaining** — 7/24/2024

**List the contract number of any government contract**

| Livingston | NJ | 07039 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | | | |
|---|---|---|---|---|
| 2.462 | **State what the contract or lease is for and the nature of the debtor's interest** | Quincy Master Professional Services Agreement | Quincy Compressor LLC | |
| | | | Name | |
| | | | Muntaser Marar | |
| | | | Notice Name | |
| | **State the term remaining** | 4/14/2024 | 87 E Jefryn Blvd | |
| | | | Address | |
| | **List the contract number of any government contract** | | Unit B | |

| Deer Park | NY | 11729 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | | | |
|---|---|---|---|---|
| 2.463 | **State what the contract or lease is for and the nature of the debtor's interest** | Supply Agreement | R&S Wholesale | |
| | | | Name | |
| | | | Jeff Coomer | |
| | | | Notice Name | |
| | **State the term remaining** | Auto-renews | 8407 Austin Tracy Rd | |
| | | | Address | |
| | **List the contract number of any government contract** | | | |

| Fountain Run | KY | 42133 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | | | |
|---|---|---|---|---|
| 2.464 | **State what the contract or lease is for and the nature of the debtor's interest** | R.A. Jones & Co. d/b/a Norden Machinery Mutual Confidentiality and Non-Disclosure Agreement | R.A. Jones & Co. d/b/a Norden Machinery | |
| | | | Name | |
| | | | Jonathon Titterton | |
| | | | Notice Name | |
| | **State the term remaining** | 3/19/2026 | 201 Circle Drive N | |
| | | | Address | |
| | **List the contract number of any government contract** | | Suite 116 | |

| Piscataway | NJ | 08854 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.465 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Construction Agreement | Ralph W. Plotke Inc. |
|---|---|---|---|
| | | | Name |
| | | | Ralph Plotke |
| | | | Notice Name |
| | **State the term remaining** | Auto-renews | 48 West Jefryn Blvd. |
| | | | Address |
| | **List the contract number of any government contract** | | |
| | | | Deer Park    NY    11729 |
| | | | City    State    ZIP Code |
| | | | Country |

| 2.466 | **State what the contract or lease is for and the nature of the debtor's interest** | Consulting Agreement | Ramarao Gollapalli |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | Address on File |
| | **State the term remaining** | 3/10/2023 | Address |
| | **List the contract number of any government contract** | | |
| | | | City    State    ZIP Code |
| | | | Country |

| 2.467 | **State what the contract or lease is for and the nature of the debtor's interest** | Severance Agreement | Raymundo, Antonette |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | Address on File |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |
| | | | City    State    ZIP Code |
| | | | Country |

Name

| 2.468 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract Renewal | | Rees Scientific USA |
|---|---|---|---|---|
| | | | | Name |
| | | | | |
| | | | | Notice Name |
| | | | | 1007 Whitehead Road Ext |
| | **State the term remaining** | 4/30/2023 | | Address |
| | | | | |
| | **List the contract number of any government contract** | | | |
| | | | | |
| | | | Trenton | NJ | 08638 |
| | | | City | State | ZIP Code |
| | | | | |
| | | | Country |

| 2.469 | **State what the contract or lease is for and the nature of the debtor's interest** | Renaissance Global Services, LLC (RGS) Master Consulting Services Agreement | | Renaissance Global Services, LLS (RGS) |
|---|---|---|---|---|
| | | | | Name |
| | | | | Frank Libutti |
| | | | | Notice Name |
| | | | | 101 Crawfords Corner Road |
| | **State the term remaining** | 10/28/2023 | | Address |
| | | | | Suite 4-116 |
| | **List the contract number of any government contract** | | | |
| | | | | |
| | | | Holmdel | NJ | 07733 |
| | | | City | State | ZIP Code |
| | | | | |
| | | | Country |

| 2.470 | **State what the contract or lease is for and the nature of the debtor's interest** | Ren-Pharm International, Ltd. S.A. & Nortee Quimica S.A. Privileged & Confidential 3-Way Confidentiality nd Non-Disclosure Agreement | | Ren-Pharm International, Ltd. S.A. & Nortee Quimica S.A. |
|---|---|---|---|---|
| | | | | Name |
| | | | | Renee P. Worral |
| | | | | Notice Name |
| | | | | Ren-Pharm- 350 Jericho Turnpike |
| | **State the term remaining** | 12/12/2027 | | Address |
| | | | | Suite 204 |
| | **List the contract number of any government contract** | | | |
| | | | | |
| | | | Jericho | NY | 11753 |
| | | | City | State | ZIP Code |
| | | | | |
| | | | Country |

| | | |
|---|---|---|
| 2.471 | **State what the contract or lease is for and the nature of the debtor's interest** | Rentokil North America d/b/a Anderson Commercial Pest Management Maintenance Agreement |

Rentokil North America d/b/a Anderson
Name

Josh Kabala
Notice Name

1125 Berkshire Blvd, Suite 150
Address

**State the term remaining**  Auto-renews

**List the contract number of any government contract**

| Reading | PA | 19610 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.472 | **State what the contract or lease is for and the nature of the debtor's interest** | RHO Placement Agreement |

RHO, Inc.
Name

Notice Name

507 Omni Drive
Address

**State the term remaining**  Auto-renews

**List the contract number of any government contract**

| Hillsborough | NJ | 08844 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.473 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement |

Right Management Inc.
Name

Notice Name

24677 NETWORK PLACE
Address

**State the term remaining**  6/22/2023

**List the contract number of any government contract**

| CHICAGO | IL | 60673 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.474 | **State what the contract or lease is for and the nature of the debtor's interest** | Riker Danzig Scherer Hyland Perretti, LLP New Jersey Site Recovery Act ("ISRA") Advice in Connection with Asset Sale |

Riker Danzig Scherer Hyland Perretti, LLP
Name

Alexa Richman-LaLonde
Notice Name

1647 CRANSTON ST
Address

**State the term remaining** Evergreen

**List the contract number of any government contract**

| CRANSTON | RI | 02920 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.475 | **State what the contract or lease is for and the nature of the debtor's interest** | Robert E. Devlin Mutual Confidentiality and Non-Disclosure Agreement |

Robert E. Devlin
Name

Robert Devlin
Notice Name

Address on File
Address

**State the term remaining** 6/25/2024

**List the contract number of any government contract**

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.476 | **State what the contract or lease is for and the nature of the debtor's interest** | Consulting Agreement |

Robert Serina
Name

Notice Name

Address on File
Address

**State the term remaining** 5/24/2023

**List the contract number of any government contract**

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.477 | **State what the contract or lease is for and the nature of the debtor's interest** | CDA Amicogen & Rochem_2022.01.21 |

| Rochem International |
|---|
| Name |

| |
|---|
| Notice Name |

| 45 Rasons Court |
|---|
| Address |

**State the term remaining** 1/20/2027

**List the contract number of any government contract**

| Hauppauge | NY | 11788 |
|---|---|---|
| City | State | ZIP Code |

| |
|---|
| Country |

| | | |
|---|---|---|
| 2.478 | **State what the contract or lease is for and the nature of the debtor's interest** | Consulting Agreement |

| Roger C. Schmitt |
|---|
| Name |

| |
|---|
| Notice Name |

| Address on File |
|---|
| Address |

**State the term remaining** 5/19/2023

**List the contract number of any government contract**

| | | |
|---|---|---|
| City | State | ZIP Code |

| |
|---|
| Country |

| | | |
|---|---|---|
| 2.479 | **State what the contract or lease is for and the nature of the debtor's interest** | Severance Agreement |

| Rosales, Renato |
|---|
| Name |

| |
|---|
| Notice Name |

| Address on File |
|---|
| Address |

**State the term remaining** N/A

**List the contract number of any government contract**

| | | |
|---|---|---|
| City | State | ZIP Code |

| |
|---|
| Country |

| Debtor: | Akorn Operating Company LLC | | Case number *(if known)* | 23-10255 |
|---|---|---|---|---|

Name

| 2.480 | **State what the contract or lease is for and the nature of the debtor's interest** | Rx Sourcing Volume Incentive Rebate | Rx Sourcing Strategies LLC |
|---|---|---|---|

Name

Notice Name

| | | | 16150 Main Circle Drive, Suite 220 |
|---|---|---|---|

| | **State the term remaining** | 6/30/2023 | Address |
|---|---|---|---|

| | **List the contract number of any government contract** | | |
|---|---|---|---|

| | | | Chesterfield | MO | 63017 |
|---|---|---|---|---|---|

| | | | City | State | ZIP Code |
|---|---|---|---|---|---|

Country

| 2.481 | **State what the contract or lease is for and the nature of the debtor's interest** | Mutual Confidentiality and Non-Disclosure Agreement | Rx Sourcing Strategies, LLC |
|---|---|---|---|

Name

Notice Name

| | | | 16305 Swingley Ridge Road |
|---|---|---|---|

| | **State the term remaining** | 7/10/2023 | Address |
|---|---|---|---|

| | **List the contract number of any government contract** | | Suite 340 |
|---|---|---|---|

| | | | Chesterfield | MO | 63017 |
|---|---|---|---|---|---|

| | | | City | State | ZIP Code |
|---|---|---|---|---|---|

Country

| 2.482 | **State what the contract or lease is for and the nature of the debtor's interest** | Rx Crossroads Master Services Agmt | RxC Acquisition Company d/b/a RxCrossroads |
|---|---|---|---|

Name

Notice Name

| | | | 10350 Ormsby Park Place |
|---|---|---|---|

| | **State the term remaining** | Auto-renews | Address |
|---|---|---|---|

| | **List the contract number of any government contract** | | Suite 500 |
|---|---|---|---|

| | | | Louisville | KY | 40223 |
|---|---|---|---|---|---|

| | | | City | State | ZIP Code |
|---|---|---|---|---|---|

Country

| | | |
|---|---|---|
| 2.483 | **State what the contract or lease is for and the nature of the debtor's interest** | Rx Crossroads MSA Amend 1 |

RxC Acquisition Company d/b/a RxCrossroads

Name

Notice Name

**State the term remaining**    Auto-renews

10350 Ormsby Park Place

Address

Suite 500

**List the contract number of any government contract**

| Louisville | KY | 40223 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.484 | **State what the contract or lease is for and the nature of the debtor's interest** | Offer Letter |

Sandhya Goyal

Name

Notice Name

Address on File

**State the term remaining**    N/A

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.485 | **State what the contract or lease is for and the nature of the debtor's interest** | Consulting Agreement |

Sandip Chingre

Name

Notice Name

Address on File

**State the term remaining**    4/9/2023

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| 2.486 | State what the contract or lease is for and the nature of the debtor's interest | Confidential Disclosure Agreement Outgoing | Sandoz GmbH, Lek Pharmaceuticals d.d Lendava Site |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Sandoz:Biochemistrasse 10 |
| | State the term remaining | 3/24/2024 | Address |
| | | | |
| | List the contract number of any government contract | | |
| | | | |
| | | | Kundl        6250 |
| | | | City    State    ZIP Code |
| | | | Austria |
| | | | Country |

| 2.487 | State what the contract or lease is for and the nature of the debtor's interest | Sannova Master Service Agreement | Sannova Analytical Inc. |
|---|---|---|---|
| | | | Name |
| | | | Hanumantha Rao Marepalli Ph.D |
| | | | Notice Name |
| | | | 155 Pierce St. |
| | State the term remaining | 4/18/2025 | Address |
| | | | |
| | List the contract number of any government contract | | |
| | | | |
| | | | Somerset    NJ    08873 |
| | | | City    State    ZIP Code |
| | | | Country |

| 2.488 | State what the contract or lease is for and the nature of the debtor's interest | Sannova Analytical Inc. Mutual Confidential Disclosure Agreement | Sannova Analytical Inc. |
|---|---|---|---|
| | | | Name |
| | | | Michael Kahn Ph.D. |
| | | | Notice Name |
| | | | 155 Pierce Street |
| | State the term remaining | 3/30/2025 | Address |
| | | | |
| | List the contract number of any government contract | | |
| | | | |
| | | | Somerset    NJ    08873 |
| | | | City    State    ZIP Code |
| | | | Country |

| | | |
|---|---|---|
| 2.489 | **State what the contract or lease is for and the nature of the debtor's interest** | Sannova Amendment No. 1 to Master Service Agreement |

Sannova Analytical Inc.
Name

Dr. Venkat Reddy
Notice Name

155 Pierce St.
Address

**State the term remaining** | 4/18/2025

**List the contract number of any government contract**

| Somerset | NJ | 08873 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.490 | **State what the contract or lease is for and the nature of the debtor's interest** | Santen Pharmaceuticals License Agreement |

Santen Pharmaceutical Co., Ltd.
Name

Notice Name

Grand Front Osaka Tower A
Address

4-20 Ofuka-cho

**State the term remaining** | Auto-renews

**List the contract number of any government contract**

| Kita-ku | Osaka | 530-8552 |
|---|---|---|
| City | State | ZIP Code |

Japan
Country

| | | |
|---|---|---|
| 2.491 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Professional Services Agreement |

SCADAware, Inc.
Name

Notice Name

2023 Eagle Road
Address

**State the term remaining** | 11/29/2023

**List the contract number of any government contract**

| Normal | IL | 61761 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.492 | **State what the contract or lease is for and the nature of the debtor's interest** | Consulting Agreement |

Scott Almgren
Name

Notice Name

Address on File

| | | | |
|---|---|---|---|
| **State the term remaining** | 3/25/2023 | Address |

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.493 | **State what the contract or lease is for and the nature of the debtor's interest** | Severance Agreement |

Searle Klem, June Marie
Name

Notice Name

Address on File

| | | |
|---|---|---|
| **State the term remaining** | N/A | Address |

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.494 | **State what the contract or lease is for and the nature of the debtor's interest** | Severance Agreement |

Seeley, Sherri Lee
Name

Notice Name

Address on File

| | | |
|---|---|---|
| **State the term remaining** | N/A | Address |

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

**2.495** State what the contract or lease is for and the nature of the debtor's interest

Service Agreement

Sericycle, Inc., on behalf of it and subsidiaries (Shred-it)
Name

Notice Name

28161 N. Keith Drive
Address

State the term remaining: 9/3/2023

List the contract number of any government contract

| Lake Forest | IL | 60045 |
| City | State | ZIP Code |

Country

**2.496** State what the contract or lease is for and the nature of the debtor's interest

SGD Pharma Saint Quentin Plant and SGD Pharma India Private Limited Quality Agreement-Packaging Materials

SGD Pharma Saint Quentin Plant & SGD Pharma India Private Limited
Name

Laurent Millet
Notice Name

1 rue des Terres a Flacons
Address

State the term remaining: Auto-renews

Park d'activite Bresle Maritime

List the contract number of any government contract

| Saint-Quentin-La-Motte-Croix-au-Bailly | | 80880 |
| City | State | ZIP Code |

France
Country

**2.497** State what the contract or lease is for and the nature of the debtor's interest

SGS France SAS Mutual Confidentiality and Non-Disclosure Agreement

SGS France SAS
Name

Franck Picard
Notice Name

29, Avenue Aristide Briand
Address

State the term remaining: 3/5/2026

List the contract number of any government contract

| Arcueil Cedex | | 94110 |
| City | State | ZIP Code |

France
Country

| 2.498 | State what the contract or lease is for and the nature of the debtor's interest | SGS North America MLTSA | SGS North America Inc. |
| | | | Name |

Notice Name

201 Route 17 North
Address

7th Floor

| State the term remaining | 8/20/2024 |

List the contract number of
any government contract

| Rutherford | NJ | 07070 |
| City | State | ZIP Code |

Country

| 2.499 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Confidentiality and Non-Disclosure Agreement | SGS North America Inc. |
| | | | Name |

Notice Name

201 Route 17 North
Address

| State the term remaining | 9/26/2026 |

List the contract number of
any government contract

| Rutherford | NJ | 07070 |
| City | State | ZIP Code |

Country

| 2.500 | State what the contract or lease is for and the nature of the debtor's interest | Severance Agreement | Shah, Nila Manesh |
| | | | Name |

Notice Name

Address on File
Address

| State the term remaining | N/A |

List the contract number of
any government contract

| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.501 | **State what the contract or lease is for and the nature of the debtor's interest** | Sharp Clinical Services, Inc. & Insect Research & Development Limited Mutual Confidentiality and Non-Disclosure Agreement |

Sharp Clinical Services, Inc. & Insect Research & Development Limited
Name

Sharp Clinical Services- John Phillips, Insect Research- Ian F. Burgess
Notice Name

| **State the term remaining** | 6/4/2025 |
|---|---|

Sharp Clinical Services- 300 Kimberton Road
Address

**List the contract number of**

**any government contract**

| Phoenixville | PA | 19460 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.502 | **State what the contract or lease is for and the nature of the debtor's interest** | Sharp Clinical Services, Inc. Mutual Confidentiality and Non-Disclosure Agreement |

Sharp Clinical Services, Inc.
Name

John Morrison
Notice Name

| **State the term remaining** | 8/14/2024 |
|---|---|

300 Kimberton Road
Address

**List the contract number of**

**any government contract**

| Phoenixville | PA | 19460 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.503 | **State what the contract or lease is for and the nature of the debtor's interest** | Sharp Clinical Services, Inc. & Insect Research & Development Limited Mutual Confidentiality and Non-Disclosure Agreement |

Sharp Clinical Services, Inc. & Insect Research & Development Limited
Name

Sharp- John Phillips, Insect- Ian F. Burgess
Notice Name

| **State the term remaining** | 6/4/2025 |
|---|---|

Sharp- 300 Kimberton Road
Address

**List the contract number of**

**any government contract**

| Phoenixville | PA | 19460 |
|---|---|---|
| City | State | ZIP Code |

Country

Name

| 2.504 | State what the contract or lease is for and the nature of the debtor's interest | Shulman Master Construction Agreement | Shulman Industries Inc |
|---|---|---|---|
| | | | Name |
| | | | Mark Shulman |
| | | | Notice Name |
| | State the term remaining | Auto-renews | 35 Crooked Hill Road |
| | | | Address |
| | List the contract number of any government contract | | |

| Commack | NY | 11725 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.505 | State what the contract or lease is for and the nature of the debtor's interest | Siegfried (USA) Inc. Supply Agreement | Siegfried (USA) Inc. |
|---|---|---|---|
| | | | Name |
| | | | Craig Douglas & Marianne Spane |
| | | | Notice Name |
| | State the term remaining | Auto-renews | 33 Industrial Park Road |
| | | | Address |
| | List the contract number of any government contract | | |

| Pennsville | NJ | 08070 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.506 | State what the contract or lease is for and the nature of the debtor's interest | Siegfried Irvine Albuterol Proposal | Siegfried Irvine |
|---|---|---|---|
| | | | Name |
| | | | Kevin O'Brien |
| | | | Notice Name |
| | State the term remaining | Auto-renews | 9342 Jeronimo Road |
| | | | Address |
| | List the contract number of any government contract | | |

| Irvine | CA | 92618 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.507 | **State what the contract or lease is for and the nature of the debtor's interest** | Siemens Master Professional Services Agreement for Purchase and Installation of Capital Equipment |
| | | Siemens Industry Inc. |
| | | Name |
| | | Soukup Dana |
| | | Notice Name |
| | | 14 Currency Drive |
| | **State the term remaining** | 3/10/2024 |
| | | Address |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| Bloomington | IL | 61704 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.508 | **State what the contract or lease is for and the nature of the debtor's interest** | Sigma-Aldrich, Inc. Exclusive Supply Agr |
| | | Sigma Aldrich Inc. |
| | | Name |
| | | Notice Name |
| | | 3050 Spruce St. |
| | **State the term remaining** | Auto-renews |
| | | Address |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| St. Louis | MO | 63103 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.509 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | | Signma-Aldrich Corporation, Sigma-Aldrich, Inc. |
| | | Name |
| | | Sigma Aldrich Corp |
| | | Notice Name |
| | | 3050 Spruce Street |
| | **State the term remaining** | 8/31/2023 |
| | | Address |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| St. Louis | MO | 63103 |
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.510 | **State what the contract or lease is for and the nature of the debtor's interest** | Engagement Letter | Sills Cummis & Gross PC |
| | | | Name |
| | | | Lori Waldron |
| | | | Notice Name |
| | | | One Riverfront Plaza |
| | **State the term remaining** | Evergreen | Address |
| | **List the contract number of any government contract** | | |
| | | | Newark / NJ / 07102 |
| | | | City / State / ZIP Code |
| | | | Country |
| 2.511 | **State what the contract or lease is for and the nature of the debtor's interest** | Snowflake, Inc. Mutual Non-Disclosure Agreement | Snowflake, Inc. |
| | | | Name |
| | | | Brandon Wagoner & Kathy Raissi |
| | | | Notice Name |
| | | | 450 Concar Drive |
| | **State the term remaining** | 6/15/2024 | Address |
| | **List the contract number of any government contract** | | |
| | | | San Mateo / CA / 94402 |
| | | | City / State / ZIP Code |
| | | | Country |
| 2.512 | **State what the contract or lease is for and the nature of the debtor's interest** | Sodium Nitroprusside USP Trifarma S.p.A. & Midas Pharmaceuticals, Inc. API Development and Commercial Supply Agreement | Sodium Nitroprusside USP Trifarma S.p.A. & Midas Pharmaceuticals, Inc. |
| | | | Name |
| | | | Aldo Rucano & Tim Feuerstein |
| | | | Notice Name |
| | | | Via Guarini Matteucci |
| | **State the term remaining** | Auto-renews | Address |
| | | | 1 |
| | **List the contract number of any government contract** | | |
| | | | Milan / / 20162 |
| | | | City / State / ZIP Code |
| | | | Italy |
| | | | Country |

| 2.513 | **State what the contract or lease is for and the nature of the debtor's interest** | Sofgen Pharmaceuticals LLC Exclusive Supply Agreement and Other Files | Sofgen Pharmaceuticals LLC |
|---|---|---|---|
| | | | Name |
| | | | Ruben Minski |
| | | | Notice Name |
| | | | 1301 Sawgrass Corporate Parkway |
| | **State the term remaining** | Auto-renews | Address |
| | **List the contract number of any government contract** | | |

| | | City | State | ZIP Code |
|---|---|---|---|---|
| | Sunrise | FL | 33323 |
| | | Country |

| 2.514 | **State what the contract or lease is for and the nature of the debtor's interest** | Sofgen Pharmaceuticals, LLC. Appendum to Exclusive Supply Agreement | Sofgen Pharmaceuticals, LLC |
|---|---|---|---|
| | | | Name |
| | | | Ruben Minski |
| | | | Notice Name |
| | | | 1815 Griffin Road |
| | **State the term remaining** | Auto-renews | Address |
| | **List the contract number of any government contract** | | |

| | | City | State | ZIP Code |
|---|---|---|---|---|
| | Dania Beach | FL | 33004 |
| | | Country |

| 2.515 | **State what the contract or lease is for and the nature of the debtor's interest** | Solvias Master Laboratory and Testing Service Agreement | Solvias AG |
|---|---|---|---|
| | | | Name |
| | | | Wolfgang Jahn |
| | | | Notice Name |
| | | | Romerpark 2 |
| | **State the term remaining** | 11/12/2025 | Address |
| | **List the contract number of any government contract** | | |

| | | City | State | ZIP Code |
|---|---|---|---|---|
| | Kaiseraugst | | 4303 |
| | Switzerland |
| | Country |

| | | |
|---|---|---|
| 2.516 | **State what the contract or lease is for and the nature of the debtor's interest** | Solvias AG & Confarma France SAS Master Laboratory and Testing Service Agreement |

Solvias AG & Confarma France SAS
Name

William Black & Wolfgang Jahn
Notice Name

Romerpark 2
Address

| | **State the term remaining** | 11/13/2025 | | |
|---|---|---|---|---|

**List the contract number of any government contract**

| | | |
|---|---|---|
| Kaiseraugst | | 4303 |
| City | State | ZIP Code |
| Switzerland | | |
| Country | | |

| | | |
|---|---|---|
| 2.517 | **State what the contract or lease is for and the nature of the debtor's interest** | Sotax MLTSA |

Sotax Corporation
Name

Notice Name

2400 Computer Drive
Address

| | **State the term remaining** | 8/27/2024 | | |
|---|---|---|---|---|

**List the contract number of any government contract**

| | | |
|---|---|---|
| Westborough | MA | 01581 |
| City | State | ZIP Code |
| Country | | |

| | | |
|---|---|---|
| 2.518 | **State what the contract or lease is for and the nature of the debtor's interest** | Mutual Confidentiality and Non-Disclosure Agreement |

Sotax Corporation
Name

Notice Name

2400 Computer Drive
Address

| | **State the term remaining** | 9/21/2027 | | |
|---|---|---|---|---|

**List the contract number of any government contract**

| | | |
|---|---|---|
| Westborough | MA | 01581 |
| City | State | ZIP Code |
| Country | | |

| 2.519 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Confidentiality and Non-Disclosure Agreement | Southwest Bio-Labs, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 401 N. 17th Street Suite 11 |
| | State the term remaining | 12/7/2026 | Address |
| | List the contract number of any government contract | | |
| | | | Las Cruces · NM · 88005 |
| | | | City · State · ZIP Code |
| | | | Country |

| 2.520 | State what the contract or lease is for and the nature of the debtor's interest | Spectral Data Services, Inc. Mutual Confidentiality and Non-Disclosure Agreement | Spectral Data Services, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Gary L. Turner |
| | | | Notice Name |
| | | | 818 Pioneer Street |
| | State the term remaining | 3/10/2025 | Address |
| | List the contract number of any government contract | | |
| | | | Champaign · IL · 61820 |
| | | | City · State · ZIP Code |
| | | | Country |

| 2.521 | State what the contract or lease is for and the nature of the debtor's interest | Master Professional Services Agreement | SSI Services Inc. |
|---|---|---|---|
| | | | Name |
| | | | Bryan Johnson |
| | | | Notice Name |
| | | | 7231 ACC Blvd. |
| | State the term remaining | 5/6/2023 | Address |
| | | | Suite 107 |
| | List the contract number of any government contract | | |
| | | | Raleigh · NC · 27617 |
| | | | City · State · ZIP Code |
| | | | Country |

Name

**2.522** **State what the contract or lease is for and the nature of the debtor's interest**

Stantec Master Agreement for Architect/Engineer Design Services

Stantec Consulting Services, Inc.

Name

Eric Overton

Notice Name

135 Engineers Road

Address

Suite 200

**State the term remaining** Auto-renews

**List the contract number of any government contract**

| Hauppauge | NY | 11788 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.523** **State what the contract or lease is for and the nature of the debtor's interest**

Environmental Services Agreement

Stericycle Environmental Solutions, Inc.

Name

Notice Name

28161 N Keith rive

Address

**State the term remaining** Auto-renews

**List the contract number of any government contract**

| Lake Forest | IL | 60045 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.524** **State what the contract or lease is for and the nature of the debtor's interest**

Exclusive Processing, Lab and Consulting Agreement

Sterigenics

Name

Attn General Counsel cc VP Sales & Marketing

Notice Name

2015 Spring Road

Address

Suite 650

**State the term remaining** Auto-renews

**List the contract number of any government contract**

| Oak Brook | IL | 60523 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.525 | State what the contract or lease is for and the nature of the debtor's interest | Non-Sterile Shipping Agreement | STERIS Applied Sterilization Technologies |
| --- | --- | --- | --- |
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Not stated | 5960 Heisley Road |
| | | | Address |
| | List the contract number of any government contract | | |
| | | | Mentor | OH | 44060 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.526 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreement | Steven Kowalski |
| --- | --- | --- | --- |
| | | | Name |
| | | | Notice Name |
| | State the term remaining | 5/24/2023 | Address on File |
| | | | Address |
| | List the contract number of any government contract | | |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.527 | State what the contract or lease is for and the nature of the debtor's interest | Stira Pharmaceuticals, LLC Quality Agreement-CDMO | Stira Pharmaceuticals, LLC |
| --- | --- | --- | --- |
| | | | Name |
| | | | Rajyalakshmi Bodepudi |
| | | | Notice Name |
| | State the term remaining | Auto-renews | 161 Dwight Place |
| | | | Address |
| | List the contract number of any government contract | | |
| | | | Fairfield | NJ | 07004 |
| | | | City | State | ZIP Code |
| | | | Country |

Name

| | | |
|---|---|---|
| 2.528 | **State what the contract or lease is for and the nature of the debtor's interest** | Severance Agreement |
| | | Sukumar, Sam H. |
| | | Name |
| | | |
| | | Notice Name |
| | | Address on File |
| | **State the term remaining** | N/A |
| | | Address |
| | **List the contract number of any government contract** | |
| | | |
| | | |
| | | City · State · ZIP Code |
| | | Country |
| 2.529 | **State what the contract or lease is for and the nature of the debtor's interest** | Mutual Confidentiality |
| | | Surplus Solutions |
| | | Name |
| | | |
| | | Notice Name |
| | | 2010 DIAMOND HILL ROAD |
| | **State the term remaining** | 10/27/2027 |
| | | Address |
| | **List the contract number of any government contract** | |
| | | |
| | | WOONSOCKET · RI · 02895 |
| | | City · State · ZIP Code |
| | | Country |
| 2.530 | **State what the contract or lease is for and the nature of the debtor's interest** | Consulting Agreement |
| | | Sushmeet Singh |
| | | Name |
| | | |
| | | Notice Name |
| | | Address on File |
| | **State the term remaining** | 3/10/2023 |
| | | Address |
| | **List the contract number of any government contract** | |
| | | |
| | | |
| | | City · State · ZIP Code |
| | | Country |

| | | |
|---|---|---|
| 2.531 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Agreement for Construction |

Sweetwater Construction Corp.
Name

Ron Witt, Jr.
Notice Name

32 N. Main Street
Address

**State the term remaining**  Auto-renews

**List the contract number of any government contract**

| | | |
|---|---|---|
| Cranbury | NJ | 08512 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.532 | **State what the contract or lease is for and the nature of the debtor's interest** | Swiss Contract Manufacturing Agreement |

Swiss Caps AG
Name

Notice Name

Husenstr 35
Address

**State the term remaining**  Evergreen

**List the contract number of any government contract**

| | | |
|---|---|---|
| Kirchberg | | CH-9533 |
| City | State | ZIP Code |

Switzerland
Country

| | | |
|---|---|---|
| 2.533 | **State what the contract or lease is for and the nature of the debtor's interest** | Syntegon Pharma Technology LLC Master Professional Services Agreement for Purchase and Installation of Capital Equipment |

Syntegon Pharma Technology LLC
Name

Jerry Jean-Baptiste & Thomas Mauritzen
Notice Name

8700 Wyoming Ave
Address

**State the term remaining**  12/15/2023

**List the contract number of any government contract**

| | | |
|---|---|---|
| N Minneapolis | MN | 55445-1836 |
| City | State | ZIP Code |

Country

| 2.534 | **State what the contract or lease is for and the nature of the debtor's interest** | Targeted CMC Soluions Master Consulting Services Agreement | Targeted CMC Solutions, LLC |
|---|---|---|---|
| | | | Name |
| | | | Samir Ghodbane |
| | | | Notice Name |
| | **State the term remaining** | 7/25/2024 | 56 Lara Place |
| | | | Address |
| | **List the contract number of any government contract** | | |

| | | | Warren | NJ | 07059 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.535 | **State what the contract or lease is for and the nature of the debtor's interest** | Change order No. 1 to Statement of Work No. 1 | Tarishi Jha |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | Address on File |
| | **State the term remaining** | 2/28/2023 | Address |
| | **List the contract number of any government contract** | | |

| | | | City | State | ZIP Code |
|---|---|---|---|---|---|
| | | | Country | | |

| 2.536 | **State what the contract or lease is for and the nature of the debtor's interest** | Tarishi Jha CO #1 to SOW No. 1 | Tarishi Jha |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | Address on File |
| | **State the term remaining** | 2/28/2023 | Address |
| | **List the contract number of any government contract** | | |

| | | | City | State | ZIP Code |
|---|---|---|---|---|---|
| | | | Country | | |

| | | |
|---|---|---|
| 2.537 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Consulting Services Agreement |

Name

Tarishi Jha

Notice Name

Address on File

| **State the term remaining** | 6/5/2025 |
|---|---|

Address

**List the contract number of any government contract**

City     State     ZIP Code

Country

| | | |
|---|---|---|
| 2.538 | **State what the contract or lease is for and the nature of the debtor's interest** | Tarishi Jha Master Consulting Services Agreement |

Name

Tarishi Jha

Notice Name

Address on File

| **State the term remaining** | Auto-renews |
|---|---|

Address

**List the contract number of any government contract**

City     State     ZIP Code

Country

| | | |
|---|---|---|
| 2.539 | **State what the contract or lease is for and the nature of the debtor's interest** | Tarishi SOW No. 1 |

Name

Tarishi Jha

Notice Name

Address on File

| **State the term remaining** | 2/28/2023 |
|---|---|

Address

**List the contract number of any government contract**

City     State     ZIP Code

Country

Name

| 2.540 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Consulting Services Agreement | Technology Consulting LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 4910 S Vincennes Ave Apt 2 |
| | **State the term remaining** | 8/4/2025 | Address |
| | **List the contract number of any government contract** | | |

| Chicago | IL | 60615 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.541 | **State what the contract or lease is for and the nature of the debtor's interest** | Teligent Manufacturing & Supply Agreement | Teligent, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 105 Lincoln Ave. |
| | **State the term remaining** | Auto-renews | Address |
| | **List the contract number of any government contract** | | |

| Buena | NJ | 08310 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.542 | **State what the contract or lease is for and the nature of the debtor's interest** | Consulting Services Agreement | Terillium Inc. |
|---|---|---|---|
| | | | Name |
| | | | Warren S. Bach |
| | | | Notice Name |
| | | | 201 East 5th Street |
| | **State the term remaining** | Evergreen | Address |
| | | | Suite 2700 |
| | **List the contract number of any government contract** | | |

| Cincinnatti | OH | 45202 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.543 | **State what the contract or lease is for and the nature of the debtor's interest** | Tetragenx Animal Health ULC Tech Transfer and Commercialization Agreement |
| | | Tetragenx Animal Health ULC |
| | | Name |
| | | John P. Kane |
| | | Notice Name |
| | **State the term remaining** | Auto-renews |
| | | 9622 Trans Canada Highway |
| | | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Saint-Laurent | QC | H4S 1V9 |
| Canada | | |
| Country | | |

| | | |
|---|---|---|
| 2.544 | **State what the contract or lease is for and the nature of the debtor's interest** | TetraGenx Animal Health ULC dba Vetio Animal Health Quality Agreement-CMO |
| | | TetraGenx Animal Health ULC dba Vetio Animal Health |
| | | Name |
| | | Christyan Pollender & Avram Petrean |
| | | Notice Name |
| | **State the term remaining** | 1/24/2027 |
| | | 9622 Trans Canada Hwy |
| | | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Ville Saint-Laurent | QC | H4S1V9 |
| Canada | | |
| Country | | |

| | | |
|---|---|---|
| 2.545 | **State what the contract or lease is for and the nature of the debtor's interest** | Teva API Inc. Consent to Assignment of the Development, Supply and Marketing Agreement for Levofloxacin Ophthalmic |
| | | Teva API Inc. |
| | | Name |
| | | Notice Name |
| | **State the term remaining** | Auto-renews |
| | | 400 Chestnut Ridge Road |
| | | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Woodcliff Lake | NJ | 07677 |
| Country | | |

| 2.546 | **State what the contract or lease is for and the nature of the debtor's interest** | Severance Agreement | Thayer-Mahoney, Lisa |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | Address on File |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.547 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement | The Alliance Pharmacy |
|---|---|---|---|
| | | | Name |
| | | | Vincent Fusaro |
| | | | Notice Name |
| | | | 44 Bond Street |
| | **State the term remaining** | Auto-renews | Address |
| | **List the contract number of any government contract** | | |
| | | | Westbury / NY / 11590 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.548 | **State what the contract or lease is for and the nature of the debtor's interest** | Supply Agreement | The Cleveland Clinic |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 9500 Euclid Ave |
| | **State the term remaining** | Auto-renews | Address |
| | **List the contract number of any government contract** | | |
| | | | Cleveland / OH / 44195 |
| | | | City / State / ZIP Code |
| | | | Country |

| | | Name |
|---|---|---|
| **2.549** | **State what the contract or lease is for and the nature of the debtor's interest** | Evanston Group Professional Services Agreement |

The Evanston Group, Inc.
Name

Notice Name

PO Box 5752
Address

| **State the term remaining** | Auto-renews |
|---|---|

| **List the contract number of any government contract** | |
|---|---|

| Evanston | IL | 60204 |
|---|---|---|
| City | State | ZIP Code |

Country

---

| | | Name |
|---|---|---|
| **2.550** | **State what the contract or lease is for and the nature of the debtor's interest** | The Ritedose Corporation Supply Agreement |

The Ritedose Corporation
Name

Notice Name

1 Technology Circle
Address

| **State the term remaining** | Auto-renews |
|---|---|

| **List the contract number of any government contract** | |
|---|---|

| Columbia | SC | 29203 |
|---|---|---|
| City | State | ZIP Code |

Country

---

| | | Name |
|---|---|---|
| **2.551** | **State what the contract or lease is for and the nature of the debtor's interest** | Third Party Service Agreement |

The Weeks Lerman Group
Name

Notice Name

PO BOX 0
Address

58-38 PAGE PLACE

| **State the term remaining** | 1/23/2023 |
|---|---|

| **List the contract number of any government contract** | |
|---|---|

| MASPETH | NY | 11378 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.552** **State what the contract or lease is for and the nature of the debtor's interest** — Third Party Service Agreement

The Weeks Lerman Group
Name

Notice Name

PO BOX 0
Address

58-38 PAGE PLACE

**State the term remaining** — Auto-renews

**List the contract number of any government contract**

| | | |
|---|---|---|
| MASPETH | NY | 11378 |
| City | State | ZIP Code |

Country

**2.553** **State what the contract or lease is for and the nature of the debtor's interest** — Master Agreement

Thermo Electron North America
Name

Ellen Frenkel
Notice Name

5225 Verona Road
Address

**State the term remaining** — 9/25/2024

**List the contract number of any government contract**

| | | |
|---|---|---|
| Madison | WI | 53711 |
| City | State | ZIP Code |

Country

**2.554** **State what the contract or lease is for and the nature of the debtor's interest** — Thermofisher Scientific Inc

Thermofisher Scientific Inc.
Name

Notice Name

5225 Verona Road
Address

**State the term remaining** — 9/25/2024

**List the contract number of any government contract**

| | | |
|---|---|---|
| Madison | WI | 53711 |
| City | State | ZIP Code |

Country

Name

**2.555** **State what the contract or lease is for and the nature of the debtor's interest**     Consulting Agreement

Thomas Morelli
Name

Notice Name

Address on File

**State the term remaining**     3/25/2023

Address

**List the contract number of any government contract**

City     State     ZIP Code

Country

**2.556** **State what the contract or lease is for and the nature of the debtor's interest**     Consulting Agreement

Timothy Boland
Name

Notice Name

Address on File

**State the term remaining**     3/25/2023

Address

**List the contract number of any government contract**

City     State     ZIP Code

Country

**2.557** **State what the contract or lease is for and the nature of the debtor's interest**     Akorn Standard Terms and Conditions for Consulting

TNR Resources LLC
Name

Notice Name

1616 MULBERRY DRIVE

**State the term remaining**     Auto-renews

Address

**List the contract number of any government contract**

| LAKE VILLA | IL | 60046 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

| 2.558 | State what the contract or lease is for and the nature of the debtor's interest | TOMI Master Services Agreement | TOMI Environmental Solutions, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Elissa Shane |
| | | | Notice Name |
| | | | 8430 Spires Way |
| | State the term remaining | 2/5/2023 | Address |
| | | | Suite N |
| | List the contract number of any government contract | | |
| | | | Frederick  MD  21701 |
| | | | City  State  ZIP Code |
| | | | Country |

| 2.559 | State what the contract or lease is for and the nature of the debtor's interest | Master Professional Services Agreement | TorchStone Global |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 1997 Annapolis Exchange Parkway |
| | State the term remaining | 2/11/2024 | Address |
| | | | Suite 300 |
| | List the contract number of any government contract | | |
| | | | Annapolis  MD  21401 |
| | | | City  State  ZIP Code |
| | | | Country |

| 2.560 | State what the contract or lease is for and the nature of the debtor's interest | TPM Master Lab and Testing Service Agmt | TPM Laboratories, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 1165 Marlkress Road |
| | State the term remaining | 7/20/2026 | Address |
| | | | Unit D |
| | List the contract number of any government contract | | |
| | | | Cherry Hill  NJ  08003 |
| | | | City  State  ZIP Code |
| | | | Country |

Name

| 2.561 | **State what the contract or lease is for and the nature of the debtor's interest** | Tracelink Enterprise Agreement | Tracelink, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 200 Quannapowitt Parkway |
| | **State the term remaining** | Auto-renews | Address |
| | **List the contract number of any government contract** | | |

| | | | Wakefield | MA | 01880 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.562 | **State what the contract or lease is for and the nature of the debtor's interest** | Tracelink Amendment No. 4 to Enterprise Agreement | Tracelink, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 200 Quannapowitt Parkway |
| | **State the term remaining** | 12/31/2024 | Address |
| | **List the contract number of any government contract** | | |

| | | | Wakefield | MA | 01880 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.563 | **State what the contract or lease is for and the nature of the debtor's interest** | Consulting Agreement | Tracy Garrison |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | Address on File |
| | **State the term remaining** | 4/9/2023 | Address |
| | **List the contract number of any government contract** | | |

| | | | City | State | ZIP Code |
|---|---|---|---|---|---|
| | | | Country | | |

| 2.564 | **State what the contract or lease is for and the nature of the debtor's interest** | Trane Statement of Work No. 2 | | Trane US Inc | | |
|---|---|---|---|---|---|---|
| | | | | Name | | |
| | | | | Kent Silveria | | |
| | | | | Notice Name | | |
| | | | | 19 Chapin Rd. | | |
| | **State the term remaining** | 9/1/2024 | | Address | | |
| | | | | Bldg B, Suite 200 | | |
| | **List the contract number of** | | | | | |
| | **any government contract** | | | | | |
| | | | | Pine Brook | NJ | 07058 |
| | | | | City | State | ZIP Code |
| | | | | Country | | |

| 2.565 | **State what the contract or lease is for and the nature of the debtor's interest** | Trane Master Professional Services Agreement for Purchase and Installation of Capital Equipment | | Trane US Inc. | | |
|---|---|---|---|---|---|---|
| | | | | Name | | |
| | | | | Kent Silveria | | |
| | | | | Notice Name | | |
| | | | | 19 Chapin Rd. Bldg B | | |
| | **State the term remaining** | 9/10/2023 | | Address | | |
| | | | | Suite 200 | | |
| | **List the contract number of** | | | | | |
| | **any government contract** | | | | | |
| | | | | Pine Brook | NJ | 07058 |
| | | | | City | State | ZIP Code |
| | | | | Country | | |

| 2.566 | **State what the contract or lease is for and the nature of the debtor's interest** | Mutual Confidentiality and Non-Disclosure Agreement | | Transo-Pharm USA LLC | | |
|---|---|---|---|---|---|---|
| | | | | Name | | |
| | | | | Notice Name | | |
| | | | | 216 Hazeltine Circle | | |
| | **State the term remaining** | 8/15/2026 | | Address | | |
| | **List the contract number of** | | | | | |
| | **any government contract** | | | | | |
| | | | | Blue Bell | PA | 19422 |
| | | | | City | State | ZIP Code |
| | | | | Country | | |

**2.567**

| State what the contract or lease is for and the nature of the debtor's interest | Trifarma S.p.A & Midas Pharmaceuticals, Inc. API Development and Commercial Supply Agreement |
| --- | --- |

Trifarma S.p.A & Midas Pharmaceuticals, Inc
Name

Aldo Rucano & Tim Feuerstein
Notice Name

Trifarma- Via Guarini Matteucci
Address

1

| State the term remaining | Auto-renews |
| --- | --- |

| List the contract number of any government contract | |

| Milan | | 20162 |
| --- | --- | --- |
| City | State | ZIP Code |
| Italy | | |
| Country | | |

**2.568**

| State what the contract or lease is for and the nature of the debtor's interest | Trifarma S.p.A. & Midas Pharmaceuticals, Inc. Secrecy Agreement |
| --- | --- |

Trifarma S.p.A. & Midas Pharmaceuticals, Inc.
Name

Alberto Rucano
Notice Name

Trifarma- Via Guido Guatini Matteucci 1
Address

| State the term remaining | Auto-renews |
| --- | --- |

| List the contract number of any government contract | |

| Milan | | 20162 |
| --- | --- | --- |
| City | State | ZIP Code |
| Italy | | |
| Country | | |

**2.569**

| State what the contract or lease is for and the nature of the debtor's interest | Amendment No. 1 to the Tech Transfer and Commercialization Agreement |
| --- | --- |

TriRx Pharmaceutical Services LLC
Name

Notice Name

101 Merritt 7
Address

| State the term remaining | 4/21/2024 |
| --- | --- |

| List the contract number of any government contract | |

| Norwalk | CT | 06851 |
| --- | --- | --- |
| City | State | ZIP Code |
| Country | | |

| | | |
|---|---|---|
| 2.570 | **State what the contract or lease is for and the nature of the debtor's interest** | Tech Transfer and Commercialization Agreement |

TriRx Pharmaceuticals Services
Name

Notice Name

101 Merritt 7
Address

**State the term remaining** 4/21/2024

**List the contract number of any government contract**

| Norwalk | CT | 06851 |
|---|---|---|
| City | State | ZIP Code |

Country

---

| | | |
|---|---|---|
| 2.571 | **State what the contract or lease is for and the nature of the debtor's interest** | Tunnell Master Consulting Services Agmt |

Tunnell Consulting, Inc.
Name

Larry Frattura
Notice Name

314 S Henderson Road
Address

**State the term remaining** 4/11/2025

Suite G-379

**List the contract number of any government contract**

| King of Prussia | PA | 19406 |
|---|---|---|
| City | State | ZIP Code |

Country

---

| | | |
|---|---|---|
| 2.572 | **State what the contract or lease is for and the nature of the debtor's interest** | UCB Trademark License Agmt |

UCB, Inc.
Name

Notice Name

1950 Lake Park Drive
Address

**State the term remaining** Auto-renews

**List the contract number of any government contract**

| Smyrna | GA | 30080 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.573** State what the contract or lease is for and the nature of the debtor's interest

UPS Advisory and Technical Support Services Agreement

United Parcel Service General Services Co
Name

Notice Name

State the term remaining: Evergreen

102 S Lombard Road
Address

List the contract number of any government contract

| Addison | IL | 60101 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.574** State what the contract or lease is for and the nature of the debtor's interest

UPS Carrier Agreement

United Parcel Service Inc.
Name

Notice Name

102 S Lombard Road
Address

State the term remaining: Auto-renews

List the contract number of any government contract

| Addison | IL | 60101 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.575** State what the contract or lease is for and the nature of the debtor's interest

Amended and Restated Exclusive Manufacturing Supply Agreement

Unither Pharmaceuticals
Name

Eric Chesnel
Notice Name

Espace Industriel Nord
Address

State the term remaining: Auto-renews

151 Rue Andre Durouchez

List the contract number of any government contract

| Amiens | HDF | 80080 |
|---|---|---|
| City | State | ZIP Code |

France
Country

| 2.576 | **State what the contract or lease is for and the nature of the debtor's interest** | University of Connecticut Agreement for Services | University of Connecticut |
|---|---|---|---|
| | | | Name |
| | | | Mark Reeves - Director |
| | | | Notice Name |
| | | | Office of VP for Research Sponsored Programs |
| | **State the term remaining** | 5/30/2024 | Address |
| | | | 438 Whitney Road Extension |
| | **List the contract number of any government contract** | | Unit 1133 |

| | | | | |
|---|---|---|---|---|
| | Storrs | CT | 06269 |
| | City | State | ZIP Code |
| | Country | | |

| 2.577 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment 1 to Service Agreement | University of Connecticut |
|---|---|---|---|
| | | | Name |
| | | | Mark Reeves - Director |
| | | | Notice Name |
| | | | Office of the VP for Research Sponsored Programs Research |
| | **State the term remaining** | 9/30/2024 | Address |
| | | | 438 Whitney Road Extension |
| | **List the contract number of any government contract** | | |

| | | | | |
|---|---|---|---|---|
| | Storrs | CT | 06269 |
| | City | State | ZIP Code |
| | Country | | |

| 2.578 | **State what the contract or lease is for and the nature of the debtor's interest** | UPS Supply Chain Warehouse Distribution Services Agmt | UPS Supply Chain Solutions, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 12380 Morris Road |
| | **State the term remaining** | Auto-renews | Address |
| | **List the contract number of any government contract** | | |

| | | | | |
|---|---|---|---|---|
| | Alpharetta | GA | 30005 |
| | City | State | ZIP Code |
| | Country | | |

| | | |
|---|---|---|
| 2.579 | **State what the contract or lease is for and the nature of the debtor's interest** | National Drug Rebate Agreement |

US Dept of Health and Human Services
Name

Notice Name

854 Avenue R
Address

**State the term remaining** Auto-renews

**List the contract number of any government contract**

| Grand Prairie | TX | 75050 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.580 | **State what the contract or lease is for and the nature of the debtor's interest** | CMS Rebate Agreement |

US DHHS
Name

Notice Name

7400 Security Blvd
Address

Mail Stop S2-14-26

**State the term remaining** Auto-renews

**List the contract number of any government contract**

| Baltimore | MD | 21244 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.581 | **State what the contract or lease is for and the nature of the debtor's interest** | Medicaid Drug Rebate Agreement |

US DHHS
Name

Notice Name

7500 Security Boulevard
Address

Mail Stop S2-14-26

**State the term remaining** Auto-renews

**List the contract number of any government contract**

| Baltimore | MD | 21244 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.582 | State what the contract or lease is for and the nature of the debtor's interest | Client Service Agreement | USA Mobile Drug Testing LLC |
|---|---|---|---|
| | | | Name |
| | | | Anthony DiPrizito |
| | | | Notice Name |
| | State the term remaining | Evergreen | 1445 New York Avenue |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | Huntington Station | NY | 11746 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |

Country

| 2.583 | State what the contract or lease is for and the nature of the debtor's interest | Veeva Statement of Work | Veeva Systems, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Josh Fadois |
| | | | Notice Name |
| | State the term remaining | 1/31/2023 | 4637 Chabot Drive |
| | | | Address |
| | List the contract number of any government contract | | Suite 210 |

| | | | Pleasanton | CA | 94588 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |

Country

| 2.584 | State what the contract or lease is for and the nature of the debtor's interest | Veeva Master Subscription Agreement | Veeva Systems, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Josh Fadois |
| | | | Notice Name |
| | State the term remaining | Auto-renews | 4637 Chabot Drive |
| | | | Address |
| | List the contract number of any government contract | | Suite 210 |

| | | | Pleasanton | CA | 94588 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |

Country

2.585 **State what the contract or lease is for and the nature of the debtor's interest**   Veltek Services Agreement

Veltek Associates, Inc.
Name

Notice Name

15 Lee Boulevard
Address

**State the term remaining**   Evergreen

**List the contract number of any government contract**

| Malvern | PA | 19355 |
|---|---|---|
| City | State | ZIP Code |

Country

2.586 **State what the contract or lease is for and the nature of the debtor's interest**   Veolia Customer Service Agreement

Veolia ES Solid Waste Midwest, LLC
Name

Nancy Plankey
Notice Name

1363 Bar Road
Address

**State the term remaining**   Auto-renews

**List the contract number of any government contract**

| Decatur | IL | 62522 |
|---|---|---|
| City | State | ZIP Code |

Country

2.587 **State what the contract or lease is for and the nature of the debtor's interest**   Veolia Customer Service Agreement

Veolia ES Solid Waste Midwest, LLC
Name

Nancy Plankey
Notice Name

1363 Bear Road
Address

**State the term remaining**   Auto-renews

**List the contract number of any government contract**

| Decatur | IL | 62522 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.588 | State what the contract or lease is for and the nature of the debtor's interest | Veolia Environmental Services Customer Agreement | Veolia ES Solid Waste Services, LLC F3 |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | T363 Bear Rd. |
| | State the term remaining | Auto-renews | Address |
| | List the contract number of any government contract | | |
| | | | Decatur | IL | 62522 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.589 | State what the contract or lease is for and the nature of the debtor's interest | Amendment Acknowledgement Form | Verizon WIreless |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Legal and External Affairs |
| | State the term remaining | Auto-renews | Address |
| | | | One Verizon Way |
| | List the contract number of any government contract | | |
| | | | VC52S413 |
| | | | Basking Ridge | NJ | 07920-1097 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.590 | State what the contract or lease is for and the nature of the debtor's interest | 3rd Amendment Agreement | Veronica Development Associates |
| | | | Name |
| | | | Michael Ventura |
| | | | Notice Name |
| | | | 783 Springfield Avenue |
| | State the term remaining | 7/31/2027 | Address |
| | List the contract number of any government contract | | |
| | | | Summit | NJ | 07901 |
| | | | City | State | ZIP Code |
| | | | Country |

2.591 **State what the contract or lease is for and the nature of the debtor's interest**

Lease Agreement

Veronica Development Associates

Name

Michael Ventura

Notice Name

783 Springfield Avenue

Address

**State the term remaining** 7/31/2027

**List the contract number of any government contract**

| Summit | NJ | 07901 |
|---|---|---|
| City | State | ZIP Code |

Country

2.592 **State what the contract or lease is for and the nature of the debtor's interest**

1st Amendment Agreement

Veronica Development Associates

Name

Michael Ventura

Notice Name

783 Springfield Avenue

Address

**State the term remaining** 7/31/2027

**List the contract number of any government contract**

| Summit | NJ | 07901 |
|---|---|---|
| City | State | ZIP Code |

Country

2.593 **State what the contract or lease is for and the nature of the debtor's interest**

2nd Amendment Agreement

Veronica Development Associates, LLC

Name

Michael Ventura

Notice Name

783 Springfield Avenue

Address

**State the term remaining** 7/31/2027

**List the contract number of any government contract**

| Summit | NJ | 07901 |
|---|---|---|
| City | State | ZIP Code |

Country

2.594 **State what the contract or lease is for and the nature of the debtor's interest**  Viking Healthcare Agreement

Viking Healthcare Solutions
Name

Notice Name

1215 Main Street
Address

Suite 125

**State the term remaining**  Auto-renews

**List the contract number of any government contract**

| Tewksbury | MA | 01876 |
| City | State | ZIP Code |

Country

2.595 **State what the contract or lease is for and the nature of the debtor's interest**  Vipra Therapeutics LLC Master Consulting Services Agreement

Vipra Therapeutics LLC
Name

Sandya Palakurthi
Notice Name

7021 Ashdown Dr
Address

**State the term remaining**  1/14/2024

**List the contract number of any government contract**

| Corpus Christi | TX | 78413 |
| City | State | ZIP Code |

Country

2.596 **State what the contract or lease is for and the nature of the debtor's interest**  Mutual Confidentiality and Non-Disclosure Agreement

Vittarthaa Technologies LLP
Name

Notice Name

NO 29 4TH CROSS KIADB
Address

BOMMASANDRA INDUSTRIAL AREA

**State the term remaining**  4/21/2025

**List the contract number of any government contract**

| BANGALORE | KA | 560099 |
| City | State | ZIP Code |

INDIA
Country

| | | |
|---|---|---|
| 2.597 | **State what the contract or lease is for and the nature of the debtor's interest** | VT Holding Master Professional Services Agmt for Purchase and Installation of Capital Equipment |
| | | VT Holding, LLC dba Versatech Automation |
| | | Name |
| | | Joe Forbes |
| | | Notice Name |
| | | 1609 W. Wensing Ave. |
| | **State the term remaining** | 12/13/2024 |
| | | Address |
| | **List the contract number of any government contract** | |
| | | Effingham    IL    62401 |
| | | City    State    ZIP Code |
| | | Country |

| | | |
|---|---|---|
| 2.598 | **State what the contract or lease is for and the nature of the debtor's interest** | Product Supply Agreement |
| | | VWR International LLC |
| | | Name |
| | | Nathan Caplinger |
| | | Notice Name |
| | | 100 Matsonford Road |
| | **State the term remaining** | 5/11/2024 |
| | | Address |
| | | Ste 200 |
| | **List the contract number of any government contract** | |
| | | Radnor    PA    19087 |
| | | City    State    ZIP Code |
| | | Country |

| | | |
|---|---|---|
| 2.599 | **State what the contract or lease is for and the nature of the debtor's interest** | Walgreens Indirect Rebate Agreement |
| | | Walgreen Co. |
| | | Name |
| | | Notice Name |
| | | 104 Wilmot Road |
| | **State the term remaining** | Auto-renews |
| | | Address |
| | | MS# 1425 |
| | **List the contract number of any government contract** | |
| | | Deerfield    IL    60015 |
| | | City    State    ZIP Code |
| | | Country |

**2.600**

| | |
|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | WBAD Group Purchasing Agreement |
| **State the term remaining** | Auto-renews |
| **List the contract number of any government contract** | |

Walgreens Boots Alliance Development GmbH
Name

Notice Name

Untermattweg 8
Address


CH-3027 Berne
City | State | ZIP Code

Switzerland
Country

**2.601**

| | |
|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | Member Purchase and Services Agreement |
| **State the term remaining** | Evergreen |
| **List the contract number of any government contract** | |

Walmart Inc.
Name

Jinali Desai
Notice Name

C/O ALTUS GLOBAL TRADE SOLUTIONS
Address

2400 VETERANS BLVD STE 300


KENNER | LA | 70062
City | State | ZIP Code

Country

**2.602**

| | |
|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | Severance Agreement |
| **State the term remaining** | N/A |
| **List the contract number of any government contract** | |

Warren, Joel
Name

Notice Name

Address on File
Address


City | State | ZIP Code

Country

| | | |
|---|---|---|
| 2.603 | **State what the contract or lease is for and the nature of the debtor's interest** | Waste Management Service Agreement |

Name

Waste Management of IL
Name

Notice Name

780 N Kirk Rd.
Address

**State the term remaining**    Auto-renews

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Batavia | IL | 60510 |

Country

---

| | | |
|---|---|---|
| 2.604 | **State what the contract or lease is for and the nature of the debtor's interest** | Water Jel Cosmetic & Pharmaceutical Quality Agreement |

Water-Jel Techologies, LLC
Name

Jim Geraghty
Notice Name

50 Broad Street
Address

**State the term remaining**    Auto-renews

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Carlstadt | NJ | 07072 |

Country

---

| | | |
|---|---|---|
| 2.605 | **State what the contract or lease is for and the nature of the debtor's interest** | Waters Master Supply and Services Agreement for Purchase and Installation of Capital Equipment |

Waters Technologies Corporation
Name

Notice Name

34 Maple Street
Address

**State the term remaining**    6/7/2024

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Milford | MA | 01757 |

Country

| 2.606 | **State what the contract or lease is for and the nature of the debtor's interest** | Teva Assignment and Assumption Agreement | Watson Laboratories |
|---|---|---|---|
| | | | Name |

| | | | |
|---|---|---|---|
| | | | Notice Name |
| | **State the term remaining** | Auto-renews | 400 Interpace Pkwy |
| | | | Address |
| | **List the contract number of any government contract** | | |

| | | | Parsippany | NJ | 07054-1120 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | | | |
| | | | Country | | |

| 2.607 | **State what the contract or lease is for and the nature of the debtor's interest** | Westco Master Construction Agreement | Westco F.G. Corporation |
|---|---|---|---|
| | | | Name |
| | | | Matt Burra |
| | | | Notice Name |
| | | | 101-105 Cortlandt |
| | **State the term remaining** | Auto-renews | Address |
| | **List the contract number of any government contract** | | |

| | | | Sleepy Hollow | NY | 10591 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | | | |
| | | | Country | | |

| 2.608 | **State what the contract or lease is for and the nature of the debtor's interest** | Warehouse Operating Agreement | WestRock CP |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 140 West Industry Court |
| | **State the term remaining** | Auto-renews | Address |
| | **List the contract number of any government contract** | | |

| | | | Deer Park | NY | 11729 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | | | |
| | | | Country | | |

| 2.609 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Professional Services Agreement | Whelan Security Co. DBA GardaWorld Security Services |
|---|---|---|---|
| | | | Name |
| | | | Luke Hutsell |
| | | | Notice Name |
| | **State the term remaining** | 12/6/2024 | 1699 S. Hanley Rd |
| | | | Address |
| | **List the contract number of any government contract** | | Suite 350 |

| | | | | |
|---|---|---|---|---|
| | St. Louis | | MO | 63144 |
| | City | | State | ZIP Code |
| | Country | | | |

| 2.610 | **State what the contract or lease is for and the nature of the debtor's interest** | Offer Letter | William Ostrowski |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | Address on File |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |

| | | | | |
|---|---|---|---|---|
| | City | | State | ZIP Code |
| | Country | | | |

| 2.611 | **State what the contract or lease is for and the nature of the debtor's interest** | Engagement Letter | Willkie Farr & Gallagher LLP |
|---|---|---|---|
| | | | Name |
| | | | Russ Leaf |
| | | | Notice Name |
| | | | 787 Seventh Ave |
| | **State the term remaining** | Evergreen | Address |
| | **List the contract number of any government contract** | | |

| | | | | |
|---|---|---|---|---|
| | New York | | NY | 10019 |
| | City | | State | ZIP Code |
| | Country | | | |

Name

**2.612** **State what the contract or lease is for and the nature of the debtor's interest**

EDI Trading Partner Agreement

Winn-Dixie Stores, Inc.
Name

John Fegan
Notice Name

5050 Edgewood Court
Address

**State the term remaining** Evergreen

**List the contract number of any government contract**

| Jacksonville | FL | 32254 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.613** **State what the contract or lease is for and the nature of the debtor's interest**

Wissen Master Services Agreement

Wissen Digital, Inc.
Name

Notice Name

2325 Parklawn Drive
Address

**State the term remaining** Completion of PO's

Suite G

**List the contract number of any government contract**

| Waukesha | WI | 53186 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.614** **State what the contract or lease is for and the nature of the debtor's interest**

Woodstock Sterile Solutions, Inc. Master Supply Agreement

Woodstock Sterile Solutions, Inc.
Name

Paul Josephs
Notice Name

2210 Lake Shore Drive
Address

**State the term remaining** 10/27/2027

**List the contract number of any government contract**

| Woodstock | IL | 60098 |
|---|---|---|
| City | State | ZIP Code |

Country

| Debtor: | Akorn Operating Company LLC | Case number *(if known)*: | 23-10255 |
|---|---|---|---|
| | Name | | |

**2.615** **State what the contract or lease is for and the nature of the debtor's interest**  Office Lease Agreement

WSC-GSP B/L Office Park Owner VII LLC
Name

WSC-GSP B/L OFFICE PARK OWNER VII, L.L.C.
Notice Name

c/o Glenstar Asset Management, LLC
Address

**State the term remaining**  1/21/2024

55 East Monroe Street Suite 3950

**List the contract number of any government contract**

| Chicago | IL | 60603 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.616** **State what the contract or lease is for and the nature of the debtor's interest**  Contract Extension

YS Marketing Inc.
Name

Janay Walker
Notice Name

2004 McDonald Ave
Address

**State the term remaining**  9/30/2023

**List the contract number of any government contract**

| Brooklyn | NY | 11223 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.617** **State what the contract or lease is for and the nature of the debtor's interest**  Amendment 1 to Supply Agreement

YS Marketing Inc.
Name

Joel Silberstein
Notice Name

2004 McDonald Ave
Address

**State the term remaining**  Auto-renews

**List the contract number of any government contract**

| Brooklyn | NY | 11223 |
|---|---|---|
| City | State | ZIP Code |

Country

Name

**2.618** **State what the contract or lease is for and the nature of the debtor's interest**

Consulting Agreement

Yury Ashkinadze

Name

Notice Name

Address on File

**State the term remaining** 5/24/2023

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|

Country

**2.619** **State what the contract or lease is for and the nature of the debtor's interest**

Zhejiang Hisun Sales Contract 2022.05.06 (1)

Zhejiang Hisun Pharmaceutical Co., Ltd

Name

Notice Name

No. 46 Waisha Road

**State the term remaining** Auto-renews

Address

Jiaojiang District

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Taizhou City | Zhejiang | 318000 |

China

Country

**2.620** **State what the contract or lease is for and the nature of the debtor's interest**

Consulting Agreement

Zundry Padra

Name

Notice Name

Address on File

**State the term remaining** 4/9/2023

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|

Country

2.621 **State what the contract or lease is for and the nature of the debtor's interest**

API Supply Agreement

Zygosome LLC, Zhejiang Ruibang Laboratories
Name

Notice Name

**State the term remaining**   Auto-renews

92 Argilla Rd.
Address

**List the contract number of any government contract**

| Andover | MA | 01810 |
|---|---|---|
| City | State | ZIP Code |

Country

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 Akorn Intermediate Company LLC | 5605 CenterPoint Court <br> Street | MidCap Funding Trust IV Trust | ☑ D |
| | | | ☐ E/F |
| | | | ☐ G |
| | Gurnee    IL    66031 <br> City    State    ZIP Code | | |
| | Country | | |
| 2.2 Akorn Intermediate Company LLC | 5605 CenterPoint Court <br> Street | WSFS Institutional Services | ☑ D |
| | | | ☐ E/F |
| | | | ☐ G |
| | Gurnee    IL    66031 <br> City    State    ZIP Code | | |
| | Country | | |

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/03/2023
        MM / DD / YYYY

✖ / s / John Sweeney
Signature of individual signing on behalf of debtor

John Sweeney
Printed name

Third Party Consultant to Debtor
Position or relationship to debtor