IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
---------------------------------------------------------x

In re                                                    Chapter 7

AKORN OPERATING COMPANY LLC,
                                                    Case No. 23−10255−KBO

        Debtor.

---------------------------------------------------------x

**NOTICE OF APPEARANCE AND CERTIFICATION OF GOVERNMENT COUNSEL TO APPEAR**

      **PLEASE TAKE NOTICE** that pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned counsel appears for the New York State Department of Environmental Conservation ("DEC") and its Commissioner, Basil Seggos, for the purpose of participating and receiving notice of all filed papers in this proceeding, and hereby requests that all notices given or required to be given in this proceeding, and all papers filed or required to be filed and/or served pursuant to the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, 11 U.S.C. 101, et seq., or any other applicable bankruptcy statutes or rules, shall be served upon the undersigned by mailing electronically, or by serving a hard copy addressed to:

                Andrew J. Gershon, Assistant Attorney General
                      New York State Department of Law
                       Environmental Protection Bureau
                            28 Liberty Street
                          New York, New York 10005
                     Tel (212) 416-8474; Fax (212) 416-8474
                         Email: Andrew.Gershon@ag.ny.gov

      **PLEASE TAKE FURTHER NOTICE** that the undersigned should be added to the official mailing matrix and/or service list retained by the Debtor and the Clerk of the United States Bankruptcy Court for the District of Delaware in this proceeding.

**PLEASE TAKE FURTHER NOTICE** that in filing and serving this Notice of Appearance, the State of New York and its agencies do not intend to waive any rights as a sovereign in this case or in any action or proceeding.

**PLEASE TAKE FURTHER NOTICE** that the undersigned counsel certifies, pursuant to Local Rule 9010-1(e), that: (a) he is admitted to practice in the courts of New York State, and in the federal district courts for the Southern, Eastern, Northern and Western Districts of New York, and the District of Columbia, and in the United States Court of Appeals for the District of Columbia; (b) he is a member in good standing in all of the jurisdictions in which he has been admitted; and (c) he will be bound by these Local Rules and submits to the jurisdiction of this Court for disciplinary purposes.

Dated: March 30, 2023
New York, New York

        LETITIA JAMES
        Attorney General of the
         State of New York

/s/ Andrew J. Gershon

By: Andrew J. Gershon
Assistant Attorney General
28 Liberty Street, 19 Floor
New York, New York 10005
(212) 416-8474

*Attorney for New York State Department of Environmental Conservation*